IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | C.A. No. 04-1332-KAJ |
| | ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for AstraZeneca LP, hereby certifies that copies of

AstraZeneca LP's Second Set of Requests for the Production of Documents and Things were

caused to be served on February 28, 2005, upon the following counsel in the manner indicated:

### BY TELECOPY

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Karla G. Sanchez, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on March 4, 2005 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING & HAND DELIVERY

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Karla G. Sanchez, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

 

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
(302) 571-6600

Attorneys for Plaintiff AstraZeneca LP

Of Counsel:

Harold P. Weinberger, Esq.
Norman C. Simon, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York  10022

Dated:  March 4, 2005