EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
ASTRAZENECA LP,                                             )
                                                            )
                       Plaintiff,                           )   Civ. Action No. 04-1332 - KAJ
                                                            )
          -against-                                         )
                                                            )
TAP PHARMACEUTICAL PRODUCTS INC.,                           )
                                                            )
                       Defendant.                           )
                                                            )
------------------------------------------------------------x

## AGREEMENT CONCERNING MATERIAL
## COVERED BY PROTECTIVE ORDER

The undersigned has carefully read the Protective Order entered in this action and agrees to comply with the provisions of said Order. The undersigned shall, upon written request to parties' counsel within thirty (30) days of the conclusion of this action, including any appeals, return all production documents or production things designated as containing Confidential or Highly Confidential material and remaining subject to the Protective Order, and all copies thereof, except that the undersigned shall not be obliged to return any production documents or production things (or copies thereof) that were admitted into evidence at trial (unless such documents or things were sealed at trial by the Court).

The undersigned understands that any violation of the Protective Order may be punishable as contempt of court, and agrees to submit to the jurisdiction of the U.S. District Court for the District of Delaware so that an appropriate penalty can be imposed if the Protective Order is violated.

1115958v2

Dated: _____, 2004.

_____

Signature

Name:_____

Title:_____

Employer:_____

Address:_____

_____

_____

_____