

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL

SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6672
FAX: (302) 576-3301

E-MAIL: jingersoll@ycst.com

H. ALBERT YOUNG
1929-1982
H. JAMES CONAWAY, JR.
1947-1990
WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

July 6, 2005

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

   Re: AstraZeneca LP v. TAP Pharmaceutical Products Inc. Inc.
      Civil Action No. 04-1332-KAJ

Dear Judge Jordan:

   We represent AstraZeneca LP in the above-referenced action. Pursuant to the January 12, 2005 Scheduling Order, we write to provide an interim status report on the nature of the matters in issue and the progress of discovery.

   To date, the parties have exchanged all hard copy documents responsive to the various discovery requests. The parties also have exchanged consumer survey expert reports. AstraZeneca has completed its review of electronic discovery and is prepared to produce the materials. TAP has not finished its review and we understand that it will not be prepared to produce documents until the end of September.

   On June 29, 2005, TAP submitted a Motion to Amend the Scheduling Order. In that motion, TAP seeks to extend various internal scheduling dates (including dates for expert reports, close of discovery, and dispositive motions) but does not want the Court to move the

WP3:1127528.1                                                           57159.1005

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
July 6, 2005
Page 2

dates previously set for the pretrial conference and trial of this matter. While AstraZeneca's response to that motion is not due until July 13, it intends to file its response in advance of the July 13 telephonic status conference with the Court. In its responsive papers, AstraZeneca will explain that it will be seriously prejudiced by the extension of internal dates suggested by TAP without similar extensions of the dates set for the pretrial conference and trial of this matter, as, for example, it (i) requires expert reports to be submitted on October 3, just one business day after TAP intends to complete electronic discovery on September 30, leaving no time for AstraZeneca to review any information produced at that time, take depositions concerning that information, or to incorporate any relevant information into its expert reports; and (ii) it shortens the time between rebuttal expert reports until the close of discovery from 2 months to a little over three weeks, drastically cutting AstraZeneca's time to conduct expert discovery.

We look forward to discussing these issues further during the July 13 conference.

Respectfully submitted,

Josy W. Ingersoll

JWI/prt
Enclosure

cc: Clerk of the Court
Steven J. Balick, Esquire (by hand delivery)
Thomas C. Morrison, Esquire (by e-mail)
Harold P. Weinberger, Esquire (by e-mail)