IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP,<br><br>        Plaintiff,<br><br>        v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 04-1332-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Laura Storto to represent TAP Pharmaceutical Products Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above

                                      ASHBY & GEDDES

                                      */s/ John G. Day*
                                      _____
                                      Steven J. Balick (I.D. # 2114)
                                      John G. Day (I.D. # 2403)
                                      222 Delaware Avenue, 17th Floor
                                      P.O. Box 1150
                                      Wilmington, DE  19899
                                      (302) 654-1888

                                      *Attorneys for Defendant*

Dated: August 5, 2005
160176.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the **State of New York and the Southern District of New York** pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 4, 2005

Signed: _____
Laura Storto
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

1205106v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-1332-KAJ |
| v. | ) |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

This _____ day of _____, 2005, the Court having considered the motion for the admission *pro hac vice* of Laura Storto to represent TAP Pharmaceutical Products Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2005, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Harold P. Weinberger, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |

          /s/ *John G. Day*
         John G. Day