IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA LP,

Plaintiff,

v.

TAP PHARMACEUTICAL PRODUCTS INC.,

Defendant.

C.A. No. 04-1332-KAJ

**NOTICE OF RULE 30(b)(6) DEPOSITION**
**OF PLAINTIFF AND COUNTERCLAIM DEFENDANT ASTRAZENECA L.P.**

PLEASE TAKE NOTICE that Defendant and Counterclaim Plaintiff TAP Pharmaceutical Products Inc., will take the deposition upon oral examination of Plaintiff and Counterclaim Defendant AstraZeneca L.P. ("AstraZeneca") commencing at 9:30 a.m. on a date to be agreed to by the parties before September 9, 2005, and continuing thereafter until completed, at the offices of Patterson, Belknap, Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036, or at an alternative location to which the parties agree, before a Notary Public or other officer fully authorized to administer oaths. The examination will be recorded by stenographic and/or videographic means. You are invited to attend and cross-examine.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), AstraZeneca is required to designate one or more appropriate persons to testify on its behalf with respect to each of the matters set forth in the attached Exhibit A, and the person(s) so designated shall be required to testify as to each of those matters known or reasonably available to AstraZeneca.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com

*Attorneys for Tap Pharmaceutical Products Inc.*

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Deborah K. Steinberger
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Dated: August 9, 2005
160236.1

## DEFINITIONS

1. TAP incorporates by reference the Definitions set forth in TAP's First Request For Production of Documents and Things dated January 7, 2005.

2. "DTC" means direct to consumer advertising.

**EXHIBIT A**

Examination is requested by the person(s) most knowledgeable about the following subject matter(s); it is understood that it may be sufficient to designate one person who will testify to more than one category and that more than one person may be needed to be designated for a given category of subject matter:

1. The design, development, planning and execution of the Castell and Fennerty clinical studies.

2. The creation, strategic planning, design, development, and intended message of the "Better is Better" advertising campaign.

3. Any analysis or market research performed, requested, or obtained by AstraZeneca relating to:

    a. the impact, if any, of the "Better is Better" advertising campaign upon consumer perceptions of Nexium, Prevacid, Prilosec OTC, or any products that compete with Nexium in the PPI market;

    b. the impact, if any, of the "Better is Better" advertising campaign upon physician prescribing behavior, market share, and/or sales of Nexium, Prevacid, Prilosec OTC, or any or any products that compete with Nexium in the PPI market;

    c. the effectiveness of the "Better is Better" advertising campaign as compared with AstraZeneca's other DTC campaigns for Nexium and any DTC campaign for products that compete with Nexium in the PPI market, from January 1, 2002 to the present.

4. AstraZeneca's projected and actual market share for Nexium for the period January 1, 2002 to the present.

5. AstraZeneca's revenues; profits (gross, net, incremental, projected, or

other category of profits recognized by AstraZeneca); unit and dollar sales on a monthly basis; and costs derived from and/or associated with the manufacture and sale of Nexium from January 1, 2002 to the present, including an explanation of the fixed and variable costs in manufacturing and selling Nexium, and AstraZeneca's methodology for determining whether costs are fixed or variable.

6. AstraZeneca's spending on consumer advertising for Nexium and Prilosec OTC by month from January 1, 2002 to the present and the amount spent by AstraZeneca on the "Better is Better" advertising campaign.

7. The impact on Nexium's market share of any and all contracts or agreements from January 1, 2002 to the present between AstraZeneca and mail order or retail pharmacies, managed care providers, wholesalers, PBMs, or other entities that would affect PPI market share.

8. Any changes to the inclusion or exclusion of Nexium on a formulary or preferred drug list from the period January 1, 2002 to the present.

9. The size and composition of AstraZeneca's Nexium sales force from January 1, 2002 to the present.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2005, the attached **NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFF AND COUNTERCLAIM DEFENDANT ASTRAZENECA L.P.** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

HAND DELIVERY

Harold P. Weinberger, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

VIA FACSIMILE and
FEDERAL EXPRESS

/s/ *John G. Day*
John G. Day