IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ASTRAZENECA LP, | ) | |
| Plaintiff, | ) | C.A. No. 04-1332-KAJ |
| - against - | ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF DEFENDANT
TAP PHARMACEUTICAL PRODUCTS, INC.
PURSUANT TO FED. R. CIV. P. RULE 30(b)(6)**

TO:  Steven J. Balick, Esquire           Thomas C. Morrison, Esquire
     Ashby & Geddes                       Patterson, Belknap, Webb & Tyler LLP
     222 Delaware Avenue, 17th Floor      1133 Avenue of the Americas
     Wilmington, DE 19899                 New York, NY 10036

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiff and counterclaim defendant AstraZeneca LP requests that defendant and counterclaim plaintiff TAP Pharmaceutical Products, Inc. produce for deposition, upon oral examination, before a notary public or other officer authorized by law to administer oaths, at the offices of Young, Conaway, Stargatt & Taylor LLP, 1000 West Street, Wilmington, DE 19801, or an alternative location agreed upon by the parties, at 9:30 a.m. on a date to be agreed to by the parties before September 9, 2005, and continuing thereafter until completed, the officer(s) or employee(s) of TAP Pharmaceutical Products, Inc. most knowledgeable concerning

(i) the design, development, planning, execution and results of TAP Lansoprazole Study M02-409 and TAP Lansoprazole Study M02-410; and

(ii) any clinical or other studies or testing by TAP of NEXIUM; and

(iii) any clinical studies comparing Prevacid and any other PPI in which the endpoint concerned the healing of erosive esophagitis.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*[signature]*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff AstraZeneca LP*

Dated: August 10, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on August 10, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on August 10, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Thomas C. Morrison, Esquire
> Patterson, Belknap, Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Glenn C. Mandalas_
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Attorneys for AstraZeneca LP

DB01:1592472.1