IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  | x |  |
|---|---|---|
|  | ) |  |
| ASTRAZENECA LP, | ) |  |
|  | ) |  |
| Plaintiff, | ) | C.A. No. 04-1332-KAJ |
|  | ) |  |
| - against - | ) |  |
|  | ) |  |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | x |  |

**NOTICE OF DEPOSITION OF DEFENDANT
TAP PHARMACEUTICAL PRODUCTS, INC.
PURSUANT TO FED. R. CIV. P. RULE 30(b)(6)**

TO:   Steven J. Balick, Esquire            Thomas C. Morrison, Esquire
      Ashby & Geddes                        Patterson, Belknap, Webb & Tyler LLP
      222 Delaware Avenue, 17th Floor       1133 Avenue of the Americas
      Wilmington, DE 19899                  New York, NY 10036

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules

of Civil Procedure, plaintiff and counterclaim defendant AstraZeneca LP requests that defendant

and counterclaim plaintiff TAP Pharmaceutical Products, Inc. produce for deposition, upon oral

examination, before a notary public or other officer authorized by law to administer oaths, at the

offices of Young, Conaway, Stargatt & Taylor LLP, 1000 West Street, Wilmington, DE 19801,

or an alternative location agreed upon by the parties, at 9:30 a.m. on a date to be agreed to by the

parties before September 22, 2005, and continuing thereafter until completed, the officer(s) or

employee(s) of TAP Pharmaceutical Products, Inc. most knowledgeable concerning

(i)       the alleged falsity or misleading nature of the claims and/or
          comparisons made in the "Better is Better" advertising or
          promotional material for NEXIUM; and

(ii)    the claims and/or comparisons concerning erosive esophagitis generally and/or moderate to severe erosive esophagitis and/or acid reflux disease made in the advertising or promotional material for TAP's PREVACID product; and

(iii)    market research and the reaction by consumers to the "Better is Better" advertising or promotional material for NEXIUM; and

(iv)    the potential, anticipated or actual impact of AstraZeneca's advertising of NEXIUM challenged in this litigation on TAP or TAP's sales of PREVACID.

.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff AstraZeneca LP*

Dated:  August 10, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on August 10, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899

I further certify that on August 10, 2005,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Thomas C. Morrison, Esquire
> Patterson,  Belknap, Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY  10036

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Josy W. Ingersoll (No. 1088)
> John W. Shaw (No. 3362)
> Glenn C. Mandalas (No. 4432)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> gmandalas@ycst.com
>
> Attorneys for AstraZeneca LP

DB01:1592472.1