IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1332 (KAJ) |
| v. | ) | |
| | ) | |
| TAP PHARMACEUTICAL PRODUCTS INC. | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT
ASTRAZENECA L.P.'s NOTICE OF RULE 30(b)(6) DEPOSITION**

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff TAP Pharmaceutical Products Inc. ("TAP"), by its attorneys, hereby responds to Plaintiff and Counterclaim Defendant AstraZeneca L.P.'s ("AstraZeneca") notice of Rule 30(b)(6) deposition of TAP (D.I. 77).

**Specific Responses**

**Topic (i):**

The design, development, planning, execution and results of TAP Lansoprazole Study M02-409 and TAP Lansoprazole Study M02-410; and

**Response:**

TAP designates Betsy Pilmer, RN, BSN, Group Manager, Clinical Strategy.

**Topic (ii):**

Any clinical or other studies or testing by TAP of NEXIUM; and

**Response:**

TAP designates Betsy Pilmer, RN, BSN, Group Manager, Clinical Strategy.

-2-

**Topic (iii):**

      Any clinical studies comparing Prevacid and any other PPI in which the endpoint concerned the healing of erosive esophagitis.

**Response:**  TAP designates Betsy Pilmer, RN, BSN, Group Manager, Clinical Strategy.

      TAP hereby proposes August 31, 2005 at 9:30 a.m., at the offices of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036, for Ms. Pilmer's 30(b)(6) deposition.

    ASHBY & GEDDES

    /s/ *Steven J. Balick*

    Steven J. Balick (I.D. #2114)
    John G. Day (I.D. #2403)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, Delaware 19899
    (302) 654-1888
    Sbalick@ashby-geddes.com
    Jday@ashby-geddes.com

    *Attorneys for Tap Pharmaceutical Products Inc.*

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Deborah K. Steinberger
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Dated:  August 17, 2005
160566.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2005, the attached **RESPONSE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT ASTRAZENECA L.P.'s NOTICE OF RULE 30(b)(6) DEPOSITION** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Harold P. Weinberger, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick