IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAP PHARMACEUTICAL PRODUCTS INC. )<br>)<br>Defendant. ) | C.A. No. 04-1332-KAJ |

### NOTICE OF DEPOSITION OF PLAINTIFF AND
### COUNTERCLAIM DEFENDANT ASTRAZENECA L.P.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff TAP Pharmaceutical Products Inc., will take the deposition upon oral examination of Douglas Levine, M.D., on behalf of Plaintiff and Counterclaim Defendant AstraZeneca L.P. ("AstraZeneca"). The deposition will commence at 9:30 a.m. September 14, 2005, and continuing thereafter until completed, at the offices of Patterson, Belknap, Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036, before a Notary Public or other officer fully authorized to administer oaths. The examination will be recorded by stenographic and/or videographic means.

You are invited to attend and examine the witness.

                                          ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com

*Attorneys for TAP Pharmaceutical Products Inc.*

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Laura Storto
Deborah K. Steinberger
PATTERSON, BELKNAP, WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel:    (212) 336-2000
Fax:   (212) 336-2222

Dated: August 24, 2005
160727.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2005, the attached **NOTICE OF DEPOSITION OF PLAINTIFF AND COUNTERCLAIM DEFENDANT ASTRAZENECA L.P.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Harold P. Weinberger, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*
_____
John G. Day