IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1332-KAJ |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of August, 2005, **DEFENDANT AND COUNTERCLAIMANT TAP PHARMACEUTICAL PRODUCTS INC.'S SECOND SET OF INTERROGATORIES (No. 3)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                HAND DELIVERY
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE  19801

Harold P. Weinberger, Esquire                             VIA FEDERAL EXPRESS
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com

*Attorneys for Tap Pharmaceutical Products Inc.*

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Deborah K. Steinberger
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Kenneth D. Greisman
Vice President and
 Chief Legal Counsel
TAP Pharmaceutical Products Inc.

Karen L. Hale
Senior Counsel
Abbott Laboratories

Dated: August 25, 2005
152257.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                          HAND DELIVERY
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Harold P. Weinberger, Esquire                    VIA ELECTRONIC MAIL
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


                                            /s/ *John G. Day*
                                            John G. Day