IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ————————————————— x | | |
| | ) | |
| ASTRAZENECA LP, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1332-KAJ |
| | ) | |
| - against - | ) | |
| | ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ————————————————— x | | |

**RESPONSE TO DEFENDANT AND COUNTERCLAIM PLAINTIFF TAP
PHARMACEUTICAL PRODUCT LINE'S NOTICE OF RULE 30(b)(6) DEPOSITION**

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff and

Counterclaim Defendant AstraZeneca LP, by its attorneys, hereby responds to Defendant and

Counterclaim Plaintiff TAP Pharmaceutical Product Inc's ("TAP") notice of Rule 30(b)(6)

deposition of AstraZeneca (D.I. 76).

## Specific Responses

**Topic 1:**

The design, development, planning and execution of the Castell and Fennerty
clinical studies.

**Response:**

AstraZeneca designates Douglas Levine, Executive Director, Strategic
Development, Nexium Brand Leader.

**Topic 2:**

The creation, strategic planning, design, development, and intended message of
the "Better is Better" advertising campaign.

**Response:**

    AstraZeneca designates Christian Keller, Nexium Brand Director, Consumer Promotions.

**Topic 3:**

    Any analysis or market research performed, requested, or obtained by AstraZeneca relating to:

    a.  the impact, if any, of the "Better is Better" advertising campaign upon consumer perceptions of Nexium, Prevacid, Prilosec OTC, or any products that compete with Nexium in the PPI market;

    b.  the impact, if any, of the "Better is Better" advertising campaign upon physician prescribing behavior, market share, and/or sales of Nexium, Prevacid, Prilosec OTC, or any products that compete with Nexium in the PPI market;

    c.  the effectiveness of the "Better is Better" advertising campaign as compared with AstraZeneca's other DTC campaigns for Nexium and any DTC campaign for products that compete with Nexium in the PPI market, from January 1, 2002 to the present.

**Response:**

    AstraZeneca designates Christian Keller.

**Topic 4:**

    AstraZeneca's projected and actual market share for Nexium for the period January 1, 2002 to the present.

**Response:**

    AstraZeneca designates Gary Rowles, Brand Financial Leader, Nexium/Respiratory.

**Topic 5:**

    AstraZeneca's revenues; profits (gross, net, incremental, projected, or other category of profits recognized by AstraZeneca); unit and dollar sales on a monthly basis; and costs derived from and/or associated with the manufacture and sale of Nexium from January 1, 2002 to the present, including an explanation of the fixed and variable costs in manufacturing and selling Nexium, and AstraZeneca's methodology for determining whether costs are fixed or variable.

**Response:**

        AstraZeneca designates Gary Rowles.

**Topic 6:**

        AstraZeneca's spending on consumer advertising for Nexium and Prilosec OTC by month from January 1, 2002 to the present and the amount spent by AstraZeneca on the "Better is Better" advertising campaign.

**Response:**

        AstraZeneca designates Christian Keller for this request as it concerns Nexium and the "Better is Better" advertising campaign. AstraZeneca cannot designate any witness for this request as it concerns Prilosec OTC because it does not spend any money on advertising for Prilosec OTC.

**Topic 7:**

        The impact on Nexium's market share of any and all contracts or agreements from January 1, 2002 to the present between AstraZeneca and mail order or retail pharmacies, managed care providers, wholesalers, PBMs, or other entities that would affect PPI market share.

**Response:**

        AstraZeneca designates Paul Villa, Brand Director, Managed Markets.

**Topic 8:**

        Any changes to the inclusion or exclusion of Nexium on a formulatory or preferred drug list from the period January 1, 2002 to the present.

**Response:**

        AstraZeneca designates Paul Villa.

**Topic 9:**

        The size and composition of AstraZeneca's Nexium sales force from January 1, 2002 to the present.

**Response:**

AstraZeneca designates Christian Keller.

*Karen E. Keller*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street — 17th Floor
Wilmington, DE 19801
(302) 571-6600

Attorneys for Plaintiff AstraZeneca LP

Dated:  August 30, 2005

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I, Karen E. Keller, hereby certify that on August 30, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on August 30, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Thomas C. Morrison, Esquire
> Patterson, Belknap, Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY 10036

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> Josy W. Ingersoll (No. 1088)
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kkeller@ycst.com

> Attorneys for AstraZeneca LP

DB01:1592472.1