IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAP PHARMACEUTICAL PRODUCTS INC. )<br>)<br>Defendant. ) | C.A. No. 04-1332-KAJ |

**RESPONSE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT**
**ASTRAZENECA L.P.'s NOTICE OF RULE 30(b)(6) DEPOSITION**

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff TAP Pharmaceutical Products Inc. ("TAP"), by its attorneys, hereby responds to Plaintiff and Counterclaim Defendant AstraZeneca L.P.'s ("AstraZeneca") Notice of Rule 30(b)(6) deposition of TAP (D.I. 78).

## Specific Responses

**Topic (i):**

the alleged falsity or misleading nature of the claims and/or comparisons made in the "Better is Better" advertising or promotional material for NEXIUM; and

**Response:**

TAP designates Antoine Pompe, Marketing Director, Adult GI.

**Topic (ii):**

the claims and/or comparisons concerning erosive esophagitis generally and/or moderate to severe erosive esophagitis and/or acid reflux disease made in the advertising or promotional material for TAP's PREVACID product; and

**Response:**

TAP notes that it does not make any claims and/or comparisons concerning erosive esophagitis generally and/or moderate to severe erosive esophagitis and/or acid reflux disease in its DTC advertising or promotional materials for PREVACID. TAP designates Antoine Pompe, Marketing Director, Adult GI.

**Topic (iii):**

market research and the reaction by consumers to the "Better is Better" advertising or promotional material for NEXIUM; and

**Response:**

TAP designates Antoine Pompe, Marketing Director, Adult GI.

**Topic (iv):**

the potential, anticipated or actual impact of AstraZeneca's advertising of NEXIUM challenged in this litigation on TAP or TAP's sales of PREVACID.

**Response:**

TAP designates Antoine Pompe, Marketing Director, Adult GI.

ASHBY & GEDDES

/s/ *Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Tap Pharmaceutical Products Inc.*

-3-

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Deborah K. Steinberger
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Dated:  September 2, 2005
161022.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2005, the attached **RESPONSE TO PLAINTIFF AND COUNTERCLAIM DEFENDANT ASTRAZENECA L.P.'s NOTICE OF RULE 30(b)(6) DEPOSITION** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Harold P. Weinberger, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick

149881.1