IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA LP,<br><br>                    Plaintiff,<br><br>       v.<br><br>TAP PHARMACEUTICAL PRODUCTS, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-1332-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff and counterclaim defendant AstraZeneca LP ("AstraZeneca") hereby requests that defendant and counterclaim plaintiff TAP Pharmaceutical Products, Inc. ("TAP") produce the following individuals for deposition, upon oral examination, before a notary public or other officer authorized by law to administer oaths, at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, at the dates and times set forth below:

1. Antoine Pompe on October 18, 2005 at 9:30 a.m.

2. Una Ortell on a date to be agreed upon by the parties, but in no event later than October 15, 2005 at 9:30 a.m.

Dated: September 13, 2005

_____
Young Conaway Stargatt & Taylor, LLP
John W. Shaw (#3362)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Plaintiff AstraZeneca LP

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on September 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on September 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY FEDERAL EXPRESS**
>
>Thomas C. Morrison, Esquire
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for AstraZeneca LP

DB01:1592472.1