IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1332-KAJ |
| ) | |
| - against - ) | |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

WHEREAS, on July 21, 2005, this Court entered an Amended Scheduling Order that provided that all case dispositive motions (including *Daubert* motions), an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before November 23, 2005; answering briefs will be filed no later than December 14, 2005, and any reply no later than December 30, 2005;

WHEREAS, the Amended Scheduling Order does not set a date for oral argument for case dispositive motions and the trial is set for April 24, 2006;

WHEREAS, the parties have tried in good faith to comply with these deadlines, including the scheduling of over ten depositions in the next couple weeks;

WHEREAS, due to the trial schedule of TAP's damage expert and the trial schedule of AstraZeneca's lead trial counsel, the parties are unable to depose TAP's damage expert until November 22, 2005, which is the day prior to the current deadline for *Daubert* motions;

- 2 -

WHEREAS, the parties seek to extend only the deadline set for the *Daubert* motion concerning the parties' damage experts, but not the deadline for summary judgment motions, any other *Daubert* motions, or the trial scheduled to commence on April 24, 2006;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties, that the *Daubert* motions concerning damage expert reports shall be extended as follows: An opening brief, and affidavits, if any, in support of such motion shall be served and filed on or before December 9, 2005. Answering briefs will be filed no later than December 30, 2005, and any reply no later than January 13, 2006. Briefs must be served no later than 6 p.m. on the due date by email to both local counsel and New York counsel.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | ASHBY & GEDDES |
| /s/ [signature] | /s/ Steven J. Balick |
| Josy W. Ingersoll (#1088) | Steven J. Balick, Esq. (I.D. #2114) |
| John W. Shaw (#3362) | John G. Day, Esq. (I.D. #2403) |
| 1000 West Street, 17th Floor | 222 Delaware Avenue |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 571-6600 | Wilmington, Delaware 19899 |
| | (302) 654-1888 |
| Attorneys for Plaintiff and Counterclaim Defendant AstraZeneca LP | Attorneys for Defendant-Counterclaimant TAP Pharmaceutical Products Inc. |

SO ORDERED this ___ day of _____, 2005:

_____
UNITED STATES DISTRICT JUDGE