IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 04-1332-KAJ |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ASTRAZENECA'S MOTION**
**FOR SUMMARY JUDGMENT**

Plaintiff AstraZeneca LP ("AstraZeneca") moves for an order, pursuant to Fed. R. Civ. P. 56, dismissing the counterclaim of defendant TAP Pharmaceutical Products, Inc. ("TAP") on the grounds that TAP has failed to raise any genuine issues of material fact in support of its counterclaim. In support of its motion, AstraZeneca is submitting an opening brief and supporting appendix of exhibits.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Josy W. Ingersoll_
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Plaintiff AstraZeneca LP

Of Counsel:

Harold P. Weinberger
Jonathan M. Wagner
Kerri Ann Law
Jeremy A. Cohen
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated:  November 23, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on November 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on November 23, 2005, I caused a copy of the foregoing document to be served by **hand delivery and e-mail** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL and FEDEX**
>
>Thomas C. Morrison, Esquire
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (No. 1088)
>*jingersoll@ycst.com*
>John W. Shaw (No. 3362)
>*jshaw@ycst.com*
>Karen E. Keller (No. 4489)
>*kkeller@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>
>Attorneys for AstraZeneca LP

DB01:1592472.1