IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP,<br><br>             Plaintiff,<br><br>   vs.<br><br>TAP PHARMACEUTICAL PRODUCTS, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1332-KAJ<br>)<br>)<br>)<br>)  |

**PLAINTIFF ASTRAZENECA'S MOTION TO EXCLUDE
THE EXPERT TESTIMONY OF THOMAS DUPONT AND SUSAN S. MCDONALD**

Plaintiff AstraZeneca LP ("AstraZeneca") moves for an order, pursuant to Fed. R. Evid. 403, 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), excluding the proposed expert testimony of Thomas Dupont and Susan S. McDonald on the grounds that (i) the proposed testimony fails to meet the standards for expert testimony set forth in Rule 702 and the United States Supreme Court's opinion in *Daubert*, and (ii) is more prejudicial than probative under Rule 403. In support of its motion, AstraZeneca is submitting an opening brief and supporting appendix of exhibits.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Plaintiff AstraZeneca LP

Of Counsel:

Harold P. Weinberger
Jonathan M. Wagner
Kerri Ann Law
Jeremy A. Cohen
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: November 23, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on November 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on November 23, 2005, I caused a copy of the foregoing document to be served by **hand delivery and e-mail** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL and FEDEX**

>Thomas C. Morrison, Esquire
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (No. 1088)
>*jingersoll@ycst.com*
>John W. Shaw (No. 3362)
>*jshaw@ycst.com*
>Karen E. Keller (No. 4489)
>*kkeller@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>
>Attorneys for AstraZeneca LP

DB01:1592472.1