IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 04-1332-KAJ |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF ASTRAZENECA'S MOTION TO STRIKE
## THE JURY DEMAND OF DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC.

Plaintiff AstraZeneca LP ("AstraZeneca") moves for an order, pursuant to Fed. R. Civ. Proc. 38 and 39, striking the jury demand of defendant TAP Pharmaceutical Products, Inc. ("TAP") on the grounds that there is no Constitutional right to a jury trial on TAP's equitable claim for disgorgement of AstraZeneca's profits. The grounds for this motion are fully set forth in an Opening Brief and supporting appendix filed herewith.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John W. Shaw*

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Attorneys for Plaintiff AstraZeneca LP

DB01:1932759.1                                                                                                          057159.1005

Of Counsel:

Harold P. Weinberger
Jonathan M. Wagner
Kerri Ann Law
Jeremy A. Cohen
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: December 9, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>  Steven Balick, Esquire
>  Ashby & Geddes
>  222 Delaware Avenue
>  P.O. Box 1150
>  Wilmington, DE 19899

I further certify that on December 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

>  Thomas C. Morrison, Esquire
>  Patterson, Belknap, Webb & Tyler LLP
>  1133 Avenue of the Americas
>  New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600