IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 04-1332-KAJ |
| | ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | x | |

**ORDER**

WHEREAS, Plaintiff AstraZeneca LP, having moved this Court for an Order striking the jury demand of Defendant TAP Pharmaceutical Products, Inc.,

WHEREAS, the Court having considered the submissions of the parties,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED.

_____
United States District Judge