IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 04-1332-KAJ |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF ASTRAZENECA'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF CREIGHTON HOFFMAN

Plaintiff AstraZeneca LP ("AstraZeneca") moves for an order, pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), excluding the proposed expert testimony of Creighton Hoffman, TAP's damage expert, on the ground that the proposed testimony fails to meet the standards for expert testimony set forth in Rule 702 and the United States Supreme Court's opinion in *Daubert*. The grounds for this motion are fully set forth in an Opening Brief, the Declaration of Paul Villa, dated December 7, 2005, the Declaration of Christian Keller, dated December 8, 2005, and a supporting appendix of exhibits submitted herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Plaintiff AstraZeneca LP

Of Counsel:

Harold P. Weinberger
Jonathan M. Wagner
Kerri Ann Law
Jeremy A. Cohen
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: December 9, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on December 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on December 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

### BY FEDERAL EXPRESS

> Thomas C. Morrison, Esquire
> Patterson, Belknap, Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (#4489)
kkeller@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600