IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 04-1332-KAJ |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

WHEREAS, Plaintiff AstraZeneca LP, having moved this Court for an Order excluding the expert testimony of Creighton Hoffman,

WHEREAS, the Court having considered the submissions of the parties,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED.

_____
United States District Judge

KL3:2482964.1