# EXHIBIT C

COPY

1

1

2  UNITED STATES DISTRICT COURT

3  DISTRICT OF DELAWARE

4  ------------------------------------x

5  ASTRAZENECA, L.P.,

6                    Plaintiff,    Civil Action No.

7      -against-              04-1332 (KAJ)

8  TAP PHARMACEUTICAL PRODUCTS, INC.,

9                    Defendant.

10 ------------------------------------x

11                 October 25, 2005

                   10:00 a.m.

12

13       C O N F I D E N T I A L

14

15    Deposition of MICHAEL RAPPEPORT, held at

16 the offices of PATTERSON BELKNAP WEBB &

17 TYLER, LLP, 1133 Avenue of the Americas,

18 New York, New York, before Vicky Galitsis, a

19 Certified Shorthand Reporter and Notary

20 Public of the State of New York.

21

22

23

              GREENHOUSE REPORTING, INC.

24       363 Seventh Avenue - 20th Floor

              New York, New York  10001

25                 (212) 279-5108

2

```
 1
 2   A P P E A R A N C E S:
 3
 4   KRAMER LEVIN NAFTALIS & FRANKEL, LLP
 5        Attorneys for the Plaintiff
 6        1177 Avenue of the Americas
 7        New York, New York  10036
 8   BY:   HAROLD P. WEINBERGER, ESQ.
 9                      of Counsel
10
11   PATTERSON BELKNAP WEBB & TYLER, LLP
12        Attorneys for the Defendant
13        1133 Avenue of the Americas
14        New York, New York  10036-6716
15   BY:   LAURA M. STORTO, ESQ.
16           -and-
17        AMANDA K. KAY, ESQ.
18        (A.M. session only)
19                      of Counsel
20
21
22
23
24
25
```

3

1              M. Rappeport - Confidential
2    M I C H A E L    R A P P E P O R T,
3           stating an address of 79 Laurel Road,
4           Princeton, New Jersey, having been
5           first duly sworn by a  Notary Public
6           of the State of New York, was
7           examined and testified as follows:
8    EXAMINATION BY MS. STORTO:
9           Q.     Good morning, Mr. Rappeport.
10          A.     Good morning.
11          Q.     I understand you've been deposed
12   before.
13          A.     That's correct.
14          Q.     I will just go over two ground
15   rules.  One, if you ever want a break, just
16   let me know.  And, number two, if at any time
17   any of my questions are vague or you don't
18   understand them just ask me to rephrase, and I
19   be happy to do so.  Okay?
20          A.     Fair enough.
21              MS. STORTO:  I've asked the court
22          reporter to mark as Rappeport
23          Exhibit 1, a document titled Ads for
24          Nexium, Commentary On Two Surveys by
25          Tom Dupont As A Part Of A Discussion Of

134

M. Rappeport - Confidential

1

2    Q.    Even when you re-percentage based

3  on your numbers when you get down to 10 or

4  12 percent, there's still that difference.

5  How do you explain that difference?

6    A.    I think in fact the test ad not

7  surprisingly does a better job of

8  communicating the truth than the control ad.

9  And I don't think that's a shock.  My

10  presumption is that AstraZeneca was spending a

11  lot of time getting to the point where they

12  had a test ad that communicated well.  And

13  surely Dr. Dupont wasn't duplicating that

14  process.  I just think it's a good ad.  I'm

15  not here defending this ad as you guys are

16  misinterpreting what it tells people.

17          I'm saying it tells people the

18  truth.  And I basically agree with you what it

19  tells people.  It tells people that this drug

20  in their terms, in the terms of the consumer,

21  is better at treating the complex called acid

22  reflux disease, I think it's true.

23    Q.    And your basis for thinking it's

24  true is the analogies that you've been

25  discussing.

135

M. Rappeport - Confidential

A.      And my understanding of human

behavior based on 35 years on doing this kind

of work.  And finally, and most important,

that it really doesn't matter whether I'm

right or not.  The necessity is to prove I'm

wrong, it's not sufficient to state I'm wrong.

You got to prove it.  The burden of proof is

not on AstraZeneca.  I happen to think if

somebody setup a contest and said the burden

of proof is to do whatever you could and we'll

give you a million dollars to whoever does it,

that AstraZeneca's position will turn out to

be right.  But beyond that the burden is to do

a survey that deals with the real issue in

this case, and they don't.

Q.      I would like you to turn to

Rappeport 2, which is the Dupont TV survey.

A.      Right.

Q.      Page 14, Table 5 of his report.

If it's your belief that consumers are

equating treating the symptoms of acid reflux

disease with healing damage, how do you

explain the fact that twice as many people who

view the test commercial believe that the

136

1          M. Rappeport - Confidential

2    commercial communicates that Nexium treats

3    symptoms better as those that believe that it

4    heals damage better?

5              MR. WEINBERGER:  I object to the

6         form.

7         A.    You lost me.  You are going to

8    have to say it again, because I don't

9    understand a word you said, I'm sorry.  I'm

10   not being difficult, but I really didn't

11   understand that question.  Point me to the

12   numbers you were looking at.

13        Q.    Sure.  I was looking at 71.7 --

14   I'm on page 14 -- versus 32.1 which are the

15   net responses for -- 71.7 is his net response

16   for treating symptoms better.  And I'm

17   paraphrasing.  And 32.1 is the net response

18   for healing damage better.

19        A.    Because you keep insisting that

20   if I say -- if a consumer says symptoms

21   they're not talking about damage.  And if they

22   say damage they're not talking about symptoms,

23   and that's the point.  How do you know that?

24   Well, I know that because that's what I would

25   mean by it.  But it doesn't matter what I mean

# EXHIBIT D

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE DISTRICT OF DELAWARE
 4    ------------------------------x
 5    ASTRAZENECA L.P.,              )
 6                     Plaintiff, )
 7         -against-              ) C.A. No.
 8    TAP PHARMACEUTICAL PRODUCTS  ) 04-1332 (KAJ)
 9    INC.,                         )
10                     Defendant. )
11    ------------------------------x
12                    October 12, 2005
13                    10:00 a.m.
14
15         Deposition of THOMAS D. DUPONT, held
16    at the law offices of Kramer Levin Naftalis &
17    Frankel LLP, 1177 Avenue of the Americas,
18    New York, New York, pursuant to notice, before
19    Donald R. DePew, an RPR, CRR and Notary Public
20    within and for the State of New York.
21
22
23
24
25
```


LEGALINK
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
 1

 2    A P P E A R A N C E S:

 3

 4    Attorneys for Plaintiff

 5         KRAMER LEVIN NAFTALIS & FRANKEL LLP

 6         1177 Avenue of the Americas

 7         New York, New York 10036

 8    BY:  HAROLD P. WEINBERGER, ESQ.

 9         JEREMY A. COHEN, ESQ.

10

11    Attorneys for Defendant and the Witness

12         PATTERSON BELKNAP WEBB & TYLER LLP

13         1133 Avenue of the Americas

14         New York, New York 10036-6710

15    BY:  THOMAS C. MORRISON, ESQ.

16

17

18

19

20

21

22

23

24

25
```

1                    Thomas D. Dupont

2    T H O M A S    D .    D U P O N T,       called as a

3         witness, having been duly sworn by the

4         Notary Public, was examined and testified as

5         follows:

6    EXAMINATION BY

7    MR. WEINBERGER:

10:00:09    8         Q.    Good morning, Mr. Dupont.

10:00:11    9              Sorry to drag you here on such a lovely

10:00:13   10    day.

10:00:14   11         A.    It couldn't have been one of those 30

10:00:16   12    consecutive sunny days.

10:00:19   13         Q.    Some of these questions I obviously

10:00:22   14    know the answer to, but I have to get them out for

10:00:24   15    the record.

10:00:26   16              So tell me by whom you are employed.

10:00:28   17         A.    My name is Thomas Dupont, I'm employed

10:00:30   18    by -- I'm the president and owner of D2 Research

10:00:35   19    in Kinnelon, New Jersey.

10:00:37   20         Q.    And you're the sole owner of the

10:00:39   21    company?

10:00:39   22         A.    Yes.

10:00:39   23         Q.    How did you come to be retained in this

10:00:42   24    matter?

10:00:43   25         A.    I was called in, I think, by

```
 1                    Thomas D. Dupont
```

10:43:56   2   have concluded it was better?

10:43:58   3       A.    I did not, no.

10:43:59   4             I did not try, for example, to find out

10:44:02   5`  what it was in the commercial that caused him to

10:44:04   6   believe that.

10:44:07   7       Q.    Well, are you aware whether EE is a

10:44:12   8   symptom of acid reflux disease?

10:44:20   9       A.    I'm not sure whether -- I don't know

10:44:22  10   that I would call it a symptom, it's more of an

10:44:25  11   outcome.

10:44:27  12       Q.    Would it be reasonable for a layman

10:44:28  13   consumer to believe that erosive esophagitis was a

10:44:37  14   symptom of acid reflux disease?

10:44:40  15       A.    I don't know.

10:44:42  16             I mean, I think it's a complication,

10:44:44  17   rather than a symptom.

10:44:47  18       Q.    If hypothetically a consumer concluded

10:44:50  19   that Nexium was better than Prevacid at relieving

10:44:53  20   symptoms of acid reflux disease because it was

10:44:56  21   better at relieving EE, would that person have

10:44:58  22   been misled by this ad in your opinion?

10:45:01  23       A.    If the person -- well, I don't think

10:45:07  24   there was anybody like that.  I don't recall a

0:45:10   25   single person saying -- using the word symptoms.

|       |    |                                                       |
|-------|----|-------------------------------------------------------|
|       | 1  | Thomas D. Dupont                                      |
| 10:45:14 | 2  | They talked about specific things like heartburn   |
| 10:45:17 | 3  | and acid reflux disease.                            |
| 10:45:19 | 4  | Q.    If a consumer believed that Nexium was       |
| 10:45:22 | 5  | better than Prevacid at relieving acid reflux      |
| 10:45:25 | 6  | disease or heartburn --                             |
| 10:45:27 | 7  | A.    Right.                                        |
| 10:45:27 | 8  | Q.    -- because it was better at healing EE       |
| 10:45:31 | 9  | or moderate to severe EE, would that person have   |
| 10:45:34 | 10 | been misled in your opinion?                        |
| 10:45:42 | 11 | A.    In my opinion, probably he would have        |
| 10:45:45 | 12 | been.  I don't know that there was anybody like    |
| 10:45:50 | 13 | that in the survey.                                 |
| 10:45:51 | 14 | Q.    You have no way of knowing that, am I        |
| 10:45:54 | 15 | correct?                                            |
| 10:45:58 | 16 | You did not ask people why they               |
| 10:46:00 | 17 | concluded --                                        |
| 10:46:01 | 18 | A.    Well, if somebody said --                    |
| 10:46:02 | 19 | Q.    Let me just finish the question.             |
| 10:46:04 | 20 | You did not ask people why they reached       |
| 10:46:06 | 21 | the conclusion that Nexium was better than         |
| 10:46:09 | 22 | Prevacid at anything, did you?                      |
| 10:46:13 | 23 | A.    No, I didn't.                                 |
| 10:46:14 | 24 | But if someone held the belief that you       |
| 10:46:17 | 25 | just stated it would be amazing to me that they    |

# EXHIBIT E

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

**PRESCRIPTION DRUG COPY TEST SCREENER**

MALE      ① CHECK
FEMALE    2  QUOTA

FOR OFFICE USE ONLY
*0416*                                              5

Circle your city code:

| 01 | 03 | 05 | 07 | 09 | 11 | 13 | 15 | 17 | 19 |
| 02 | (04) | 06 | 08 | 10 | 12 | 14 | 16 | 18 | 20 |

6-7

Hello, my name is _____ of D Squared Research.  We are doing a survey in the mall today.  May I ask you a few questions?

1.   I'm supposed to interview people in different age groups.  Is your age....(READ OFF)

| UNDER 25 | 1 | → TERMINATE |
| 25 – 34 | ② | |
| 35 – 49 | 3 | |
| 50 – 64 | 4 | |
| 65 & OVER | 5 | |
| REFUSED | 6 | → TERMINATE |

8

S1 TERMINATE:  UNDER 25, REFUSED
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

2.  In the past six months, have you taken any medicines to treat (READ OFF ONE BY ONE).



|  | Yes | No | |
|---|---|---|---|
| Headaches or body aches? | 1 | ② | 9 |
| Heartburn or acid reflux disease? | 1 | ① →SKIP TO Q. 4 | 10 |
| Allergies or hay fever | 1 | ① | 11 |

3.   Thinking about the medicines you have taken in the past six months to treat heartburn or acid reflux disease, have you taken prescription medicines, over the counter medicines, or both?

PRESCRIPTION (ONLY)   1   → SKIP TO Q. 6          12
OTC (ONLY)                    2   → GO ON TO Q. 4
BOTH                             3   → SKIP TO Q. 6

**PLEASE TURN PAGE OVER**

Screener Page 1

CONFIDENTIAL

T01824

4.  In the next six months, do you think it is <u>likely</u> or <u>not likely</u> that you will take any medicines to treat heartburn or acid reflux disease?

LIKELY     ①               13

NOT LIKELY    2 → TERMINATE

DON"T KNOW    3 → TERMINATE

S4 TERMINATE: NOT LIKELY/DON'T KNOW

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

5.  If you were to take medicine in the next six months to treat heartburn or acid reflux disease, do you think you are likely to take prescription medicine, over the counter medicine, or both?

PRESCRIPTION (ONLY)   1  → GO ON TO Q. 6      14

OTC (ONLY)          2  → TERMINATE

BOTH              ③ → GO ON TO Q. 6

S5 TERMINATE: OTC ONLY

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

6.  Are you employed ...(READ OFF ONE BY ONE)

|  | NO | YES |
|---|---|---|
| IN THE HEALTH CARE FIELD | ① | 2 → TERMINATE | 15 |
| BY A MARKETING RESEARCH COMPANY | ① | 2 → TERMINATE | 16 |
| BY ANY OF THE STORES HERE IN THE MALL | ① | 2 → TERMINATE | 17 |

S6 TERMINATE: SENSITIVE INDUSTRY

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

7.  Do you normally wear eyeglasses or contacts to read or watch TV?

YES   ①  (ASK Q. 8)     18

NO    2  RECRUIT

8.  Do you have your glasses/contacts with you?

YES   ①  RECRUIT     19

NO    2  → TERMINATE

S8 TERMINATE: NO GLASSES

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

**RECRUITMENT STATEMENT:**

The rest of the interview will take less than 10 minutes and I think you'll find it interesting. However, I'm not allowed to conduct the interview here on the mall. I'd appreciate it if you would come with me to our office, just a few steps away.

QUALIFIED REFUSAL

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

Screener Page 2

CONFIDENTIAL

T01825

| D² Research | 71 South Glen Road | Kinnelon, NJ 07405 | #100-5-04 |

## PRESCRIPTION DRUG COPY TEST
## YELLOW QUESTIONNAIRE

ROTATION 3      20-3

I'm going to show you a TV commercial that you may or may not have seen before. Please look at it in a natural and relaxed way, as you would if watching TV in your own home. If you want to move your chair closer or farther away from the TV you can. If you wear glasses or contacts when you watch TV, please put them on now. You will see the same commercial twice.

**RUN TAPE SO COMMERCIAL SHOWS TWICE AND THEN STOP TAPE AT END.**

Now, I'd like to ask you some questions about what that commercial communicated to you. Please base your answers only on the commercial you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1.  Please tell me what that commercial communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

gives a better life if you have Acid Reflux disease. (how) It heals the damage caused by Acid reflux.

21 X

22 3

23

24

25

Page 1

CONFIDENTIAL

T01826

2. **What else, if anything, did that commercial communicate to you about Nexium? (PROBE ONCE ONLY: "Anything else?") (RECORD RESPONSE VERBATIM.)**

26

Its better then other competetors 27

(wt way) It heals damage caused by acid reflux. 28

(A/E) Nothing

29 5

30

**SAY TO RESPONDENT:**

Now I'm going to ask you about some more specific things. I have to ask everyone the same questions, no matter what they have already told me, so please answer my questions as completely as you can, even if you think you will be repeating something you've already told me.

3. **Do you recall the commercial saying Nexium was _better_?**

31

YES          (1)
NO            2      → SKIP TO Q. 6
DON'T KNOW    3      → SKIP TO Q.6

4. **Did the commercial tell you what Nexium was better at _doing_?**

32

YES          1
NO           (2)     → SKIP TO Q. 6
DON'T KNOW   3       → SKIP TO Q.6

CONFIDENTIAL

T01827

5. What did the commercial tell you Nexium was better at doing?  (PROBE ONCE ONLY:
   Anything else?)  (RECORD RESPONSE VERBATIM)                                    33



                                                                                  34

                                                                                  35

                                                                                  36

                                                                                  37

6. (HAND RESPONDENT YELLOW CARD 1)  Thinking about what the commercial communicated to you,
   which <u>one</u> statement on this card best describes what the commercial communicated to you about how
   Nexium compares with other products?  You can just read me the number next to the answer that you
   pick.

   It said Nexium is better than the other leading prescription medicines both at healing          1
   damage to the esophagus and at relieving the symptoms of acid reflux disease, such
   as heartburn

   It said Nexium heals damage to the esophagus better than the other leading                      2
   prescription medicines, but did not say it was better than the other leading prescription
   medicines at relieving the symptoms of acid reflux disease, such as heartburn

   It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better         ③
   than the other leading prescription medicines, but did not say it was better than the
   other leading prescription medicines at healing damage to the esophagus

   None of the above describe what the commercial communicated to me                               4

   Don't Know                                                                                      5

That's the end of our survey.  Thank you very much for your cooperation.  One of our other interviewers
may call you in the next few days simply to verify that this interview was conducted.  That's a routine
procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN <u>FOLLOWING ORDER</u>

      RESPONDENT RECORD

      SCREENER

      MAIN QUESTIONNAIRE

# REWIND THE TAPE

CONFIDENTIAL                                                           T01828

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

**PRESCRIPTION DRUG COPY TEST SCREENER**

MALE       1     CHECK
FEMALE   ②    QUOTA

FOR OFFICE USE ONLY          5
*0423*

Circle your city code:

| 01 | 03 | 05 | 07 | 09 | 11 | 13 | 15 | 17 | 19 | 6-7 |
| 02 | ④ | 06 | 08 | 10 | 12 | 14 | 16 | 18 | 20 | |

Hello, my name is _____ of D Squared Research.  We are doing a survey in the mall today.  May I ask you a few questions?

1.  I'm supposed to interview people in different age groups.  Is your age....(READ OFF)

| UNDER 25 | 1 | → TERMINATE |
| 25 – 34 | 2 | |
| 35 – 49 | ③ | |
| 50 – 64 | 4 | |
| 65 & OVER | 5 | |
| REFUSED | 6 | → TERMINATE |

8

S1 TERMINATE: UNDER 25, REFUSED
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

2.  In the past six months, have you taken any medicines to treat (READ OFF ONE BY ONE).

|  | Yes | No |  |
|---|---|---|---|
| Headaches or body aches? | ① | 2 | 9 |
| Heartburn or acid reflux disease? | ① | 2  → SKIP TO Q. 4 | 10 |
| Allergies or hay fever | ① | 2 | 11 |

3.  Thinking about the medicines you have taken in the past six months to treat heartburn or acid reflux disease, have you taken prescription medicines, over the counter medicines, or both?

| PRESCRIPTION (ONLY) | 1 | → SKIP TO Q. 6 | 12 |
| OTC (ONLY) | 2 | → GO ON TO Q. 4 | |
| BOTH | ③ | → SKIP TO Q. 6 | |

**PLEASE TURN PAGE OVER**

Screener Page 1

CONFIDENTIAL

T01859

4.  **In the next six months, do you think it is <u>likely</u> or <u>not likely</u> that you will take any medicines to treat heartburn or acid reflux disease?**



| | | | |
|---|---|---|---|
| LIKELY | 1 | | 13 |
| NOT LIKELY | 2 | → TERMINATE | |
| DON"T KNOW | 3 | → TERMINATE | |

| S4 TERMINATE: NOT LIKELY/DON'T KNOW |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30 |

5.  **If you were to take medicine in the next six months to treat heartburn or acid reflux disease, do you think you are likely to take prescription medicine, over the counter medicine, or both?**

| | | | |
|---|---|---|---|
| PRESCRIPTION (ONLY) | 1 | → GO ON TO Q. 6 | 14 |
| OTC (ONLY) | 2 | → TERMINATE | |
| BOTH | 3 | → GO ON TO Q. 6 | |



| S5 TERMINATE: OTC ONLY |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30 |

6.  **Are you employed ...(READ OFF ONE BY ONE)**



| | NO | YES | |
|---|---|---|---|
| IN THE HEALTH CARE FIELD | 1 | 2  → TERMINATE | 15 |
| BY A MARKETING RESEARCH COMPANY | 1 | 2  → TERMINATE | 16 |
| BY ANY OF THE STORES HERE IN THE MALL | 1 | 2  → TERMINATE | 17 |

| S6 TERMINATE: SENSITIVE INDUSTRY |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30 |

7.  **Do you normally wear eyeglasses or contacts to read or watch TV?**



| | | | |
|---|---|---|---|
| YES | 1 | (ASK Q. 8) | 18 |
| NO | 2 | RECRUIT | |

8.  **Do you have your glasses/contacts with you?**



| | | | |
|---|---|---|---|
| YES | 1 | RECRUIT | 19 |
| NO | 2 | → TERMINATE | |

| S8 TERMINATE: NO GLASSES |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30 |

**RECRUITMENT STATEMENT:**

**The rest of the interview will take less than 10 minutes and I think you'll find it interesting. However, I'm not allowed to conduct the interview here on the mall. I'd appreciate it if you would come with me to our office, just a few steps away.**

| QUALIFIED REFUSAL |
|---|
| 1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30 |

Screener Page 2

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

## PRESCRIPTION DRUG COPY TEST
## PINK QUESTIONNAIRE          ROTATION 1          20-1

I'm going to show you a TV commercial that you may or may not have seen before. Please look at it in a natural and relaxed way, as you would if watching TV in your own home. If you want to move your chair closer or farther away from the TV you can. If you wear glasses or contacts when you watch TV, please put them on now. You will see the same commercial twice.

RUN TAPE SO COMMERCIAL SHOWS TWICE AND THEN STOP TAPE AT END.

Now, I'd like to ask you some questions about what that commercial communicated to you. Please base your answers only on the commercial you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1. Please tell me what that commercial communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

Nexium is the healing purple pill.
Nexium heals acid reflux.
Nexium is chosen by America's doctors.
It is better than all competitors. (why)
It heals reflux damage.

21 /
22 70
23
24 5
25

CONFIDENTIAL          T01861

2. What else, if anything, did that commercial communicate to you about Nexium?  (PROBE
   ONCE ONLY:  "Anything else?")  (RECORD RESPONSE VERBATIM.)

26

*nothing* _____

27

_____

_____

28

_____

_____

29

_____

30

**SAY TO RESPONDENT:**

Now I'm going to ask you about some more specific things.  I have to ask everyone the same questions, no
matter what they have already told me, so please answer my questions as completely as you can, even if
you think you will be repeating something you've already told me.

3. Do you recall the commercial saying Nexium was <u>better</u>?

   YES           (1)                                          31
   NO            2      → SKIP TO Q. 6
   DON'T KNOW    3      → SKIP TO Q.6

4. Did the commercial tell you what Nexium was better at <u>doing</u>?

   YES           (1)                                          32
   NO            2      → SKIP TO Q. 6
   DON'T KNOW    3      → SKIP TO Q.6

Page 2

CONFIDENTIAL

T01862

5. What did the commercial tell you Nexium was better at doing? (PROBE ONCE ONLY: Anything else?) (RECORD RESPONSE VERBATIM)                                    33

_Nexium heals damage to the esophagus better_    34
_than other prescription medicines (a\e)_
_Nothing_                                         35

_____
_____    36

_____
_____    37


6. (HAND RESPONDENT PINK CARD 1) Thinking about what the commercial communicated to you, which one statement on this card best describes what the commercial communicated to you about how Nexium compares with other products? You can just read me the number next to the answer that you pick.

                                                                                    38

It said Nexium heals damage to the esophagus better than the other leading         1
prescription medicines, but did not say it was better than the other leading prescription
medicines at relieving the symptoms of acid reflux disease, such as heartburn

It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better    2
than the other leading prescription medicines, but did not say it was better than the
other leading prescription medicines at healing damage to the esophagus

It said Nexium is better than the other leading prescription medicines both at healing    (3)
damage to the esophagus and at relieving the symptoms of acid reflux disease, such
as heartburn

None of the above describe what the commercial communicated to me                   4

Don't Know                                                                          5


That's the end of our survey. Thank you very much for your cooperation. One of our other interviewers may call you in the next few days simply to verify that this interview was conducted. That's a routine procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN <u>FOLLOWING ORDER</u>

    RESPONDENT RECORD

    SCREENER

    MAIN QUESTIONNAIRE

# REWIND THE TAPE

CONFIDENTIAL                                                                    T01863

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

### BY E-MAIL & HAND DELIVERY

Thomas C. Morrison, Esquire
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600