IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

———————————————————— x
                                                       )
ASTRAZENECA LP,                                        )
                                                       )
              Plaintiff,            )   C.A. No. 04-1332-KAJ
                                                       )
       - against -                                     )
                                                       )
TAP PHARMACEUTICAL PRODUCTS, INC.,                     )
                                                       )
              Defendant.            )
———————————————————— x

**NOTICE OF FILING WITH CLERK'S OFFICE**

NOTICE IS HEREBY GIVEN that the documents listed below have been manually filed with the Court due to their voluminous size and are maintained in paper form only in the case file in the Clerk's Office:

1. Plaintiff AztraZeneca LP's Appendix in Support of Its Motion for Summary Judgment – **REDACTED VERSION** of D.I. 90
2. Plaintiff AstraZeneca LP's Appendix in Support of Its Motion to Exclude the Expert Testimony of Bert Spilker – **REDACTED VERSION** of D.I. 95
3. Plaintiff AstraZeneca LP's Appendix in Support of Its Motion to Exclude the Expert Testimony of Thomas Dupont and of Susan S. McDonald – **PUBLIC VERSION** of D.I. 93

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Of Counsel:

Harold P. Weinberger, Esq.
Norman C. Simon, Esq.
Kerri Ann Law, Esq.
Jeremy A. Cohen, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York  10022


Dated:  December 16, 2005