# APPENDIX

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA LP,                          )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )       C.A. No. 04-1332-KAJ
                                         )
TAP PHARMACEUTICAL PRODUCTS INC.,        )
                                         )
                    Defendant.           )

## DEFENDANT'S ANSWER, COUNTERCLAIM, AND DEMAND FOR JURY TRIAL

Defendant TAP Pharmaceutical Products Inc. ("TAP"), for its Answer to the Complaint herein, alleges as follows:

1.    Admits the allegations in paragraphs 1 through 8.

2.    Denies the allegations in paragraph 9.

3.    Admits the allegations in paragraphs 10 through 13.

4.    With respect to paragraph 14, reiterates its response to paragraphs 1 through 13, with the same force and effect as if set forth herein.

5.    Admits the allegations in paragraphs 15 through 17.

## AS AND FOR A FIRST COUNTERCLAIM

1.    This is a counterclaim for false advertising under § 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

2.     Defendant and Counterclaimant TAP is a Delaware corporation with its principal place of business in Lake Forest, Illinois.  TAP began in 1977 as a joint venture between two global pharmaceutical leaders, Abbott Laboratories and Takeda Pharmaceutical Company Limited.  TAP is the marketer of PREVACID, a prescription drug that is indicated for the treatment of acid reflux disease.

3.     Upon information and belief, plaintiff and counterclaim defendant AstraZeneca LP ("AstraZeneca"), is a Delaware limited partnership with its principal place of business in Wilmington, Delaware.  AstraZeneca is an indirect subsidiary of AstraZeneca PLC, a leading international pharmaceutical company.  AstraZeneca researches, develops, manufactures and markets a wide range of prescription pharmaceuticals.  One of the prescription drugs sold by AstraZeneca is NEXIUM, which competes directly with TAP's PREVACID for the treatment of acid reflux disease.

4.     This Court has subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c) and paragraph 6 of AstraZeneca's complaint.

## TAP'S PREVACID

5.     In 1995, TAP introduced PREVACID, the active ingredient of which is lansoprazole, for the treatment of acid reflux disease.  PREVACID is known as a proton pump inhibitor, or "PPI".  Acid reflux disease causes symptoms such as heartburn and acid indigestion; over time, it can lead to erosive esophagitis ("EE"), a condition in which the excessive production of stomach acid causes erosions in the lining of the esophagus.  PPI therapy halts the body's excessive production of stomach acid; once this acid production is controlled, the

esophagus heals naturally without medication. Among all patients who suffer from acid reflux disease, only about 20% to 30% experience EE.

6.    Since its introduction, PREVACID has become one of the best-selling and most frequently prescribed drugs for the treatment of acid reflux disease. In 2003, more than 26 million prescriptions were dispensed for PREVACID and TAP's gross sales of PREVACID exceeded $4 billion. TAP has extensively advertised and promoted PREVACID to doctors, clinics, HMOs and other members of the health care community, as well as to consumers. In 2003, industry sources show that TAP spent in excess of $130 million on PREVACID advertising. PREVACID is not available over-the-counter ("OTC").

## ASTRAZENECA'S NEXIUM

7.    AstraZeneca introduced NEXIUM in 2001 as a successor to PRILOSEC, a similar acid reflux drug whose patent was about to expire. PRILOSEC had long been AstraZeneca's best-selling drug; by 2000, worldwide sales of PRILOSEC were approximately $6 billion, making it the best-selling drug in the world. PRILOSEC's active ingredient is omeprazole; it is available in 10 mg and 20 mg capsules and a 40 mg delayed-release capsule. In 2001, following expiration of AstraZeneca's patent on PRILOSEC, a generic version of the drug was introduced. In 2003, PRILOSEC was approved by the FDA for OTC sale; in September 2003, it was introduced into the OTC market by the Procter & Gamble Co.

8.    In order to replace PRILOSEC, AstraZeneca developed NEXIUM. Like PREVACID, NEXIUM is a PPI. NEXIUM's active ingredient is esomeprazole magnesium, one of two isomers in PRILOSEC, making NEXIUM a similar compound to PRILOSEC. NEXIUM is available in 20 mg and 40 mg delayed-release capsules; the capsules are purple with three yellow stripes. According to a lawsuit recently filed against AstraZeneca by the AFL-CIO and a

coalition of consumer groups, AstraZeneca's launch of NEXIUM was based upon a direct-to-consumer advertising campaign that falsely promoted NEXIUM as having a test-proven superiority over PRILOSEC. Annexed as Exhibit A is a <u>New York Times</u> article describing the California lawsuit and the role that AstraZeneca's consumer advertising played in helping NEXIUM replace PRILOSEC as one of the leading acid reflux drugs on the market.

9.    In the three years NEXIUM has been on the market, it has become one of the best-selling drugs in the world. In 2003, NEXIUM's sales exceeded $3 billion, an increase of more than 50% from its sales in 2002. NEXIUM's sales have continued to increase in 2004 to the point where recently it has become the fifth best-selling drug in the country and the third best-selling drug in the world. NEXIUM, like PREVACID, accounts for approximately 28% of all sales of PPIs. The two other leading branded PPIs are PROTONIX (Wyeth Pharmaceuticals) and ACIPHEX (Janssen Pharmaceuticals).

10.    NEXIUM's dramatic success has come largely from AstraZeneca's extraordinary advertising and promotional budget for the drug. Prescription drugs are typically promoted to the medical community. Thus, like all major pharmaceutical companies, AstraZeneca has a sales force that calls on doctors, clinicians, HMOs and other members of the health care profession in order to urge them to write prescriptions for the company's drugs or add the drugs to their "formulary" of approved drugs. This practice, known as "detailing", has long been the traditional method of promoting prescription drugs.

11.    AstraZeneca, however, has chosen to devote a substantial portion of its NEXIUM advertising and promotional budget to consumer advertising, principally television commercials. The launch of NEXIUM was accompanied by a massive consumer advertising campaign in which AstraZeneca touted the results of clinical studies which purported to

demonstrate the superiority of NEXIUM over PRILOSEC in treating acid reflux disease. By 2003, AstraZeneca was spending nearly $260 million per year on television and other mass media advertising directed to consumers. As a result, NEXIUM is now the most widely advertised prescription drug in the United States.

## NEXIUM'S "BETTER IS BETTER" ADVERTISING CAMPAIGN

12.    In September 2004, AstraZeneca began a new national advertising campaign for NEXIUM. The theme of this campaign is that NEXIUM has been proven to be the most effective acid reflux drug on the market. This theme is represented by the campaign's slogan "Better Is Better", which appears prominently in the NEXIUM TV ad and in a NEXIUM print ad. This campaign has received widespread publicity, including a recent article on the front page of The New York Times Business Section (Exhibit B hereto).

13.    The principal component of the NEXIUM campaign is a TV commercial featuring Broadway star James Naughton standing next to a giant NEXIUM capsule. This commercial has been produced in both a 45-second version (Exhibit C) and a 60-second version (Exhibit D). The commercial is being widely aired during prime time on network and cable television; based on data published by media monitoring services, this commercial has by now been seen over 2 billion times by adult Americans.

14.    The central message of this commercial is that there is "big news" about acid reflux disease. The "news" is that recent medical studies allegedly prove that NEXIUM is "better" than "the other leading prescription medicine" for acid reflux disease. This core message is explicit; it is also the necessary implication of the commercial as a whole. For example, the word "better" is displayed across the very first frame of the commercial and is repeated by Mr. Naughton eight times during the commercial. Similarly, in attempting to

demonstrate that NEXIUM is indeed "better" than the other leading prescription medicine,
Mr. Naughton uses the word "proof" or "prove" three times, and describes the "recent medical
studies" that allegedly "prove" this superiority. The commercial therefore makes an
"establishment claim", i.e., a claim that NEXIUM's superiority for patients suffering from acid
reflux disease has been proven by medical studies.

     15.    AstraZeneca's "Better is Better" campaign also includes information
posted on its website, located at www.purplepill.com. This website currently features a
two-page ad (Exhibit E) that parallels the "Better is Better" commercial. Like the commercial,
the ad features actor James Naughton standing next to a giant NEXIUM capsule. The ad
contains the following headline:

> "The Healing Purple Pill Has Some Very
>
> Healing News.
>
> NEXIUM heals acid related damage
> better than the other leading medicine."

The message that follows this headline begins with the statement that there is "big news" for
"people suffering from acid reflux disease" and that "people with acid reflux disease should
know" about that news. The "news" is that recent medical studies prove that NEXIUM is
"better" than PREVACID in healing esophageal damage. Although this part of the ad touts the
alleged superiority of NEXIUM for healing esophageal damage, the unmistakable and necessary
implication of the ad as a whole is that NEXIUM provides an advantage over PREVACID for
the average patient who suffers from acid reflux disease.

     16.    The third portion of AstraZeneca's "Better is Better" campaign is a
one-page print ad (Exhibit F). The headline of this ad is identical to the headline of the website

ad, i.e., it features a picture of Mr. Naughton standing next to a giant NEXIUM capsule together with the headline:

> "The healing purple pill
> has some very healing news.
>
> NEXIUM heals acid-related damage
> better than the other leading medicine."

Like the website ad, the print ad goes on to state that there is "big news for people suffering from acid reflux disease"; once again, the "news" is that two recent medical studies prove that NEXIUM is superior to PREVACID in healing esophageal damage. Like the website ad, the unmistakable and necessary implication of the ad as a whole is that NEXIUM provides an advantage over PREVACID for the average patient who suffers from acid reflux disease. This is clear from the concluding sentences of the ad, which state that:

> "With NEXIUM, you don't just feel better, you are better.
> And better is better."

17.    The fourth component of AstraZeneca's campaign is an informational pamphlet disseminated to consumers (Exhibit G). The front of the pamphlet is headlined:

> "Important Medical Findings
> For Patients with Acid Reflux Disease
>
> NEXIUM heals moderate
> to severe acid-related damage
> in the esophagus better than
> PREVACID (lansoprazole)."

Like the website ad and the print ad, the pamphlet states that two recent medical studies prove that NEXIUM is superior to PREVACID for acid reflux patients suffering from esophageal damage. The pamphlet concludes with the statement that:

> "With NEXIUM, you don't just feel better
> You are better."

The unmistakable and necessary implication of the pamphlet as a whole is that the average acid reflux patient who takes NEXIUM will "feel better" than the patient who takes PREVACID.

## THE FALSITY OF ASTRAZENECA'S
## "BETTER IS BETTER" ADVERTISING

18.    AstraZeneca's "Better is Better" advertising campaign is literally false.  It is literally false in two respects.

### 1.    False Claim of Overall Superiority

19.    All four components of the campaign known to TAP – the TV ad, the website, the print ad and the consumer pamphlet – convey the message that recent clinical studies prove that NEXIUM is "better" than PREVACID for acid reflux patients and that NEXIUM offers a clinically meaningful benefit over PREVACID for the average patient suffering from acid reflux symptoms such as heartburn.

20.    As set forth in the NEXIUM ads, and as alleged in paragraph 8 of AstraZeneca's complaint, the "Better is Better" claim is based entirely upon the results of two clinical studies:  the Castell study and the Fennerty abstract.  Neither of these studies prove that NEXIUM is better than PREVACID for the treatment of acid reflux disease or that the average acid reflux patient will receive a benefit – such as feeling "better" -- from NEXIUM but not from PREVACID.  To the contrary, these studies show that, for the vast majority of acid reflux patients, NEXIUM and PREVACID provide equivalent treatment for the symptoms of acid reflux disease.

21.    The primary endpoint examined by the Castell and Fennerty studies was whether the patients' EE was "healed" as a result of taking NEXIUM or PREVACID.  This was determined by endoscopic examinations performed at 4 and 8 weeks.  Because of this objective,

these studies dealt with only a small minority of acid reflux patients, viz.: those who suffer from EE. But less than 20% to 30% of patients who have acid reflux disease have EE; the other 70% to 80% merely suffer from heartburn and acid indigestion. For this larger group, the benefit of taking PREVACID or NEXIUM lies in eliminating the discomfort caused by heartburn and indigestion.

22.    The NEXIUM commercial deliberately ignores the narrow finding of the Castell and Fennerty studies. Instead, it trumpets the studies as proving that NEXIUM has been demonstrated to be better than PREVACID for most or all patients suffering from acid reflux disease, not just those patients who have EE. This can be seen from the fact that the words "acid reflux disease" are vividly displayed across the screen in frames 3 and 5. Moreover, the first words spoken by Mr. Naughton about NEXIUM are:

> "So if you suffer from acid reflux
> disease, frequent heartburn. . . ."

The message that NEXIUM has been proven superior to PREVACID for the relief of symptoms such as heartburn and acid indigestion – both of which can cause significant discomfort – is reinforced by the final frames of the commercial, where Mr. Naughton states that:

> "Hey, with NEXIUM, you don't just feel
> better, you are better."

23.    The Castell study collected patient self-evaluations whereby the patients recorded (i) the severity of their heartburn over each 24-hour period and (ii) the presence or absence of nocturnal heartburn. The data from these evaluations shows that there was no clinically meaningful difference in the relief experienced by NEXIUM users as compared to PREVACID users. This finding is consistent with the findings of several other studies which have found that PREVACID and NEXIUM are equally effective in relieving the everyday symptoms of acid reflux disease. Although the Fennerty study purported to find a small

difference in heartburn relief at one particular time point, that difference is not clinically significant. Moreover, because the Fennerty study has never been published, and the abstract of the study does not provide any further information regarding the measurement of symptom relief, the scientific community would not rely on the study as substantiation for a claim of superiority.

2.    **False Claim Re EE Benefits**

24.    The "Better is Better" campaign is also false because NEXIUM's alleged superiority in "healing" esophageal erosion provides no clinically meaningful benefit to most consumers. In the first place, the difference in the extent of "healing" between the NEXIUM and PREVACID groups is clinically meaningless. Esophageal erosions heal naturally once the patient has stopped generating excessive acid. Because both NEXIUM and PREVACID are effective in stopping the generation of excess acid, patients on both drugs will experience esophageal healing. Any marginal differences in the degree of healing or the time to total healing are clinically meaningless.

25.    The superior "healing" claim is also false in a second respect. Most people who suffer from acid reflux disease do not have EE. And, even among the minority of patients who experience EE, only a small minority of them were shown by AstraZeneca's studies to experience higher healing rates.

26.    The Castell study involved 5,241 patients. More than 75% of them (3,954) suffered from low levels of EE referred to in the study as Grade A and Grade B damage. These two groups -- which collectively account for more than 75% of the patients in the study -- had virtually identical rates of healing:

> Grade A Healing Rates:
> NEXIUM            91.7%
> PREVACID          91.3%

Grade B Healing Rates:
NEXIUM                   86.3%
PREVACID                 86.0%

27.    In contrast to the large number of patients in Castell who suffered from

low levels of EE, only about 25% of the patients were found to suffer from moderate (Grade C)

or severe (Grade D) esophageal damage.  It was only among this minority of patients that Castell

found higher healing rates for EE.  Fennerty also found higher healing rates among this group;

however, unlike Castell, Fennerty did not include patients with lower levels of EE in his study.

Accordingly, AstraZeneca's studies do not show that NEXIUM has higher healing rates than

PREVACID for the majority of patients who have EE.

28.    Furthermore, since less than 20% to 30% of acid reflux patients have EE

in the first place, and since no more than 25% of that subgroup suffer from moderate or severe

EE, this means that only 5% to 7.5% of all acid reflux disease patients have sufficiently severe

EE that they would benefit from the alleged superiority touted by AstraZeneca.  In contrast, for

the more than 92% of acid reflux disease patients who do not suffer from moderate or severe EE,

the studies do not support a claim that NEXIUM offers an advantage over PREVACID.

29.    AstraZeneca's unqualified claim that NEXIUM has been proven to be

superior to PREVACID for (i) heartburn and other symptoms of acid reflux disease and (ii) the

healing of esophageal erosion is false.  Neither the Castell nor the Fennerty study demonstrates

that NEXIUM offers a clinically meaningful superiority for the average patient on either count.

This false message is particularly insidious because, as pointed out in the two New York Times

articles about NEXIUM (Exhs. A and B), AstraZeneca is already charged with overstating the

benefits of NEXIUM in order to induce consumers to switch from PRILOSEC to NEXIUM.

## TAP'S INJURY

30.    AstraZeneca's false advertising for NEXIUM is causing irreparable injury to TAP. First, the NEXIUM advertising is likely to cause irreparable damage to PREVACID's reputation. PREVACID's name is prominently mentioned in all of the ads except the TV ad, where it is referred to by the announcer as "the other leading prescription medicine". As noted above, PREVACID and NEXIUM are the two leading PPIs on the market, with each holding about a 28% share. Moreover, the ads are not limited to a general statement that NEXIUM is better than PREVACID; rather, they announce that "recent medical studies prove" that NEXIUM is better. For a prescription drug, the claim that medical studies have proven a drug's superiority is the most powerful claim that can be made.

31.    The fact that AstraZeneca's advertising is targeted to consumers makes it all the more likely to damage PREVACID's reputation. Doctors, for example, are accustomed to receiving advertising and promotional materials that tout the results of clinical studies; they are far better qualified than consumers to evaluate claims based on medical studies, and they are far more likely to recognize whether a particular study supports the claim in question, whether the results of the study have been overstated or exaggerated, or whether the data is clinically meaningful.

32.    Consumers viewing AstraZeneca's TV ads are likely to believe not only that NEXIUM is "better" than PREVACID for the symptoms of acid reflux disease, but that this superiority has now been "proven" by medical studies. No amount of advertising for PREVACID can undo the harm to PREVACID's reputation caused by this false message.

33.    Second, AstraZeneca's false advertising for NEXIUM will have an inevitable impact on PREVACID sales. The purpose of advertising prescription drugs to

1L13399v3

consumers is to induce them to contact their doctor and request a prescription for the advertised drug. In fact, the rapid growth of NEXIUM sales over the past three years has been due in large part to the enormous consumer advertising sponsored by AstraZeneca. This advertising has created, and will continue to create, enormous recognition of and demand for NEXIUM; increased NEXIUM sales will inevitably result in a decline in PREVACID sales.

34.    AstraZeneca's "Better is Better" campaign is materially false, and is likely to deceive consumers into believing that NEXIUM has been shown to be superior to PREVACID for treating the symptoms of acid reflux disease and for healing esophageal erosions.

35.    AstraZeneca's "Better is Better" campaign constitutes false advertising in violation of § 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B). This injury is causing TAP irreparable injury for which it has no remedy at law.

## JURY DEMAND

TAP hereby respectfully requests trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against AstraZeneca as follows:

1.    For preliminary and permanent injunctive relief enjoining AstraZeneca from continuing to broadcast and/or disseminate the advertising materials annexed hereto as Exhibits C through G and any other advertising materials containing the false claim of NEXIUM's test-proven superiority over PREVACID for the treatment of acid reflux disease and/or the healing of esophageal erosions;

2.    For preliminary and permanent injunctive relief enjoining AstraZeneca from claiming, either expressly or by implication in any advertising or other promotional

materials, that medical studies prove that NEXIUM is better than PREVACID for the treatment of acid reflux disease;

    3.    For preliminary and permanent injunctive relief enjoining AstraZeneca from claiming, either expressly or by implication in any advertising or other promotional materials, that medical studies prove that NEXIUM is better than PREVACID in healing esophageal erosions;

    4.    For an order directing AstraZeneca to broadcast and disseminate corrective advertising advising consumers that medical studies comparing NEXIUM to PREVACID do not show (i) that NEXIUM is better than PREVACID for the treatment of acid reflux disease; (ii) that if you use NEXIUM instead of PREVACID for the treatment of acid reflux disease you will feel "better"; or (iii) that NEXIUM is better than PREVACID because it is better at healing esophageal injury;

    5.    For damages, in the form of TAP's actual damages and/or AstraZeneca's profits, occasioned by AstraZeneca's false "Better Is Better" advertising campaign pursuant to 15 U.S.C. § 1117(a);

    6.    For a declaration that this is an "exceptional case" entitling TAP to an award of its attorneys' fees pursuant to 15 U.S.C. § 1117; and

    7.    For such other, further and different relief as this Court deems just and appropriate, together with the costs and disbursements of this action.

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for TAP Pharmaceutical Products Inc.*

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Blair Axel
PATTERSON, BELKNAP, WEBB &
    TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Kenneth D. Greisman
Vice President and
Chief Legal Counsel
TAP Pharmaceutical Products Inc.

Karen L. Hale
Senior Counsel
Abbott Laboratories

Dated: November 10, 2004
149878.1

# EXHIBIT A
# TO APPENDIX EXHIBIT B

TUESDAY, OCTOBER 19, 2004

# The New York Times

THE MEDIA BUSINESS

# Advertising | Stuart Elliott

## Taking aim at ads for the purple pill, a lawsuit says the selling of Nexium is costing society billions.

THE issue of advertising prescription drugs directly to consumers is at the heart of a lawsuit filed yesterday against the pharmaceutical giant AstraZeneca by a coalition of consumer activists representing labor, retired workers and the elderly.

The lawsuit, filed in a state court in Los Angeles, takes on a familiar target — the decision by AstraZeneca in 2001 to introduce one drug, Nexium, to replace another, Prilosec, as the patent protection for Prilosec was expiring.

The new element is the claim that the billions of dollars subsequently spent by AstraZeneca on advertising, promotions and other marketing persuaded consumers to shun much cheaper alternatives like generic drugs and Prilosec in its over-the-counter iteration by wrongfully presenting Nexium as more effective in treating acid reflux.

Directing ads for prescription drugs to consumers "is not wrong, because it's legal," Steve W. Berman of the Seattle law firm of Hagens Berman, which filed the lawsuit, said in a telephone interview. "What's

wrong here is that it was deceptive.

"This is," he said, "a prime example of the abuse that has led to billions of dollars being spent unnecessarily by consumers."

A spokesman for AstraZeneca, Jim Coyne, based in Wilmington, Del., said the accusations were "simply not supported by the facts."

"With respect to the advertising, from the time of launch to the present day we've advertised Nexium based on the strength of the data we have," Mr. Coyne said. "All the statements we've made and continue to make about Nexium are supported by the data."

Nexium, approved three years ago by the Food and Drug Administration as a treatment for severe acid reflux disease, is AstraZeneca's best-selling drug and ranks No. 7 among all prescription drugs sold in the United States. The $257 million spent last year to promote Nexium to consumers, as estimated by Nielsen Monitor-Plus, ranked it first among all such drug advertising.

Campaigns aimed at consumers for Nexium, promoting the brand as

the "purple pill," are created by Saatchi & Saatchi Healthcare in New York, part of the Publicis Healthcare Communications Group division of the Publicis Groupe. A spokeswoman for Publicis did not respond to a request for a comment.

The coalition filing the lawsuit on behalf of consumers is made up of the A.F.L.-C.I.O., the California Alliance for Retired Americans and the Congress of California Seniors. All three are among the 100 members of an organization called the Prescription Access Litigation Project, which litigates against what it considers to be the illegal price inflation of prescription drugs.

"As an organization, we don't have a position on direct-to-consumer drug advertising," Alex Sugerman-Brozan, director of the litigation project in Boston, said in a telephone interview. "Speaking personally, on balance I feel it's a negative."

Such advertising "can have a harmful effect when it convinces people to take a drug they don't really need," he added, "or to take an expensive brand-name drug when an over-the-counter or generic drug would be better."

In this instance, Mr. Sugerman-Brozan said, the ads and promotions for Nexium "caused millions of people to take a drug at inflated high prices" because the over-the-counter version of Prilosec can run "one-eighth the cost of prescription Nexium" and is no different from Nexium in its treatment of acid reflux.

The label for Nexium approved by the F.D.A. describes the results of four tests. In two tests, a 40-milligram dose of Nexium was described as healing patients more quickly than a 20-milligram dose of Prilosec; the two other tests were described as inconclusive.

"The truth," the lawsuit says, "is that there is no evidence that Nexium is superior, at standard doses, to Prilosec and other P.P.I.'s," using the initials for the class of drugs of their type, known as proton pump inhibitors.

Daniel J. Jaffe, executive vice president and the director head of the Washington office of the Association of National Advertisers, the trade organization for marketers, said he could not comment on specifics because he had not had a chance to read the papers filed in the lawsuit. Generally, Mr. Jaffe said, "there is no other area of advertising more

heavily regulated and restricted" than prescription drug ads directed at consumers.

"The F.D.A. scrutinizes these ads, with very heavy penalties for any false and deceptive claims by the drug companies," Mr. Jaffe said, "and no matter what it says in an ad, no one can get access to these products unless they get a prescription from a doctor, who is making the final determination."

Mr. Jaffe said it was too soon to tell whether the lawsuit represented a new threat to direct-to-consumer advertising, which totaled an estimated $3.8 billion last year.

The lawsuit was filed in California, Mr. Berman, the plaintiffs' lawyer, said, because the state has laws covering unfair competition and false advertising that are considered favorable to consumers.

The lawsuit seeks no specific amount of damages. It asks for AstraZeneca to make "restitution and/or disgorgement of all unlawful or illegal profits" earned through selling Nexium as well as pay interest on those profits and cover the legal costs of the organizations bringing the lawsuit.

The lawsuit is the first time the A.F.L.-C.I.O. has been a part of the litigation project, according to Mr. Sugerman-Brozan, who called that a significant step in efforts to hold down health care costs by reducing the prices that union members pay for drugs and medicines.



A print ad for AstraZeneca's nonprescription heartburn medication Prilosec. A group of consumers and unions contend the drug maker's heavy promotion of the prescription drug Nexium is deceptive.

# EXHIBIT B
# TO APPENDIX EXHIBIT B

# Business Day

*TUESDAY, OCTOBER 12, 2004*

### The New York Times



Direct advertising of drugs to consumers, like these ads for the acid reflux remedy Nexium, was approved by the F.D.A. in 1997 and the rules may be relaxed.

# Selling Prescription Drugs to the Consumer

## With Vioxx's Withdrawal, New Questions on a $3.8 Billion Ad Business

### By STUART ELLIOTT and NAT IVES

When Emily Martin was hospitalized for emergency gallbladder surgery last summer, her doctors found that she also had acid reflux, causing erosion of her esophagus.

"My stomach was very unsettled," said Ms. Martin, a 26-year-old mother in Oradell, N.J. So she asked her doctor for Nexium, the "purple pill" that is the nation's most widely advertised prescription drug. "I saw the commercial and they showed people talking about immediate and miracle relief," she said.

It has worked, without side effects, said Ms. Martin, who pays only a $30 monthly insurance co-payment for Nexium, which can cost $200 a month or more.

Patients like Ms. Fleming are why the pharmaceutical company AstraZeneca spent nearly $260 million on television and other mass-media advertising aimed at Nexium users last year.

Approved by the Food and Drug Administration in 2001 as a treatment for severe acid reflux disease, Nexium is now so commonly prescribed for heartburn and indigestion symptoms that it has become one of the nation's best-selling drugs, with United States sales last year of $3.1 billion —

even though many medical experts say that for most patients, cheaper over-the-counter heartburn remedies may work just as well.

The issue of drug advertising directly aimed at consumers was thrust into the news recently when Merck withdrew its arthritis painkiller Vioxx from the market, citing studies indicating a risk of heart attacks or strokes. Critics noted the role that advertising and marketing played in the drug's being widely prescribed to patients who might have done just as well with ibuprofen or other inexpensive over-the-

*Continued on Page 9*

## Household Names

Most heavily promoted drugs, based on total consumer advertising in 2003.

| | CONDITION TREATED | COMPANY | CONSUMER ADVERTISING, IN MILLIONS | | U.S. SALES FOR 12 MONTHS ENDED JUNE 2004, EXCEPT AS NOTED, IN BILLIONS | |
|---|---|---|---|---|---|---|
| Nexium | Acid reflux | AstraZeneca | $257 | | $3.4 | |
| Prevacid | Acid reflux | TAP Pharmaceuticals | 133 | | 3.9 | |
| Singulair | Asthma | Merck | 131 | | 2.0 | |
| Clarinex | Allergies | Schering-Plough | 129 | | 0.7* | |
| Allegra | Allergies | Aventis | 126 | | 1.6* | |

Sources: Nielsen Monitor-Plus; IMS Health

*Figures are for 2003

The New York Times

# Selling Prescription Drugs Directly to the Consumer

Continued From First Business Page

counter remedies.

Vioxx, whatever its safety risks, was hardly unique as a prescription drug that became a best seller on the strength of advertising aimed directly at consumers. In the seven years since the F.D.A. lifted longstanding strictures against such ads, prescription drug advertising has grown into a $3.8-billion-a-year business. And the F.D.A. says that, despite the controversy accompanying the withdrawal of Vioxx, it has no plans to place new curbs on such ads.

Nexium is typical of the brand-building trend. No one is arguing that the drug poses serious health risks, beyond a slight chance of side effects like headaches and flatulence. Despite clear beneficiaries like Emily Martin, though, many medical experts say most patients would do just as well with various cheaper over-the-counter remedies for indigestion and heartburn, including AstraZeneca's own Prilosec — a chemically similar predecessor that no longer requires a prescription and sells for $40 a month or less.

"Nexium is no more effective than Prilosec," said Dr. Sharon Levine, an executive with Kaiser Permanente, the nation's largest health maintenance organization. "I'm surprised anyone has ever written a prescription for Nexium."

AstraZeneca, a British-based company, says that it is unfazed by the critics and that the Vioxx backlash would have no effect on its own consumer advertising for Nexium or other drugs. "We're moving forward undeterred," said Jim Coyne, a spokesman for the company, whose American division has its headquarters in Wilmington, Del. "We've got adequate support for what we say in the ads."

During last Tuesday's debate between the vice-presidential candidates, Senator John Edwards, the Democratic nominee, re-emphasized his criticism of drug advertising. Mr. Edwards said that if he and Senator John Kerry were elected, they would "do something about these drug-company ads on television, which are out of control."

The Kerry-Edwards campaign

Milt Freudenheim contributed reporting for this article.

blames the ad-driven demand for pushing up spending on pricey drugs, which contribute to double-digit inflation in the nation's health care costs. Because prescription drugs are often covered by health insurance plans, many patients who take Nexium are making only a small co-payment for their prescriptions, with the insurer picking up the balance.

Megan Houk, deputy policy director for the Bush-Cheney campaign, accused the Democratic candidates of exaggerating the issue, saying that a 2002 report by the General Accounting Office showed that the drug industry spent far more providing free samples of drugs to doctors than in advertising to consumers. The ads, she said, provide useful information to the public.

"This administration's position is

## No plans at the F.D.A. to change the practice, which has become fuel for election debate.

that all Americans need to get as much information as they can to make informed decisions, with their doctors, about their health care treatment," Ms. Houk said.

And an F.D.A. spokeswoman, Crystal Rice, said late last week, "There are no additional changes expected at this time in light of the Vioxx withdrawal."

In fact, the agency is already studying a proposal aimed at further loosening the rules. It would allow drug makers to simplify magazine and newspaper ads that are now required to list detailed data about benefits and risks — often rendered in tiny type.

The change would permit the print ads to be more reader-friendly, concentrating on the most important or common side effects, for instance, by summarizing the risks in larger type, highlighted with typographical symbols.

The research firm Nielsen Monitor-Plus estimates that AstraZeneca spent $257 million last year on consumer advertising for Nexium. Of

that, the biggest part went to television commercials, largely on broadcast and cable news programs, followed by spending on consumer magazine ads in Time, Newsweek and elsewhere.

That is a huge ad budget for a product of any type, larger than for brands like Olay skin-care products and Tylenol pain relievers and just below the spending for the Acura and Saturn lines of automobiles.

The spending helped raise Nexium's sales by 58 percent from a year earlier, moving to No. 7 among all prescription drugs sold in the United States, according to the research firm IMS Health.

Nexium has been such a marketing success that the current issue of the trade publication Brandweek identified the AstraZeneca team overseeing both Nexium and Prilosec as among the top 10 marketers of the year, on a list headed by the Las Vegas Convention and Visitors Authority.

Such a level of advertising can be offputting even to some Nexium patients, like Margaret Taulane, a legal assistant in Huntingdon Valley, Pa., who takes the drug for what she described as long-term digestive problems.

"I sit here every night at 6:30 and see 'the purple pill' on the news, and it's being spoon-fed to the American public like it's candy," Ms. Taulane said. "Nexium is expensive." She said her BlueCross/Blue Shield insurance plan covered her prescriptions, except for a $5 co-payment. Ms. Taulane originally took Prilosec while it was still a prescription drug, but then another doctor "switched me over to Nexium."

The "purple pill" consumer advertising for Nexium was created by the Saatchi & Saatchi Healthcare agency in New York, part of the Publicis Groupe. The campaign was updated last month with new TV commercials, featuring the actor and singer James Naughton.

"Hey, with Nexium you just don't feel better, you are better," asserts Mr. Naughton, who had previously been featured in Jeep commercials. "And better is better."

Nick Colucci, president and chief operating officer of Publicis Healthcare, said he could not discuss specific clients or campaigns. But generally, he said, "as long as the companies are responsible in communi-

cating," direct-to-consumer drug ads are useful because "people are demanding more information about health care, to be empowered to make the right decisions."

Dr. David A. Kessler, who was the F.D.A. commissioner from late 1990 through 1996 and left before the agency relaxed the advertising rules, said that consumer-directed drug advertising "works best if the benefits of use outweigh the risks of overuse."

But too many of the campaigns aimed at consumers are "about increasing use, which is about increasing sales," said Dr. Kessler, who is now dean of the school of medicine at the University of California, San Francisco. "In certain instances, like drugs lowering cholesterol or vaccines, that may be in the public's interest," while in others, like drugs for pain, stomach ailments or allergies, "it may not be," he said, declining to mention any specific drugs.

Many doctors are unlikely to say no to patients who come to them requesting a certain prescription drug by name, as long as it does not seem wholly inappropriate for the condition. Doctors either do not want to alienate patients who can take their business elsewhere, or are often too pressed for time under insurance payment rules to explore fully the alternative treatments.

So even if a patient with frequent indigestion might benefit from an off-the-shelf product — or by better eating and drinking habits — if that patient asks for Nexium, he is likely to get it.

"Patients say, I have a prescription benefit on my insurance, why should I pay for it over the counter?" said Dr. Mary Frank, a family physician in Rohnert Park, Calif. "Until we address that with the public, we are never going to answer the Nexium-versus-Prilosec question."

People involved in consumer drug marketing, meanwhile, are preparing for repercussions from the withdrawal of Vioxx.

Vioxx "is going to be held up as the most recent poster child for why direct-to-consumer should not continue, or continue in sharply limited fashion," said Stuart Klein, president of the Quantum Group in Parsippany, N.J., a health care ad agency that is owned by the WPP Group and creates campaigns for some other AstraZeneca drugs and for Glaxo-SmithKline.

The critics will fail, Mr. Klein said, because "the series of regulatory checks, both internally at our clients and externally at the Food and Drug Administration" mean "the advertising is vetted unlike that in any other industry I've worked in."

Dr. Eric Christoff of the Northwestern Memorial Physicians Group at Northwestern Memorial Hospital in Chicago remains unconvinced that consumer drug advertising is in the public interest.

"I am not one of those doctors who goes around whining about direct-to-consumer because it somehow usurps my 'authority' with my patients," he said in an e-mail message. "The real problem is that it does promote overuse of some drugs, especially those that are newer, without the long track record of safety."

And "there is no reason," Dr. Christoff said, "despite AstraZeneca's claims to providers and patients, to pay $200 a month for Nexium, when Prilosec over the counter is $45 at Costco."

# EXHIBIT C
# TO APPENDIX EXHIBIT B



**v m s**

PRODUCT Nexium
MARKET New York, NY
PROGRAM Today
CODE # 040902043
TITLE Man Talks About Better

LENGTH 45
STATION WNBC
DATE 09/09/2004
TIME 09:23 AM



(MUSIC IN) MAN: Let's talk about better.



When someone says something's better, it's usually just there opinion. So if you suffer from acid reflux disease,



frequent heartburn and I told you prescription Nexium heals acid related
SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE MAY BE ACID REFLUX DISEASE.



damage in the esophagus better, you'd want proof.
SUPER: OVER TIME ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS.



And now your doctor has that proof.
SUPER: STUDIES VS. PREVACID (IANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE.



Recent medical studies prove Nexium heals that damage better than the other leading prescription medicine. (GRFX: NEXIUM (ESOMEPRAZOLE MAGNESIUM)



No wonder they call Nexium the healing purple pill. So call your doctor today and ask if Nexium is right for you.
SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY.



Because if left untreated, the damage could get worse.



Other serious stomach conditions still may exist.



The most common side effects of Nexium are headache, diarrhea
SUPER: SEE OUR AD IN COOKING LIGHT/ PURPLEPILL.COM



and abdominal pain. Hey, with Nexium
SUPER: 1-800-4-NEXIUM



you just don't feel better, you are better. And better is better. (MUSIC OUT)

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS
Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.
330 West 42nd Street, New York, NY 10036 T 212 736 2010

# EXHIBIT D
# TO APPENDIX EXHIBIT B


v m s

PRODUCT    Nexium
MARKET     New York, NY
PROGRAM    News
CODE #     040902353
TITLE      Man Talks About Better

LENGTH   60
STATION  WCBS
DATE     09/09/2004
TIME     05:42 PM
REV OF # 040902043


(MUSIC IN) MAN: Let's talk about better.


When someone says something's better, it's usually just their opinion.


So if you suffer from acid reflux disease, frequent heartburn
SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE, MAY BE ACID REFLUX DISEASE.


and I told you prescription Nexium heals acid-related damage in the esophagus better, you'd want proof.
SUPER: OVER TIME, ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS


And now, your doctor has that proof. Recent medical studies prove
SUPER: STUDIES VS. PREVACID(LANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE.


Nexium heals that damage better than the other leading prescription medicine.


No wonder they call Nexium the healing purple pill. This is big news,
SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY.


so call your doctor today and ask if Nexium is right for you


because if left untreated, the damage could get worse. Other serious stomach conditions may still exist. The most common side effects of Nexium


are headache, diarrhea and abdominal pain. Hey, with Nexium, you don't just feel better, you are better.
SUPER: SEE OUR AD IN COOKING LIGHT/PURPLEPILL.COM


And better is better.
SUPER: 1-800-4-NEXIUM/PURPLEPILL.COM.


For a free trial offer for Nexium, visit us at purplepill.com or call 1-800-4-NEXIUM. (MUSIC OUT)

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

# EXHIBIT E
# TO APPENDIX EXHIBIT B

Better is Better

Page 1 of.



Here's big news for people suffering from acid reflux disease.

What people with acid reflux disease should know.
Many people have learned that frequent, persistent heartburn 2 or more days a week, despite treatment and change in diet, may be acid reflux disease. What they might not know is that with acid reflux disease, the acid churning up from the stomach can, over time, wear away or erode the delicate lining of the esophagus. This is a condition known as erosive esophagitis.

Only a doctor can determine if this damage exists, or how severe it is. Even people with just mild heartburn could have damage to the esophagus and not know it. But fortunately, the damage can be healed.

That's why it is so important to talk with your doctor about your acid reflux disease, how well your current treatment is working, and what the enclosed study results could mean to you.

NEXIUM vs Prevacid:
Important medical findings.
Recently, two important medical studies were conducted to compare prescription NEXIUM® (esomeprazole magnesium) and Prevacid® (lansoprazole) for the healing of patients with acid reflux disease.[1,2] These studies measured how well each medication healed moderate to severe erosions in the esophagus.

Over 6000 patients were studied.
Each study took place over an 8-week period in multiple locations throughout the US. They collectively involved more than 6000 people, all with varying stages of erosive esophagitis.

Patients were given the maximum recommended dose of prescription

*NEXIUM healed erosions better than Prevacid over 8 weeks, in patients with moderate to severe damage.[1]*

*Here are the results of two studies:*



87% NEXIUM (40 mg once daily)

74% Prevacid (30 mg once daily)

http://www.purplepill.com/better/better.asp

10/18/2004

Better is Better

NEXIUM or the recommended dose of prescription Prevacid once daily.* And there were significant differences in study results between the two medications.

Here are some of the key findings from the two studies:

- The first study proved that NEXIUM was significantly more effective than Prevacid at healing moderate to severe acid related damage in the esophagus.
- In the second study, these findings were confirmed once again — NEXIUM healed patients with moderate to severe damage better than Prevacid.

Ask your doctor about how well NEXIUM heals erosions.
If you have been diagnosed with acid reflux disease, or if you think you might have it, talk to your doctor today about treatment options. Find out whether NEXIUM might be right for you.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esophagus. Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out other serious stomach conditions.
Please read the important Product Information about NEXIUM.

1 Castell DO, Kahrilas PJ, Richter JE, et al. Esomeprazole (40 mg) compared with lansoprazole (30 mg) in the treatment of erosive esophagitis. Am J Gastroenterol. 2002;97:575-583.
2 Data on file, DA-NEX-37.
*NEXIUM 40 mg, NEXIUM 20 mg, and lansoprazole 30 mg are the FDA-approved doses for the healing of esophageal erosions (EE).
NEXIUM is a registered trademark of the AstraZeneca group of companies.
Prevacid is a registered trademark of TAP Pharmaceuticals.

Back to purplepill.com



Nexium
(esomeprazole magnesium)

View the TV Spot

**Choose your format**

- Quicktime Broadband
- Quicktime Dial-Up
- Windows Media Broadband
- Windows Media Dial-Up

Get your Free Trial Coupon

Click Here for your FREE 7-DayTrial Coupon for NEXIUM.

http://www.purplepill.com/better/better.asp

10/18/2004

Better is Better

Page 3 of 3

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out serious stomach conditions. Please read the important Product Information about NEXIUM and discuss it with your healthcare professional.

SEARCH  ·  BOOKMARK THIS SITE  ·  SEND THIS PAGE TO A FRIEND

Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Feedback | Contact Us | Site Map



AstraZeneca

This product information is intended for US consumers only.
222921  09/04  Copyright © 2004 AstraZeneca LP, All rights reserved.

US Corporate Site

http://www.purplepill.com/better/better.asp

10/18/2004

# EXHIBIT F
# TO APPENDIX EXHIBIT B

# The healing purple pill has some very healing news.

## NEXIUM® heals acid related damage better than the other leading medicine.*
*Studies vs Prevacid® (lansoprazole) in patients with moderate to severe damage.*

Here's big news for people suffering from acid reflux disease.

If you've treated your symptoms and changed your diet, but persistent heartburn still comes back two or more days a week, it could be acid reflux disease. Over time, this could lead to erosions in your esophagus, a condition called erosive esophagitis.

Only a doctor can determine if you have this damage. If you do, ask about recent medical studies that prove NEXIUM heals moderate to severe acid related damage in the esophagus better than the other leading prescription medicine. That's right, two major medical studies prove prescription NEXIUM—the healing purple pill—heals moderate to severe acid related damage to the esophagus better. Now that's news you can feel good about.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esophagus. Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out other serious stomach conditions.

Take advantage of our Free Trial Offer today and ask your doctor if NEXIUM is right for you. With NEXIUM, you don't just feel better, you are better. And better is better.

For more information, visit us at purplepill.com or call 1-800-4-NEXIUM
Please read the important Product Information about NEXIUM on the reverse side and discuss it with your doctor.

AstraZeneca

Sources: American Journal of Gastroenterology. Data on file.
NEXIUM and the color purple as applied to the capsule are registered trademarks of the AstraZeneca group of companies.
Prevacid is a registered trademark of TAP Pharmaceuticals.

© 2004 AstraZeneca LP. All rights reserved. 222681 9/04


Nexium® (esomeprazole magnesium)

# EXHIBIT G
# TO APPENDIX EXHIBIT B

IMPORTANT MEDICAL FINDINGS
FOR PATIENTS WITH ACID REFLUX DISEASE

NEXIUM heals moderate
to severe acid related damage
in the esophagus better than
Prevacid® (lansoprazole).[1,2]

## What people with acid reflux disease should know.

Many people have learned that frequent, persistent heartburn 2 or more days a week, despite treatment and change in diet, may be acid reflux disease. What they might not know is that with acid reflux disease, the acid churning up from the stomach can, over time, wear away or erode the delicate lining of the esophagus. This is a condition known as erosive esophagitis.

Only a doctor can determine if this damage exists, or how severe it is. Even people with just mild heartburn could have damage to the esophagus and not know it. But fortunately, the damage can be healed.

That's why it is so important to talk with your doctor about your acid reflux disease, how well your current treatment is working, and what the enclosed study results could mean to you.



AstraZeneca

The makers of NEXIUM® (esomeprazole magnesium), the healing purple pill

With NEXIUM, you don't just feel better, you are better.

[1] Castell DO, Kahrilas PJ, Richter JE, et al. Esomeprazole (40 mg) compared with lansoprazole (30 mg) in the treatment of erosive esophagitis. *Am J Gastroenterol.* 2002;97:575-583.

[2] Data on file, DA-NEX-37.

NEXIUM is a registered trademark of the AstraZeneca group of companies. Prevacid is a registered trademark of TAP Pharmaceuticals.
© 2004 AstraZeneca LP. All rights reserved.      222891      9/04



NEXIUM®
(esomeprazole magnesium)

NEXIUM vs Prevacid:
Important medical findings.

Recently, two important medical studies were conducted to compare prescription NEXIUM® (esomeprazole magnesium) and Prevacid® (lansoprazole) for the healing of patients with acid reflux disease.[1,2] These studies measured how well each medication healed moderate to severe erosions in the esophagus.

Over 6000 patients were studied.

Each study took place over an 8-week period in multiple locations throughout the US. They collectively involved more than 6000 people, all with varying stages of erosive esophagitis.

Patients were given the maximum recommended dose of prescription NEXIUM or the recommended dose of prescription Prevacid once daily.* And there were significant differences in study results between the two medications.

Here are some of the key findings from the studies:

• The first study proved that NEXIUM was significantly more effective than Prevacid at healing moderate to severe acid related damage in the esophagus.

• In the second study, these findings were confirmed once again—NEXIUM healed patients with moderate to severe damage better than Prevacid.

Ask your doctor about how well NEXIUM heals erosions.

If you have been diagnosed with acid reflux disease, or if you think you might have it, talk to your doctor today about treatment options. Find out whether NEXIUM might be right for you.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esophagus. Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out other serious stomach conditions.

Please see the enclosed important Product Information about NEXIUM.

NEXIUM healed erosions better than Prevacid over 8 weeks, in patients with moderate to severe damage.[1,2]

Here are the results of two studies:

87%
NEXIUM
(40 mg
once daily)

74%
Prevacid
(30 mg
once daily)

100
80
60
40
20
0

Healed patients with moderate to severe erosions[1]
STUDY 1

82%
NEXIUM
(40 mg
once daily)

78%
Prevacid
(30 mg
once daily)

100
80
60
40
20
0

Healed patients with moderate to severe erosions[2]
STUDY 2



NEXIUM®
(esomeprazole magnesium)

*NEXIUM 40 mg, NEXIUM 20 mg, and lansoprazole 30 mg are the FDA-approved doses for the healing of erosive esophagitis (EE).

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2004, the attached **DEFENDANT'S**

**ANSWER, COUNTERCLAIM, AND DEMAND FOR JURY TRIAL** was served upon the

below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Harold P. Weinberger, Esquire                         VIA FEDERAL EXPRESS
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022


Steven J. Balick

149881.1