IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1332-KAJ |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

WHEREAS the parties to the above action currently are engaged in briefing their respective summary judgment and *Daubert* motions;

WHEREAS the Court has advised the parties that the trial of the above action will need to be postponed from April 2006 to dates later in 2006 (to be determined), certain counsel have been ill, and given the impending holidays;

WHEREAS the Amended Scheduling Order currently in effect does not provide a date for oral argument, and AstraZeneca believes that oral argument on the pending six motions would be helpful to the Court;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that the schedule for service and filing of the remaining briefs on summary judgment and *Daubert* motions shall be extended as follows:

1. Reply briefs in support of plaintiff's motion for summary judgment (D.I. 88), plaintiff's motion to exclude expert testimony of Thomas Dupont and Susan McDonald (D.I. 91), plaintiff's motion to exclude expert testimony of Dr. Bert Spilker (D.I. 94), and defendant's motion to exclude certain testimony by Michael Rappeport (D.I. 87) shall be served and filed on or before January 12, 2006.

2.  Answering briefs in opposition to plaintiff's motion to strike defendant's jury demand (D.I. 97) and plaintiff's motion to exclude expert testimony of Creighton Hoffman (D.I. 100) shall be served and filed on or before January 12, 2006.

3.  Reply briefs in support of plaintiff's motion to strike defendant's jury demand (D.I. 97) and plaintiff's motion to exclude expert testimony of Creighton Hoffman (D.I. 100) shall be served and filed on or before January 31, 2006.

4.  Oral argument on the pending motions shall/shall not be held on _____, 2006 at \_\_\_:\_\_ .m.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *John W. Shaw* | /s/ *John G. Day* |
| Josy W. Ingersoll (I.D. #1088) | Steven J. Balick (I.D. #2114) |
| John W. Shaw (I.D. #3362) | John G. Day (I.D. #2403) |
| The Brandywine Building | Lauren E. Maguire (I.D. #4261) |
| 1000 West Street, 17th Floor | 222 Delaware Avenue, 17th Floor |
| P.O. Box 391 | P.O. Box 1150 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899 |
| 302-571-6600 | 302-654-1888 |
| jingersoll@ycst.com | sbalick@ashby-geddes.com |
| jshaw@ycst.com | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 200\_.

_____
United States District Judge

164832.1