# EXHIBIT A



**vms**

| | |
|---|---|
| **PRODUCT** Nexium | **LENGTH** 60 |
| **MARKET** New York, NY | **STATION** WCBS |
| **PROGRAM** News | **DATE** 09/09/2004 |
| **CODE #** 040902353 | **TIME** 05:42 PM |
| **TITLE** Man Talks About Better | **REV OF #** 040902043 |



(MUSIC IN) MAN: Let's talk about better.



When someone says something's better, it's usually just their opinion.



So if you suffer from acid reflux disease, frequent heartburn

SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE, MAY BE ACID REFLUX DISEASE.



and I told you prescription Nexium heals acid-related damage in the esophagus better, you'd want proof.

SUPER: OVER TIME, ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS



And now, your doctor has that proof. Recent medical studies prove

SUPER: STUDIES VS. PREVACID(LANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE.



Nexium heals that damage better than the other leading prescription medicine.



No wonder they call Nexium the healing purple pill. This is big news,

SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY.



so call your doctor today and ask if Nexium is right for you



because if left untreated, the damage could get worse. Other serious stomach conditions may still exist. The most common side effects of Nexium



are headache, diarrhea and abdominal pain. Hey, with Nexium, you don't just feel better, you are better.

SUPER: SEE OUR AD IN COOKING LIGHT/PURPLEPILL.COM



And better is better.

SUPER: 1-800-4-NEXIUM/PURPLEPILL.COM.



For a free trial offer for Nexium, visit us at purplepill.com or call 1-800-4-NEXIUM. (MUSIC OUT)

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law .

330 West 42nd Street, New York, NY 10036  T 212 736 2010

 **v m s**

| | | |
|---|---|---|
| **PRODUCT** Nexium | **LENGTH** 45 |
| **MARKET** New York, NY | **STATION** WNBC |
| **PROGRAM** Today | **DATE** 09/09/2004 |
| **CODE #** 040902043 | **TIME** 09:23 AM |
| **TITLE** Man Talks About Better | |



(MUSIC IN) MAN: Let's talk about better.



When someone says something's better, it's usually just there opinion. So if you suffer from acid reflux disease,



frequent heartburn and I told you prescription Nexium heals acid related

SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE MAY BE ACID REFLUX DISEASE.



damage in the esophagus better, you'd want proof.

SUPER: OVER TIME ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS.



And now your doctor has that proof.

SUPER: STUDIES VS. PREVACID (LANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE.



Recent medical studies prove Nexium heals that damage better than the other leading prescription medicine. (GRFX: NEXIUM (ESOMEPRAZOLE MAGNESIUM)



No wonder they call Nexium the healing purple pill. So call your doctor today and ask if Nexium is right for you.

SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY.



Because if left untreated, the damage could get worse.



Other serious stomach conditions still may exist.



The most common side effects of Nexium are headache, diarrhea

SUPER: SEE OUR AD IN COOKING LIGHT/ PURPLEPILL.COM



and abdominal pain. Hey, with Nexium

SUPER: 1-800-4-NEXIUM



you just don't feel better, you are better. And better is better. (MUSIC OUT)

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

330 West 42nd Street, New York, NY 10036  T  212 736 2010

Exhibit B







Better is Better

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out serious stomach conditions. Please read the Important Product Information about NEXIUM and discuss it with your healthcare professional.

SEARCH  |  BOOKMARK THIS SITE  |  SEND THIS PAGE TO A FRIEND

Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Feedback | Contact Us | Site Map

AstraZeneca

This product information is intended for US consumers only.
224117 12/04  Copyright © 2005 AstraZeneca LP. All rights reserved.

US Corporate Site

Exhibit C

RECYCLED

A0407-1590
" 8 .

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA L.P.,          :

               Plaintiff,          :

                         :          C.A. No. 04-1332 (KAJ)

        v.          :

TAP PHARMACEUTICAL PRODUCTS INC.          :

              Defendant.          :

## DECLARATION OF MICHAEL SPITALLI IN SUPPORT
## OF TAP'S MOTION FOR A PRELIMINARY INJUNCTION

Michael Spitalli, under penalty of perjury, declares as follows:

## PROFESSIONAL BACKGROUND

1.     I am Senior Group Manager for Prevacid Professional Marketing at TAP Pharmaceutical Products Inc. ("TAP"). This declaration is based upon my personal knowledge and experience and information learned in the course of my duties at TAP. I make this declaration in support of TAP's motion for a preliminary injunction preventing AstraZeneca from making the false claims in its advertising that studies prove NEXIUM is "better" than TAP's PREVACID for patients with acid reflux disease.

2.     I have been involved in sales and the marketing of pharmaceutical products for over 13 years. This includes, prior to my current employment at TAP, two years at an advertising agency, where I developed new business opportunities, as well as other pharmaceutical products in several therapeutic areas. In addition, I had been for several years a Health Education Specialist certified by the National Commission For Health Education

Credentialing ("NCHEC"). While at TAP, I have worked on the professional/physician promotion of PREVACID. In my current position I am constantly involved in analyzing studies on the efficacy and safety of PREVACID and the other drugs with which it competes. My work includes regular interaction with doctors in relation to such studies.

## TAP'S PREVACID

3.      In 1995, TAP introduced PREVACID, the active ingredient of which is lansoprazole, for the treatment of acid reflux disease. PREVACID is known as a proton pump inhibitor, or "PPI". Acid reflux disease causes symptoms such as heartburn and acid indigestion and can be associated with erosive esophagitis ("EE"), a condition in which the excessive production of stomach acid causes erosions in the lining of the esophagus. PPI therapy reduces the body's excessive production of stomach acid; once this acid production is controlled, the esophagus heals naturally without medication. Among all patients who suffer from acid reflux disease, only about 20% to 30% experience EE.

4.      Like TAP's PREVACID, AstraZeneca's NEXIUM is also a PPI, as is PRILOSEC, which previously had been AstraZeneca's best selling drug (as explained below). Generally, PPIs as a class of drugs actually reduce the amount of gastric acid secreted into the stomach, as opposed to older treatments for excess stomach acid, such as MAALOX, MYLANTA or TUMS, which are available over the counter ("OTC") and simply seek to neutralize the acid already in the stomach. Unlike PPIs, traditional antacids are used by consumers on an intermittent, "as needed" basis for temporary relief of heartburn symptoms. PPIs are generally well tolerated by most patients and have a relatively low incidence of side effects.

2

5.      Since its introduction, PREVACID has become one of the best-selling and most frequently prescribed drugs for the treatment of acid reflux disease.  In 2003, more than 26 million prescriptions were dispensed for PREVACID, and TAP's gross sales of PREVACID exceeded $4 billion.  TAP has extensively advertised and promoted PREVACID to doctors, clinics, HMOs and other members of the health care community.  TAP also promotes PREVACID directly to consumers.  In 2003, industry sources show that TAP spent approximately $133 million on PREVACID consumer advertising.  PREVACID is not available OTC.

## ASTRAZENECA'S NEXIUM

6.      AstraZeneca introduced NEXIUM in 2001 as a successor to its PRILOSEC, a similar PPI whose patent was about to expire.   PRILOSEC had long been AstraZeneca's best-selling drug.  By 2000, worldwide sales of PRILOSEC were approximately $6 billion, making it the best selling drug in the world.  PRILOSEC's active ingredient is omeprazole; it is available in 10 mg and 20 mg capsules and a 40 mg delayed-release capsule. The predominant color of PRILOSEC capsules is purple.  In 2003, PRILOSEC was approved by the FDA for OTC sale; it was introduced into the OTC market by the Procter & Gamble Co. in September 2003.

7.      In order to replace PRILOSEC, AstraZeneca developed NEXIUM. NEXIUM's active ingredient is esomeprazole magnesium, one of two isomers in PRILOSEC, making NEXIUM a similar compound to PRILOSEC.  AstraZeneca's NEXIUM is available in 20 mg and 40 mg delayed-release capsules; the capsules are purple – like PRILOSEC – with the addition of three gold stripes.

8.      Currently, PREVACID and NEXIUM are the leading prescription PPI medications for acid reflux disease.  Their market shares most recently have been virtually

identical at about 28% of the PPI market.  The other major promoted PPI products are

PROTONIX, marketed by Wyeth, and ACIPHEX, which is marketed by Janssen Pharmaceutica

Inc. and Eisai Inc.  Recently, PROTONIX had about 22% of the prescription PPI market, while

ACIPHEX had almost 10% of this market.

      9.     In the three years NEXIUM has been on the market, it has become one of

the best-selling prescription drugs of any kind in the world.  In 2003, NEXIUM's sales exceeded

$3 billion, an increase of more than 50% from its sales in 2002, making it the seventh best-

selling drug in the United States.  NEXIUM's sales have continued to increase dramatically in

2004, to the point where recently it has become the fifth best-selling drug in the United States

and the third best-selling drug in the world.

## ASTRAZENECA'S CAMPAIGN TO PROMOTE NEXIUM TO CONSUMERS

      10.     NEXIUM's dramatic success has come largely from AstraZeneca's huge

advertising and promotional budgets for the drug.  It has been reported that in 2001 alone, the

year it launched NEXIUM, AstraZeneca spent some $478 million to promote NEXIUM.  This is

an extraordinary figure for a single year's spending on one drug.  In 2003, AstraZeneca is

reported to have spent some $257 million on television and other mass media NEXIUM

advertisements directed at consumers.

      11.     Such tremendous spending on direct to consumer advertising is relatively

new.  Until 1997, the Food and Drug Administration ("FDA") essentially prohibited the

advertising of prescription drugs directly to consumers.  Traditionally, all major prescription

drugs had been heavily advertised and promoted to the medical community.  Like all large

pharmaceutical companies, AstraZeneca has a sales force that calls on doctors, clinicians, HMOs

and other members of the health care professions in order to educate them as to the merits of

their products so they may thereafter write prescriptions for the company's drugs or add the drugs

4

to their "formulary" of approved drugs. This practice, known as "detailing", has long been the traditional method of promoting prescription drugs to medical professionals.

12.    AstraZeneca, however, has chosen to devote the majority of its NEXIUM advertising budget to direct to consumer advertising, i.e., television commercials, print ads and consumer pamphlets and handouts. As stated, I understand that in 2003 AstraZeneca spent some $257 million on television and other mass media advertising directed to consumers – more than the advertising spending for any other prescription drug in the United States.

13.    Recently, there has been considerable public discussion on the benefits and risks of direct to consumer advertising, including criticism of specific ad campaigns. On October 12, 2004, The New York Times singled out problems with AstraZeneca's huge NEXIUM advertising campaign to consumers, highlighting the strong impact of these ads on consumers and citing experts who believe NEXIUM is no better than other drugs for acid reflux disease (see Exh. A hereto).

14.    As The New York Times explained, and as is recognized in the pharmaceutical and advertising industries, advertising directed at consumers is powerful and highly effective. An ad telling consumers to "Ask your doctor about" a particular prescription drug will very often result in an increase in the prescriptions for that drug. Doctors often will not refuse a patient's request for a particular drug if it is one of several that are indicated, especially when it relates to the personal comfort of the patient. This is very true regarding acid reflux disease, which can be a very uncomfortable condition. As The New York Times concluded, "if that patient asks for Nexium, he is likely to get it." (Exh. A).

15.    A recent study by researchers at the Harvard School of Public Health, the Massachusetts Institute of Technology and the Harvard Medical School shows the effectiveness of direct to consumer advertising of prescription drugs. The study found that 30% of adults have

5

talked to their doctor about a drug they saw advertised, and 44% of those who talked to their

doctor received a prescription for the drug they inquired about. This means that one in eight

Americans (13%) has received a specific prescription in response to seeing an ad for it. The

study also found that every $1 spent on consumer advertising generated an additional $4.20 in

drug sales.[1]

      16.    Under these circumstances, it is understood that drug advertising to

consumers must be wholly truthful. This is especially true when the ads discuss scientific or

medical studies. Consumers, unlike doctors, generally lack the experience needed to understand

and interpret advertising claims based on pharmaceutical studies. For these reasons, most

marketers strive to assure that advertisements aimed at consumers provide all relevant facts such

that there are no omissions which in the context of the ad could render it false or misleading.

      17.    These issues are highlighted in a lawsuit recently filed against

AstraZeneca by the AFL-CIO and a coalition of consumer groups claiming that the ads for

NEXIUM deceive consumers. The lawsuit discusses AstraZeneca's huge spending on direct to

consumer advertising. The AFL-CIO group asserts that those ads misrepresent the results of the

studies which consumers are told show that NEXIUM is superior to PRILOSEC.

      18.    Significantly, the AFL-CIO lawsuit against AstraZeneca does not

challenge all direct to consumer advertising of prescription drugs. As the lawyer for the

plaintiffs stated to The New York Times, direct to consumer advertising of drugs "is not wrong,

because its legal. . . . . What's wrong here is that [AstraZeneca's NEXIUM ad] was deceptive."

(Exh. A).

---

[1] The study is available at
http://www.kff.org/rxdrugs/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=14380 and is
discussed at
http://www.kff.org/rxdrugs/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=13876 and
http://www.kff.org/rxdrugs/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=14378.

## NEXIUM'S "BETTER IS BETTER" ADVERTISING CAMPAIGN

19.    In September 2004, AstraZeneca began a new national advertising campaign for NEXIUM. The theme of this campaign is that NEXIUM has been proven to be the most effective acid reflux disease drug on the market. This theme is represented by the campaign's slogan "Better is Better," which appears prominently in the new NEXIUM TV ads and in a NEXIUM print ad.

20.    AstraZeneca is saturating the media markets with its new NEXIUM ads. It appears that AstraZeneca's spending in 2004 for direct to consumer ads for NEXIUM will exceed even the very large amount it spent in 2003. The new "Better is Better" TV commercial is being aired repeatedly during prime time on both network and cable television. According to industry monitoring sources, AstraZeneca is putting 100% of its "media weight" behind "Better is Better". This means "Better is Better" is the only ad AstraZeneca is running for NEXIUM, in contrast to prior periods when it had two or more creative ads for NEXIUM running at the same time. This is a highly concentrated advertising strategy which seeks to focus consumers exclusively on the message of "Better is Better".

21.    "Better is Better" is being aired repeatedly at times and on TV programs aimed at the 35 to 64 age group, which is the key demographic for this type of product. Industry monitoring sources report that for the six weeks following its early September launch, "Better is Better" has cumulatively reached 87% of American adults an average of 8.3 times. Among adults aged 35-64, this commercial has reached 88% of this group an average of 8.7 times. These numbers show an extremely high penetration. In fact, this commercial generated more than 791 million "Age 35-64 impressions" in just the six weeks following its launch. This means "Better is Better" was seen over 791 million times by this 35-64 age group in its first six weeks on the air. As to all age groups, the ad has been viewed by adult Americans more than 1.4

billion times in the first six weeks following its launch. This very heavy media campaign has continued since then and the number of impressions is growing by millions every day. By now, I believe that "Better is Better" has been seen over 2 billion times by adult American consumers.

22.    Until earlier this year, PREVACID had enjoyed a clear lead over NEXIUM in market share for total PPI prescriptions dispensed. Today, NEXIUM has eliminated that lead. In particular, industry monitoring sources show that NEXIUM's market share of the PPI market for new prescriptions – that is, patients being prescribed NEXIUM for the first time – has increased significantly since early September. New prescriptions is a closely watched indicator of the effectiveness of a new advertising campaign. I believe that this very recent increase in NEXIUM's share of the PPI market is due in large part to AstraZeneca's powerful new "Better is Better" advertisements.

## TAP'S PRE-LITIGATION EFFORTS TO
## ADDRESS ASTRAZENECA'S FALSE ADVERTISING

23.    Promptly after the September launch of AstraZeneca's "Better is Better," TAP took steps to protest and, hopefully, remedy the false aspects of the campaign. By letter dated September 27, 2004 (Exh. B hereto), TAP wrote to the FDA to alert the agency to the problem in the hopes that action by the FDA would expeditiously resolve the matter. In addition, on September 30, 2004 (Exh. C hereto), TAP protested directly to AstraZeneca and requested that the false aspects of "Better is Better" be promptly cured. AstraZeneca's response was to file this lawsuit.

24.    On November 2, 2004, TAP received a response from FDA (Exh. D hereto) which stated: "We have considered your complaint and have concluded that it appears to have merit and will be carefully evaluated for further action." When TAP's regulatory personnel followed up and spoke with FDA following receipt of this letter, TAP learned that further action,

if any, by the agency could take up to several additional months. While TAP is heartened with the attention the FDA is giving this important matter, we had hoped that some official action might come sooner, which could have obviated the need for further proceedings in Court.

## THE MESSAGE IN ASTRAZENECA'S "BETTER IS BETTER" TV ADS

25.    The principal component of the NEXIUM campaign is a TV commercial featuring Broadway star James Naughton standing next to a giant NEXIUM capsule. This commercial has been produced in both a 45-second version (Exh. E hereto) and a 60-second version (Exh. F hereto). A videotape copy of these commercials is also submitted as Exhibit G.

26.    The central message of this TV commercial is that there is now "big news" about acid reflux disease. The "news" is said to be that "recent medical studies" prove that NEXIUM is "better" than "the other leading prescription medicine" for acid reflux disease. This core message is explicit and unambiguous. For example, the word "better" is displayed in large letters across the very first frame of the commercial and is repeated by Mr. Naughton <u>eight</u> <u>times</u> during the commercial (Exhs. E, F, G). Similarly, in trying to demonstrate that NEXIUM is indeed "better" than the other leading prescription medicine, Mr. Naughton uses the word "proof" or "prove" three times, and describes the "recent medical studies" that are claimed to "prove" this superiority. In short, the commercial claims that NEXIUM's superiority for patients suffering from acid reflux disease has been "proven" by medical studies (Exhs. E, F, G).

27.    The TV commercials for NEXIUM refer to PREVACID by name. In one of the commercial's "supers" – superimposed text that runs under the images of the actor and the purple pill – AstraZeneca's ad says the "proof" is "studies vs. PREVACID (lansoprazole)" (Exhs. E, F, G).

28.    The commercials convey a clear message to consumers. They state that NEXIUM has been demonstrated to be better than PREVACID for <u>all</u> patients suffering from

acid reflux disease -- not just the minority of acid reflux patients who have damage from moderate to severe grades of EE. This can be seen from the fact that the words "acid reflux disease" are vividly displayed across the screen at the beginning of the commercial in frames 3 and 5 (Exhs. E, F, G). Moreover, among the first words spoken by Mr. Naughton about NEXIUM are (Exhs. E, F, G):

> "So if you suffer from acid reflux
> disease, frequent heartburn. . . ."

Generally, the opening words spoken by an announcer in any TV commercial, and the message they send, are among the most important words in that commercial and set the tone and perceptions for the remainder of the ad.

29.    The message that NEXIUM has been proven superior to PREVACID for the vast majority of acid reflux patients who merely suffer from heartburn and acid indigestion, both of which can be highly uncomfortable, is powerfully reinforced by the final frames of the commercial, where Mr. Naughton states (Exhs. E, F, G):

> "Hey, with NEXIUM, you don't just feel
> better, you are better."

Like the opening words of a commercial, the closing words and the message they leave behind are among the most important words in that commercial. Here, the clear last message left with consumers is that the studies show they will feel better with NEXIUM regardless of the type of problem they have from acid reflux disease.

30.    It is generally believed that the vast majority of acid reflux patients do not suffer from EE. At most, only about 20% to 30% of acid reflux patients experience EE and experts believe the number may be even lower. Moreover, I understand that most patients with EE are not even aware that they have EE; any discomfort they have is generally from heartburn and acid indigestion, like the rest of acid reflux sufferers. Thus, for the overwhelming majority

10

of acid reflux disease patients who suffer only from heartburn, the obvious implication of "You don't just feel better, you are better" is that their stomach discomfort and heartburn is relieved "better" with NEXIUM than with PREVACID.

31.    It is true that the announcer briefly mentions that the new studies relate to healing "damage," which elsewhere in the ad is said -- only one time -- to be "in the esophagus." However, I have no doubt that this reference has little or no impact on the consumer compared to (1) the prominent early reference to "suffering from acid reflux disease, frequent heartburn," (2) the dominant opening and closing messages about feeling "better" and (3) the large and repeated visuals showing "acid reflux disease". Looking at this commercial as a whole, the plain and obvious implication of these images and statements is that new studies show that NEXIUM is generally superior to PREVACID at relieving the discomfort caused by a range of conditions and symptoms generally referred to as acid reflux disease.

32.    In short, I would say the message of this TV commercial as a whole is about "feeling" and not about "healing."

33.    Yet even to the extent that a consumer may perceive that the studies relate to healing esophageal damage, there is another clear – and false -- message in these ads. That message is that the studies prove that NEXIUM is superior to PREVACID in promoting the healing of all grades of EE. I understand that neither study proves that. In addition, in my opinion, the very brief and small statement about the studies in the "super" that flashes on the screen at one point does not adequately explain a key limitation on the results of these studies. That important fact, which is lost to viewers of this commercial, is that the study results being cited relate only to patients with moderate to severe EE, who I understand represent only a very small minority of all EE patients (who in turn are only a minority of all acid reflux patients.)

11

## ASTRAZENECA'S OTHER ADVERTISING

34.    AstraZeneca's "Better is Better" campaign also includes information

posted on its website, located at www.purplepill.com. This website currently features a

three-page ad (Exh. H hereto) that parallels the "Better is Better" TV commercial. Like the

commercial, the website ad features actor James Naughton standing next to a giant NEXIUM

capsule. The ad contains the headline:

> "The Healing Purple Pill Has Some Very Healing
> News.
>
> NEXIUM heals acid related damage
> better than the other leading medicine."

35.    The message that follows this headline begins with the statement that there

is "big news" for "people suffering from acid reflux disease" and that "people with acid reflux

disease should know" about that news. The "news" is that recent medical studies prove that

NEXIUM is "better" than PREVACID in healing esophageal damage (Exh. H). Although this

part of the ad touts the alleged superiority of NEXIUM for healing esophageal damage, the

unmistakable message of the ad as a whole is that NEXIUM provides an advantage over

PREVACID for the average patient who suffers from acid reflux disease.

36.    The third portion of AstraZeneca's "Better is Better" campaign is a

one-page print ad (Exh. I hereto). The headline of this ad is identical to the headline of

AstraZeneca's website ad, i.e., it features a picture of Mr. Naughton standing next to a giant

NEXIUM capsule together with the headline:

> "The healing purple pill has some very healing
> news.
>
> NEXIUM heals acid-related damage
> better than the other leading medicine."

12

Like the website, the print ad goes on to state that there is "big news for people suffering from acid reflux disease". The "news" is that two recent medical studies prove that NEXIUM is superior to PREVACID in healing esophageal damage (Exh. I). Like the website ad, the unmistakable message of this ad as a whole is that NEXIUM provides an advantage over PREVACID for the average patient who suffers from acid reflux disease. This is clear from the concluding sentences of the ad, which state (Exh. I):

> "With NEXIUM, you don't just feel better, you are
> better. And better is better."

37.    According to AstraZeneca's Complaint in this case, the fourth component of the campaign is an informational pamphlet disseminated to consumers (Exh. J hereto). The front of the pamphlet is headlined:

> "Important Medical Findings For Patients with Acid
> Reflux Disease
>
> NEXIUM heals moderate to severe acid-related
> damage
> in the esophagus better than PREVACID
> (lansoprazole)."

38.    Like the website ad and the print ad, the pamphlet states that two recent medical studies prove that NEXIUM is superior to PREVACID for acid reflux patients suffering from esophageal damage. Like the TV ad, the pamphlet concludes with the statement that (Exh. J):

> "With NEXIUM, you don't just feel better
> You are better."

The message of this pamphlet is that the average acid reflux patient who takes NEXIUM will "feel better" than the patient who takes PREVACID.

39. As stated in the NEXIUM ads themselves, the "Better is Better" campaign is based upon the results of two clinical studies. I understand that whether AstraZeneca's NEXIUM ads constitute false advertising or not will depend on whether these studies substantiate the claims being made about them in the advertisements. My understanding is that these studies do not in fact show that NEXIUM is superior at relieving everyday acid reflux symptoms, such as heartburn, that are experienced by the vast majority of acid reflux disease patients. This is consistent with the findings of several studies sponsored by TAP, which have consistently found that PREVACID and NEXIUM are equally effective in relieving the everyday symptoms of acid reflux disease.

## TAP'S INJURY

40. PREVACID is an important product for TAP. As stated, in 2003 more than 26 million prescriptions for PREVACID were dispensed and total gross sales exceeded $4.1 billion. Since PREVACID's launch in 1995, TAP has invested substantial sums in building public goodwill for PREVACID. The PREVACID brand enjoys a strong reputation for effectiveness and quality. Based on my experience, I believe that many consumers believe there is no better prescription drug for acid reflux disease than PREVACID.

41. I believe the false message in AstraZeneca's ads that NEXIUM is "better" has been and will be extremely harmful to PREVACID's reputation and goodwill and, ultimately, will lead to a decline in PREVACID sales. That injury will only grow as the "Better is Better" campaign continues to be widely broadcast and disseminated. This is especially true here because (1) the advertising is aimed directly at consumers and (2) AstraZeneca is saturating the markets with these advertisements.

42. First, the NEXIUM advertising is likely to cause irreparable damage to PREVACID's reputation. PREVACID's name is mentioned in all of the ads, and is also referred

to by the TV announcer as "the other leading prescription medicine". PREVACID and

NEXIUM are the two leading PPIs on the market, so the reference to PREVACID is obvious.

The reference to PREVACID by name is particularly prominent in the print ads and website.

Moreover, the ads are not limited to a general statement that NEXIUM is superior to

PREVACID; rather, they announce the "big news" that "recent medical studies prove" NEXIUM

is superior. For a prescription drug, the claim that new medical studies have proven a drug's

superiority is the most powerful claim that can be made, and typically has large and impactful

results. Patients who up to now have had confidence in PREVACID will suddenly begin

questioning their doctor's therapy and, improperly, may be encouraged to seek something better.

43.     The fact that AstraZeneca's advertising is targeted to consumers makes it

all the more likely to damage PREVACID's reputation. Physicians, for example, are accustomed

to receiving advertising and promotional materials that tout the results of clinical studies.

Medical professionals are better qualified than consumers to evaluate claims based on scientific

studies, and they are far more likely to recognize whether a particular study truly supports the

claim in question or whether the results of the study have been overstated or exaggerated, or

whether a significant fact has been omitted. (Yet even as to doctors, at times corrective

advertising may be necessary to ensure that medical professional are aware of false or misleading

ads.)

44.     Consumers viewing AstraZeneca's TV ads are likely to believe not only

that NEXIUM is "better" than PREVACID for the symptoms of acid reflux disease, but that this

superiority has now been "proven" by new medical studies. No amount of advertising for

PREVACID can undo the harm to PREVACID's reputation caused by this false message.

15

45.    Another aspect of the irreparable damage to PREVACID's reputation is the impact these TV commercials will have on physicians. Even though the NEXIUM ads are designed primarily for consumers, they will be seen, and to some extent believed, by many doctors. To the extent these ads cause doctors to believe that NEXIUM is superior, the credibility of the PREVACID sales force who call on doctors will be severely damaged. The effectiveness of these sales representatives is critical to TAP, and damage to the trust that doctors place in them is difficult, if not impossible, to repair.

46.    AstraZeneca's false advertising for NEXIUM will also have an inevitable negative impact on PREVACID sales. The purpose of advertising prescription drugs to consumers is to induce them to contact their doctor and request a prescription for the advertised drug. Studies show that such direct to consumer ads are highly effective. In fact, the rapid growth of NEXIUM sales over the past three years has been due in large part to the enormous consumer advertising sponsored by AstraZeneca. This advertising has created, and will continue to create, enormous recognition of and demand for NEXIUM; increased NEXIUM sales will inevitably result in a decline in PREVACID sales. The damage to TAP will be inevitable and irreparable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in _Pasadena_, California, on November 12, 2004.

Michael Spitalli

16

1113929v4

Exhibit D

RECYCLED

A 0487-1590
11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

————————————————————— x

ASTRAZENECA LP,                              :

           Plaintiff,                      :

                      :   Civil Action No. 04-1332 - KAJ

       - against -                      :

TAP PHARMACEUTICAL PRODUCTS INC.  :

           Defendant.                      :

                      :

————————————————————— x

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2004 NOV 12 PM 4: 36

## DECLARATION OF MALCOLM ROBINSON, M.D., FACP, FACG

Malcolm Robinson, under penalty of perjury, declares as follows:

## PROFESSIONAL BACKGROUND

1.     I am an Emeritus Clinical Professor in the Department of Medicine at the

University of Oklahoma, specializing in gastroenterology and internal medicine. I am also the

founder and former president of the Oklahoma Foundation for Digestive Research, and I served

on its Board of Directors from 1989 to 2004. Currently, I lecture in the U.S. and in other

countries on gastroesophageal reflux disease and other gastroenterology-related topics. I have

also served as former Medical Director and Chief of Gastroenterology of the Gastroenterology

Laboratory of Columbia Presbyterian Hospital in Oklahoma City. I hold an M.D. from the

University of Oklahoma School of Medicine and a B.S. from Tulane University. My Internal

Medicine training was at the Cleveland Clinic Foundation and at the University of Oklahoma,

and my NIH-funded Gastroenterology Fellowship was served at Duke University. After the GI

1

Fellowship, I studied the clinical pharmacology of heroin in the Republic of Viet Nam as a medical corps officer associated with the Walter Reed Army Institute of Research.

2.      I have been and remain an active member of numerous pharmaceutical companies' advisory boards. I have served on medical journal editorial advisory boards, and I have been an active reviewer for multiple medical journals including <u>Alimentary Pharmacology & Therapeutics</u>, the <u>American Journal of Gastroenterology</u> and the <u>New England Journal of Medicine</u>. I am a fellow/member of numerous professional societies, including the American College of Physicians, the American Medical Association, the American Gastroenterological Association, the American Society for Gastrointestinal Endoscopy, and the American College of Gastroenterology. I have given hundreds of invited lectures and have written hundreds of articles, letters, editorials and abstracts, most of which involved gastroenterological issues such as acid peptic disorders, esophageal motor dysfunction, and inflammatory bowel disease. I am an expert in the field of gastroenterology. My curriculum vitae is attached as Exhibit A. I submit this declaration in support of TAP Pharmaceutical Products Inc.'s motion for a preliminary injunction.

## ACID REFLUX DISEASE AND EE

3.      Acid reflux disease, also known as gastroesophageal reflux disease ("GERD"), is a common condition in the United States affecting millions of people. The main symptom of acid reflux disease is heartburn, a burning sensation in the chest that occurs when stomach acid backs up or "refluxes" into the esophagus. It is likely that most people experience heartburn once in a while, but not everyone experiences the same degree of discomfort or the same number of episodes. On the more troublesome end of the GERD continuum, many people have chronic heartburn that occurs several times a week or even daily.

2

4.    Sometimes, chronic heartburn and associated gastroesophageal reflux disease can be associated with erosive esophagitis ("EE"), a condition in which the excessive exposure of the esophagus to stomach acid and enzymes damages the lining of the esophagus. The existence or duration of heartburn or the degree of symptoms cannot be used to diagnosis whether a patient has EE. People who suffer from severe heartburn may or may not have a form of EE. Similarly, people with mild heartburn or even no heartburn at all could have severe cases of EE and not know it. The only way to determine whether a patient has EE is to perform an upper gastrointestinal endoscopy. It is important to note that erosive esophagitis is essentially irrelevant in the usual clinical setting because physicians focus on treating symptoms, often without any knowledge of whether erosive esophagitis is present. Thus, in most cases, the treatment is the same whether a person has EE or just symptoms such as heartburn.

5.    Only when a patient describes an "alarm" symptom, such as bleeding, weight loss, chest pain or difficulty in swallowing, will a physician perform an endoscopy. This procedure entails the insertion of a small video camera through the nose or mouth and into the esophagus. The camera allows the physician to look at the esophageal mucosa, or lining of the esophagus, to detect any visible abnormalities and potentially to take biopsies. In cases where an endoscopy is performed, typically, the physician is looking for complications that are far more serious than EE.

6.    To assist the medical community in studying the vast range of EE conditions, there are several grading scales used to describe different forms of EE. For example, the Los Angeles grading scale splits EE sufferers into Grades A–D, whereas the Hetzel-Dent scale uses Grades 1-4. Although Grade 4 does not precisely correspond to D, and 3 does not exactly correlate with C, for comparison purposes we generally compare Grade 2 to Grades A

3

and B, Grade 3 to Grade C and Grade 4 to Grade D. Because Grade 1 categorizes those patients with a normal esophagus, there is no comparable Grade in the Los Angeles classification. To determine which grade of EE a patient has, he or she must undergo an endoscopy.

7.      Grades A, B and 2 describe a very mild form of EE. Patients with these grades have only a minor number of erosions visibly affecting the esophagus lining. The vast majority of patients with EE fall into one of these lower grades, which imply little or no danger of long-term clinical problems regardless of treatment chosen. People diagnosed with Grades C and 3 typically have more and larger erosions that may on rare occasions bleed. Grade D or 4 would be considered to be the most severe form of esophagitis, which may be more likely to be associated with a pre-cancerous condition called Barrett's esophagus and with the developments of esophageal narrowing (strictures).

8.      For the overwhelming majority of patients, EE is not a progressive disease. Therefore, patients with low grades of esophageal injury seldom if ever progress to severe esophagitis grades. Moreover, some of the clinically significant esophageal conditions, such as Barrett's esophagus, often seem to develop independently from erosions in the esophagus.

9.      EE is not a condition that is treated directly. Rather, treatment is intended to reduce exposure of the esophagus to injurious acid and pepsin, allowing the normal esophageal defense mechanisms to achieve healing of the esophageal lining.

10.     The number of people who suffer from serious EE is quite small compared to the population that suffers from GERD. Oft-cited statistics state that up to 7% of U.S. adults have heartburn every day, 20% have it once a week and 36% to 44% have it at least once a

4

1121459v2

month.[1]  Statistics also claim that among all patients who suffer from acid reflux disease,

anywhere from 20-60% suffer from EE,[2] and of those only 8-16% suffer from Grades 4 or D.[3]

However, most of the data gathered for these statistics are from trials conducted at secondary or

tertiary centers, or from a subset of patients who were referred for endoscopies, or are patients

who suffer from the most severe symptoms.  Thus, those studies are very unlikely to be

representative of the larger population.[4]  The studies needed to establish the actual numbers have

not been done.  Such studies are known as "population studies," and would require a large cross

section of the population to be studied by screening endoscopy to have relevant results.  In my

---

[1]    Chiba, et al., Speed of Healing and Symptom Relief in Grade II to IV Gastroesophageal Reflux Disease:  A Meta-analysis, Gastroenterology, 1997, 112:1798-1810 ("GERD is a common condition affecting 7% of the population on a daily basis.  A further 29% experiences heartburn weekly to monthly, with 36% of the normal population . . . experiencing symptomatic heartburn at least monthly"); Spechler, S.J., Epidemiology and Natural History of Gastro-Oesophageal Reflux Disease, Digestion, 1992, 51(suppl. 1):24-29 at 24 ("20-40% of the adult population experience heartburn"); Fass, R. and Ofman, J., Gastroesophageal Reflux Disease – Should We Adopt a New Conceptual Framework?, Am. J. Gastroenterology, 2002, 97:1901-09 ("In the United States, 44% of the adult population reported experiencing heartburn at least once a month, 14% weekly, and 7% daily."); Improving Management of GERD:  Evidence-based Therapeutic Strategies at 3 ("A cross-sectional survey conducted in the United States in 1976 among healthy adults found that 7% of individuals experienced HB daily, 14% experienced HB weekly, and 15% experienced HB monthly.").

[2]    Fass et al. ("[o]nly a small number of GERD patients develop complications. . . .  Approximately 70% of GERD patients that present to physicians at community-based practices demonstrate lack of any esophageal mucosal injury."); Galmiche, JP and des Varannes, SB, Endoscopy-negative reflux disease, Curr. Gastroenterol Reports, 2001, 3: 206-214 at 207 ("Fifty to seventy percent of patients with typical heartburn or symptoms suggestive of reflux do not have mucosal breaks at endoscopy."); Locke et al., Can Symptoms Predict Endoscopic Findings in GERD?, Gastrointestinal Endoscopy, 2003, 58:661-670 at 661 ("of patients referred for endoscopy for reflux symptoms, 50% to 65% have esophagitis, 4% to 20% have peptic stricture, 10% to 15% have Barrett's esophagus."); Johnson, D. and Fennerty, B., Heartburn Severity Underestimates Erosive Esophagitis Severity in Elderly Patients with Gastroesophageal Reflux Disease, Gastroenterology, 2004, 126:660-64 at 660 ("Approximately 40%-60% of patients with symptoms of [GERD] have esophageal erosions when evaluated endoscopically."); Improving Management of GERD:  Evidence-based Therapeutic Strategies at 311 ("68% of patients had nonerosive reflux disease").

[3]    See note 2; Spechler at 26 (12% of those who undergo endoscopies).  Of the subjects enrolled in the Castell study, 25% had either C or D esophagitis.

[4]    See Galmiche et al. at 207; Locke, R., et al., Prevalence and Clinical Spectrum of Gastroesophageal Reflux:  A Population-Based Study in Olmstead County, Minnesota, Gastroenterology, 1991, 112:1448-1456 at 1448.

opinion, the number of people who have EE is even more limited than the cited numbers of 20%, and among that group an even tinier number have severe EE.[5]

11.    The discrepancy between symptom frequency and esophageal disease severity was demonstrated in one of my own studies that was designed to evaluate people who had never seen a physician for their frequent, chronic and often severe GERD symptoms and who were experiencing heartburn at least 4 times a week (attached as Exhibit B). Each person submitted to a large number of diagnostic tests including an endoscopy with biopsies. Of those enrolled in the study, 53% had no abnormality of the esophagus. Of the remaining 46% of people, 30% had Grade 2 (of negligible clinical importance) and only 16% had Grade 3 and 4. These numbers are also seen in other studies. For example, in a European primary care-based study, 41% of the subjects had mild to moderate esophagitis and only 4% had severe esophagitis.[6]

12.    Thus, although the population enrolled in my and the Jones's studies had severe heartburn, the number of people with moderate to severe EE was small. Moreover, although my study and the Jones study are instructive in determining the number of people who have EE versus all GERD patients, the studies suffer from the same drawbacks as those conducted at tertiary centers, in that the study populations represent only a small subset of GERD sufferers. In other words, the studies did not include the huge number of patients with milder or less frequent heartburn. Had these studies included a broader population, the percentage of those with severe or moderate EE would be substantially less.

---

[5]    Spechler at 24 ("only some 2% of adults have objective evidence of reflux oesophagitis"); Chiba, et al. at 1798 ("symptoms of GERD do not necessarily imply mucosal damage because the prevalence of esophagitis is estimated to be only 2%"); see also Locket et al., Prevalence and Clinical Spectrum of Gastroesophageal Reflux: A Population-Based Study in Olmstead County, Minnesota, Gastroenterology, 1997, 112:1448-1456.

## TREATMENT OF ACID REFLUX DISEASE

13.    A number of therapies exist to treat acid reflux disease. For most GERD sufferers, simple therapies such as antacids that are available over the counter ("OTC") can relieve the symptoms. Also, lifestyle modifications can be extremely helpful. Antacids work very quickly to neutralize esophageal acid on contact and there are a number of therapies including MYLANTA, MAALOX and TUMS. Antacids are used by consumers on an intermittent, "as needed," basis and are often highly successful in providing heartburn relief.

14.    Also available OTC are histamine-2 receptor antagonists, or H-2 blockers. Unlike antacids, which neutralize existing esophageal acid, these drugs inhibit excess stomach acid production by occupying certain receptor sites on the acid-producing cells of the stomach, thereby interfering with the formation of acid. H-2 blockers given alone do not work as quickly as antacids, but are capable of controlling stomach acid for an extended period of time – as much as 12 or more hours. They also work much faster than any of the usual proton pump inhibitors. There are a number of OTC H-2 blockers available, including PEPCID AC, ZANTAC and TAGAMET HB. H-2 blockers are used for temporary relief and prevention of heartburn symptoms.

15.    In addition, a third type of therapy is available both OTC and by prescription – the proton pump inhibitor ("PPI"). These drugs work by gradually deactivating the biological "pump" that produces stomach acid. These drugs work differently from other OTC heartburn products, such as antacids and H-2 blockers. Unlike those drugs, which are taken intermittently to treat or prevent acute heartburn symptoms, PPIs are almost always taken on a long term basis and are intended to continuously inhibit the production of acid, thereby averting

---

[6] Jones, R. et al., Gastro-oesophageal reflux disease in primary care in Europe: Clinical presentation and endoscopic findings, European J. of Gen. Practice, 1995, 1:149-154.

7

and relieving heartburn and other GERD symptoms. In cases of erosive esophagitis, people who take PPIs rather than H2-blockers have had somewhat better rates of healing the esophageal lining. However, as previously outlined, PPIs do not themselves heal the esophagus. Rather, they reduce the production of stomach acid, thereby allowing time for the esophagus to self-heal. PPIs include, among others, lansoprazole, the active ingredient in PREVACID; omeprazole, the active ingredient in PRILOSEC; and esomeprazole magnesium, which is the s-isomer of omeprazole (PRILOSEC), the active ingredient in NEXIUM.

## THE ASTRAZENECA STUDIES

16.    I understand that AstraZeneca, the maker of NEXIUM, has been running an advertising campaign whose theme is that NEXIUM has been proven to be the most effective acid reflux disease drug on the market. I also understand that the campaign is based upon the results reported in two clinical papers: the Castell study and the Fennerty abstract.

17.    These studies do not substantiate a meaningful claim of superiority for NEXIUM. Neither study proves that NEXIUM is better than PREVACID at healing the esophagus except in a very small minority of cases where exceptionally severe esophageal damage has occurred. More importantly, there is no credible evidence that overall treatment of acid reflux disease is measurably improved by esomeprazole versus lansoprazole. On the contrary, the overwhelming majority of patients will respond equally well to both PPIs. In particular, from the patient's perspective the important response is not healing of esophageal mucosa but rather the satisfactory relief of symptoms. The overwhelming majority of reflux patients would be completely unable to discriminate any difference whatsoever between PREVACID and NEXIUM.

8

1121459v2

18.    The primary clinical endpoint examined in the Castell and Fennerty studies was whether as a result of taking NEXIUM or PREVACID the esophagus of patients with EE "healed." This was determined by endoscopic examinations performed at 0, 4 and 8 weeks. Because of this objective, these studies dealt with only a small minority of acid reflux patients – those who suffer from EE. At most, no more than 20%-30% of patients who have acid reflux disease would be found to have EE (and in my opinion far fewer have severe forms of EE); the other 70%-80% merely suffer from heartburn. For this 70%-80%, the benefit of taking PREVACID or NEXIUM lies in eliminating heartburn and indigestion, not in repairing esophageal damage. As such, these studies prove nothing in regard to any differential satisfaction for this 70%-80% (or more) of the GERD population.

19.    The Castell study enrolled 5,241 patients with EE. More than 75% of them (3,954) suffered from low levels of EE, referred to in the study as Grades A and B. These two groups – which collectively account for more than 75% of the patients in the study – had virtually identical rates of healing (i.e., no clinical or statistical difference between the two agents):

Grade A Healing Rates:
NEXIUM
PREVACID                    Redacted

Grade B Healing Rates:
NEXIUM
PREVACID                    Redacted

20.    In contrast, only about 25% of the patients in Castell were found to suffer from moderate (Grade C) or severe (Grade D) esophageal damage. It was only among this minority of patients that Castell found significantly higher healing rates for EE. Fennerty similarly found higher healing rates among this C and D group (the only group he included in his study). However, these small differences do not prove that NEXIUM offers an advantage over

9

PREVACID for the majority of patients who suffer from EE; moreover, the data show absolutely no benefit for the even larger number of GERD sufferers who do not have, and never will experience, EE.

21.     Even for those patients with Grades C and D, the Castell and Fennerty studies do not show clinically meaningful superiority. Esophageal erosions heal naturally once the production of stomach acid has been controlled. Because both NEXIUM and PREVACID are quite effective at inhibiting the production of stomach acid and limiting the exposure of the esophagus to acid, patients on both drugs will experience esophageal healing. Any marginal differences in the degree of healing or the time to healing are clinically meaningless.

22.     This is particularly so given the small differences found in the Castell and Fennerty studies. It is well-known that for a study to show that a small difference is statistically significant, the study must contain a large number of patients. The Castell study demonstrates this proposition. The difference in healing rates for PREVACID and NEXIUM is so small that, to show that the difference is statistically significant, over 5,000 patients were enrolled in the study. Thus, although the small difference is statistically significant, it is not clinically significant. For example, the study shows that the average doctor must see eight patients with Grade C or D before one additional patient will notice any difference using NEXIUM over PREVACID. In the real world, this difference is irrelevant. The average physician treating patients with heartburn will seldom or never see even one patient with Grades C or D erosive esophagitis, never mind eight.

23.     Moreover, although one might think that healing the esophagus is unequivocally acknowledged to be generally beneficial, there is no scientific proof that completely healing the esophagus provides any definite benefit to the patient. For example, there

10

is no scientific data demonstrating that a person whose esophagus is healed completely versus one with residual tiny erosions, lives longer, has a lower likelihood of developing cancer or avoiding surgery, or will use less health care system resources. More importantly for the patient, there is no evidence that persistence of a few minor erosive changes necessarily produce significant discomfort or detriment to quality of life.

24.     The Castell study also collected patient self-evaluations whereby the patients recorded the severity of their heartburn during the days and nights, the time to first resolution and the time to sustained resolution over the first 4 week period. An analysis of this data showed that there was no clinically meaningful difference in the relief experienced by the NEXIUM users as compared to the PREVACID users. For example, it is generally accepted that decreased antacid use is a surrogate marker for clinical success in this type of investigation. Here, the use of "rescue medication" (up to six antacid tablets per day) did not differ between treatment groups [ Redacted ]

25.     Similarly, although the Fennerty abstract purports to have found a small difference in heartburn relief at one particular time point, that difference was not clinically significant. Further, the Fennerty study has never been published in full manuscript form and the abstract of the study does not provide any further information regarding the measurement of symptom relief. Thus, it must be considered an unreliable source of information in this controversy. Neither practicing gastroenterologists nor doctors who conduct and evaluate clinical studies would rely on the meager data published in an abstract in making an assessment of competing drugs.

11

## OTHER COMPARATIVE STUDIES

26.    There are other published studies that demonstrate that there is no statistical difference between the relief of symptoms or healing rates of NEXIUM over PREVACID (see Howden) and other studies that show NEXIUM is not superior to PREVACID in relieving symptoms (see Chey).  Given the entirety of the literature, it is widely agreed by clinicians that there is no absolute superiority of any one PPI drug over another.  This is a highly successful class of drugs, and differences between the agents are mostly irrelevant.

27.    In fact, a number of clinicians who are members of a prestigious GI association – the American Gastroenterological Association – have published guidelines for the treatment of GERD, entitled Improving Management of GERD:  Evidence-based Therapeutic Strategies (attached as Exhibit C).  It concludes as follows:

> "No clinical evidence exists to support differences between available PPIs for treatment of endoscopy-negative GERD.  For erosive esophagitis, esomeprazole had been inconsistently found to have higher esophagitis healing rates than omeprazole and lansoprazole; the clinical significance of this is not substantiated. In the light of comparable safety and efficacy, cost may be a factor choosing PPIs."

28.    In sum, even if the Castell study or the Fennerty abstract did demonstrate a marginal superiority, it is only for an extremely small portion of patients suffering from acid reflux disease.  As I previously stated, no more than 20%-30% of acid reflux patients have EE in the first place and only 8-16% of that subgroup suffer from moderate or severe EE; this means that, at most, less than 5% of all acid reflux disease patients have sufficiently severe EE that they might benefit in terms of healing from the superiority touted by AstraZeneca.  In contrast, for the remaining approximately 95% of acid reflux disease patients, NEXIUM has not been shown to

12

offer any advantage over PREVACID.

Executed in Sarasota, Florida, on November 12, 2004.

Malcolm Robinson, M.D., FACP, FACG

1121459v2