

RECYCLED

Exhibit I

# Consumer Perception Test Of
# Nexium "Man Talks About Better" :45

### Submitted To:

### Patterson, Belknap, Webb & Tyler, LLP

### January, 2005

$D^2$ Research

71 South Glen Road
Kinnelon, NJ 07405
(973) 492-0100

#100-5-04

# TABLE OF CONTENTS

**Page**

STATEMENT OF RESPONSIBILITY     1

INTRODUCTION     2

   A. Objective     2

   B. Method     2

   C. Control Commercial     3

CONCLUSIONS     5

SUMMARY OF FINDINGS     6

   A. What The Test Commercial Communicated     6

   B. Control Group Analysis     18

DETAILED METHODOLOGY     20

EXPERT QUALIFICATIONS     22

COMPUTER TABULATIONS

QUESTIONNAIRE MATERIAL

RESPONDENT VERBATIMS

STORYBOARDS

D² Research

# STATEMENT OF RESPONSIBILITY

I, Thomas D. Dupont, Ph.D., designed and supervised the conduct of the survey described herein. All statements of findings and conclusions are my own. It is my opinion that my survey meets or exceeds the survey standards set forth in the Manual for Complex Litigation, Third, i.e.,

(a) The population was properly chosen and defined.

(b) The sample chosen was representative of that population.

(c) The questions asked were clear and not leading.

(d) The data gathered were accurately reported.

(e) The data were analyzed in accordance with accepted statistical principles.

(f) The survey was conducted by qualified persons following proper interview procedures.

(g) The process was conducted so as to ensure objectivity.

My findings and conclusions are set forth on the pages which follow.

The total cost of this survey, including my time to design and report it, will be approximately $63,000.

My qualifications, including publications in the past ten years and testimony in the past four years are appended in the section entitled "Expert Qualifications."

Dated this 20th day of January, 2005

_Thmo O Dupont_
_____
Thomas D. Dupont, Ph.D.

D² Research

# INTRODUCTION

## A.   Objective

In September 2004 AstraZeneca started running a commercial for Nexium that talks about acid reflux disease and frequent heartburn, and states that Nexium has medical studies proving that it heals acid-related damage to the esophagus better than other prescription products.   TAP Pharmaceuticals, makers of Prevacid, are concerned that the commercial also communicates to consumers a false message that Nexium is superior to other Rx products, including Prevacid, at relieving the symptoms of acid reflux disease, such as heartburn.  Accordingly, a consumer perception study was conducted to determine what the Nexium commercial communicates to consumers, and specifically whether or not it communicates a message of superior relief of the symptoms of acid reflux disease.  A secondary objective of the survey was to determine whether consumers understood that Nexium's claim of superiority in healing acid-related damage to the esophagus applied only to moderate/severe damage. [1]

## B.   Method

A mall intercept survey was conducted at shopping malls in 20 geographically dispersed locations, among 479 men and women age 25 and over who either have taken a prescription medicine to treat heartburn or acid reflux disease in the past six months, or intend to in the next six months.  Two hundred-forty (240) interviews were conducted using the Nexium commercial described above (hereafter, the "Test" commercial) and 239 were conducted using a Control commercial (the control commercial will be discussed in the following section).

Respondents saw the commercial twice in succession and were then questioned about it using both open-ended and closed-ended questions.

---

[1] Through use of a "super" the commercial qualified the claim of superiority in healing esophageal damage to include only cases of moderate to severe damage.

D²|Research

A complete description of the method is appended, as are specimen questionnaires and complete computer tabulations.

## C.    Control Commercial

It has long been recognized by survey experts that surveys contain "noise." Noise can take different forms, depending on the nature of the survey, but generally speaking, noise refers to survey responses which are caused not by the stimulus the survey participant is responding to, but by biases generated by the questions or by opinions or beliefs the respondent brought with him to the survey situation. In surveys of advertising the most important source of noise is the perception by consumers of messages in the commercial that are not there and not caused by the advertiser; rather those perceived messages are caused by pre-existing beliefs or expectations about the product or its advertising. Since many Lanham Act false advertising cases concern comparative advertising (i.e., advertising that names another brand), the argument has frequently been made that, when exposed to a comparative ad, some consumers will believe the ad is saying the advertised brand is superior to the comparator simply because they have an expectation that if a comparison is made, the advertiser must be saying he is superior. There is some truth to this, and so in recent years surveys in Lanham Act cases involving comparative advertising have sought to control for this tendency. The preferred method for so doing, at least according to the case law, is via a control ad.

Consequently, in an abundance of caution, this survey included a control commercial. This commercial was an edited version of the commercial at issue, and eliminated all references to heartburn and most references to acid reflux disease. It left intact the message that Nexium is superior to other Rx products at healing acid-related damage to the esophagus, and left intact all the "supers" contained in the original commercial.

D²│Research

It is important to point out, however, that it is questionable whether this survey requires a control at all. In most cases where the argument has been made that a control commercial is necessary, the case revolved around implied claims of superiority. This situation is different, in the sense that there is no question that Nexium is saying it is better – the spokesman says the word "better" eight times and the word "better" dominates the screen at the opening of the commercial. The issue here is not whether the commercial said Nexium is better – it is what the commercial said Nexium is better at doing. That analysis does not require a control commercial – just an analysis of what consumers said Nexium was better at doing.

It is also important to point out that no control is perfect. No matter how pure the intentions of the surveyor, the control may under-control or over-control. There is good reason in this case to suspect that the control may have over-controlled. The control commercial retained all the familiar elements of the test commercial – the spokesman, the purple color, and the emphasis on "better." It is my understanding (supported by my own personal observations) that the Nexium TV (and similar print) advertising has run at very heavy levels. Accordingly, consumers are not coming to the advertising as "virgins" – they have likely seen it before – perhaps many times. That is particularly relevant for the control group, since many may have been "contaminated" by prior exposure to the test commercial and the messages therein. Thus, if the control group finds a false message in the control commercial, it may not be "noise" but simply their recollection of what they have previously seen in the Nexium advertising.

For these many reasons, it is my professional opinion that in this survey the control group probably overstates the amount of "noise" in the survey.

$D^2$ Research

## CONCLUSIONS

The results of this survey demonstrate quite clearly that the Nexium commercial at issue communicates strongly to consumers the message that Nexium is better than other brands with respect to relieving or treating acid reflux and/or its symptoms (such as heartburn).   Whereas the ostensible message of the commercial is that Nexium is superior at healing acid-related damage to the esophagus, the dominant message perceived by consumers was that Nexium is superior at relief of acid reflux and/or its symptoms:

♦ In response to the open-ended questions in the survey, 71.7% of respondents said Nexium provided superior relief from acid reflux disease and/or its symptoms.  In contrast, fewer than half as many respondents (32.1%) said Nexium was superior at healing damage to the esophagus or to other body parts (see Table 5, page 14-15).  Clearly, then, the ostensible message of superior damage healing is dwarfed by the message of superior symptom relief.

♦ Even if one takes the extremely conservative approach of subtracting any superior symptom relief messages in the Control Group from those in the Test Group, one still concludes that 25.7%[2] of survey respondents took the message from the commercial that Nexium provides superior symptom relief (see Table 7, page 19).

It is also worth noting that the claim in the commercial that Nexium is superior at healing damage to the esophagus was limited (by use of a "super") to cases of moderate or severe damage only.  Only two survey respondents (one Test, one Control), comprising less than 1% of respondents surveyed, gave responses indicating they understood that limitation.

---

[2]  Calculated by subtracting the 46.0% in the Control Group who perceived better symptom relief from the corresponding 71.7% in the Test Group.

D[2] Research

# SUMMARY OF FINDINGS

## A.    What The Test Commercial Communicated

The first two questions in the survey were designed to learn what the commercial as a whole communicated to the consumer.  These questions were:

> Q. 1:  *"Please tell me what that commercial communicated to you about Nexium?"*

> Q. 2:  *"What else, if anything, did the commercial communicate to you about Nexium?  Anything else?"*

Table 1, following, shows the results of those two questions[3].  As may be seen in Table 1, non-comparative responses about Nexium outnumbered comparative responses, and replies that Nexium relieves or treats acid reflux or its symptoms outnumbered replies that Nexium heals damage to the esophagus or other body parts. Specifically:

- ◆ Eighty-five percent of respondents gave non-comparative replies as to what the commercial communicated, comprised of 69.6% who said Nexium relieves or treats acid reflux and/or its symptoms (such as heartburn), 31.7% who said Nexium heals damage to the esophagus (or other body parts), 22.5% who made other non-comparative comments about treatment, and 59.2% who referred to other non-comparative messages (e.g., side effects, purple pill).

- ◆ Almost half the respondents (46.3%) played back comparative messages from the commercial.  These messages comprised 13.8% who played back messages of acid reflux/symptom relief, 7.5% who played back messages relating to healing damage, and, 29.2% who said Nexium was "better" without saying how it is better.

Considering that the Nexium commercial ostensibly is about how Nexium treats esophageal damage better than other products, it is notable that, regardless of whether the playback was comparative or non-comparative, messages that Nexium relieves

---

[3] The percentages reported refer to the number of respondents giving a particular answer.  Because this tabulation embraces responses to two questions, and because multiple responses were possible to even a single question, the percentages add to more than 100%

D$^2$ Research

or treats acid reflux and/or its symptoms outnumbered messages that Nexium heals damage by a factor of 2:1.

Another notable finding concerns the concept that Nexium's claim of superiority in healing esophageal damage applies only to cases of moderate/severe damage.  This fact is revealed in the commercial via a "super" that appears on screen for a brief pe-riod.  As Table 1 shows, this qualification was noticed by only 0.4% of respondents (one person out of 240).

D$^2$ Research

**Table 1**

**What Was Communicated By The Commercial/What Else**

| | Test Commercial % |
|---|---|
| Non-comparative Responses (Net) | 85.0 |
| Relieves/treats/heals/cures symptoms (Net) | 69.6 |
| Relieves/treats/heals/cures acid reflux | 51.3 |
| Relieves/treats/heals/cures heartburn/burning | 27.1 |
| Relieves/treats/heals/cures stomach problems/other acid problems | 7.1 |
| Relieves/treats/heals fast/in 4-6 weeks | 2.9 |
| Prevents acid reflux/heartburn | 1.7 |
| Relieves/treats/heals (what unspecified) | 1.3 |
| Heals rather than just relieving | 0.8 |
| Studies prove it heals (what unspecified) | 0.4 |
| Reduces/controls acid | 0.4 |
| Heals damage (Net) | 31.7 |
| Heals esophagus/throat/damage to esophagus/throat | 21.7 |
| Heals damage caused by acid reflux | 3.8 |
| Prevents damage to esophagus | 3.8 |
| Heals stomach/damage to stomach | 2.1 |
| Heals damage (to what unspecified) | 1.3 |
| Other ref. To treatment (Net) | 22.5 |
| Good/works well/takes care of you/makes you feel better | 10.8 |
| Need to treat acid reflux | 5.8 |
| Works fast | 4.6 |
| Acid reflux can damage esophagus | 2.5 |
| Other non-comparative statements | 59.2 |
| Side effects | 23.3 |
| Purple pill/healing purple pill | 21.3 |
| See your doctor/ask if right for you | 10.4 |
| Rx product | 7.1 |
| Doctors recommend/prescribe | 5.0 |
| Nexium/Try/buy Nexium | 4.2 |
| Talked about heartburn/acid/acid reflux | 2.1 |
| All other non-comparative | 5.8 |

*Continued*

D²|Research

*Table 1 (Continued)*

|  | Test Commercial % |
|---|---|
| <u>Comparative Responses (Net)</u> | <u>46.3</u> |
|   <u>Relieves/treats/heals/cures symptoms better/best (Net)</u> | <u>13.8</u> |
|     Relieves/treats/heals/cures acid reflux better/best | 10.8 |
|     Relieves/treats/heals/cures heartburn/burning better/best | 3.8 |
|     Relieves/treats/heals/cures stomach problems/other acid problems better/best | 0.4 |
|     Relieves/treats/heals/cures acid reflux faster | 0.4 |
|   <u>Heals/relieves damage better/best (Net)</u> | <u>7.5</u> |
|     Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 2.1 |
|     Heals/relieves stomach/damage to stomach better/best | 2.1 |
|     Heals/relieves damage caused by acid reflux better/best | 1.3 |
|     Better because it heals esophagus | 0.8 |
|     Better at preventing damage to esophagus | 0.8 |
|     Heals/relieves moderate/severe damage to esophagus/throat better/best | 0.4 |
|   <u>Other "better" statements (Net)</u> | <u>29.2</u> |
|     Better (how unspecified) | 19.2 |
|     Studies prove it's better | 3.3 |
|     Better is better | 2.5 |
|     Better than OTC | 2.5 |
|     Better than (specific product) | 2.1 |
|     Heals better (what unspecified, no mention of damage) | 1.3 |
|     All other "better" statements | 1.7 |
| They say it's better but it's not | 0.4 |
| **BASE** | **240** |

Q1: Please tell me, as completely as you can, what that commercial communicated to you about Nexium.

Q2: What else, if anything, did the commercial communicate to you about Nexium?

D²|Research

After these questions respondents were asked two filter questions directed at the "better" message in the commercial. Filter questions are questions designed to "filter out" respondents who got <u>no</u> message about a particular subject (before asking a question about that particular subject). First, respondents were asked:

*Q. 3: Do you recall the commercial saying Nexium was better?*

As shown in Table 2, nearly all respondents (93.3%) said the commercial did say Nexium was better. This is not surprising, since the "better" message was very prominent in the commercial.

**Table 2**

**Do You Recall The Commercial Saying Nexium Was Better?**

|  | Test Commercial % |
|---|---|
| Yes | 93.3 |
| No | 5.4 |
| Don't Know | 1.3 |
| BASE | 240 |

Q3: Do you recall the commercial saying Nexium was better?

Respondents replying that the commercial did say Nexium was better were asked:

*Q. 4: Did the commercial tell you what Nexium was better at <u>doing</u>?*

As shown in Table 3, nearly all the respondents asked the question (i.e., 85.8% of the total) said the commercial did say what Nexium was better at doing.

D² Research

**Table 3**

**Did The Commercial Tell You What Nexium Was Better At Doing?**

|  | Test Commercial % |
|---|---|
| Yes | 85.8 |
| No | 4.2 |
| Don't Know | 3.3 |
| Not Asked (No/DK To Q. 3) | 6.7 |
| **BASE** | **240** |

Q4: Did the commercial tell you what Nexium was better
     at <u>doing</u>?

Those respondents who replied affirmatively were asked an open-ended question designed to focus on perceptions as to the dimension or variable on which the commercial said Nexium was better. This question was:

Q. 5: *What did the commercial tell you Nexium was better at <u>doing</u>? Anything else?*

The results of this question are shown in Table 4. As was true in Table 1, messages that Nexium was better at relieving or treating acid reflux itself and/or its symptoms far outnumbered (by over 2:1) responses that Nexium was better at healing damage. Specifically, 67.9% of respondents said Nexium relieves or treats acid reflux and/or its symptoms better, versus 28.8% who said it heals damage better. None of the responses to this question, incidentally, referred to healing moderate/severe damage to the esophagus.

D. Research

**Table 4**

**What Did The Commercial Tell You Nexium Was Better At Doing**

|  | Test Commercial % |
|---|---|
| Total Asked (Said Nexium Better At Something) | 85.8 |
| Comparative Responses (Net) | 84.2 |
| Relieves/treats/heals/cures symptoms better/best (Net) | 67.9 |
| Relieves/treats/heals/cures acid reflux better/best | 42.9 |
| Relieves/treats/heals/cures heartburn/burning better/best | 23.3 |
| Relieves/treats/heals/cures stomach problems/other acid problems better/best | 6.3 |
| Reduces/controls acid better/best | 2.5 |
| Prevents acid reflux/heartburn better | 2.1 |
| Better at making you feel better | 1.3 |
| Relieves/treats/heals/cures acid reflux faster | 0.8 |
| Relieves/treats/heals better/best (what unspecified) | 0.4 |
| Heals/relieves damage better/best (Net) | 28.8 |
| Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 20.4 |
| Heals/relieves damage caused by acid reflux better/best | 3.3 |
| Better at preventing damage to esophagus | 2.5 |
| Heals/relieves problems with esophagus/throat better/best | 1.3 |
| Heals/relieves damage better/best (to what unspecified) | 0.8 |
| Heals/relieves stomach/damage to stomach better/best | 0.4 |
| Better because it heals esophagus | 0.4 |
| Gets to damage faster | 0.4 |
| Other "better" statements (Net) | 7.5 |
| Heals better (what unspecified, no mention of damage) | 2.5 |
| Better is better | 1.3 |
| Better (how unspecified) | 0.8 |
| Better than (specific product) | 0.8 |
| Better than OTC | 0.8 |
| Studies prove it's better | 0.4 |
| All other "better" statements | 1.7 |
| Non-comparative Better Responses (Net) | 5.4 |
| Relieves/treats/heals/cures symptoms (Net) | 1.7 |
| Heals damage (Net) | 0.8 |
| Other ref. To treatment (Net) | 3.3 |
| Other non-comparative statements | 7.5 |
| BASE | 240 |

Q5: What did the commercial tell you Nexium was better at doing?

D² Research

Table 5, following, summarizes the results over all three open-ended questions in the survey.  Table 5 presents "unduplicated" data; i.e., if someone said the same thing in response to more than one question, only one of those responses is counted.  Table 5 again shows that the "better" message was more likely to be perceived as referring to treatment or relief of acid reflux and/or its symptoms than to healing of damage.  Specifically, 71.7% of respondents took away a message that Nexium provided better relief from acid reflux and/or its symptoms, while 32.1% took away a message that Nexium was superior at healing damage.

D$^2$ Research

**Table 5**

**Net Unduplicated Mentions Over All Three Open-Ended Questions**

|  | Test Commercial % |
|---|---|
| Comparative Responses (Net) | 88.8 |
| Relieves/treats/heals/cures symptoms better/best (Net) | 71.7 |
| Relieves/treats/heals/cures acid reflux better/best | 48.3 |
| Relieves/treats/heals/cures heartburn/burning better/best | 25.4 |
| Relieves/treats/heals/cures stomach problems/other acid problems better/best | 6.7 |
| Reduces/controls acid better/best | 2.5 |
| Prevents acid reflux/heartburn better | 2.1 |
| Relieves/treats/heals/cures acid reflux faster | 1.3 |
| Better at making you feel better | 1.3 |
| Relieves/treats/heals better/best (what unspecified) | 0.4 |
| Heals/relieves damage better/best (Net) | 32.1 |
| Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 20.8 |
| Heals/relieves damage caused by acid reflux better/best | 4.6 |
| Better at preventing damage to esophagus | 2.9 |
| Heals/relieves stomach/damage to stomach better/best | 2.5 |
| Heals/relieves problems with esophagus/throat better/best | 1.3 |
| Better because it heals esophagus | 1.3 |
| Heals/relieves damage better/best (to what unspecified) | 0.8 |
| Heals/relieves moderate/severe damage to esophagus/throat better/best | 0.4 |
| Gets to damage faster | 0.4 |
| Other "better" statements (Net) | 32.5 |
| Better (how unspecified) | 20.0 |
| Studies prove it's better | 3.8 |
| Better is better | 3.3 |
| Better than OTC | 3.3 |
| Heals better (what unspecified, no mention of damage) | 3.3 |
| Better than (specific product) | 2.9 |
| All other "better" statements | 2.9 |

*Continued*

D²|Research

| **Table 5 (Continued)** | **Test Commercial %** |
|---|---|
| <u>Non-comparative Responses (Net)</u> | <u>86.3</u> |
| <u>Relieves/treats/heals/cures symptoms (Net)</u> | <u>70.8</u> |
| Relieves/treats/heals/cures acid reflux | 52.1 |
| Relieves/treats/heals/cures heartburn/burning | 27.1 |
| Relieves/treats/heals/cures stomach problems/other acid problems | 7.1 |
| Relieves/treats/heals fast/in 4-6 weeks | 2.9 |
| Prevents acid reflux/heartburn | 1.7 |
| Relieves/treats/heals (what unspecified) | 1.3 |
| Heals rather than just relieving | 1.3 |
| Studies prove it heals (what unspecified) | 0.4 |
| Reduces/controls acid | 0.4 |
| <u>Heals damage (Net)</u> | <u>32.1</u> |
| Heals esophagus/throat/damage to esophagus/throat | 22.1 |
| Heals damage caused by acid reflux | 3.8 |
| Prevents damage to esophagus | 3.8 |
| Heals stomach/damage to stomach | 2.1 |
| Heals damage (to what unspecified) | 1.3 |
| <u>Other ref. To treatment (Net)</u> | <u>24.2</u> |
| Good/works well/takes care of you/makes you feel better | 11.7 |
| Need to treat acid reflux | 5.8 |
| Works fast | 5.4 |
| Acid reflux can damage esophagus | 2.9 |
| <u>Other non-comparative statements</u> | <u>60.4</u> |
| Side effects | 23.8 |
| Purple pill/healing purple pill | 22.1 |
| See your doctor/ask if right for you | 11.3 |
| Rx product | 7.1 |
| Doctors recommend/prescribe | 5.0 |
| Nexium/Try/buy Nexium | 4.2 |
| Talked about heartburn/acid/acid reflux | 2.1 |
| All other non-comparative | 6.3 |
| They say it's better but it's not | 0.4 |
| **BASE** | 240 |

Q1: Please tell me, as completely as you can, what that commercial communicated to you about Nexium.

Q2: What else, if anything, did the commercial communicate to you about Nexium?

Q5: What did the commercial tell you Nexium was better at doing?

D²|Research

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1203
1    Nexium is the medication used for stomach related problems known as the purple pill
2    It's not for everyone consult a doctor
3    NO
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1204
1    Medical studies prove Nexium is better for acid reflux disease treatment
2    It didn't compare to any other products. It heals esophagus damage caused acid reflux
3    YES
4    YES
5    Damage gets worse without treatment. The little purple pill
6    Don't know

1205
1    Nexium seems to be a good healing product for acid reflux
2    Nothing
3    YES
4    YES
5    Nexium is better at healing than leading drugs with heartburn
6    Don't know

1206
1    Takes away your symptoms
2    Makes you feel better a/e Nothing
3    YES
4    YES
5    Healing
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1207
1    Repairs and heals what was hurt
2    Will make you feel better
3    YES
4    YES
5    Don't know
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1208
1    The little purple pill that helps controls heartburn and heals esophagus damage
2    The damage repairs itself in four to six weeks. Consult a doctor for best results
3    YES
4    YES
5    It controls heartburn and acid causing damage to the throat

Nexium Consumer Perception Survey — Respondent Verbatims:  CONTROL COMMERCIAL

6     It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1209
1     Recent medical studies show Nexium is better for acid reflux disease
2     The purple pill that heals esophagus damage
3     YES
4     YES
5     Helps control acid reflux disease and heartburn
6     It said Nexium is better than the other leading prescription medicines both at healing damage to the
      esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1210
1     The little purple pill that helps heal esophagus damage
2     Serious complications will result if left untreated
3     YES
4     YES
5     Controls heartburn caused by acid reflux disease
6     It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1211
1     Recent medical text say Nexium is better for acid reflux and heartburn
2     The side effects are abdominal pain, headaches
3     YES
4     YES
5     It was better at repairing the esophagus damage by acid reflux
6     It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1212
1     The purple pill Nexium for acid reflux disease
2     At the bottom of the screen tells you about the study of acid reflux disease
3     YES
4     YES
5     Better at treating acid reflux disease and repairing damage to the esophagus
6     It said Nexium is better than the other leading prescription medicines both at healing damage to the
      esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1213
1     It helps repair damage caused by acid reflux disease
2     Nothing else
3     YES
4     YES
5     Nexium doesn't compare itself to any other products it's just better choice
6     It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
      other leading prescription medicines, but did not say it was better than the other leading
      prescription medicines at healing damage to the esophagus

1214
1     The healing purple pill that helps acid reflux disease
2     It's a better choice for repairing damage to the esophagus
3     YES
4     YES

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

5      Nexium is better at healing damage and eliminating the symptoms of acid reflux disease such as
        heartburn
6      It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
        other leading prescription medicines, but did not say it was better than the other leading
        prescription medicines at healing damage to the esophagus

**1215**
1      Recent medical test say that Nexium is better for acid reflux disease
2      It repairs the damaged esophagus caused by acid reflux disease
3      YES
4      YES
5      Controlling acid reflux disease and heartburn
6      It said Nexium heals damage to the esophagus better than the other leading prescription
        medicines, but did not say it was better than the other leading prescription medicines at relieving
        the symptoms of acid reflux disease, such as heartburn

**1216**
1      The pill Nexium heals the esophagus damage caused by acid reflux disease
2      Non-treatment causes further damage
3      YES
4      YES
5      None
6      It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
        other leading prescription medicines, but did not say it was better than the other leading
        prescription medicines at healing damage to the esophagus

**1217**
1      The purple pill that heals esophagus damage caused by acid reflux disease
2      The purple pill that controls heartburn
3      YES
4      YES
5      The healing of esophagus damage and control of heartburn
6      It said Nexium is better than the other leading prescription medicines both at healing damage to the
        esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1218**
1      The purple pill is the best for acid reflux disease repairs the esophagus damage caused by acid
        reflux
2      It's the pill for acid reflux disease and heartburn
3      YES
4      YES
5      Repairing damage to esophagus for acid reflux
6      It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
        other leading prescription medicines, but did not say it was better than the other leading
        prescription medicines at healing damage to the esophagus

**1219**
1      Nexium is a better drug for treating acid reflux disease
2      It's used for treating damaged esophagus caused by acid reflux disease and heartburn
3      YES
4      YES
5      It treats acid reflux and heartburn
6      It said Nexium heals damage to the esophagus better than the other leading prescription
        medicines, but did not say it was better than the other leading prescription medicines at relieving
        the symptoms of acid reflux disease, such as heartburn

**1220**
1      Nexium is the purple pill that heals acid reflux disease

Nexium Consumer Perception Survey – Respondent Verbatims: CONTROL COMMERCIAL

2    It doesn't compare to other products it's just better to heal stomach related illness
3    YES
4    YES
5    It known as the little purple pill
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1221
1    The little purple pill that controls acid reflux disease
2    It's a better overall product for stomach related illnesses
3    YES
4    YES
5    n/a
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

1222
1    There's a lot of cheap imitation drugs of Nexium but Nexium is the only drug that repairs damage to the esophagus and is better for acid reflux disease
2    It's better known as the little purple pill
3    YES
4    YES
5    Nexium is better at healing damage to the esophagus caused by acid reflux
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

1223
1    If you want to feel better to take Nexium for acid reflux disease. It has side effects: diarrhea, headache and stomach cramps
2    If you're currently taking other medication try Nexium
3    YES
4    YES
5    It was better at repairing the damage of acid reflux
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

1224
1    It's the purple pill that heals acid reflux disease
2    It repairs the esophagus damage
3    YES
4    YES
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

**1301**
1    That it takes care of the acid problem in your stomach and esophagus for heartburn
2    Yeah w/m Side effects – headache, nausea and diarrhea a/e No
3    YES
4    YES
5    Healing diseases and other problems in the stomach that you don't know about that could create other problems in the stomach
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1302**
1    A pill that is better is better for heartburn
2    Nothing
3    YES
4    YES-
5    It was better for your health and heartburn
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1303**
1    It is supposed to be good stuff
2    About the little purple pill w/a It's supposed to work
3    YES
4    YES
5    Controlling the acid in your stomach a/e No
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1304**
1    That it is the purple pill that gets rid of heartburn, but may have side effects such as headache, abdominal pain and diarrhea
2    To consult your doctor before using a/e It was better
3    YES
4    YES
5    It's better at getting rid of heartburn than leading medicines and they also refer to it as the purple pill
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1305**
1    That it heals the damage to the esophagus and that it is better than the other brands
2    Nothing a/e Well to also talk to your doctor about Nexium
3    YES
4    YES
5    Healing the erosion of your esophagus a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1306**
1    That the side effects are diarrhea, abdominal pain and gas
2    That it heals your esophagus a/e No
3    YES
4    YES
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

Nexium Consumer Perception Survey – Respondent Verbatims: CONTROL COMMERCIAL

1307
1    The only thing I remember is the side effects are nausea and headaches
2    It's a little purple pill a/e Not that I can remember
3    YES
4    DON'T KNOW
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1308
1    That the reason I have headache is because I have acid reflux
2    That you might need to talk to your doctor, fast results from the medication a/e Nothing
3    YES
4    YES
5    That it help acid reflux a/e Nothing
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1309
1    That it was better
2    It's the big purple pill a/e Nothing
3    YES
4    NO
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1310
1    That it helps acid reflux
2    That it has fast relief a/e Nothing
3    YES
4    YES
5    That it's the purple pill that helps acid reflux a/e Nothing
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1311
1    It helps your acid reflux better
2    To ask your doctor about Nexium and that I could see the results in three to four weeks a/e Nothing
3    YES
4    YES
5    Helping my heartburn and esophagus a/e Nothing
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1312
1    That it heals and helps your acid reflux
2    It sound that it's good medicine that helps acid reflux a/e Nothing
3    YES
4    YES
5    Healing acid reflux a/e Nothing
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1313
1    That it's good heartburn medicine

Nexium Consumer Perception Survey -- Respondent Verbatims:  CONTROL COMMERCIAL

2    That you will have good relief a/e Nothing
3    YES
4    YES
5    Giving you relief on acid reflux a/e Nothing
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1314
1    That it's better to take for your acid reflux
2    That the common side effect is headaches and diarrhea a/e Nothing
3    YES
4    NO
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1315
1    That it helps acid reflux disease and can help prevent further damages
2    That it has common side effects
3    YES
4    YES
5    Healing the esophagus
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1316
1    That it will help the acid reflux
2    That it would help the pain in your stomach
3    YES
4    YES
5    It was better at helping your acid reflux
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1317
1    That Nexium heals esophagus and relieve acid reflux
2    That it's better than other products on the market
3    YES
4    YES
5    Healing the damage to esophagus
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1318
1    That the Nexium is good and that the common side effect are not bad
2    That it helps acid reflux and I should try the purple pill
3    YES
4    YES
5    Stopping the acid reflux
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1319
1    That the Nexium will help with your acid reflux

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

2    That it will help your esophagus if they are damage
3    YES
4    NO
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1320
1    That it is better for you then other leading brands, it is better for you because if you don't treat acid
     reflux disease it was damage your esophagus and may be more problems would happen, so even
     if you have occasional heartburn may be more serious then you think so go get checked out
2    It cures acid reflux and the side effects are headaches, diarrhea and stomach cramps a/e They
     also use the better a lot because better is better with the purple pill
3    YES
4    YES
5    Curing acid reflux, or relieve acid reflux a/e That it better than other leading prescription medicines,
     in healing damage to yourself and just relieving it once in a while, like heartburn
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1321
1    That it was the best one for acid reflux, and it was purple and mild side effects, like headaches,
     diarrhea and abdomen pain, they showed a website on the bottom of the screen, it was
     purplepill.com and a number, plus it was a distracting because the guy that was talking was moving
     his mouth too fast and it was like he wasn't talking
2    Also in the fine print on the bottom of screen that you can only take this if you experience heartburn
     or acid reflux two or more times a week and a doctor has to prescribe it and see if it is right for you
3    YES
4    YES
5    They said Nexium relieves the symptoms of heartburn better then other leading prescription
     medicines a/e If you wait to see a doctor you can damage the esophagus and this will help prevent
     that from ever happening
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1322
1    It's telling you about your heartburn and about acid reflux and what it can do for you
2    That's basically all they said in one whop. a/e You have to care of yourself or else you can damage
     your insides
3    YES
4    YES
5    That it will help your heartburn and acid reflux that's all a/e Better then other leading prescriptions
     on the market
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

**1323**
1    They were saying something about the side effects, like headaches, diarrhea and abdomen pain, it heals whatever was already damaged of the esophagus that is why it would better then the other leading brands
2    That if you don't get it taken care of it will get worse a/e On the bottom of the screen it has to be moderate to serious heartburn only
3    DON'T KNOW
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

**1324**
1    It was telling me that Nexium is good to treat acid reflux and heartburn, it's good compared to other acid reflux and heartburn products
2    It will heal your esophagus and relieve the symptoms of acid reflux a/e Nothing
3    NO
4
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1401**
1    That Nexium doesn't just relieve the symptoms of heartburn and acid reflux but also heals the damage done to your body by these diseases
2    That it's the only medication that heals the damage caused by heartburn and acid reflux w/e That's all
3    NO
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

**1402**
1    That Nexium heals the damage
2    That they have a recent study that says that Nexium heals damage w/e That's all
3    YES
4    YES
5    Healing damage caused by acid reflux disease w/e That's all
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1403**
1    That if you have erosion of the esophagus or from acid reflux disease Nexium is the pill for you because it heals that kind of damage better than another kind of prescription medication
2    That it's known as the healing purple pill w/e That's all
3    YES
4    YES
5    Healing damage to the esophagus caused by acid reflux disease
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1404**
1    Nexium is known as the purple pill that heals erosions in the esophagus
2    That Nexium works better and that better means better w/e That's all
3    YES

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

4    YES
5    Healing erosions of the esophagus w/e That's all
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1405
1    That Nexium is the healing purple pill
2    That it makes you better it's the best at getting you better w/m That it heals better w/e That's all
3    YES
4    YES
5    Healing a/e That's all
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1406
1    That Nexium will heal the damage caused by acid reflux disease
2    You need to speak to a doctor to make sure that Nexium is right for you a/e That's all
3    NO
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

1407
1    That when you're talking about better Nexium heals damage to the esophagus better than the other leading prescription brands
2    That you need to see a physician about if your worried about this erosion of the esophagus just to see if Nexium is right for you w/e That's all
3    YES
4    YES
5    Healing the damage and erosion of the esophagus from acid w/e That's all
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

1408
1    It's a prescription medicine that stops the acid from your stomach from getting out of control and prevents further damage and erosion of the esophagus
2    That you need to see a doctor about acid related illnesses and if your concerned about the damage caused by them w/e That's all
3    NO
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

1409
1    That it's a prescription pill known for its ability to heal damage caused by acid related disorders like acid reflux
2    No nothing a/e No
3    YES
4    NO
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

**1410**
1    That it's the only pill that heals damage to the esophagus by acid reflux disease
2    That if you're concerned about the damage done to your esophagus that you should check with
     your doctor about taking Nexium
3    NO
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

**1411**
1    That a recent study vs. Prevacid proved that Nexium was better at healing damage done to the
     esophagus by acid reflux disease
2    That it has few side effects
3    YES
4    YES
5    Healing damage done to the esophagus a/e That's all
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**1412**
1    That in clinical tests it's been proven that Nexium heals damage better than other medication for
     acid reflux disease w/e It heals damage to the esophagus
2    Nothing else
3    YES
4    YES
5    At healing damage to the esophagus caused by acid reflux disease
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**1413**
1    That when you're suffering from acid reflux disease you're going to have damage and Nexium
     heals that damage
2    That it's better at healing damage than the other leading brands a/e That's all
3    YES
4    YES
5    Healing damage caused by acid reflux disease a/e That's all
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1414**
1    That Nexium has been proven to heal damage to the esophagus better than the other leading
     brands do
2    Nothing else
3    YES
4    YES
5    Healing damage done to the esophagus better than the other leading brands w/e That's all
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1415**
1    That when you want to get better Nexium is better at healing the erosion of the esophagus caused
     by your stomach acid
2    Nothing else a/e Nope
3    YES

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

4      YES
5      Healing erosion of the esophagus w/e That's all
6      It said Nexium heals damage to the esophagus better than the other leading prescription
       medicines, but did not say it was better than the other leading prescription medicines at relieving
       the symptoms of acid reflux disease, such as heartburn

1416
1      That when you're taking a medication to get better you want it to actually make you better w/m That
       it should stop the damage and heal the damage so you actually get better
2      That it was the only pill of it kind to heal the damage done by acid reflux disease w/e That's all
3      YES
4      YES
5
6      It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
       other leading prescription medicines, but did not say it was better than the other leading
       prescription medicines at healing damage to the esophagus

1417
1      That tests have proven that Nexium will heal the damage caused by acid reflux disease better than
       other leading prescription medications
2      Nothing more a/e No
3      YES
4      YES
5      Healing the damage caused by acid reflux disease w/e That's all
6      It said Nexium is better than the other leading prescription medicines both at healing damage to the
       esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1418
1      That Nexium is known as the healing purple pill because it repairs erosion to the esophagus
       caused by acid reflux
2      That they have proven in tests that Nexium works better at healing this erosion than the other
       leading brands w/e That's all
3      YES
4      YES
5      Healing erosion of the esophagus caused by acid reflux disease w/e That's all
6      It said Nexium heals damage to the esophagus better than the other leading prescription
       medicines, but did not say it was better than the other leading prescription medicines at relieving
       the symptoms of acid reflux disease, such as heartburn

1419
1      That if you're worried about acid related damage that Nexium is the one for you because it heals
       the damage done by acid reflux disease
2      That Nexium is known as the healing purple pill w/e That's all
3      YES
4      YES
5      Healing acid related damage from acid reflux disease w/e That's all
6      It said Nexium heals damage to the esophagus better than the other leading prescription
       medicines, but did not say it was better than the other leading prescription medicines at relieving
       the symptoms of acid reflux disease, such as heartburn

1420
1      That when you're thinking about better remember that Nexium heals damage to the esophagus
       better than the other leading brands of acid reducers
2      Nothing else
3      YES
4      YES
5      Healing damage done to the esophagus by acid reflux disease

Nexium Consumer Perception Survey – Respondent Verbatims: CONTROL COMMERCIAL

6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1421**
1    That if you're concerned about damage caused by acid reflux disease Nexium has good news Nexium heals the damage caused by acid reflux disease
2    That Nexium has been shown in a recent test to heal the damage caused by acid reflux disease better than an other leading brand of acid reducer a/e That's all
3    YES
4    NO
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

**1422**
1    That Nexium is called the healing purple pill
2    That it's been shown in a recent test to heal the damage done to the esophagus a/e That's all
3    YES
4    NO
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

**1423**
1    That you need to call your doctor right away to see if Nexium is right for you
2    That if left untreated the damage can get worse a/e That's all
3    NO
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

**1424**
1    That Nexium not only stops acid reflux and heartburn it heals the erosion of the esophagus
2    That some side effects can occur that's why you must call your doctor to see if Nexium is right for you a/e That's all
3    NO
4
5
6    None of the above describe what the commercial communicated to me

**1501**
1    Nexium heals faster than all the other products
2    That it will heal the best best products
3    YES
4    YES
5    Heals faster than the other products
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1502**
1    I don't know
2    The side effects of taking the product P NFI
3    NO

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

4
5
6 It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus·

1503
1 Well that it prevents damage to your throat and esophagus
2 Nothing P NFI
3 YES
4 YES
5 Better at protecting your esophagus P That's all I got P NFI
6 It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

1504
1 That it is good for repairing the damage caused by acid reflux
2 A warning about the possible side effects P NFI
3 YES
4 YES
5 Repairing damage from acid reflux P NFI
6 It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

1505
1 That it helps with the acid reflux and makes you feel better
2 No P NFI
3 YES
4 YES
5 Relieving acid reflux P NFI
6 It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

1506
1 That it heals the esophagus from the acid reflux
2 That is all I got out of it P NFI
3 YES
4 YES
5 Healing the esophagus P NFI
6 It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

1507
1 It says it's better for you for reflux disease which I already knew a/e The purple pill is number one a/e n/e
2 It does have side effects and you need to take it because you could have other problems from acid reflux a/e n/e
3 YES
4 YES
5 It is better for the esophagus a/e for the reflux and acid a/e n/e
6 It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1508

Nexium Consumer Perception Survey – Respondent Verbatims: CONTROL COMMERCIAL

3    YES
4    DON'T KNOW
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1607
1    That I should use this for my heartburn every time that I get it
2    That it's better than the leading brand w/e None
3    NO
4
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1608
1    The purple pill prevents heartburn relieves it fast
2    It's a purple pill a/e No
3    DON'T KNOW
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1609
1    Helped acid reflux and helps keeps ??
2    Nothing w/e Nothing
3    YES
4    NO
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1610
1    That it is for healing acid reflux
2    w/e If it doesn't work call doctor
3    YES
4    YES
5    Healing acid reflux
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1613
1    Heals acid reflux
2    a/e Nothing
3    NO
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1614
1    Healing stomach from acid reflux
2    Nothing w/e Nothing
3    NO

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

4
5
6     None of the above describe what the commercial communicated to me

1615
1     Heals acid reflux
2     Heals acid reflux w/e Nothing
3     YES
4     YES
5     Healing acid reflux w/e Nothing
6     It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1616
1     It's the healing purple pill
2     w/e Nothing
3     YES
4     YES
5
6     Don't know

1617
1     To tell me that the purple pill is the best to take for acid reflux
2     Nothing w/e Nothing at all
3     NO
4
5
6     It said Nexium is better than the other leading prescription medicines both at healing damage to the
      esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1618
1     That it cures heartburn quickly
2     That it's a popular brand to take w/e Nothing else
3     DON'T KNOW
4
5
6     It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1619
1     That the pill looked to be about four feet tall in the commercial
2     Nothing a/e No
3     DON'T KNOW
4
5
6     It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1620
1     I would be better off if I chose Nexium over other brands because it will work on my heartburn
2     Nothing w/e No
3     YES
4     DON'T KNOW
5

Nexium Consumer Perception Survey -- Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1621
1    There are advantages to using the purple pill because it cures heartburn
2    That it works at the source of the problem
3    YES
4    NO
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1622
1    It's a better medicine to use for heartburn or indigestion because it works
2    Ni, it's just better w/e Nothing else
3    YES
4    YES
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1623
1    To sell the an-acid pill to the audience because it's good for heartburn
2    Nothing a/e No
3    DON'T KNOW
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease; such as heartburn

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

1624
1    That it's better than the leading brands
2    Nothing a/e No
3    YES
4    DON'T KNOW
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1701
1    That it was better than any non-prescription medicine to help heal heartburn
2    That it helps heal throat erosion from heartburn a/e n/e
3    YES
4    YES
5    Healing throat erosion a/e Healing heartburn
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1702
1    It's called a purple pill and it helps heal damage created by acid reflux disease
2    That it is a very well known doctor prescribed product a/e n/e
3    YES
4    YES
5    Healing erosions in the esophagus called acid reflux a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1703
1    It's the better pill for heartburn. If you leave it unattended (heartburn) it can cause serious problems
     to your esophagus
2    Esophageal ulcers can heal in four to eight weeks a/e It's better than Prevacid and it relieves acid
     indigestion. They call it the purple pill Nexium
3    YES
4    YES
5    Relieving heartburn and acid indigestion. Esophageal ulcers will heal in four to eight weeks a/e
     Taking Nexium prevents you from getting erosions and more serious problems with your
     esophagus
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1704
1    It's a good product to use for heartburn
2    It's an easy to swallow purple pill a/e n/e
3    YES
4    YES
5    It was better at relieving heartburn than most other medications a/e n/e
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1705
1    It heals damage better than other prescription medicines
2    I should ask my doctor about it a/e n/e
3    YES
4    YES
5    Healing esophageal damage a/e n/e

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1706
1    It's supposed to take care of indigestion better than other medicines out there
2    I can't remember
3    YES
4    YES
5    Taking care of acid reflux in your esophagus a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1707
1    A little purple pill can help heal the damage done to your esophagus by acid reflux
2    It can have side effects to your body like headaches, upset stomach and diarrhea a/e If left
     untreated it may become worse. Contact your doctor today
3    YES
4    YES
5    Preventing acid reflux a/e n/e
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1708
1    Nexium heals the damage already done
2    It's the healing purple pill a/e n/e
3    YES
4    YES
5    Healing damage already done a/e n/e
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1709
1    It's very good if you have a buildup of acid/gas in your digestive system or stomach
2    With any other medication there are side effects like headaches and diarrhea, abdominal pain a/e
     n/e
3    YES
4    YES
5    Better at relieving stomach acid a/e n/e
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1710
1    Nexium is the purple pill that helps acid reflux get better
2    Use Nexium before symptoms get worse P n/e
3    YES
4    YES
5    It helps relieve acid indigestion and heartburn P n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1711
1    That it relieves heartburn and you take it once a day
2    You should take it everyday a/e By doing this, you won't suffer from heartburn or acid reflux
3    YES
4    YES

Nexium Consumer Perception Survey – Respondent Verbatims: **CONTROL COMMERCIAL**

5    It's faster and longer relief a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1712**
1    Nexium heals erosions in the esophagus caused by acid reflux
2    It quickly relieves heartburn and acid indigestion a/e n/e
3    YES
4    YES
5    Relieving heartburn and acid indigestion a/e n/e
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1713**
1    It's an effective heartburn reliever
2    That's it
3    NO
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1714**
1    It's the purple pill designed to relieve acid reflux
2    Nothing
3    NO
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1715**
1    Nexium is the healing purple pill
2    You'll feel better P n/e
3    YES
4    YES
5
6    Don't know

**1716**
1    It's the healing purple pill for acid reflux
2    The most common side effects were stomach cramps, diarrhea and nausea a/e n/e
3    YES
4    YES
5    Healing acid reflux a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

**1717**
1    Nexium is the #1 choice of medical experts for relieving the symptoms of acid reflux disease to the esophagus
2    The side effects are very min or such as diarrhea and nausea a/e n/e
3    YES
4    YES
5    Relieving acid reflux disease to the esophagus a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1718**
1    The product has been thoroughly tested and is proved to eliminate acid reflux in the esophagus
2    Nexium works better than other prescription products a/e n/e
3    YES
4    YES
5    It's better at relieving acid reflux in the esophagus a/e n/e
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1719**
1    Acid reflux disease to the esophagus can be a very serious matter if not treated and Nexium would be an excellent pill to take to cure the symptoms
2    It is a very safe product to take. It will not harm your stomach a/e It will not have any other serious side effects to your body
3    YES
4    YES
5    Relieving the acid in the esophagus a/e n/e
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

**1720**
1    It will help you open up your esophagus
2    It won't harm your stomach a/e It will help you feel better
3    YES
4    NO
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**1721**
1    It's been recently medically proven to work better than other products
2    There are no real major strong side effects a/e It will not effect your stomach
3    YES
4    YES
5    It's better at relieving acid reflux in the esophagus a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1722**
1    It eliminates esophageal erosions caused by acid reflux
2    It's a purple pill and you should ask your doctor about it a/e n/e
3    NO
4
5

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1723
1    It's #1 at relieving heartburn and gas
2    The most common side effects are nausea, headache and diarrhea a/e n/e
3    YES
4    NO
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1724
1    Doctors prescribe it the most to treat acid reflux disease
2    Nothing
3    YES
4    YES
5    Helping to heal acid reflux disease a/e n/e
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1725
1    It's a prescription medicine and it helps heal acid reflux problems
2    It's the purple healing pill P Call your doctor for a prescription
3    YES
4    YES
5    Healing problems of acid reflux in the esophagus P n/e
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

1801
1    They said it will heal the esophagus damage caused by acid reflux
2    That it does it better than any other product on the market a/o No
3    YES
4    YES
5    It was better at treat acid reflux and healing the damage caused by acid reflux in the esophagus a/o No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1802
1    Help with acid reflux it is the healing purple pill
2    The possible side effects a/e Contact your doctor for more information
3    YES
4    YES
5    Controlling acid reflux and heartburn a/e No
6    It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn

1803
1    That it was better than Prevacid
2    It wasn't made very well. It said give information it takes to heal the stomach problem and says that better is better which doesn't tell me much a/e That is it
3    YES
4    YES
5    Healing stomach problems a/e No

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**1804**
1    That it heals the damage caused by acid reflux disease
2    Nothing
3    YES
4    YES
5    Healing the damage of acid reflux disease a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1805**
1    It could help you with acid reflux disease
2    The side effects which is diarrhea and two other reasons a/e Nothing
3    YES
4    YES
5    Controlling acid reflux a/e Nothing
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**1806**
1    Well I'm taking Prevacid and I know that stomach pain (commercial) if you are having heartburn or
     acid reflux that's the pill to take
2    It's new and the commercial is saying it's the best one on the market a/e That's it
3    YES
4    YES
5    Heartburn and healing and helping acid reflux a/e For healing, for acid reflux and it's the best one
     for that
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1807**
1    It could heal acid reflux
2    Some like you shouldn't let it go, do something about and you should see your doctor a/e The ??
     better at first that this is supposed to be better
3    YES
4    NO
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

**1808**
1    That it is a good heartburn pill or acid reflux and it could have serious damage if you don't take care
     of it. Nexium is a better medication to take of it. It was compared to Prevacid
2    That's about all I can remember
3    YES
4    YES
5    Controlling stomach acid a/e That it might heal some damage you have in four to six weeks
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1809**
1    About healing your esophagus from damage done by acid reflux
2    That it's better than all the other medications a/o No

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

3    YES
4    YES
5    Healing your esophagus a/o No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1810
1    Just that it was saying that heartburn is a serious condition
2    That it was a way of controlling or eliminating heartburn a/o Not really
3    NO
4
5
6    Don't know

1811
1    It's a better alternative to quail acid reflux
2    It has some side effects a/o No
3    YES
4    YES
5    Preventing the pain of reflux and repairing the damage a/o No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1812
1    Nexium is just plain better it heals
2    That it's the purple pill a/o Not that I can remember
3    YES
4    YES
5    Relieving heartburn and healing the lining of the esophagus a/a No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1813
1    It can help acid reflux disease and other stomach disorders
2    It's almost like it's a miracle drug
3    YES
4    YES
5    Helping your stomach disorder
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1814
1    That it would help heal damage from esophageal disease
2    It's a prescription drug that could cause side effects a/o No
3    YES
4    YES
5    Healing the damage from esophageal reflux disease a/o No
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1815
1    About stomach and gas problems
2    That it's better than any other drug a/o To relieve your indigestion
3    YES
4    YES
5    Alleviating gas reflux a/o No

Nexium Consumer Perception Survey – Respondent Verbatims: CONTROL COMMERCIAL

6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1816
1    It's better than other medicine healing your esophagus
2    It's purple a/o No
3    NO
4
5
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1817
1    That it is proven to be better than similar to other medications particularly with regards to healing
     injury to the esophagus
2    That there were some side effects including three specific ones, one of which is diarrhea. I can't
     remember the other two – oh diarrhea, headaches, I can't remember the other one a/a No
3    YES
4    YES
5    Healing injury to the esophagus a/o No
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1818
1    That it's the leading prescribed medication on the market for treating gerd
2    That it's safe, that it's more widely used than Prevacid their competitor a/o He mentioned that it was
     a purple pill
3    YES
4    YES
5    Preventing further damage to the esophagus a/o That it was able to restore any damage that was
     done to your throat or esophagus
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1819
1    It's a better pill for acid reflux disease and heartburn and gerd
2    Other serious stomach disorders it may not treat for a/o No
3    YES
4    YES
5    Helping gerd and acid reflux disease and another thing probably ulcers a/o Then just controlling the
     acid in your stomach and heartburn
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1820
1    That it's good for acid reflux
2    That it has very few side effects a/o No
3    YES
4    YES
5    Preventing acid reflux a/o No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1821
1    That it heals damage that has been done by acid reflux
2    That it is better than Prevacid a/e Not really

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

3    YES
4    YES
5    Healing (what) The damage caused by acid reflux a/e No
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

1822
1    That it is better than Prevacid
2    Heals your esophagus a/e Nothing
3    YES
4    YES
5    Fighting acid reflux a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1823
1    That it can repair damage caused by heartburn
2    There could be side effects by taking it to (like) Diarrhea a/e That's all
3    YES
4    YES
5    Repairing damage from heartburn a/e Nothing
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1824
1    The acid reflux disease and your esophagus and it heals it
2    That it heals and if left untreated the reflux disease could cause damage a/e Side effects or ??
     nausea, abdominal pain
3    YES
4    YES
5    Treating acid reflux disease a/e No
6    None of the above describe what the commercial communicated to me

1901
1    That it's a pill for heartburn and acid reflux
2    That it may cause headache, diarrhea so to check with your doctor P Nothing
3    YES
4    YES
5    Treating acid reflux or heartburn P No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1902
1    That there is a pill you can take not only for heartburn but also it's a pill that repairs already
     damaged stomachs
2    That the side effects are headache and upset stomach P Nothing else
3    YES
4    YES
5    Treating your acid reflux while repairing already damaged stomach from acid reflux P No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1903
1    That it was good for acid reflux and it repaired esophagus damage. And that if you have heartburn
     more than two days per week that you need to talk to your doctor about Nexium
2    Really nothing else P Nothing
3    YES

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

4    YES
5    Controlling acid reflux and repairing esophagus damage from acid reflux P Nothing else
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1904
1    That it's a pill for acid reflux
2    That it could cause side effects P That's all
3    YES
4    YES
5    Controlling acid reflux P Nothing
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1905
1    It's something that you can take for acid reflux that provides you with something more than you can
     get from over-the-counter aids
2    You should see your doctor for information P Nothing else
3    NO
4
5
6    Don't know

1906
1    It's heartburn and acid reflux medication
2    Nothing else
3    YES
4    YES
5    It helps your upset stomach P Nothing else
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1907
1    It takes away headaches, heartburn, upset stomach
2    Nothing else
3    YES
4    YES
5    Fixing upset stomachs P That's all
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1908
1    Heartburn
2    I can't think of anything P Nothing
3    YES
4    YES
5    Stopping acid reflux P No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1909
1    That it gets rid of acid reflux quicker than any other product
2    That's about it P Nothing
3    YES
4    YES
5    Getting rid of acid reflux P No

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1910
1    That it helps your heartburn and it repairs the damage to your esophagus
2    It doesn't stop all of your stomach problems but it works a lot better than other prescriptions P
      Nothing
3    YES
4    YES
5    At helping heartburn P Nothing
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
      esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1911
1    To call your doctor to see if you are able to take the medicine
2    That the side effects are diarrhea and that's all
3    DON'T KNOW
4
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
      other leading prescription medicines, but did not say it was better than the other leading
      prescription medicines at healing damage to the esophagus

1912
1    Heartburn, anti acid stuff to cure the heartburn
2    It's a purple pill P Nothing
3    DON'T KNOW
4
5
6    Don't know

1913
1    That it's a good medicine for heartburn
2    Nothing
3    YES
4    YES
5    Killing stomach problems w/e That's it
6    It said Nexium heals damage to the esophagus better than the other leading prescription
      medicines, but did not say it was better than the other leading prescription medicines at relieving
      the symptoms of acid reflux disease, such as heartburn

1914
1    It relieves your stomach acid pains
2    It's supposed to work in four to six days and it's a purple little pill w/e Heals the esophagus
3    YES
4    YES
5    Relieving the pain in your esophagus and is better than all the other leading prescriptions w/e
      Relieves heartburn
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
      other leading prescription medicines, but did not say it was better than the other leading
      prescription medicines at healing damage to the esophagus

1915
1    That if taken it can keep you from having severe acid reflux
2    That it's a purple pill w/e Reduces acid reflux
3    YES
4    YES

Nexium Consumer Perception Survey -- Respondent Verbatims:  CONTROL COMMERCIAL

5   Reducing acid reflux a/e No
6   It said Nexium is better than the other leading prescription medicines both at healing damage to the
    esophagus and at relieving the symptoms of acid reflux disease, such as heartburn.

**1916**
1   It's supposed to help if you have acid reflux disease or heartburn, to see your doctor and it's a
    purple pill
2   It's a prescription drug and I can only get it through my doctor w/e Nothing
3   YES
4   NO
5
6   It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
    other leading prescription medicines, but did not say it was better than the other leading
    prescription medicines at healing damage to the esophagus

**1917**
1   It's for taking care of your heartburn problems and stopping future problems
2   That it helps battle the acid reflux a/e No
3   YES
4   YES
5   Helping current and future occurrences of heartburn and acid reflux a/e No
6   It said Nexium is better than the other leading prescription medicines both at healing damage to the
    esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1918**
1   That it helps with acid reflux disease
2   That if untreated the acid reflux can cause more damage to the esophagus a/e No
3   YES
4   YES
5   Relieving heartburn a/e Working faster than other antacids
6   It said Nexium is better than the other leading prescription medicines both at healing damage to the
    esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1919**
1   That it could yield headache, diarrhea and stomach pains
2   To ask your doctor about it w/e Nothing
3   YES
4   YES
5   That it could heal the pains
6   It said Nexium is better than the other leading prescription medicines both at healing damage to the
    esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**1920**
1   If you leave it untreated it can get worst, stomach abdominal pains
2   If you don't use Nexium, things can get worst w/e That's it
3   NO
4
5
6   It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
    other leading prescription medicines, but did not say it was better than the other leading
    prescription medicines at healing damage to the esophagus

**1921**
1   That it's for heartburn and has side effects, headache, abdominal pain and you had to see your
    doctor to get it
2   That it would be worth it to call your doctor and try it yourself w/e That's it
3   YES
4   YES

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

5    Relieving heartburn and acid reflux a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1922
1    That it's a heartburn medicine. That it's the best on the market. The healthy purple pill
2    That it's been tested and improved. Proven that it works to relieve heartburn a/e Can't recall
3    YES
4    YES
5    Relieving heartburn a/e That it's fast acting
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

1923
1    About having damage done to the esophagus and repaired better with Nexium
2    Doctors recommend it w/e That's it
3    YES
4    YES
5    Repair the esophagus w/e That's it
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

1924
1    That's a healing pill
2    It's a purple pill w/e See your doctor if you have problems
3    YES
4    YES
5    Healing heartburn w/e Nothing else
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

2001
1    That it's suppose to be better than others on the market and it heals the erosion caused by the acid
     reflux
2    That it makes things better. Actually heals the side effects of the condition a/e No
3    YES
4    YES
5    It stops the production of acid that causes erosions in the esophagus a/e It stops heartburn
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

2002
1    That it's a new pill for heartburn and acid reflux
2    That recent studies say it works better than other prescription medicine a/e No
3    YES
4    YES
5    At relieving the most common symptoms of acid reflux a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

2003
1    That it helps repair damage from heartburn
2    It makes things better a/e I should call my doctor and ask about it
3    NO
4
5

Nexium Consumer Perception Survey -- Respondent Verbatims:  CONTROL COMMERCIAL

6       None of the above describe what the commercial communicated to me

**2004**
1       That it would get rid of acid reflux disease
2       That it was effective in moderate to severe cases a/e Healing took place in four to eight weeks. But results could differ
3       NO
4
5
6       It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**2005**
1       That it makes you feel better
2       That it lessen the symptom of heartburn and acid reflux a/e That's all
3       YES
4       YES
5       Relieving the symptoms of heartburn a/e Relieves acid reflux
6       It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2006**
1       That it helps with acid reflux
2       One purple pill could be good for you a/e That's it
3       YES
4       YES
5       Helps with acid reflux a/e Just one purple pill could be good for you
6       It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**2007**
1       It's a healing purple pill for most kinds of heartburn
2       There may be side effects a/e Ask your doctor if it's right for you
3       YES
4       YES
5       Healing damage from acid reflux and heartburn a/e Controls heartburn
6       It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2008**
1       That it was an efficient medicine approved by many doctors
2       That's all
3       YES
4       YES
5       Better at relieving acid reflux and pain caused by heartburn a/e No
6       It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus

**2009**
1       That it was prescription medicine for the stomach
2       I don't know
3       NO
4
5

Nexium Consumer Perception Survey -- Respondent Verbatims:  CONTROL COMMERCIAL

6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**2010**
1    Basically it was saying it would help your heartburn. That it would be a good pill to take. The only
     thing I wouldn't like is it says it might cause stomachache or diarrhea
2    That it would be a good pill to take a/e No
3    NO
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**2011**
1    That it would heal your esophagus
2    Nothing
3    NO
4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**2012**
1    Personal relief and side effects
2    That it works depending on your doctor a/e I can't think of anything
3    YES
4    YES
5    Relieving antacid and healing the esophagus a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2013**
1    That it would stop acid reflux
2    That it was better than anything else that was on the market, that if acid reflux was not treated it
     could cause further damage a/e The only thing that could be called Nexium is a purple pill
3    YES
4    YES
5    Stopping acid reflux a/e Not that I remember
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2014**
1    That it heals your esophagus damage from acid reflux
2    That it's a purple pill a/e That it'll make you feel better
3    YES
4    YES
5    It heals your esophagus from acid reflux damage a/e No that was basically the point I got
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2015**
1    That it will heal erosions in your esophagus
2    That it would heal in forty eight weeks a/e No
3    YES
4    YES

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

5    Healing a/e That was my main concern because I have acid reflux
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid.reflux disease, such as heartburn

**2016**
1    That it heals the damage from acid reflux
2    It has side effects a/e Better is better
3    YES
4    YES
5    Healing the damage a/e Nope
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**2017**
1    It works better than other drugs used to treat GRD and it's doctor recommended
2    It's a purple pill and it's small enough to swallow and it helps severe to moderate damage which is
     a good thing because you don't want your throat lining ruined a/e No I can't think of anything else
3    YES
4    YES
5    It's better at treating moderate to severe GRD damage, there may be other problems which you
     should see your doctor·about a/e No, nothing else
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2018**
1    That's it an acid reflux medicine
2    That it possibly could help cure it a/e No, I kind of like that part about it
3    YES
4    YES
5    Controlling acid reflux a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2019**
1    That it's better than Prevacid
2    That it was new a/e No
3    YES
4    YES
5    Healing the esophagus a/e No
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

**2020**
1    Better is better for acid reflux of the esophagus
2    You talk to your doctor about it, but it doesn't help other problems and the side effects can be pretty
     bad, serious pain in your stomach and diarrhea a/e I can't remember
3    YES
4    YES
5    Helping reflux disease a/e Helps heal the esophagus
6    It said Nexium heals damage to the esophagus·better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

**2021**
1    It helps with gas pain
2    They are trying to sell me something a/e It said to contact my doctor
3    NO

Nexium Consumer Perception Survey – Respondent Verbatims:  CONTROL COMMERCIAL

4
5
6    It said Nexium heals damage to the esophagus better than the other leading prescription
     medicines, but did not say it was better than the other leading prescription medicines at relieving
     the symptoms of acid reflux disease, such as heartburn

2022
1    That it was for treating acid reflux
2    That it would help with damage of acid reflux a/e If a person doesn't' do something about it it will
     cause more damage
3    YES
4    YES
5    Healing acid reflux a/e That's it
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

2023
1    —That it has a lot of after effects
2    They're trying to influence the customers to ask their doctors for it a/e I guess that's about it
3    YES
4    YES
5    Curing acid reflux a/e Supposedly repairs it
6    It said Nexium is better than the other leading prescription medicines both at healing damage to the
     esophagus and at relieving the symptoms of acid reflux disease, such as heartburn

2024
1    That it's good for acid reflux
2    That was about it a/e No
3    YES
4    NO
5
6    It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the
     other leading prescription medicines, but did not say it was better than the other leading
     prescription medicines at healing damage to the esophagus

# STORYBOARD

 **vms**

PRODUCT Nexium
MARKET New York, NY
PROGRAM Today
CODE # 040902043
TITLE Man Talks About Better

LENGTH 45
STATION WNBC
DATE 09/09/2004
TIME 09:23 AM



[MUSIC IN] MAN: Let's talk about better.



When someone says something's better, it's usually just their opinion. So if you suffer from acid reflux disease.



frequent heartburn and I told you prescription Nexium heals acid related
SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE MAY BE ACID REFLUX DISEASE

damage in the esophagus better, you'd want proof.
SUPER: OVER TIME ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS



And how your doctor has that proof.
SUPER: STUDIES VS. PREVACID (LANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE



Recent medical studies prove Nexium heals that erosion better.
[GRFX: NEXIUM (ESOMEPRAZOLE MAGNESIUM)]



No wonder they call Nexium the healing purple pill. So call your doctor today and ask if Nexium is right for you.
SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY



Because if left untreated, the damage could get worse.



Other serious stomach conditions still may exist.

The most common side effects of Nexium are headache, diarrhea
SUPER: SEE OUR AD IN COOKING LIGHT/ PURPLEPILL.COM

and abdominal pain. Hey, with Nexium
SUPER: 1-800-4NEXIUM



you just don't feel better, you are better. And better is better. (MUSIC OUT)

_VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS_

Material provided by VMS may be used for internal review. Analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

330 West 42nd Street, New York, NY 10036 T 212 736 2010

# Nexium Re-edit 11.30.04



Man: Let's talk about better.



Man: If you're concerned about acid-related damage to the esophagus



Man: caused by acid reflux disease, Nexium has



Man: good news for you. Recent medical studies prove Nexium



Man: heals that damage better than other leading prescription medicine.



Man: No wonder they call Nexium the healing purple pill.



Man: So call your doctor today and ask if Nexium is right for you.



Man: Because if left untreated, the damage could get worse.



AVO: Other serious stomach conditions may still exist.



AVO: The most common side effects of Nexium are headache,



AVO: diarrhea, and abdominal pain.



Man: Nexium. Better is better.