IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA LP, | ) | **PUBLIC VERSION** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-1332 - KAJ |
| TAP PHARMACEUTICAL PRODUCTS INC., | ) | |
| | ) | |
| Defendant. | ) | |

PUBLIC VERSION OF TAP PHARMACEUTICAL PRODUCTS INC.'S
APPENDIX IN SUPPORT OF OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

VOLUME II

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant-Counterclaimant
TAP Pharmaceutical Products Inc.*

*Of Counsel:*

Thomas C. Morrison
Karla G. Sanchez
Deborah Steinberger
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

George C. Kokkines
TAP Pharmaceutical Products Inc.

Dated: December 21, 2005

## TAP'S APPENDIX IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

### Table of Contents

**Description** **Tab**

Storyboards for Nexium "Better" TV Commercial (45 and 60 seconds versions) ..................... A

New Nexium Website Ad ........................................................................................................ B

Declaration of Michael Spitalli in Support of TAP's Motion
for a Preliminary Injunction, dated November 12, 2004 ....................................................... C

Declaration of Malcolm Robinson, M.D., FACP, FACG,
dated November 12, 2004 ....................................................................................................... D

Declaration of Malcolm Robinson, M.D., FACP, FACG,
dated December 14, 2004 ....................................................................................................... E

Rebuttal Expert Report of Malcolm Robinson, M.D., FACP, FACG,
dated October 21, 2005 ........................................................................................................... F

Declaration of Bert Spilker, Ph.D., M.D
dated November 10, 2004 ....................................................................................................... G

Declaration of Bert Spilker, Ph.D., M.D
dated December 14, 2004 ....................................................................................................... H

Consumer Perception Test of Nexium "Man Talks About Better" :45, by Thomas Dupont, Ph.D.
dated January, 2005 ................................................................................................................. I

Consumer Perception Test of Nexium Internet Ad, by Thomas Dupont, Ph.D.
dated March, 2005 ................................................................................................................... J

Rebuttal Expert Report of Thomas D. Dupont, Ph.D.
dated June, 2005 ...................................................................................................................... K

Response to Criticisms by Dr. Michael Rappeport of Two Surveys, by Susan McDonald, Ph.D.
dated June, 2005 ...................................................................................................................... L

Expert Report of Creighton G. Hoffman
dated October 6, 2005 ............................................................................................................. M

Declaration of Donald O. Castell, M.D.
dated December 7, 2004 .......................................................................................................... N

1240156v1