# EXHIBIT M

# REDACTED IN FULL

EXHIBIT N

A0407-1590

| SERIAL NO. 26 | | |
|---|---|---|
| SERVED | | |
| RECEIVED | | |
| FILED | | |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

```
—————————————————————————————    x
ASTRAZENECA LP,                    )
                                   )
                   Plaintiff,      )      C.A. No. 04-1332-KAJ
                                   )
            - against -            )      Declaration of Donald O. Castell, M.D.
                                   )
TAP PHARMACEUTICAL PRODUCTS, INC., )
                                   )
                   Defendant.      )
—                                  x
```

I, Donald O. Castell, hereby declare:

1.      I am a Professor of Medicine and Director of the Esophogeal Disorders Program at the Digestive Disease Center at the Medical University of South Carolina in Charleston.   Since 1970, I have held professorships at various medical schools, including Jefferson Medical College in Philadelphia, Pennsylvania, where I was the Rorer Professor of Medicine and Director of the Division of Gastroenterology and Hepatology, the Bowman Gray School of Medicine in Winston-Salem, North Carolina, where I was Chief of the Gastroenterology Section, and the University of Pennsylvania School of Medicine, where I was a Clinical Professor of Medicine.   I have also held professorships in medicine at the George Washington University School of Medicine, the Allegheny University of the Health Sciences, Hahnemann University, and the Uniformed Services University of the Health Sciences.

2.      I am board certified by the American Board of Internal Medicine, and by the Subspecialty Board in Gastroenterology.   In 1998, I was President of the American Gastroenterological Association.

KL3:2381965.2

3.      Over the course of my career, I have been a member of numerous professional and scientific societies, all of which relate to gastroenterology or clinical investigation.    I have received numerous awards throughout my career, including the Distinguished Educator Award and the Kirsner Award for Clinical Research, both from the American Gastroenterological Association, and an Award for Clinical Research from the William Beaumont Gastrointestinal Society.

4.      In addition, I hold or have held editorial positions with four different gastroenterology-related journals, and have been a reviewer for numerous publications, including the Journal of Clinical Investigation, the Journal of Clinical Gastroenterology, the Journal of the American Medical Association, and the New England Journal of Medicine.  I have received numerous grants for the study of digestive disorders, lectured or presented more than 300 times on topics related to gastroenterology, authored or co-authored more than 200 chapters, books, and editorials, and over 400 peer-reviewed articles, virtually all of which relate to gastroenterology.  A copy of my CV is attached as Exhibit A.

5.      I am aware of important clinical advances in the therapeutics of reflux disease and have the clinical and scientific experience to determine whether the literature and clinical testing supports the superiority of one treatment over another.

Study 267

6.      I was one of the principal investigators for the '267' Study, referred to in TAP's papers as the "Castell Study," which compared the once-daily doses of lansoprazole 30 mg (PREVACID) and esomeprazole 40 mg (NEXIUM) for healing of erosive esophagitis and resolution of heartburn. Gastroesophageal reflux disease ('GERD') is a common medical problem

that frequently leads to erosive esophagitis. The mucosal damage characterizing erosive esophagitis is caused by exposure to gastric acid. The severity of erosive esophagitis is directly related to the duration and extent of acid exposure. Thus, currently prescribed medications focus on reducing the production of gastric acid. Such medications have been shown to heal erosive esophagitis and reduce GERD symptoms. Both lansoprazole and esomeprazole belong to the class of drugs known as "proton pump inhibitors" or "PPIs." PPIs are currently the most effective medications for treating erosive esophagitis.

7.      Omeprazole (PRILOSEC) was the first PPI and is considered the prototype PPI. Previous studies demonstrated esomeprazole's clinical superiority to omperazole in healing erosive esophagitis. However, few clinical trials have assessed the healing of one PPI against another, except for trials against omeprazole. The purpose of the 267 Study was to begin filling that gap by comparing the efficacy of a standard dose of esomeprazole with that of lansoprazole for the healing of erosive esophagitis and resolution of heartburn in patients with erosive esophagitis.

8.      The 267 Study was consistent with the principles of the Declaration of Helsinki and conducted in compliance with good clinical practices regulations and guidance issued by the Food and Drug Administration. The study protocol underwent institutional review board review and approval.

9.      The 267 Study was a multicenter, randomized, double blind, parallel group trial performed in 5,241 adult patients with endoscopically documented erosive esophagitis of Los Angeles classification grade A, B, C or D. The Los Angeles classification was used because of its high level of inter-observer reliability among experienced endoscopists.

-3-

The study population analyzed was the intent-to-treat population. The sample size was not arbitrarily chosen, but was calculated to include at least 2,244 patients per treatment arm, which would provide 95% power with a p value of 0.05 to detect a 3% difference in healing rates between the two treatment groups, estimating a 93% response rate esomeprazole and a 90% response rate for lansoprazole. Ultimately, 2,624 patients received esomeprazole and 2,617 received lansoprazole. The size of the study population allowed for an accurate estimate of the healing rate for each treatment group. The statistical software package SAS, version 6.12 was used for all summaries and analyses.

10.    Prior to testing, healing of erosive esophagitis at week eight was identified as the primary efficacy endpoint. Secondary assessments included proportion of patients healed at week four, resolution of investigator-recorded heartburn, time to first and time to sustained resolution of patient diary-recorded heartburn, and proportion of heartburn-free days and nights.

11.    Patients who met the study criteria were randomized to oral treatment with esomeprazole or lansoprazole once daily for up to eight weeks. Patients were instructed to take the study medication in the morning, before breakfast, with a glass of water. Compliance was measured by counting unused tablets or capsules at each visit. Double-dummy dosing was used to preserve blinding because the appearance of the two study drugs was different. Patients thus received a supply of study medication and a placebo (one as a purple capsule, one as a white capsule so that the placebo appeared to be esomeprazole or lansoprazole, respectively) according to a sequential allocation number. Randomization was performed at each study center using blinded blocks of four allocation numbers.

12.     To assess the primary efficacy endpoint, esophagogastroduodenoscopy (EGD) was performed at baseline, at week four, and if erosive esophagitis was not healed at week four, at week eight. Patients who were healed at week four, meaning that they had no mucosal breaks according to the Los Angeles classification, were discharged from the study. If patients were not healed at week four, they were given a continued supply of the study drugs and returned at week eight for final evaluation. Healing rates were calculated using Kaplan-Meier life-table estimates. Statistical comparisons between treatment groups for patients healed at week eight were primarily performed using a log rank test, which is sensitive to the magnitude of difference between treatment groups and compensates for the actual time of healing. A crude healing rate was also calculated, which represented a more conservative estimate than the life-table estimate as all patients who did not contribute appropriate data were considered treatment failures. The crude healing rate was analyzed using a Cochran-Mantel-Haenszel test with stratification for baseline erosive esophagitis severity. This test was performed separately at four and eight weeks.

13.     The results of the study are as follows: esomeprazole (NEXIUM) (92.6%) was statistically significantly more effective than lansoprazole (PREVACID) (88.8%) for healing of erosive esophagitis at week 8 (p = 0.0001). Additionally, the secondary variable of healing at week 4 favored esomeprazole over lansoprazole, and esomeprazole (NEXIUM) produced better resolution of heartburn and faster sustained resolution of heartburn than lansoprazole (PREVACID) for patients across all four Los Angeles classification grades.

14.     The study thus concluded that esomeprazole (NEXIUM) demonstrated significantly higher healing rates than lansoprazole at week 8. A significant difference in healing

-5-

rates favoring esomeprazole was also observed at week 4. The study further showed that the difference in healing rates between lansoprazole (PREVACID) and esomeprazole (NEXIUM) increased as the baseline severity of erosive esophagitis increased.

15.     The investigators also noticed that while esomeprazole produced consistently higher healing rates across all grades of erosive esophagitis, the efficacy of lansoprazole tended to diminish as the severity of erosive esophagitis increased. Accordingly, a post hoc analysis was performed to determine whether there was any difference between the compounds for patients with varying grades of erosive esophagitis. That post hoc analysis showed that estimated erosive esophagitis healing rates for Grades A and B were 94.6% for esomeprazole (NEXIUM) compared with 93.8% for lansoprazole (PREVACID). The corresponding erosive esophagitis healing rates for Grades C and D were 86.6% for esomeprazole (NEXIUM) compared with 73.9% for lansoprazole (PREVACID). The overall log rank p-value when comparing esomeprazole against lansoprazole was .0013. This difference is statistically significant.

16.     In summary, the results of the 267 Study show that esomeprazole (NEXIUM) is superior to lansoprazole (PREVACID) for the healing of erosive esophagitis by a statistically significant margin.

17.     Clinically, the results of this study confirm that esomeprazole and lansoprazole, like all available medications in this class, are highly effective in healing esophagitis. However, esomeprazole shows a significant degree of superiority, especially in patients with more severe disease. Since it is not possible to predict the severity of esophagitis

KL3:2381965.2

from the clinical presentation, preferential use of the drug with demonstrated superiority, i.e. esomeprazole, is justified from a clinical perspective.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this _7-th_ day of December, 2004.

_Donald O. Castell_
Donald O. Castell

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 8, 2004, copies of the

foregoing document were caused to be served upon the following:

### BY HAND DELIVERY

      Steven J. Balick, Esquire
      Ashby & Geddes
      222 Delaware Avenue, 17th Fl.
      Wilmington, DE 19899

### BY FEDERAL EXPRESS

      Thomas C. Morrison, Esquire
      Patterson, Belknap, Webb & Tyler LLP
      1133 Avenue of the Americas
      New York, NY 10036

                             John W. Shaw (#3362)

# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | )    C.A. No. 04-1332-KAJ |
| | ) |
| - against - | )    <u>Declaration of M. Brian Fennerty, M.D.</u> |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |
| ————————————————————— x | |

I, M. Brian Fennerty, hereby declare:

1.    I am a Professor of Medicine at Oregon Health and Science University as well as the Section Chief of Gastroenterology at the same institution. I am an actively practicing physician and last year was voted to Portland's list of Best Doctors by my peers. Additionally, I am a teacher, researcher and administrator. As a teacher, I have taught as a faculty member at the McMaster University Evidence-Based Medicine series (most recently the 2004 course) and have been a faculty member of the majority of the Annual Post-Graduate Courses of the American Gastroenterology Association (AGA), American Society for Gastrointestinal Endoscopy's (ASGE) and American College of Gastroenterology's (ACG) over the last 10 years, speaking and teaching mostly on the state of the art treatment of gastroesophageal reflux disease. As a researcher, I have published approximately 300 papers, chapters and abstracts the majority of which deal with gastroesophageal reflux disease and its complications.

2.    Additionally, I serve as the Editor of Journal Watch Gastroenterology (from the publishers of the New England Journal of Medicine), a journal devoted to the most recent important clinical advances in Gastroenterology and Medicine, and the Editor of Reviews

in Gastroenterological Disorders, a review journal directed at an evidence-based review of the important advances in gastroenterology. I am also a reviewer for over 15 other major medical publications. As an administrator, I am on the Governing Board and will soon be Secretary - Elect of the ASGE. I have also served on the AGA's DDW Council (the Group that formulates the education and scientific program for the world's largest and most important GI meeting each year) up until last year, as well as on many other committees of both the AGA and ACG. My Curriculum Vitae is attached as Exhibit A.

3.     Given my background, I believe I am aware of important clinical advances in the therapeutics of reflux disease and have the clinical and scientific experience to determine whether the literature and clinical testing supports the superiority of one treatment over another. Indeed, my writing and teaching has repeatedly addressed precisely such determinations.

4.     I was one of the principal investigators for the "322" Study -- referred to in TAP's papers as the "Fennerty Study" -- comparing healing rates of moderate to severe esophagitis of two proton pump inhibitor compounds, lansoprazole (Prevacid) and esomeprazole (Nexium). The basis for this Study was the previous demonstration of superiority of esomeprazole over omeprazole and lansoprazole on post hoc analyses in other previously conducted studies, including a study conducted under the supervision of Dr. Donald Castell. Those study analyses indicated that the superior efficacy for esomeprazole versus other proton pump inhibitors could best be demonstrated in those with the more severe esophagitis and disease. No other study has ever specifically addressed healing differences between different proton pump inhibitors in patients exclusively suffering from more severe degrees of reflux

esophagitis. As such, Study 322 is not only a definitive study of this clinical question, but also the only study that was specifically designed to address the issue.

5.    Erosive esophagitis is one of a number of different clinical manifestations of gastroesophageal reflux disease (GERD), a disease known to most patients as acid indigestion, heartburn or regurgitation of acid contents. Erosive esophagitis is important to patients and physicians for a number of reasons: (i) its healing is an objective measure of a treatment's potency (and has been the basis for the FDA's approval process of protein pump inhibitors), (ii) healing correlates with symptom improvement, a more subjective measure of efficacy, and (iii) esophagitis is associated with other adverse and more serious outcomes of GERD such as ulceration, bleeding, stricture formation and a precancerous condition called-Barrett's esophagus. Thus, the healing of esophagitis has substantial clinical and research relevance.

6.    The type of esophagitis studied in research Study 322 was moderate to severe erosive esophagitis (Los Angeles C and D), which is seen in up to 20 percent or more of community patients with GERD. Moderate to severe esophagitis is also more difficult to heal than mild to moderate esophagitis (Los Angeles Grades A & B) and as such can be used to help determine the superiority of one therapeutic agent over another, as efficacy differences are more easily demonstrated in the more difficult to treat cases of a disease. As such, fewer patients need to be enrolled in a study of more severe disease to detect statistically significant and clinically meaningful differences in efficacy between compounds.

7.    The 322 Study was a randomized trial using concealed allocation, double blinded, with an intention to treat analysis and a complete accounting of all patients entered comparing the healing of moderate to severe esophagitis between standard doses of lansoprazole

-3-

and esomeprazole over a period of up to eight weeks. The study represents what is called a "Level I" study design -- the most rigorous of all clinical study designs -- and meets all the evidence-based medicine criteria for the design of a trial of therapy, meaning that its results are reliable and accurate. The sample size was not arbitrarily chosen, but as should be the case in any rigorous and scientifically designed comparative trial of different treatments, was calculated based on an estimate of effect difference derived from a prior study (Castell, *et al.*), with an appropriate power (90%) and significance (5%) that met or exceeded the standard applied to studies of this type. Before conducting the study, we identified as the primary efficacy measure the healing of esophagitis. This is the same efficacy measure used to obtain FDA approval of all the proton pump inhibitors. This endpoint is also the most objective outcome measure in GERD patients, since GERD symptoms such as heartburn are a more difficult endpoint to assess objectively.

8.      In the Study, any patient taking a single dose of medication was assessed to avoid the bias inherent in excluding patients lost to follow up or non-compliance in the efficacy analyses. This "intention to treat analysis" is a basic tenet of evidence-based medicine and is considered essential in interpreting study results. Healing at four and at eight weeks (for those not healed at four weeks) was assessed using standard statistical tests, the Kaplan Meier method and a log rank test. Observed healing rates were only a secondary variable, as this endpoint of the study does not account for the time in achieving healing.

9.      The results of the Study were as follows. Esomeprazole was significantly faster in achieving healing versus lansoprazole, and achieved a 4.9% (statistically significant) better healing rate at eight weeks (82.4% vs. 77.5%).

10.    The 322 Study corroborates the post hoc analyses of the Castell study, which demonstrated that esomeprazole is superior to lansoprazole in healing reflux-induced esophagitis. Esomeprazole was faster and better in achieving esophagitis healing in this well-designed Study.    These data mean that the number of patients with moderate to severe esophagitis needing to be treated with esomeprazole vs. lansoprazole to achieve an additional patient healed of his or her disease is approximately 25. These data confirm that esomeprazole is a superior agent for healing of moderate to severe esophagitis, as previously suggested by the Castell study.

11.    The final evidence-based medicine exercise one conducts when evaluating a study is to determine whether the results are both statistically significant and clinically meaningful. While it is clear and scientifically proven that the results from Study 322 are statistically significant, there is no uniform standard for the latter portion of this exercise -- namely the assessment of the clinical relevance of a difference in efficacy of various treatments for a disease. This determination is individually determined by health care providers based on several factors, including the prevalence of similar patients in their practice and the similarity of patients in a study with their own patients (age, ethnicity, country of study and the like).

12.    Given (i) the prevalence of moderate to severe esophagitis in the general population, (ii) the inclusion of men and women of all ages in the Study, and (iii) the results of the Study itself, the data in Study 322 should be very relevant to physicians. Using a "best medicine" approach, one often instructs physicians to ask the question whether, if cost, side effects and toxicity were not an issue in choosing a therapy for a disease, what agent would the

physician choose. In this and all other cases of superiority of one agent over another, one would almost always choose the superior agent.

13.    Using another perspective, if patients were told that one agent was approximately five percent better than another, what treatment would the patient want? The choice in this case would be very clear, and thus the clinical significance of these data is clear in this case as well.

14.    In sum, the results of Study 322 showing statistical significantly better performance of esomeprazole over lansoprazole are clinically relevant with respect to healing moderate to severe esophagitis.

15.    I understand that TAP's experts, Drs. Robinson and Spilker, claim that Study 322 is entitled to little or no weight because it was published only as an abstract. For the reasons set forth above, that study is valid and reliable. In any event, an article concerning Study 322 has been accepted by and will soon be published in *Alimentary Pharmacology and Therapeutics,* a peer-reviewed journal and one of the most prestiguous journals in the field of gastroenterology.

16.    I have also co-written an article entitled "Systematic Review:  Direct Comparative Trials of the Efficacy of Proton Pump Inhibitors in the Management of Gastro-oesophageal Reflux Disease and Peptic Ulcer Disease," which was published in the 2003 *Alimentary Pharmacology and Therapeutics.* The article was intended to identify any consistent evidence of differences in outcomes between the five PPIs that are available in the marketplace, including esomeprazole and lansoprazole. In that article, we concluded that the data supported

-6-

the following clinical recommendation: "For healing of esophagitis, esomeprazole is the only proton pump inhibitor that has been demonstrated to show superior healing in head-to-head studies with other proton pump inhibitors." A copy of that article is attached as Exhibit B.

17.    I have also participated in a study to determine the prevalence of moderate to severe esophagitis in patients suffering from GERD. From December 2002 to August 2003, 4015 patients with frequent heartburn ($\geq$ 2 times weekly) were screened for enrollment in two studies. At screening, each patient was examined by endoscopy to determine whether they had esophagitis and, if so, which LA Grade of esophagitis (grades A and B are more mild forms of esophagitis while grades C and D represent moderate to severe esophagitis). Of the 4015 patients screened, 1035 or 25.8% had LA grade C or D, or moderate to severe esophagitis. Of the remaining patients, 29.6% had Grade A or B esophagitis, 26.6% had no signs of esophagitis, and the presence of esophagitis was unknown in 18%. A copy of a publication with these results is attached as Exhibit C.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this ___2nd___ day of December, 2004.

_____
M. Brian Fennerty

# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| Plaintiff, ) | C.A. No. 04-1332-KAJ |
| - against - ) | Declaration of David A. Johnson, M.D. |
| TAP PHARMACEUTICAL PRODUCTS, INC., ) | |
| Defendant. ) | |

I, David A. Johnson, MD hereby declare:

1.    I am a Professor of Medicine and head of Gastroenterology at the Eastern Virginia School of Medicine.  I submit this declaration in opposition to the motion by defendant TAP Pharmaceutical Products for a preliminary injunction.  As I explain below, properly conducted clinical studies prove that esomeprazole (Nexium) is statistically and clinically superior to lansoprazole (Prevacid) for healing moderate to severe erosive esophagitis, as well as healing erosive esophagitis overall.

A.    Professional Background

2.    I am boarded in gastroenterology and internal medicine.  I have been active in the field of gastroenterology for over twenty years.  This involvement has included extensive contributions to the literature with over 300 articles, book chapters and abstracts published.  I have given hundreds of invited lectures throughout the world and been a regular participant in national and international educational meetings with a particular focus and interest and expertise in gastro-esophageal reflux disease ("GERD").

3.    I currently serve as the co-editor for Reviews in *Gastroenterological Disorders*, Section Editor for the *New England Journal of Medicine - Journal Watch*

-1-

*Gastroenterology* (esophageal section editor) and *Gastroenterology Review*, Section Editor for *Medscape Gastro* (web MD).  Additionally, I have served on the editorial board as Associate editor for the *American Journal of Gastroenterology* from 1988 through 2004 as well as the editorial boards for *Digestive Diseases and Gastrointestinal Endoscopy*.  I am an active reviewer for eleven medical journals at present.  I have also served as editor for the American College of Physicians Book *"Dyspepsia"* as well as the forthcoming Gastroenterologic Clinic of North America, *"Obesity Related Issues for the Gastroenterologist"* to be published 2005.

4.    My curriculum vitae is attached as Exhibit A.

5.    I have had extensive involvement with clinical research for my entire career.  I continue to play a very active role in that area.  This involvement includes generation of protocols, as well as participation in phase 1, 2, 3 and 4 studies, many of which have been pivotal studies leading to FDA approval of the medication or device being studied.  I have been the primary presenter for a large number of these studies at national and international presentations.  I have additionally served as a presenter to the FDA advisory panel.

6.    Throughout my entire career, I have held numerous consultant and advisory positions.  These have included positions at the National Cancer Institute, as attending physician to Congress, as well as for a number of pharmaceutical advisory boards and expert consensus panels.  These expert consensus panels have included particular focus on evidence-based medicine and GERD.  I am an invited participant for the 2005 International Global Consensus Working Group on GERD, which involves approximately thirty invited world experts on reflux disease.  I have also served as an active advisor and reviewer for the 2005 American College of Gastroenterology National Guidelines for Management of gastroesophageal reflux disease.

7.     As set forth in my CV, I have been extensively involved in leadership positions both for state and national associations and societies. I have had an active role with Medicare, co-chairing the national GI Medicare Carrier advisory committee for nine years and serving as the Virginia State representative for that same tenure. I currently am the GI Specialty Advisor for the State of Virginia for Anthem Blue Cross Blue Shield. In these positions, I have served not only in guiding policy but also helping to establish standards of best care and best practice for patients. In fact, working with State Senator Emily Couric in 2004, I was the physician responsible for developing the colon cancer screening bill for the State of Virginia. In this capacity I spent approximately a year and a half working with Senator Couric in making presentations to a number of state legislative committees, meeting with the Governor, all ultimately leading to successful passage of a colon cancer screening benefit for citizens of Virginia. This represented the first such bill of its kind and set a standard for states which are currently pursuing similar legislation.

8.     Despite a larger commitment to leadership in state and national societies as well as my participation in educational activities and contributions to the literature, my primary focus is patient care. On a daily basis in my practice I see both hospital and office patients. As such, I feel particularly qualified to speak to standards of care, best practice strategy and what patients and physicians consider significant and meaningful care strategies and outcomes.

B.     Background concerning treatment of GERD

9.     The diagnosis and treatment of GERD presents many challenges to patients and to physicians treating patients with this disease. The provision of effective management is especially challenging, in particular due to the chronic nature of this disease. Since GERD is caused by excessive exposure of acid to the esophagus, treatment strategies have

particularly focused on means to buffer or decrease the secretion of gastric acid. Use of antacids are perhaps the most widely used treatment, although they are effective only in patients with mild heartburn who never seek treatment for their symptoms. These agents are ineffective as primary therapy for patients with moderate or severe reflux symptoms.

10.    Acid suppression with the use of Histamine 2 receptor antagonists formed the mainstay of GERD therapy prior to the availability of the proton pump inhibitors. These agents derive their efficacy for treatment of GERD exclusively by inhibiting acid secretion.

11.    Proton pump inhibitors (PPI's) are clearly the most effective medical regimen available for treatment of GERD at the present time. Compared to the Histamine 2 receptor antagonists, the PPIs provide superior control of intragastric pH over a twenty-four hour period and effect greater symptom relief and healing. There are five available PPIs in the United States at present: omeprazole, lansoprazole (Prevacid), rabeprazole, pantoprazole and esomeprazole (Nexium).

C.    PPI comparative outcomes

12.    Each of the five commercially available PPIs has unique pharmacokinetic properties and pharmacodynamic activity, and the results are variable. These pharmacologic differences provide a scientific foundation for clinically important differences in the efficacy of these compounds.

13.    Comparisons of these agents have indicated pharmacologic differences. These may include activation of the drug itself or data regarding bioavailability of the drug, i.e., the amount of drug that is presented to the target site. Additionally, pharmacodynamic studies have assessed the amount of gastric acid suppression (as evident by control of gastric pH) that is achieved with each of these therapies. These studies are significant to the comparison of PPIs, because GERD is an acid-related disease and there is strong evidence to suggest that greater acid

-4-

control will effectively provide more reliable treatment of reflux disease and healing of erosive esophagitis.

14.    Clinically relevant endpoints for physicians and their patients include at symptom control and healing of erosive injury that results from an excessive amount of acid which is moved up into the esophagus during reflux events.    Traditional means to assess heartburn and regurgitation have been consistently provided by patient diary assessment in scoring of severity. ( Dent J., Armstong D., Delaney B, *et al. Symptom Evaluation and Reflux Disease:*  Workshop Background, Processes, Terminology, Recommendations and Discussion Outputs.  Gut 2004; 53 (Suppl.IV):  IV 1- 24.  Revicki DA., Patient Assessment of Treatment Satisfaction: Methods and Practical Issues.  Gut 2004; 53 (Suppl.IV):  IV 40 - 44.)

15.    An objective measure of efficacy in drug-to-drug comparisons for PPIs is in the healing of erosive esophagitis.  Erosions occur in the esophagus as a result of excessive acid exposure to the esophageal tissue.  In contradistinction to the stomach mucosa, this tissue is not particularly adept at dealing with acid exposure.  As a result, visible changes can be seen in patients with symptoms of GERD.  The prevalence of erosive esophagitis ranges from 30 to 60 percent in clinical trials reported to date.

D.    Why treatment of erosive esophagitis is important

16.    As noted above, tissue injury develops as a result of acid exposure to the esophagus.  Complications of acid exposure include tissue erosion and ulceration, scarring resulting in stricture formation, and premalignant changes known as Barrett's esophagus.  Given the overt tissue damage induced by acid exposure, healing of esophagitis has been a prioritized and targeted goal of therapy supported by consensus panels (American College of Gastroenterology GERD Guidelines 1999 and 2005 (in press), Dent J, *et al* An Evidence Based Appraisal of Reflux Disease Management- The Genval Workshop Report. Gut 1999 44:Suppl

2:S1-16.).  Healing erosive esophagitis has also been one of the primary endpoints for many PPI trials involving omeprazole, lansoprazole, rabeprazole, pantoprazole and esomeprazole.  As such, healing of erosive esophagitis is recognizably important and uniformly supported.

17.    Moreover, it is critically important to heal erosions when present.  These tissue injuries can result in progressive problems with serious symptoms such as difficulty swallowing, vomiting, bleeding or weight loss.  Progressive change to stricture may result in serious complications of obstruction.  Additionally, patients may have symptoms that prompt them to utilize health care resources such as emergency rooms, physician visits, and further diagnostic testing for inadequately treated disease.  Furthermore, there are significant impairments to quality of life, as well as negative economic effects on work productivity that all compound the costs incurred as a result of inadequate treatment of erosive esophagitis.

18.    GERD has a strikingly negative impact on the quality of life for patients.  In fact, patients suffer this impact on a level worse than those patients who have potentially more life threatening diseases such as angina pectoris or heart failure. (Dimenas. Scand J Gastroenterol 1993;199 (suppl):18-21) As such, effective GERD control is of <u>critical importance</u> from a patient's perspective.

E.    <u>Why treatment of grades C and D erosive esophagitis is important</u>

19.    There is only one validated assessment tool for the endoscopic definition of erosive esophagitis:  the Los Angeles classification system.  That grading system ranges from Grade A (mild esophagitis) to Grade D (severe esophagitis).

20.    It is widely recognized that the severity of esophagitis ranges from Grade A to Grade D and correlates with the severity of acid exposure.  The prevalence of Grades C (moderate) and D (severe) esophagitis has been shown to be approximately fifteen percent in patients with frequent heartburn. This is not an inconsequential number of the overall population

of frequent GERD sufferers (Kahrilas PG, Falk GW, Johnson, DA, *et al.*,    Esomeprazole Improves Healing and Symptom Resolution as Compared with Omeprazole and Reflux Esophagitis Patients:  a Randomized Control Trial.  Alimentary Pharmacol. Ther. 2000; 14: 1249-58; Richter JE, Kahrilas PG, Johanson J, *et al.*,  The Safety of Esomeprazole Compared with Omeprazole in GERD Patients with Erosive Esophagitis:  A Randomized Control Trial. Am. J. Gastroenterol. 2001; 96:  656-65; Castell, Kahrilas PG, Richter, JE, *et al.*, Esomeprazole 40mg Compared with Lansoprazole 30mg in the Treatment of Erosive esophagitis.   Am J Gastroenterol 2002; 97: 575-83.

21.    The difficulty in dealing with healing Los Angeles Grades C and D esophagitis is further underscored by the recognition by the consensus of both gastroenterology and primary care experts that this grade of esophagitis warrants different management strategy from those with mild esophagitis. (Dent J, *et al.* An Evidence Based Appraisal of Reflux Disease Management: the Genval Workshop Report.  Gut 1999; 44:S1-16.).  Grades C and D erosive esophagitis are more likely than milder forms of erosive esophagitis to be associated with the more serious conditions described above.

F.    Comparative trials of PPI's

22.    A recent systematic review of literature using all of the available published full manuscripts reported to date concluded that the studies of clinical outcomes of proton pump inhibitors vary widely in quality, with the vast majority of studies of low methodological quality.  (Vakil N., Fennerty M.B. Systematic Review: Direct Comparison - Trials of the Efficacy of Proton Pump Inhibitors in the Management of Gastroesophageal Reflux in Peptic Ulcer Disease Aliment Pharmacol. Ther. 2003; 18: 559-568).  These low quality studies could not even be included based on the systematic scoring of the scientific validity of those papers. The authors performed an exhaustive search of the literature and analyzed the evidence

using well-established evidence based medicine criteria. The assessment of erosive esophagitis was assessed by means of endoscopy.[1]

23.    There were two clinically relevant questions presented from the analysis described above. The first was whether any proton pump inhibitor was superior to others using standard doses of these compounds. When the healing of esophagitis was considered, two high quality studies showed that esomeprazole 40mg was superior to omeprazole 20mg. (Kahrilas PG, Falk GW, Johnson DA, et al. Esomeprazole Improves Healing and Symptom Resolution as Compared with Omeprazole and Reflux Esophagitis Patients: a Randomized Control Trial. Aliment Pharmacol. Ther. 2000;14:1249-58. Richter JE, Kahrilas PG, Johanson J, et. al. The Safety of Esomeprazole Compared with Omeprazole in GERD Patients with Erosive Esophagitis: A Randomized Control Trial. *Am J Gastroenterol* 2001; 96: 656-65. )

24.    Another study, referred to as the "Castell Study," showed that esomeprazole 40mg was superior to lansoprazole 30mg (Castell DO, Kahrilas PG, Richter JE, *et al.* Esomeprazole 40mg Compared with Lansoprazole 30mg in the Treatment of Erosive esophagitis. *Am. J. Gastroenterol* 2002; 97: 575-83.

25.    The therapeutic gain in these three studies ranged from four to ten percent, which demonstrates superiority according to established scientific standards. In addition, post hoc analysis showed in the Castell study demonstrated that the therapeutic gain was greatest in the patients with more severe grades of esophagitis, i.e., Los Angeles Grades C and D.

---

[1]    It is critically important that when an endoscopic grading scale is used in these trials that it is a "validated instrument." By this I mean that the instrument is reliable and "transportable" and that other investigators will be using the same interpretation and assessment for the scale being used. In this respect, the Los Angeles Grading Classification is the only validated instrument presently in clinical trial use.

26.    There is another study that assessed the maintenance of healing of esophagitis. That study, referred to as the "Lauritsen study," was also deemed of high quality. The test showed better maintenance of healing with the approved maintenance dose of esomeprazole compared with the approved maintenance dose of lansoprazole (Lauritsen K, Deviere J, Bigard MA, *et al.*    Esomeprazole 20mg and Lansoprazole 15mg in Maintaining Healed Reflux Esophagitis: Metropole Study Results. *Aliment. Pharmacol. Ther.* 2002;17: 333-41).

27.    One possible explanation for the differences in clinical efficacy for esomeprazole over lansoprazole and omeprazole is likely related to the differences revealed by the pharmacokinetic and pharmacodynamic differences between the compounds.    A recent blinded comparative study in which the same patient was crossed over to receive each of the five PPI's showed a highly significant difference in the amount of acid control achieved with esomeprazole compared to all other PPI's (Miner P Jr., Katz P.O., Chen Y. Sostek M.V., Gastric Acid Control with Esomeprazole, Lansoprazole, Omeprazole, Pantoprazole and Rabeprazole: A Five Way Crossover Study. *Am. J. Gastroenterol.* 2003; 98: 216-2620).

28.    The systematic review of PPI comparisons cited above (Vakil N., Fennerty M.B., Systematic Review: Direct Comparison Trials of the Efficacy of Proton Pump Inhibitors in the Management of Gastroesophageal Reflux in Peptic Ulcer Disease Aliment Pharmacol. Ther. 2003; 18: 559-568) also evaluated symptom resolution as an outcome assessment. Notably, esomeprazole was found to be faster than either omeprazole or lansoprazole in the sustained heartburn resolution in three studies. (Kahrilas P.G., Falk G.W., Johnson, D.A., *et al.*, Esomeprazole Improves Healing and Symptom Resolution as Compared with Omeprazole and Reflux Esophagitis Patients: a Randomized Control Trial. Aliment Pharmacol. Ther. 2000; 14:

1249-58; Richter J.E., Kahrilas P.G., Johanson J. *et al.* The Safety of Esomeprazole Compared with Omeprazole in GERD Patients with Erosive Esophagitis: A Randomized Control Trial. Am. J. Gastroenterol. 2001; 96: 656-65. Castell, Kahrilas PG, Richter, JE, *et al.*, Esomeprazole 40mg Compared with Lansoprazole 30mg in the Treatment of Erosive Esophagitis, Am. J. Gastroenterol. 2002; 97: 575-83.

29.    More recently, a study was conducted assess specifically the comparative efficacy of esomeprazole and lansoprazole in patients with moderate to severe erosive esophagitis In this study, patients with severe esophagitis (Los Angeles grade C or D) were randomized to receive either esomeprazole or lansoprazole. There was significant advantage for esomeprazole over lansoprazole for the clinically relevant endpoints of esophageal healing time as well as the time to resolution and sustained of heartburn. Estimated healing rates at week 8 were 82.4% with esomeprazole 40 mg and 77.5% with lansoprazole 30 mg. Heartburn resolved at week 4 in 72% and 64% of patients who received esomeprazole and lansoprazole, respectively. (Fennerty, M.B., Johanson J., Hwang C, Sostek M., Efficacy of Esomeprazole 40 mg Versus Lansoprazole 30 mg for Healing Moderate to Severe Erosive Esophagitis. Gut 2004 and Am J Gastroenterol 2004.) I understand that this study, published to date as an abstract, has been accepted for publication by Alimentary Pharmacology & Therapeutics, a highly prestigious pre-reviewed journal.

30.    The superiority of esomeprazole has thus been demonstrated not only for the acute healing and symptom resolution, but also for the long-term maintenance trial comparisons. This is of critical importance to patients in that reflux disease is not a short-term treatment. In fact, the vast majority of patients -- more than 80 percent -- require maintenance treatment with acid suppressive therapy. The validity of these superiority maintenance

differences is supported by the pharmacokinetic and pharmacodynamic superiority data evident from other published clinical trials.

G.    The results of the Castell and Fennerty Studies are clinically meaningful

31.    There are well-established rules of scientific design that a clinical study must meet to qualify as high quality studies under what is called "evidence-based medicine." Specifically, studies must be prospective, randomized controlled trials with appropriate scientific methodology. These include appropriate statistical analysis using power calculations to justify the sample size, blinded randomization and allocation strategy, and appropriate use of validated instruments to assess the treatment outcome and intention to treat analysis. These measures are all necessary to minimize potential bias in the study.

32.    The Castell and Fennerty studies at issue in this case were properly conducted in accordance with the present day rules of evidence-based medicine. I was an author of the Castell study publication, published in a peer-reviewed journal, and have also reviewed the protocol design as well as the abstract and full manuscript for the Fennerty study. The rules of evidence for scientific design have been met in these studies. In fact, when the Castell study was reviewed for inclusion in the systematic review of PPI efficacy, it was given the highest level score (5 out of a possible score of 5) using the Jadad score, a scientific scoring system for defining a level of evidence in a particular period.    (Vakil N., Fennerty M.B., Systematic Review: Direct Comparison Trials of the Efficacy of Proton Pump Inhibitors in the Management of Gastroesophageal Reflux in Peptic Ulcer Disease. Aliment Pharmacol Ther. 2003;18:559-568). Although the Fennerty Study was not published at the time of this systematic review, the methodology is the same as in the Castell Study and thus will be graded at the same level of evidence by Jadad scoring when included in this type of systematic review.

-11-

33.    Given two prospective randomized, blinded control studies of high scientific design, the results of these trials are clearly reliable by all present day rules of evidence. The results of these studies prove that Nexium is superior to Prevacid with respects to Grades C and D and also in respect to erosive esophagitis overall. Additionally, both the Castell and Fennerty studies showed concurrence in the significant difference in the clinical endpoint of time to sustained resolution and time to resolution of heartburn.

34.    The results of the Castell and Fennerty studies show that there is a significant difference in treatment outcomes for patients with erosive esophagitis. The two primary endpoints that are "clinically significant" are (i) healing of esophagitis, and (ii) symptom resolution. These studies corroborate the scientific premises that more acid control is needed for treatment of severe disease. Hence, the better acid control evident in the pharmacodynamic studies showing superiority for esomeprazole translates into better clinical advantage for the patients with erosive esophagitis, in particular grades C and D. This advantage is not only evident in the short term but also evident in the maintenance studies of as reported in the Lauritsen study described above.

35.    The significance of these findings should be considered from both the clinician and patient perspective. First, from the clinician perspective, it is widely accepted that physicians should always use the most effective therapy to treat the particular disease. "Best practice" strategies direct that the physician always choose the therapy that is most effective and has fewest failures. We know that there are considerably higher failures for patients with more severe esophagitis. Unfortunately, without performing an endoscopy the clinician is not able to determine the level of severity of esophagitis at the onset of therapy, since symptom severity does not correlate with the severity of esophagitis. Given that endoscopy is not typically

performed to define the severity of esophagitis at the start of PPI therapy in most real life clinical practice situations, the physician must choose an agent that covers all grades of esophagitis if present.

      36.    From the patient's perspective, patients given a choice of medications would, if all other factors are equal, uniformly select the agent that is most effective. The severe impact of GERD on quality of life further highlights the striking need for prompt and effective therapy for these patients' symptoms.  Additionally, there are data showing that GERD has a profound impact not only on quality of life but also on work productivity and sleep.  Moreover, patients always want to feel better faster.  (Frank L., Kleinman L., Ganoczy D., *et al.* Upper-Gastrointestinal Symptoms in North America - Prevalence in Relationship to Healthcare Utilization and Quality of Life, Dig. Dis. Sci. 2000; 45: 809-818; Dent. J, Armstrong D. Delaney B., *et al.* Symptom Evaluation in Reflux Disease: Workshop Background Processes Terminology, Recommendations and Discussion Outputs. Gut 2004;53(Suppl.IV):iv1-24.

      37.    Clinical significance means there is a relevant outcome that the patient realizes as a result of therapy.  The Castell and Fennerty esomeprazole studies show significant clinical advantages in healing erosive esophagitis and symptom resolution that are consistent with the prior pharmacokinetic and pharmacodynamic studies that also demonstrated that Nexium was superior to other PPIs.

      38.    In sum, the results of the Castell and Fennerty studies are highly significant from a clinical perspective.

H.    <u>Dr. Spilker's Twenty Percent Rule</u>

      39.    In his declaration, Dr. Bert Spilker, one of TAP's experts, states that he believes that twenty percent is a threshold for justifying "clinical significance." However, Dr.

Spilker provides no data to support this proposition. Although this appears to be his opinion, there is no discussion or reference to this percentage threshold in any published national consensus proceeding or guideline to even suggest that twenty percent is the threshold difference important to clinicians, physicians or patients.

40.    The pivotal studies of lansoprazole performed by TAP Pharmaceuticals do not ever suggest that twenty percent is important as a threshold. In fact, in the key comparison trial of lansoprazole and omeprazole for heartburn relief, there is a threshold difference of just eight percent for lansoprazole over omeprazole. (Richter, Kharilas P.G., Sontag S.J., *et al.*, Comparison of Lansoprazole and Omeprazole and Onset of Heartburn Relief: Results of a Randomized Control Trial in Erosive Esophagitis Patients. Am. J. Gastroenterol. 2001; 96: 3089-98; Joan R. Crouch S.L.., Low Dose Lanzoprazole Provides Greater Relief of Heartburn in Gastric Pain than Low Dose Esomeprazole in Patients with Acid-Related GERD, Aliment. Pharmacol. Ther. 1999;13:413-9). TAP actually used this difference in its promotional marketing efforts to claim superiority of lansoprazole over omeprazole. (Exh. B, attached).

41.    A better way to look at differences in treatment than Dr. Spilker's "20 percent" rule is to use a well-accepted and standardized tool of evidence-based medicine called "number-needed-to-treat analysis." This analysis allows the clinician to compare how many patients would be needed to be treated with one therapy as opposed to the other to avoid a potential adverse outcome. For example, in the Castell study, where there is a seventeen percent threshold difference in the healing of LA Grade D esophagitis between lansoprazole and esomeprazole, six patients would need to be treated with esomeprazole to avoid one treatment failure had the same number of patients been treated with lansoprazole. Evidenced-based medicine experts posit that a "number needed to treat" of less than fifteen to twenty patients is a

very strong weighted support for a switch in therapy based on efficacy considerations. Higher number needed-to-treat values do not mean that an agent should not be used, but rather are a perspective reference for physicians. In fact, the number needed-to-treat for prevention of ulcers caused by nonsteroidal anti-inflammatory agents, including aspirin, is greater than 100 but physicians still deem this clinically useful and hence provide the appropriate therapy.

42. In this regard, the number-needed-to-treat values in the Castell Study for esophagitis Grade C is ten and for Grade D esophagitis is six, well within the definition of clinical significance used in evidence-based medicine and thus provide strong support for preferential use of esomeprazole. The artificial number of twenty percent posited by Dr. Spilker is simply not applicable.[2]

43. TAP's experts, Drs. Spilker and Robinson, also assert that the Castell and Fennerty studies are suspect because a larger number of patients was purportedly required to show a difference between esomeprazole and lansoprazole. That is incorrect. Using a large number of patients in a trial does not refute the scientific validity of the findings if there is, as in these studies, a statistical difference. In fact, the larger the study, the more confidence the clinician will have that the findings as reported are beyond the acceptable limits of chance and are reliable and valid. One of the most important features I look at in my editorial responsibilities for journals is the methods sections and statistical powering. In the past, unfortunately, companies have used underpowered studies as "marketing studies." By this I mean that the studies were not sufficiently powered to show a difference that was reliable and

---

[2]    I also note that Dr. Spilker has not been a clinician involved in the full time treatment of patients since his residency in 1978. As such, it would be somewhat pejorative for him to address what patients expect and request with respect to their medical therapies. Additionally, although TAP's other expert, Dr. Malcolm Robinson, has been a respected researcher and a

beyond chance. Present rules of evidence demonstrate that the esomeprazole studies, including the Castell and Fennerty studies, have all been appropriately powered and hence the statistical significance is clinically meaningful.[3]

I.    The Howden and Chey studies

44.    Dr. Spilker in his declaration notes the results of the Howden and Chey studies sponsored by TAP. Those studies do not come close to meeting the criteria for evidence – based scientific validity, and were not included in the Vakil/Fennerty review.    Several significant methodological flaws seriously call into question the validity of these studies.

45.    The Howden study is, first, grossly underpowered. There is an assumption of a ten percent difference between lansoprazole and esomeprazole for healing rates at week eight. It is impossible to ascertain the significance of this number. The rules of evidence for statistical study design dictate that the scientific study planners review the literature in an attempt to find a comparable study to extrapolate this difference. Here, there was no reference in the study that they have done so, and hence the baseline calculations are erroneous from the start. The lack of power fails to ensure that the absence of a difference observed in the study proves that the two drugs are equally efficacious.

46.    Second, the study power calculations were set at a power level of 80%. This number is very low. In Fennerty and Castell, the power calculations were set at the 95%

---

clinician in the past, he has not been engaged in active patient care for an extended period of time.

[3]    Of note is that even investigators from TAP recognize that studies frequently need large numbers of patients. In fact, several of the more recent TAP studies have involved large number of patients. (Richter, Kharilas P.G., Sontag S.J., et al., Comparison of Lansoprazole and Omeprazole and Onset of Heartburn Relief: Results of a Randomized Control Trial in Erosive Esophagitis Patients. Am. J. Gastro. 2001; 96: 3089-98.

level. This level of power is required to insure that any defined difference is in fact real and not likely due to chance.

47.    The third major flaw is the lack of a "validated instrument" to assess a treatment outcome.  As noted previously, in both the Castell and Fennerty studies, the Los Angeles grading system is used for endoscopic grading of esophagitis.  This is a valid instrument for assessment and is critically important, especially when there is a large number of investigators who in particular may perform only a few procedures.  There is potential for variability in interpreting results and the reliability of the instrument must be established before it can be used in a multi-center study.  In contrast, the Howden study used a proprietary (and non-validated) grading system known as the "TAP grading scale".  Given the inordinately large number of researchers in this trial, some of whom performed only of a few endoscopies across the trial, there is an obvious potential for study bias due to lack of a valid instrument assessment.

48.    Fourth, there is a lack of balance in the Howden study in the severity of esophagitis grade and system severity between the groups.  This is a bias against esomeprazole, because there were more severe patients in that group.

49.    It is probably on account of these flaws that TAP's experts do not assert that the Howden study proves that lansoprazole is as effective as esomeprazole for treatment of moderate to severe erosive esophagitis.

50.    As for the Chey study, it did not measure the healing of erosive esophagitis at all.  Furthermore, it is well accepted that resolution of symptoms is a key endpoint. (Dent J., Armstong D., Delaney B, *et al. Symptom Evaluation and Reflux Disease:*  Workshop Background, Processes, Terminology, Recommendations and Discussion Outputs. Gut 2004; 53 (Suppl.IV):  IV 1- 24). The Chey Study used improvement as evidence of success, and hence a

less effective therapy might be graded more comparable to a more effective therapy if the threshold for qualifying "success" was lower.

J.    Relevant Guidelines

51.    As established by national guidelines and consensus workshops, goals for GERD therapy are resolution of symptoms, healing of esophagitis and prevention of complications. The recent GERD evidence-based therapeutic strategies and consensus panel sponsored by the American Gastroenterologic Association stated that "for time to healing, esomeprazole 40mg/day was found to be superior to omeprazole/20mg/day lansoprazole/30mg/day for healing esophagitis within 8 weeks." Additionally, the American College of Gastroenterology guidelines for diagnosis and treatment for GERD (Castell D.O., DeVault, K. Am J. Gastroenterol. 1999; 94:1434-1442) support the proposition that acid suppressive therapy is the true mainstay of treatment for GERD and that attention should be focused on symptom resolution and healing of erosive esophagitis.

K.    Conclusion

52.    The weight of evidence clearly establishes that in well-designed comparative studies, esomeprazole is superior to lansoprazole in healing of erosive esophagitis, including healing of moderate to severe erosive esophagitis and symptom resolution. These studies have been scientifically well founded and are highly relevant to patient care. They are also supported by pharmacology studies demonstrating esomeprazole's superiority over lansoprazole in acid suppression. With the exception of the Fennerty study, which I understand will be published shortly, these trials have been rigorously reviewed and published in highly respected peer review journals. The studies meet all the criteria for the highest level of scientific evidence. The differences demonstrated are both clinically significant and statistically significant.

-18-

53.    Clinical studies have shown that the ability to heal esophagitis using acid suppressive therapies can be somewhat predicted by the endoscopy-defined level of esophagitis. In these clinical study trials evaluating esophagitis, however, this creates very much an "artificial world" as the degree of esophagitis is defined by the study protocol requiring endoscopy for the patient at the entry into the study.   In clinical practice, physicians do not endoscope patients before starting therapy.  Hence, they are unable to determine/define the severity of esophagitis at the start of therapy.

54.    Physicians, however, must deal with patients with GERD in their offices and clinics and use an agent that covers all degrees of severity of esophagitis. They should feel confident that their therapeutic selection will bring about healing and symptom resolution. Similarly, patients expect the best outcome, and anything less has a very meaningful impact on their symptoms and quality of life.    Appropriate awareness of these differences by both physicians and patients should have a meaningful impact on the prescribed therapy.

55.    Selection of the most appropriate treatment strategies in the present day practice of medicine is not simple.  The treating physician must see and understand what is important to patients, listen to their goals and expectations of therapy, and then intercalate all of these factors to chose the best and most appropriate treatment.  With so many nuances in the present day treatment issues, it is critical to be in the active practice of medicine to appropriately comment on what is important to physicians and patients as well to make any attempt to comment on  what is of present day clinical significance.  With this prospective, I conclude that esomeprazole's superiority over lansoprazole is supported and proven by rigorous and valid scientific evidence, and is highly significant from a clinical prospective and represents an advantage to patients.

56.    In sum, esomeprazole's superiority over lansoprazole is supported and proven by rigorous and valid scientific evidence, is highly significant from a clinical perspective and represents an advantage to patients who preferentially receive this medication.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2004.

David A. Johnson MD

EXHIBIT Q

# REDACTED IN FULL

EXHIBIT R

# REDACTED IN FULL

EXHIBIT S

# REDACTED IN FULL

EXHIBIT T



The healing purple pill has so...

**Healing News.**

NEXIUM heals acid related da...
better than the other leading me...

*Studies vs Prevacid® (lansoprazole) in patients with moderate to s...

## Here's big news for people suffering from acid reflux disease.

**What people with acid reflux disease should know.**
Many people have learned that frequent, persistent heartburn 2 or more days a week, despite treatment and chang...
may be acid reflux disease. What they might not know is that with acid reflux disease, the acid churning up from th...
can, over time, wear away or erode the delicate lining of the esophagus. This is a condition known as erosive esop...

Only a doctor can determine if this damage exists, or how severe it is. Even people with just mild heartburn could h...
damage to the esophagus and not know it. But fortunately, the damage can be healed.

That's why it is so important to talk with your doctor about your acid reflux disease, how well your current treatmen...
and what the enclosed study results could mean to you.

## NEXIUM vs Prevacid:
**Important medical findings.**
Recently, two important medical studies were conducted to compare prescription NEXIUM® (esomeprazole magnesium) and Prevacid® (lansoprazole) for the healing of patients with acid reflux disease.[1,2] These studies measured how well each medication healed moderate to severe erosions in the esophagus.

**Over 6000 patients were studied.**
Each study took place over an 8-week period in multiple locations throughout the US. They collectively involved more than 6000 people, all with varying stages of erosive esophagitis.

Patients were given the maximum recommended dose of prescription NEXIUM or the recommended dose of prescription Prevacid once daily.*
And there were significant differences in study results between the two medications.

Here are some of the key findings from the two studies:

- The first study proved that NEXIUM was significantly more effective than Prevacid at healing moderate to severe acid related damage in the esophagus.
- In the second study, these findings were confirmed once again — NEXIUM healed patients with moderate to severe damage better than Prevacid.

**Ask your doctor about how well NEXIUM heals erosions.**
If you have been diagnosed with acid reflux disease, or if you think you might have it, talk to your doctor today about treatment options. Find out

*NEXIUM healed erosions better th...
over 8 weeks, in patients with m...
to severe damage!*

*Here are the results of two st...*



| 87% | 74% |
| NEXIUM 40 mg once daily | Prevacid (30 mg once dai... |

Healed patients with moderate to severe e...
STUDY 1



| 82% | 78% |
| NEXIUM 40 mg once daily | Prevacid (30 mg once dai... |

whether NEXIUM might be right for you.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esop
Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headacl
and abdominal pain. Symptom relief does not rule out other serious stomach conditions.
Please read the important Product Information about NEXIUM.

1 Castell DO, Kahrilas PJ, Richter JE, et al. Esomeprazole (40 mg) compared with lansoprazole (30 mg) in the treatment of
erosive esophagitis. Am J Gastroenterol. 2002;97:575-583.
2 Data on file, DA-NEX-37.
*NEXIUM 40 mg, NEXIUM 20 mg, and lansoprazole 30 mg are the FDA-approved doses for the healing of esophageal erosions
(EE).
NEXIUM is a registered trademark of the AstraZeneca group of companies.
Prevacid is a registered trademark of TAP Pharmaceuticals.



Back to purplepill.com

## View the TV Spot
### Choose your format
 Quicktime Broadband

 Quicktime Dial-Up

 Windows Media Broadband

 Windows Media Dial-Up

## Get your Free Trial Coupon

Click Here for your
FREE 7-Day Trial Coupon for
NEXIUM.



Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks w
The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not ru
stomach conditions. Please read the important Product Information about NEXIUM and discuss it with your healthca

SEARCH  ·  BOOKMARK THIS SITE  ·  SEND THIS PAGE TO A FRIEND



Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Fe
Contact Us | Site Map

AstraZeneca

This product information is intended for US consumers only.
222921  09/04  Copyright © 2004 AstraZeneca LP, All rights reserved.          US Corporat



Do you suffer from persistent heartburn on 2 or more days a week, even though you've treated it and changed your diet? It may be due to acid reflux disease, also known as GERD (Gastroesophageal Reflux Disease). And over time, the acid that causes heartburn can actually erode or wear away the delicate lining the esophagus (called erosive esophagitis). Only a doctor can determine if you have this damage.

For many people, prescription NEXIUM - once daily - provides 24-hour relief of heartburn symptoms of acid reflux disease and NEXIUM heals acid reflux erosions. Your results may vary. Get a free trial cert and ask your doctor about the Purple Pill called NEXIUM.

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in

weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdomin Symptom relief does not rule out serious stomach conditions. Please read the important Product Infoi about NEXIUM and discuss it with your healthcare professional.

* IMS Health, National Prescription Audit Plus, January 2003 through May 2004, based on Total Rx

SEARCH  ·  BOOKMARK THIS SITE  ·  SEND THIS PAGE TO A FRIEND

Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Feedback | Contact Us | Site Map

AstraZeneca

This product information is intended for US consumers only.
222952 09/04 Copyright © 2004 AstraZeneca LP, All rights reserved.                    US Corpx