EXHIBIT U

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE DISTRICT OF DELAWARE
 4    -------------------------------x
 5    ASTRAZENECA L.P.,              )
 6                    Plaintiff, )
 7          -against-              ) C.A. No.
 8    TAP PHARMACEUTICAL PRODUCTS   ) 04-1332 (KAJ)
 9    INC.,                         )
10                    Defendant. )
11    -------------------------------x
12                    October 12, 2005
13                    10:00 a.m.
14
15          Deposition of THOMAS D. DUPONT, held
16    at the law offices of Kramer Levin Naftalis &
17    Frankel LLP, 1177 Avenue of the Americas,
18    New York, New York, pursuant to notice, before
19    Donald R. DePew, an RPR, CRR and Notary Public
20    within and for the State of New York.
21
22
23
24
25
```

Page 58

Thomas D. Dupont

2  A.   I'm not sure about that.
3       (Witness looks at document.)
4  A.   The answer to your question -- the
5  answer to your question is, there is -- you don't
6  have anything that will allow you to reconstruct
7  when a given interview was conducted, but they
8  were all conducted at the same time.
9  Q.   And how do you know that?
10 A.   Well, there was no -- because of the --
11 because of the dates on the supervisor
12 instructions, you know, each location was assigned
13 to conduct 24 interviews and they were -- there's
14 a relatively short time period in which all those
15 interviews were conducted.
16 Q.   How do you when you are designing a
17 survey decide, you know, whether to include
18 close-ended questions or not?
19 A.   I don't know that I can answer that
20 question. It's a case-by-case basis. I mean, my
21 general philosophy -- my general philosophy is
22 often the close-ended question is unnecessary, but
23 you never know whether it's going to be necessary
24 or not. So if you ask it as the last question in
25 the survey it can't hurt.

Page 59

Thomas D. Dupont

2  Q.   Well, what's the purpose of asking
3  close-ended questions?
4  A.   The purpose is hopefully that it will
5  provide some illumination that the open-ended
6  questions don't.
7  Q.   And why would hypothetically a
8  close-ended question provide illumination that an
9  open-ended question would not?
10 A.   Because in some circumstances the
11 issues that you're trying to get at are so subtle
12 that people might not volunteer them in the
13 open-ended question.
14 Q.   And so close-ended questions were
15 focused directly on the issue that you want them
16 to address?
17 A.   Hopefully, yes.
18 Q.   Have you done surveys where you don't
19 use close-ended questions for advertising cases?
20 A.   I imagine I have. I don't recall
21 offhand. But I'm sure that I probably have.
22 Q.   And in what circumstance would you
23 design a survey in a false advertising case
24 without using a close-ended question?
25 A.   If I felt very confident that the

Page 60

Thomas D. Dupont

2  open-ended questions would get at what I was
3  trying to get at, and if I felt that there was --
4  there was just no way to ask a fair and balanced
5  close-ended question.
6  Q.   And neither of those were true here; is
7  that right?
8  A.   Well, I think as it turned out it was
9  true.
10 Q.   We'll explore that.
11      When you designed this you didn't
12 believe that those were true?
13 A.   Well, I believed -- when I designed it
14 I believed that the close-ended question was
15 complex in the sense that the answers sounded very
16 much alike, but I felt that I had no choice
17 because it was a complex commercial.
18 Q.   So you designed the close-ended
19 questions the best way you knew how?
20 A.   Yes.
21 Q.   You didn't design them to be
22 deliberately suggestive?
23 A.   No.
24 Q.   Or complex?
25 A.   No.

Page 61

Thomas D. Dupont

2       I think they turned out that way, but,
3  yes, I did the best I could.
4  Q.   You said the choices sound alike, is
5  that what you said?
6  A.   I said the choices sound alike.
7  Q.   Why did they sound alike?
8  A.   Well, all you have to do is look at
9  them. Two of the choices sound very much alike if
10 you're not paying close attention. And they're
11 rather long.
12 Q.   And that would be 1 and 3?
13 A.   1 and 2.
14 Q.   1 and 2 you say sound alike?
15 A.   1 and 2 sound...
16 Q.   Well, No. 1 says it does one, but not
17 the other. No. 2 says it does both. And No. 3
18 says it does the other one --
19 A.   Well, it depends on what you're looking
20 at, but, yes.
21      I'm sorry, I'm looking at a different
22 1, 2, and 3.
23 Q.   Why don't you just explain to me
24 what --
25 A.   I'm saying 1 says it does one, but not

EXHIBIT V

# REDACTED IN FULL

# EXHIBIT W

# REDACTED IN FULL

# EXHIBIT X

# REDACTED IN FULL

EXHIBIT Y

# REDACTED IN FULL

# EXHIBIT Z

# REDACTED IN FULL