EXHIBIT AA

# REDACTED IN FULL

# EXHIBIT BB

**Report of Dr. Ronald Marks Pursuant to Federal Rule of Civil Procedure 26(a)(2)**

## Introduction

I am a professional biostatistician with over 30 years experience, including 30 years as a Professor at the University of Florida. I have been retained by Kramer Levin Naftalis and Frankel LLP, counsel for AstraZeneca ("AZ") to provide an opinion on statistical issues for the counterclaim of TAP. I have been asked to provide two opinions regarding TAP's position concerning AstraZencea's advertising of Nexium. Those opinions cover (1) AZ results supporting claims of superiority of esomeprazole over lansoprazole in the healing of erosive esophagitis (EE), and (2) results from TAP studies regarding their comparison of esomeprazole and lansoprazole.

## Professional Qualifications

My complete curriculum vitae is provided in Exhibit 1. I received my Master's and Ph.D. degrees in Statistics from the University of Florida (UF) in 1972 and 1974, respectively. I served on the faculty at UF from 1974-2004 in the Division of Biostatistics at the Health Sciences Center on campus. I have been involved in the design, conduct, analysis, and reporting of numerous large-scale research studies during my career at UF. I have especially focused in the area of controlled clinical trials for the evaluation of new biomedical products and devices. This work has led to the publication of 137 scientific publications in peer-reviewed journals and participation in numerous National Institutes of Health committees on the review of submitted grants for research proposals. I currently serve on such a review group for the National Institutes of Dental and Craniofacial Health as well as a Data Safety and Monitoring Board for two major clinical trials being funded by the dental Institute.

For over 25 years, I have taught courses to graduate students, medical residents, and faculty in biomedical colleges at UF on research design and statistical analytical methods. These courses prepare students for the research that they will conduct as part of their graduate training program. In addition, I developed and taught a course on Evidence Based Medicine for the students in the Physicians Assistants Program in the College of Medicine. This course teaches these medical professionals how to read and evaluate published scientific literature.

I have also written and published two textbooks on the design and analysis of research methods. I have consulted with numerous companies on design and analysis issues including GlaxoSmithKline, Procter & Gamble, Unilever Research, SmithKlineBeecham, Braun Oral Care, and Somerset Pharmaceuticals.

## Prior Experience as an Expert

In the past four years, I have testified four times at trial. In October 2004, I testified for defendant Bayer Corp. in Valverde vs Bayer in Texas State Court. In July 2004, I testified for defendant Procter & Gamble in Colgate vs Procter & Gamble in the Southern District of New York. In 2002, I testified for defendant RJ Reynolds in Luckas vs RJ Reynolds in Miami FL. In 2000, I testified for plaintiff Gillette in Gillette vs Optiva Corp. in the Southern District of New York. A list of my depositions given is included in my vitae.

1

## Compensation
I am paid $350 an hour for my work on this case.

## Materials Reviewed
A complete list of all materials that I have reviewed in this litigation is provided in Exhibit 2.

## Summary of Conclusions
A review of the AZ study (which I understand has been referred to in this litigation as the Castell Study) and two TAP studies designed to compare esomeprazole to lansoprazole across all grades of EE indicate esomeprazole superiority with strong statistical significance in all three studies. Although none of the studies was designed or powered to evaluate results at individual baseline grades of EE, the TAP studies show statistical significance as well at each of the individual grades, further confirming the esomeprazole superiority.

## Results From AstraZeneca Study
There was one AZ study report, dated August 6, 2001, comparing esomeprazole and lansoprazole across all grades of EE. (Bates number AZ000001). The results of the primary objective, to compare eight-week complete healing rates using a life-table analysis, are shown in Table 9 of the AZ report (Bates AZ000042). Those results show esomeprazole having a 92.6% healing rate and lansoprazole having a 88.8% healing rate. This result was highly statistically significant, $p < .0001$ in favor of esomeprazole indicating esomeprazole is superior to lansoprazole in healing across all grades of EE.

Also of interest are results from individual grades of baseline EE. These results are not of primary interest as the study was not designed to prove differences for individual grades, but for the overall effect of the competing drugs. Table 1 shows the individual grade results from the study, taken from AZ Table 10 (Bates AZ000044), along with the statistical significance level from a statistical test comparing the drugs. The statistical test used for this analysis is the two-tailed Z test for comparing proportions in large samples (greater than 30 subjects per comparison group). These results indicate esomeprazole is strongly statistically significantly superior to lansoprazole for grades C and D. The results also indicate directional superiority for Grades A and B.

| | Esomeprazole | Lansoprazole | p |
|---|---|---|---|
| Grade A | 91.7% (882/962) | 91.3% (836/916) | NS |
| Grade B | 86.3% (882/1,022) | 86.0% (906/1,054) | NS |
| Grade C | 84.6% (408/482) | 74.6% (356/477) | .0001 |
| Grade D | 79.7% (126/158) | 62.1% (105/169) | .0001 |

Table 1. Percentage of study subjects in the AZ study with erosive esophagitis (EE) healing rates at eight-weeks, stratified by baseline grade of EE. The p-value represents the statistical significance level from a Z test comparing the proportions. NS – not significant



Redacted



The AZ study [Redacted] were designed and powered to evaluate a comparison of esomeprazole and lansoprazole across all grades of baseline EE. This would be a standard approach to a drug comparison to determine the relative efficacy across all subjects with the disease or condition of interest. That comparison documented esomeprazole superiority. [Redacted] The conclusion drawn would relate to the entire population of subjects studied.

[Redacted]

[Redacted]

Signed:    *Ronald G. Marks*

Ronald G. Marks, Ph.D.
September 22, 2005

4

# EXHIBIT CC

# CENTER FOR DRUG EVALUATION AND RESEARCH

# APPLICATION NUMBER:    21-153/ 21-154

# MEDICAL REVIEW(S)

_Walsh_

SEP 2 1 2000

# DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS

## MEDICAL OFFICER'S REVIEW

| | |
|---|---|
| **NDA:** | 21-153 |
| **Sponsor:** | AstraZeneca LP (A-Z LP)<br>Wayne, PA |
| **Date Submitted:** | December 3, 1999 |
| **Drug:** | Esomeprazole magnesium (H 199/18; NEXIUM™) |
| **Pharmacological Category:** | Gastric Acid Antisecretory; Anti-GERD, Anti-Ulcer; specific inhibitor of the $H^+/K^+$-ATPase enzyme system |
| **Formulation/Route of Administration** | Delayed-Release Capsules for oral administration |
| **Proposed Indications:** | a) Healing of Erosive Esophagitis (EE).<br>b) Maintenance of Healing of Erosive Esophagitis<br>c) Treatment of Symptomatic Gastroesophageal Reflux Disease (s-GERD) |
| **Material Submitted/Reviewed:** | A total of 359 volumes, including synopsis of application (Item 3, vol. 1, p. 013 through 239), Nonclinical Pharmacology and Toxicology Summary (Item 6), Human Pharmacokinetic and Bioavailability Summary (Item 7), Clinical Summary and Results of Statistical Analyses (Item 8) and Discussion of benefit/Risk Relationship (Item 9). |
| **Reviewer:** | Hugo E. Gallo-Torres, M.D., Ph.D.<br>Medical Team Leader |

**APPEARS THIS WAY
ON ORIGINAL**

NDA 21-153
Page 2

# EXECUTIVE SUMMARY

## I. Recommendation

NEXIUM™ (esomeprazole magnesium; H 199/18), the s-enantiomer of omeprazole and the first proton pump inhibitor (PPI) to be developed as a single isomer, is a substituted benzimidazole derivative that suppresses gastric acid secretion by specific inhibition of the $H^+/K^+$-ATPase enzyme system. Like its parent compound (omeprazole) and other PPIs, NEXIUM blocks the final step of gastric secretion and produces dose-related sustained inhibition of both basal and stimulated gastric acid secretion. Like omeprazole and the other approved PPIs, NEXIUM is of benefit in the three gastroesophageal reflux disease (GERD) related indications that require gastric acid inhibition. These indications are: treatment of erosive esophagitis, maintenance of healing of erosive esophagitis, and treatment of symptomatic GERD. GERD is a chronic recurring and potentially serious, debilitating condition characterized by symptoms of heartburn and regurgitation. Chronic GERD can lead to morbidity ranging from mild esophageal mucosal inflammation to erosions, ulceration, esophageal stricture and, in some patients, transformation to Barrett's esophagus, a premalignant condition. The data presented by the sponsor in NDA 21-153 demonstrate that NEXIUM a) affords rates of healing which are comparable to omeprazole in the treatment of erosive esophagitis; b) is highly effective in the maintenance of healing of erosive esophagitis and c) provides significantly better rates of symptom resolution within 4 weeks than placebo in patients with symptomatic GERD (s-GERD)

The above-described benefits outweigh the potential risks of this drug. Results of pre-clinical evaluations showed that, at equivalent systemic exposure, H 199/18 is pharmacologically and toxicological (including genotoxicity) similar to omeprazole. Like omeprazole, esomeprazole may be administered with adequate safety to humans at the recommended oral doses and treatment duration. Because NEXIUM™ is the s-enantiomer of omeprazole and omeprazole is a PPI that is perceived as safe, NEXIUM is also considered safe. Omeprazole has been marketed worldwide since 1988 and is presently available in 106 countries for various acid-related gastrointestinal disorders. There have been an estimated ————— courses of patient treatments of omeprazole from the time of its introduction into the market through June 30, 1998. This estimate includes all oral formulations of omeprazole. Some patients have received continuous treatment with omeprazole in monitored clinical trials for longer than 13 years [NDA ————. 4 August 1999. General Correspondence, omeprazole ——————————, an —— extensive clinical experience that confirms that omeprazole is – all things considered safe and well-tolerated. Throughout its development and marketing, certain safety issues have been adequately monitored with omeprazole use and comprehensive updates of these topics have been submitted to the Division. It is concluded that based on the clinical experience with esomeprazole, involving over 5,000 patients and subjects, this drug shares the same overall acceptable safety profile of omeprazole.

The drug is approvable **from a clinical perspective.** No need for risk management actions is anticipated.

There are neither recommended Phase 4 trials nor marketing restrictions. Public outreach or information is not needed.

## II. Summary of Clinical Findings
### A. Generalities

- NEXIUM™ (identified in clinical trials as H 199/18 and abbreviated in this review as H) is a gastric acid anti-secretory substituted benzimidazole. This compound belongs to the proton pump inhibitor (PPI) class. NEXIUM™ is the s-enantiomer of omeprazole. PPIs exert their activity through inhibition of the $H^+/K^+$-ATPase enzyme system. This effect abolishes response to all types of gastric acid secretion stimulation, by all gastric messengers (e.g. histamine, gastrin and acetylcholine). NEXIUM™, intended for oral administration, is available as delayed release capsules that bypass the stomach, are absorbed from the intestine and reach the parietal cells via blood, diffusing into the secretory canaliculi. At this site, the (pro)-drug becomes protonated, rearranges to form a sulfenic acid and a sulfenamide and interacts covalently with sulfhydryl groups at critical sites in the extracellular (luminal) domain of the membrane spanning $H^+/K^+$-ATPase enzyme.

- The pharmacological properties of PPIs make them good candidates for treatment of acid-related disorders. This includes GERD, peptic ulcer disease and Zollinger-Ellison syndrome. Indeed, PRILOSEC (omeprazole, abbreviated in this review as O), the parent compound, has been approved for many conditions including short-term treatment of duodenal ulcer, (also in combination with certain antibiotics to eradicate *H. pylori*), short-term treatment of gastric ulcer, treatment of erosive esophagitis (EE), treatment of heartburn and other associated symptoms with GERD (s-GERD), maintenance of healing of EE and the long-term treatment of pathological hypersecretory conditions (e.g. Zollinger-Ellison syndrome).

- The PPIs, especially omeprazole, are perceived as very effective and safe drugs and this is reassuring when assessing the merits of the s-enantiomer of omeprazole. Other approved PPIs are PREVACID (lansoprazole), ACIPHEX (rabeprazole) and recently, PROTONIX (pantoprazole).

- The sponsor submitted the following four groups of trials that evaluated the efficacy and safety of NEXIUM in the treatment of the GERD-related indications for which approval is being sought. All of these studies were well-designed and apparently well-executed, double-blind, randomized, with appropriate: a) controls; b) patient populations; c) consistent inclusion criteria and reasons for exclusion; and d) sufficient sample size for appropriate statistical power. Also consistent were the methods to evaluate efficacy and safety and the timing at which these evaluations were carried out. Esophagogastroduodenoscopy (EGD) was assessed by an appropriate grading scale of esophagitis, the LA Classification.

    1. There were four controlled clinical trials in healing of erosive esophagitis:
        172 [H40 mg (n= — vs H20 mg (n=656) vs O20 mg (n=650)]
        173 [H40 mg (n=576) vs O20 mg (n=572)]
        174 [H20 mg (n=588) vs O20 mg (n=588)]
        222 [H40 mg (n=1,216) vs O20 mg (n=1,209)]

    All four trials were considered pivotal. All four trials used an active comparator, 20 mg of omeprazole (O) once-a-day.

2. There were two controlled clinical trials in maintenance of healing of erosive esophagitis. Both used a negative control (placebo) and were considered pivotal.
> 177 [H40 mg (n=92) vs H20 mg (n=98) vs H10 mg (n=91) vs PL (n=77)]
> 178 [H40 mg (n=82) vs H20 mg (n=82) vs H10 mg (n=77) vs PL (n=77)]

3. There were five controlled clinical trials in the treatment of s-GERD. Of these, the first two used a negative control (placebo) and were considered pivotal. The other three used a positive control (omeprazole 20 mg once-a-day) and were considered supportive.
> 225 [H40 mg (n=123) vs H20 mg (n=121) vs PL (n=124)]
> 226 [H40 mg (n=118) vs H20 mg (n=113) vs PL (n=118)]
>
> SH-QBE-
> -0009 [H40 mg (n=425) vs H20 mg (n=423) vs O20 mg (n=434)]
> -0011 [H40 mg (n=347) vs O20 mg (n=346)]
> -0021 [H20 mg (n=336) vs O20 mg (n=334)]

4. In addition to the above, there was one noncomparative long-term clinical trial, Study 179, which provided supportive information on the effectiveness of H199/18 in the maintenance of healing of EE. Patients who were determined to be EE healed (LA Classification Grade "Not Present") in Study 173 or Study 174 were eligible to receive open-label H199/18 40 mg qd for 12 months as maintenance treatment. [808 of the 1,157 patients that completed Study 173 and Study 174 as healed were healed were enrolled in Study 179]

## B. Efficacy

- Efficacy was demonstrated for each of the three indications.
- The recommended claims and daily doses are as follows:
  1) Healing of erosive esophagitis
     [20 mg once-a-day for 4 to 8 weeks]
  2) Maintenance of healing of erosive esophagitis
     [20 mg once-a-day for at least 6 months]
  3) Treatment of symptomatic GERD
     [20 mg once-a-day for 4 weeks]

The indicated population is adult patients with GERD. Efficacy in children has not been assessed but it is not expected to be significantly different from that seen with omeprazole, at the same recommended dose regimen (20 mg once-a-day)

- As summarized below, efficacy in healing of erosive esophagitis was shown by demonstrating statistical superiority of H40 to O20 in two trials: 172 and 222. However, in Study 173, H40 was not differentiated from O20. Since, in Study 172, H20 was as efficacious as H40 at both 4 and 8 week evaluations, the reviewer's recommended dose for this indication is 20, ——————————————— Moreover, superiority of NEXIUM over omeprazole was not demonstrated because a) in the two studies where H is shown statistically different to O, the dose of H is pharmacodynamically thrice that of the S-isomer in O; b) in spite of this ratio (3:1), H40 was as efficacious as O20 in Study 173;

and c) in Study 174 which used a design that would have shown superiority, if superiority indeed exists, the effects of H20 could not be differentiated from O20. These results indicate that for the healing of erosive esophagitis, H20 is as effective as H40. Although the use of H40 is a good scientific tool to demonstrate that - when compared to the recommended dose of O for this indication (20 mg) - esomeprazole is effective in this indication, a superiority claim of NEXIUM over omeprazole is NOT SUPPORTED by either the comparison of H20 vs O20 or the comparison of H40 vs H20.

### Healing of EE
### Therapeutic Gain/[p-value]

| Study No. | Time of Evaluation (week) | H40 vs H20 | H40 vs O20 | H20 vs O20 |
|---|---|---|---|---|
| 172 | W4 | 4.6% [N.S.] | 9.7% [<0.001] | N/A |
|  | W8 | 3.8% [N.S.] | 6.2% [<0.001] | N/A |
| 173 | W4 | N/A | 1.9% [N.S.] | N/A |
|  | W8 | N/A | 1.2% [N.S.] | N/A |
| 174 | W4 | N/A | N/A | 0.8% [N.S.] |
|  | W8 | N/A | N/A | 2.3% [N.S.[ |
| 222 | W4 | N/A | 12% [0.001] | N/A |
|  | W8 | N/A | 9% [0.001] | N/A |

- Efficacy in maintenance of healing of EE was shown in the two placebo-controlled, three-dose-level trials 177 and 178 (see below). In comparison to placebo, all three dose levels of the drug (40, 20 or even 10) are active. _____ the data show H40 to be superior to H20 in neither of the two trials: in study 177 the therapeutic gain (9.2%) was N.S.; in study 178 the therapeutic gain (0.4%) was also N.S. In addition, because H40 induces significantly higher serum gastrin concentrations

NDA 21-153
Page 158

Similarly, results for investigator-assessed resolution of HB and investigator-assessed resolution of "acid" regurgitation at Week 2 and Week 4 were significantly improved for both the H40 and H20 groups over PL. Results for investigator-assessed resolution of dysphagia for H40 and H20 over PL were not significantly improved at Week 2 nor at Week 4. Although results for investigator-assessed resolution of epigastric pain for H40 and H20 over PL were not significantly improved at Week 2, results for this parameter were significantly improved for H40 and H20 over PL. In Study 226, just as in Study 225, there was no convincing evidence, due primarily to the small number of observations in some cells, that efficacy was different in the following subgroups: gender, age group (<65 y, ≥65 y) and race. Regarding the presence of *H. pylori* at baseline, Study 226 replicated only the findings in the PL group in Study 225: the presence of *H. pylori* appeared to improve the chances of complete resolution of HB at final visit. Results with either H40 or H20 were not replicated. It is therefore concluded that the presence of *H. pylori* at baseline has no consistent predictable effect on the complete resolution of HB at the end of 4 weeks treatment with H 199/18.

The reviewer agrees with the sponsor's conclusion that, in this 4-week study, there were no clinically meaningful differences between the H 199/18 treatment groups and the PL groups in the occurrence of AEs, changes in laboratory values or changes in vital signs. As expected, there were changes (baseline to Week 4) in mean serum gastrin concentration that were higher among patients receiving the PPI than in those receiving PL (mean increase of 100.2, 77.4 and 15.8 pg/ml for the H40, H20 and PL groups, respectively).

In conclusion, the sponsor has submitted results of two studies (225 and 226) demonstrating that NEXIUM (esomeprazole) is effective and safe in the treatment of s-GERD. For both primary and secondary parameters of efficacy H20 is as effective as H40. No increased benefit is achieved by increasing the dose of this PPI from 20 to 40 mg once-a-day.

## VIII. INTEGRATED SUMMARY OF EFFICACY

### A. Generalities/Questions to be Addressed

Esomeprazole (H199/18 NEXIUM™), the s-enantiomer of omeprazole, is a substituted benzimidazole that suppresses gastric acid secretion by specific inhibition of the action of the enzyme $H^+/K^+$-ATPase. Like omeprazole and all PPIs, esomeprazole is a prodrug that needs to be activated to exert its antisecretory effects. Omeprazole, approved for a number of indications related to inhibition of gastric acid secretion, is administered at its S and R racemates. The sponsor's approach to assess the efficacy and safety of one of the two isomers in the omeprazole moiety may be clinically important. This is because the use of only one enantiomer of omeprazole may allow separation of efficacy and toxicity. This approach may theoretically lead to a significant increase in therapeutic ratio and a more rational approach in therapeutics. In this instance, the demonstration of a better therapeutic ratio must be eminently clinic because a review of the pharmacologic data demonstrate that optical isomer S does not have a greater affinity than isomer R at the receptor site, is not metabolized at significantly different rates and does not seem to have significantly different affinity for tissue and protein binding sites. It is

NDA 21-153
Page 159

worth mentioning that some differences in pharmacodynamic effects may exist between the parent moiety omeprazole and its S-isomer, especially on the first day of administration. But - even if real - it needs to be proven that these differences in PD matter in the healing of EE (evaluated at 8 weeks), the maintenance of healing of EE (assessed at 6 months), and the response to heartburn-associated symptoms in symptomatic GERD (evaluated at 4 weeks). Consequently, any meaningful differences between esomeprazole and omeprazole must be proven in the clinical arena. Moreover, any superiority of one compound over the other must be demonstrated at equimolar antisecretory concentrations namely in a weight by weight comparison. This point may be relevant because the S and R isomers possess roughly, the same antisecretory activity. In order to declare the S-form superior to omeprazole, these drugs must be tested, at the same amount per day (i.e. 40 H vs 40 O; 20 H vs 20 O). Note that in the comparison H40 vs O20, because of difference in tissue uptake and in particular residence time, the amount of    s-isomer in H40 is ca. three times higher than in O20.

In the discussion that follows, the demonstration that 40 H is statistically different from 20 O might demonstrate that the 40 H is effective but not necessarily superior to omeprazole.

As pointed out in section II of this review, the sponsor's recommended dosage schedules of NEXIUM for the three indications sought are: healing of EE: 40 mg (once daily for 4 to 8 weeks); maintenance of healing of EE: ———— once daily; "clinical trials extended to ——— months"); and treatment of s-GERD: 20 mg [once daily for 4 weeks, "if symptoms do not resolve completely after 4 weeks, an additional 4 weeks of treatment should be considered"].

The results of primary efficacy parameter evaluations from the three groups of trials that assessed the efficacy of esomeprazole in the three proposed indications are summarized in Table 54. From each group of trials, those submitted as critical to the specific indication were reviewed in detail. At the end of the review of each trial, the reviewer provided "Additional Comments" with a critique to the adequacy of the design and execution of the trial. In short, all trials depicted in Table 54 were adequately designed (to show what the sponsor set to demonstrate) and apparently well-executed. All in all, the trials had adequate negative (placebo) or positive controls (omeprazole, 20 mg once-a-day), appropriate study populations, consistent inclusion/criteria, sufficient sample sizes for appropriate statistical power and adequate and consistent timing for endoscopic or clinical evaluations. The groups being compared were very similar in demographic and disease baseline characteristics and patients were compliant. It is concluded that the efficacy comparison between the arms of the various trials is valid.

Using the rules of the game specified above and the data displayed in Table 54, the reviewer now attempts to answer the following questions regarding NEXIUM'S efficacy per each indication:

1. What studies demonstrate efficacy?
2. Is the reviewer's recommended dose and regimen the same as that recommended by the sponsor?
3. What studies demonstrate that esomeprazole is more efficacious (clinically superior) than omeprazole?

APPEARS THIS WAY ON ORIGINAL

BEST POSSIBLE COPY

## TABLE 54

### Overall Summary of Efficacy in NDA 21-153

| Protocol (Study) No. | Time of Eval. | PL | Esome 40 | Esome 20 | Esome 10 | OME 20 | 40 vs PL | 20 vs PL | 10 vs PL | 40H vs 20H | 20H vs 10H | 40H vs 20 OME | 20H vs 20 OME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. HEALING OF EROSIVE ESOPHAGITIS** | | | | | | | | | | | | | |
| 172 | W 4 | N/A | 71.1% | 66.5% | N/A | 61.4% | N/A | N/A | N/A | 4.6% [N.S.] | N/A | 9.7% [<0.001] | 5.1% [N.S.] |
| | W 8 | N/A | 87.6% | 83.8% | N/A | 81.4% | N/A | N/A | N/A | 3.8% [N.S.] | N/A | 6.2% [<0.001] | 2.4% [N.S.] |
| 173 | W 4 | N/A | 68.2 | N/A | N/A | 66.3% | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | W 8 | N/A | 87.0% | N/A | N/A | 85.8% | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 174 | W 4 | N/A | N/A | 64.7% | N/A | 69.3% | N/A | N/A | N/A | N/A | N/A | 1.9% [N.S.] | -0.8% [N.S.] |
| | W 8 | N/A | N/A | 90.6% | N/A | 88.3% | N/A | N/A | N/A | N/A | N/A | 1.2% [N.S.] | 2.3% [N.S.] |
| 222 | W 4 | N/A | 78.6% | N/A | N/A | 82.6% | N/A | N/A | N/A | N/A | N/A | 12% [0.001] | N/A |
| | W 8 | N/A | 89.9% | N/A | N/A | 80.9% | N/A | N/A | N/A | N/A | N/A | 9% [0.001] | N/A |
| **II. MAINTENANCE OF HEALING OF EE** | | | | | | | | | | | | | |
| 177 | 6 mo. | 29.1% | 87.9% | 78.7% | 54.2% | N/A | 58.8% [<0.001] | 49.6% [<0.001] | 25.1% [<0.001] | 9.2% [N.S.] | 24.5% [0.026] | N/A | N/A |
| 178 | 6 mo. | 29.0% | 93.6% | 93.2% | 57.1% | N/A | 64.6% [<0.001] | 64.2% [<0.001] | 28.1% [<0.001] | 0.4% [N.S.] | 36.1% [0.001] | N/A | N/A |
| **III. SYMPTOMATIC GASTROESOPHAGEAL REFLUX DISEASE (s-GERD)** | | | | | | | | | | | | | |
| 225 | W 4 | 13.7% | 33.3% | 33.9% | 34.2% | 58.1% | 19.6% [<0.001] | 20.2% [<0.001] | 21.1% [<0.001] | -0.6% [N.S.] | N/A | N/A | N/A |
| 226 | W 4 | 11.9% | 36.4% | 41.6% | 57.1% | 67.9% | 24.5% [<0.001] | 29.7% [<0.001] | N/A | -5.2% [N.S.] | N/A | 2.4% [N.S.] | N/A |
| -0069 | W 4 | N/A | 36.7% | 60.5% | N/A | 58.1% | N/A | N/A | N/A | -5.2% [N.S.] | N/A | -1.4% [N.S.] | N/A |
| -0011 | W 4 | N/A | 70.3% | N/A | N/A | 67.9% | N/A | N/A | N/A | N/A | N/A | 2.4% [N.S.] | N/A |
| -021 | W 4 | N/A | N/A | 61.9% | N/A | 59.6% | N/A | N/A | N/A | N/A | N/A | N/A | 2.3% [N.S.] |

Reviewer's Table.

## B. HEALING OF EROSIVE ESOPHAGITIS

1. For this indication, the question of greater efficacy is not entirely settled. Although study 172 shows statistical difference between H40 and O20 in the proportion of patients healed at 4 and 8 weeks, the therapeutic gain at 8 weeks (6.2%) is of borderline clinical significance. These results (statistical superiority of H40 over O20) are confirmed by those of Study 222. However, in Study 173, H40 could not be differentiated from O20. The conclusion is that, since O20 is known to be active and H40 is not very different from O20, H40 is also active. Activity is also shown for H20 because in two trials (172 and 174) the efficacy of this dose of esomeprazole is similar to O20. In conclusion for this indication: a) both H40 and H20 are active; b) H20 is as active as H40.

2. The reviewer does not agree with the sponsor's dose recommendation of H40. If a dose of H is to be recommended it would be 20. This is because the only study assessing side by side effects, 172, shows that at Week 8, H20 is as efficacious as H40 (Table 54).

3. There are no studies which demonstrate that H is superior to O, clinically or even statistically. As shown in Table 54, in Study 172, the effects of H20 are not differentiated from those of O20. This conclusion is supported by results in Study 174.

## C. MAINTENANCE OF HEALING OF EROSIVE ESOPHAGITIS

1. For this indication both studies submitted by the sponsor in support of this indication, 177 and 178, provide excellent evidence that esomeprazole is very effective in maintaining reflux esophagitis healed for up to 6 months. Each of the three dose levels of the drug tested (H40, H20, and H10) is shown to be superior to placebo in one trial and these results are replicated in the other.

   In assessing risk to benefit matters related to this indication it is very important to consider what is being maintained healed. The answer is in Table 6 (Study 172). The bulk of these patients had LA classification A or B, equivalent to mild to moderate esophagitis. Roughly, 1/5 of the patients had LA classification C (18%) and few (7%) had LA classification D. In this reviewer's opinion, this information argues in favor of maintaining these lesions healed with a lower but definitely efficacious dose of the drug (20 mg once-a-day) rather than 40 mg qd.

2. The reviewer does not agree with the sponsor's dose recommendation of H40. Although study 177 shows some difference between H40 and H20, this difference (9.2%) is: a) not statistically significant and b) of borderline clinical relevance. Furthermore, study 178 shows neither statistical nor clinical difference between these two dose levels of

NDA 21-153
Page 162

drug. In addition to being very well differentiated from placebo, both dose levels of H are superior to the lowest dose tested (H10). In summary, it is the reviewer's conclusion that H20 is as efficacious as H40 in maintaining erosive esophagitis healed.

3. The sponsor has presented no results of studies assessing the efficacy of H in comparison to O in the maintenance of healing of EE.

## D. TREATMENT OF s-GERD

1. For this indication, the question of efficacy is settled by results of the two pivotal trials, submitted by the sponsor in support of this indication, 225 and 226. These provide unquestionable evidence that esomeprazole is more effective than placebo in the treatment of s-GERD. Each of the two dose levels of drug tested (H40 and H20) is shown to be superior to placebo in one trial and these results are replicated in the other.

Although the therapeutic gains (H > PL) are clinically meaningful (20% in one trial, 30% in the other), the proportion of patients experiencing complete relief of heartburn after 4 weeks of treatment with the drug is low: 34% in trial 225 and 42% in study 226. These proportion of patients experiencing complete relief of HB is considerably lower than the proportion of patients with investigator-recorded complete resolution of heartburn at Week 4 in healing of erosive esophagitis trials: Study 172 (H40=65%; H20=61%): Studies 173 and 222 (H40=68%). The same pattern of response (less symptomatic efficacy for s-GERD than for EE) has been observed with omeprazole and is included in the labeling for this PPI.

2. The reviewer agrees with the sponsor's recommended dose and regimen for this indication since both critical trials demonstrate that there is no added benefit by increasing the dose from 20 to 40 mg once-a-day (Table 54).

3. Results from three clinical trials, -0009, -0011 and -021 (Table 54) clearly show that whether one compares H40 or H20, the effects of esomeprazole in the treatment of s-GERD are nearly identical to those seen with O20. There is clearly no indication that esomeprazole is superior to omeprazole for the treatment of s-GERD.

## E. OVERALL CONCLUSIONS ON EFFICACY

In summary, the overall assessment in NDA 21-153, demonstrate that adequate and well-controlled studies support the efficacy of orally administered esomeprazole in three indications: healing of erosive esophagitis (20 mg once daily for 4 to 8 weeks), maintenance of healing of

NDA 21-153
Page 163

erosive esophagitis (20 mg once daily for at least 6 months)[41] and treatment of symptomatic GERD (20 mg once-a-day for 4 weeks).

## IX.  INTEGRATED SUMMARY OF SAFETY (ISS)

### A.  Generalities

The ISS includes information from 44 completed clinical trials that provide data to support the claims made for H 199/18 in NDA 21-153.  These 44 completed studies consisted of

| | |
|---|---|
| <u>33 Phase I studies:</u> | 4 *in vitro* investigations |
| | 28 in subjects with acid-related disorders |
| | 1 in patients with s-GERD |

| | |
|---|---|
| <u>44 Phase II/III studies:</u> | 3 controlled E+S studies in healing of EE |
| | 2 in maintenance of healing of EE |
| | 5 controlled E+S studies in s-GERD |
| | 1 uncontrolled, L-T, safety study |

There are also ⸺⸺studies.

1.  The total number of H 199/18 subjects/patients enrolled, per study Phase is summarized in Table 55.

**APPEARS THIS WAY
ON ORIGINAL**

---

[41] The sponsor proposes to add the sentence ⸺⸺⸺⸺ . apparently based on results of mintenance trial 179. This open-label, 12 month trial was not reviewed as a critical source of evidence but it will be briefly commented upon in the integrated Summary of Safety and the duration of maintenance treatment will be reconsidered at that time.

EXHIBIT DD

# Oregon Health Resources Commission



# Proton Pump Inhibitors

## Subcommittee Report



This report is the third update of the initial
Subcommittee Report of June 2002.
All revisions are highlighted.

Produced by:
Health Resources Commission
Kathleen Weaver, MD, Director
Office for Oregon Health Policy & Research
255 Capitol Street NE
Salem, OR  97310

7/28/05

## Overview

The 2001 session of the Oregon Legislature passed Senate Bill 819, authorizing the creation of a Practitioner-Managed Prescription Drug Plan (PMPDP). The statute specifically directs the Health Resources Commission (HRC) to advise the Department of Human Services on this Plan.

In January of 2002 the HRC appointed a subcommittee to perform an evidence-based review of the use of proton pump inhibitors (PPIs) for reduction of stomach acid. Members of the subcommittee consisted of physicians, pharmacists, nurse practitioners, other health care professionals, consumers and advocates. The subcommittee held six meetings, two of which were general sessions of orientation and evidence-based analysis education. All meetings were held in public with appropriate notice provided.

Subcommittee members worked with Oregon Health and Science University's Evidence-based Practice Center (OHSU-EPC) to develop and finalize key questions for drug class review, specifying patient populations, medications to be studied and outcome measures for analysis, considering both effectiveness and safety. Evidence was specifically sought for subgroups of patients based on race, ethnicity, age, demographics, other medications and co-morbidities.

Using standardized methods, the OHSU-EPC reviewed systematic databases, the medical literature and dossiers submitted by pharmaceutical manufacturers. Inclusion and exclusion criteria were applied to titles and abstracts, and each study was assessed for quality according to predetermined criteria.

The OHSU-EPC draft report titled, *"Drug Class Review on Proton Pump Inhibitors,"* was completed the week of April 8, 2002, circulated to subcommittee members and posted on the web. The subcommittee met on April 18, 2002, to review the document. By consensus, the subcommittee members agreed to adopt the report. Time was allotted for public comment, questions and testimony. All available sources of information, the EPC report which includes information submitted by pharmaceutical manufacturers, and public testimony were considered in the conclusions drawn by the PPI Subcommittee that comprises the body of this report.

In January of 2003 the HRC appointed a PPI update committee to perform an evidence-based review of the June 2002 *Proton Pump Inhibitors (PPI) Subcommittee Report* for new information or changes in the FDA package inserts. Members of the Update Committee consisted of one HRC member, one Oregon State University (OSU) pharmacist, one Office for Oregon Health Policy & Research (OHPR) physician, one OHSU-EPC pharmacist, and three PPI Subcommittee members. The Update Committee held one public meeting with appropriate notice provided.

The PPI Update Committee members worked with the OHSU-EPC reviewing the new evidence for both effectiveness and safety. Evidence was specifically sought for subgroups of patients based on race, ethnicity, age, demographics, other medications and co-morbidities.

The OHSU EPC's Preliminary *Drug Class Review on Proton Pump Inhibitors Second Update Report* was completed January 2004, circulated to committee members and posted on the OHPR website at *http://www.ohpr.state.or.us*. The PPI update committee met twice. On February 17, 2004 the update committee reviewed the preliminary document and any additional evidence. On April 5, 2004 by consensus, the committee members agreed to adopt the EPC's Drug Class Review on Proton Pump Inhibitors Updated Final Report #2. Time was allotted for public comment, questions, written and oral testimony. All available sources of information from the EPC's report that included information submitted by pharmaceutical manufacturers and public testimony were considered.



This report is prepared to facilitate the HRC in providing recommendations to the Oregon Medical Assistance Program (OMAP) for the plan drug list (PDL). This update report does not recite or characterize all the evidence that was discussed by the OHSU EPC, the original PPI Subcommittee, or the HRC. For further information provided during the committee process, readers are encouraged to review the source materials on the website.

The PPI Update Subcommittee of the HRC, working together with the EPC, OMAP, and the OSU College of Pharmacy, will continue to monitor medical evidence for new developments in this drug class. Approximately every six months emerging pharmaceuticals will be reviewed and if appropriate, a recommendation for inclusion in the PDL will be made. Significant new evidence for pharmaceuticals already on the PDL will be assessed and Federal Drug Administration (FDA) changes in indications and safety recommendations will be evaluated. The PPI Subcommittee Report will be amended if indicated. Substantive changes will be brought to the attention of the HRC, who may choose to approve the report, or reconvene the PPI Subcommittee.

This report and the OHSU EPC's draft update report, *Drug Class Review on Proton Pump Inhibitors Update Final Report* ██ are all available on the Office for Oregon Health Policy & Research (OHPR), PMPDP website:
http://egov.oregon.gov/DAS/OHPPR/ORRX/HRC/evidence_based_reports.shtml
Information regarding the HRC and its subcommittee policy and process can be found on the OHPR website: http://egov.oregon.gov/DAS/OHPPR/ORRX/HRC/process.shtml
You may also request more information, copies of the reports or copies of minutes and tapes from:

Kathleen Weaver, MD
Director, Health Resources Commission
Office for Oregon Health Policy & Research
255 Capitol St. NE, 5th Floor
Salem, Oregon 97310
503-378-2422 ext. 406
Kathy.weaver@state.or.us

Information dossiers submitted by pharmaceutical manufacturers are available upon request from by contacting OHSU Center for Evidence-based Policy:

John Santa, MD
Assistant Director for Health Projects
OHSU- Center for Evidence-based Policy
2611 SW 3rd Avenue MQ 280
Portland, OR 97201-3094
Phone: 503-494-3094
Email: santaj@ohsu.edu

There will be a charge for copying and handling in providing documents from both OHPR and from OHSU Center for Evidence-based Policy.

## Critical Policy:

### Senate Bill 819

"The Department of Human Services shall adopt a Practitioner-managed Prescription Drug Plan for the Oregon Health Plan. The purpose of the plan is to ensure that enrollees of the Oregon Health Plan receive the most effective prescription drug available at the best possible price."

### Health Resources Commission

"Clinical outcomes are the most important indicators of comparative effectiveness";

"If evidence is insufficient to answer a question, neither a positive nor a negative association can be assumed."

## Inclusion Criteria:

- Adult patients with symptoms of gastro esophageal reflux, peptic ulcer or non-steroidal anti-inflammatory drug-induced ulcer. Studies of any degree of symptoms of gastro esophageal reflux or ulcer (mild, moderate, or severe) will be included.

- Studies in special populations, such as older patients, pregnant or lactating women and Southeast Asian patients, will be included.

- Intervention includes a PPI compared with another PPI, another anti-ulcer drug (such as an H2 receptor antagonist, another class of acid reducing drugs), placebo, surgery, or antibiotics alone.

- Studies of antibiotic combinations with a PPI or other anti-ulcer drug will be included, providing that other inclusion criteria are met.

- For effectiveness, the study is a randomized controlled trial in an outpatient setting and treatment period is at least 4 weeks duration.

- For adverse effects, study is a controlled clinical trial or observational study.

- Studies assessing multiple doses of a single PPI, with no other comparator will be included for assessing adverse effects (not efficacy). Drug-drug interaction studies will be included.

- Outcomes include symptoms, eradication rates, endoscopic healing, functional outcome, quality of life, or adverse effect (including drug interactions).

## *Definition of Proton Pump Inhibitors:*

| Generic | Brand |
|---|---|
| Omeprazole | Prilosec Rx |
| Omeprazole Magnesium | Prilosec OTC |
| Lansoprazole | Prevacid |
| Pantoprazole | Protonix |
| Rabeprazole | Aciphex |
| Esomeprazole | Nexium |

## *Key Questions:*

1. What is the comparative efficacy of different PPIs in adult patients with symptoms of (GERD)?

2. What is the comparative efficacy of different proton pump inhibitors in adult patients with peptic ulcer or non-steroidal anti-inflammatory drug-induced ulcer?

3. What are the comparative incidence and nature of complications (serious or life-threatening or those that may adversely effect compliance) of different PPIs in adult patients being treated for symptoms of gastro esophageal reflux, peptic ulcer, or non-steroidal anti-inflammatory drug-induced ulcer?

4. Are there subgroups of patients based on demographics, other medications, or co-morbidities for which one medication or preparation is more effective or associated with fewer adverse effects?





## Summary of Results

### 1. WHAT IS THE COMPARATIVE EFFICACY OF DIFFERENT PPIs IN ADULT PATIENTS WITH SYMPTOMS OF GERD?

**A. In head-to-head comparisons, what is the comparative efficacy of different PPIs in healing esophagitis, reducing symptoms, and preventing relapse in adult patients with symptoms of GERD?**

████████ head-to-head randomized controlled trials compared one or more PPIs to another for healing of esophagitis and gastro-esophageal reflux symptom relief. Two are unpublished, and two publications are supplemented with additional data provided by the manufacturer. One study reported racial and ethnic diversity in the population but distinct results were not reported for these groups. Four systematic reviews of good quality compared PPIs.

### Esophogitis healing

A large study by Castell et al. with 5241 patients found an overall 3.8% statistically significant improvement in healing of biopsy proven erosive esophogitis when comparing the effects of esomeprazole (40 mg) to lansoprazole (30 mg).[13]   Twenty-six patients would be needed to treat (NNT) with esomeprazole as compared to lansoprazole to make a difference in esophogitis healing in all groups. However, it was the consensus of the PPI Update Subcommittee that these differences were so small (albeit "statistically significant") as to be clinically irrelevant.   A second, smaller, fair-quality trial of lansoprazole 30 mg vs. esomeprazole 40 mg found the two to be equivalent at healing esophogitis at 8 weeks.[14] Two trials showed esomeprazole 40 mg had higher healing rates than omeprazole 20 mg, but there were no head-to-head comparisons of comparable doses of omeprazole 40 mg vs. esomeprazole 40 mg.[15,16]

Thus three of the four trials that compare esomeprazole to another PPI concluded that esomeprazole was more effective, but because of concerns over lack of equivalence in doses use (omeprazole), method of reporting and analyzing results, and relatively small difference in the healing rates, the PPI subcommittee agrees that these trials do not provide sufficient evidence that esomeprazole is more efficacious than any other PPI.

[13] Castell DO, Kahrilas PJ, Richter JE, et al. Esomeprazole (40 mg) compared with lansoprazole (30 mg) in the treatment of erosive esophagitis. *American Journal of Gastroenterology* 2002;97(3):575-83
[14] Howden CW, Ballard EDI, Robieson W. Evidence for therapeutic equivalence of lansoprazole 30 mg and esomeprazole 40 mg in the treatment of erosive esophagitis. *Clinical Drug Investigation.* 2002;22(2):99-109.
[15] Kahrilas PJ, Falk GW, Johnson DA, et al. Esomeprazole improves healing and symptom resolution as compared with omeprazole in reflux esophagitis patients: a randomized controlled trial. The Esomeprazole Study Investigators. *Alimentary Pharmacology & Therapeutics* 2000;14(10):1249-58.
[16] Richter JE, Kahrilas PJ, Johanson J, et al. Efficacy and safety of esomeprazole compared with omeprazole in GERD patients with erosive esophagitis: a randomized controlled trial. *American Journal of Gastroenterology* 2001;96(3):656-65.



No difference in healing rates between omeprazole, lansoprazole, rabeprazole, and pantoprazole was demonstrated in head-to-head trials. Consistent results were found from four new head-to-head trials of PPIs in patients with erosive esophogitis. Lansoprazole 30 mg vs. esomeprazole 40 mg or pantoprazole 40 mg vs. omeprazole 40 mg showed no differences in healing rates for healing of esophogitis at 4 and 8 weeks.

In one of three new systematic reviews of studies of patients with GERD, esomeprazole vs. lansoprazole was compared; whereas, the other two reviews included head-to-head trials for all PPIs.  In two of these three reviews the conclusions are based on studies previously examined in the first PPI update.  The third systematic (good) review concluded that in more severe esophogitis esomeprazole 40 mg compared with lansoprazole 30 mg provided an additional 5% increased healing at 4 weeks and 4% at 8 weeks.





[18] Ibid. Table 9 p. 18



### Relief of symptoms

reported symptoms as a secondary outcome at varying lengths of time, generally two and/or six weeks of treatment. The study conclusions are difficult to interpret and compare because data was recorded differently, diary reports were inconsistent and incomplete, and symptoms evaluated varied from study to study. Similar concerns about dosing of omeprazole vs. esomeprazole applied to relief of symptoms from esophogitis.



### Prevention of relapse

Although a trial by Lauritsen et al. demonstrated that esomeprazole 20 mg was 9% more effective than lansoprazole 15 mg in maintaining healed reflux esophogitis for 6 months, there was not a head-to-head comparison of comparable dosing of esomeprazole 40 mg vs. lansoprazole 30 mg.[20] The use of low dose PPI for maintenance is not commonly practiced in the US and therefore the relevance of this European study to clinical practice in Oregon is limited. A head to head trial of omeprazole, lansoprazole and pantoprazole in endoscopically diagnosed reflux esophogitis patients at 8 weeks maintenance therapy found equivalence in decreasing symptoms between omeprazole and pantoprazole, but not for lansoprazole. Two head-to-head trials found no differences in endoscopic or symptomatic relapse rates for lansoprazole vs. omeprazole after 48 weeks and rabeprazole vs. omeprazole after 13, 26, and 52 weeks. A new head-to-head trial of rabeprazole 10 or 20 mg vs. omeprazole 20 mg for maintenance of GERD over 5 years revealed similar efficacy and safety with both groups.[21]

[20] Lauritsen K, Deviere J, Bigard MA, et al. Esomeprazole 20 mg and lansoprazole 15 mg in maintaining healed reflux oesophagitis:Metropole study results. Alimentary Pharacology & Therapeutics 2003;17(3):333-41
[21] Thjodleifsson B, Rindi G, Fiocca R et al. A randomized, double-blind trial of the efficacy and safety of 10 or 20 mg rabeprazole compared with 20 mg omeprazole in the maintenance of gastro-esophageal reflux disease over 5 years. Alimentary Pharmacology &Therapeutics 2003;17(3):343-51.

A systematic review found, in studies comparing PPIs to placebo or ranitidine, similar remission rates for lansoprazole, rabeprazole, and omeprazole over 6 and 12 months of treatment.

**B. In comparisons of PPIs and H2-RAs, what is the comparative efficacy of different PPIs in healing esophogitis, reducing symptoms, and preventing relapse of GERD?**

No difference was found amongst the PPIs in the systematic review and the twenty-eight studies comparing PPIs to H2-receptor antagonists. All the PPIs studied were more effective than H2-receptor antagonists, but there were no differences amongst PPIs.

> *The PPI Update Subcommittee agrees by consensus that there is no overall clinically significant difference between proton pump inhibitors for esophogitis healing, relief of symptoms or prevention of relapse in adult patients with GERD.*

**2. WHAT IS THE COMPARATIVE EFFICACY OF DIFFERENT PROTON PUMP INHIBITORS IN ADULT PATIENTS WITH PEPTIC ULCER OR NON-STEROIDAL ANTI-INFLAMATORY DRUG-INDUCED ULCER?**

**A. In head-to-head comparisons, what is the comparative efficacy of different PPIs in reducing symptoms and improving endoscopic healing in adult patients with duodenal ulcer?**

Nine randomized controlled trials of fair quality compared one PPI to another. All PPIs have been compared to omeprazole. No significant differences were found in healing rates. Symptoms were assessed in seven studies. One found a significant difference in daytime pain between rabeprazole and omeprazole at four weeks, but no difference in nighttime pain or number of patients that are pain free. Antacid use, GI symptoms and overall well-being were not different in any of the studies. Relapse rates were not significantly different in three studies comparing a PPI to placebo or ranitidine.

**B. In comparisons of PPIs and H2-RAs, what is the comparative efficacy of different PPIs in reducing symptoms and improving endoscopic healing in adult patients with duodenal ulcer?**

Twenty-seven randomized controlled trials were reviewed. PPIs were more effective at healing than H2-RAs but there were no significant differences in healing rates among the PPIs. One indirect comparison showed pantoprazole to have a significantly higher healing rate than rabeprazole but the confidence interval was large.

**C. In head-to-head comparisons, what is the comparative efficacy of different PPIs in reducing symptoms and improving endoscopic healing in adult patients with gastric ulcer?**

Only one study of fair quality compared one PPI to another. There was no difference in healing rates between rabeprazole and omeprazole. No significant differences in pain resolution or improvement were found in nine of twelve comparisons; minor symptom relief improvement for rabeprazole was shown in three comparisons but no difference in overall well being.

**D. In comparisons of PPIs and H2-RAS what is the comparative efficacy of different PPIs in reducing symptoms and improving endoscopic healing in adult patients with gastric ulcer?**

Fourteen studies compared a PPI to an H2-RA for treatment of gastric ulcer. Confidence intervals for PPIs compared to H2-receptor antagonists all overlap. Pain scales were not consistent across studies or not described.

**E. In head-to head comparisons, what is the comparative efficacy of different PPIs in reducing symptoms and improving endoscopic healing in adult patients with non-steroidal anti-inflammatory drug-induced ulcer?**

No head-to head study comparing one PPI to another was identified.

**F. In comparisons of PPIs and H2-RAs, what is the comparative efficacy of different PPIs in reducing symptoms and improving endoscopic healing in adult patients with non-steroidal anti-inflammatory drug-induced ulcer?**

Four studies assessed PPIs compared to another drug in non-steroidal anti-inflammatory drug-induced ulcer. All confidence intervals overlap, regardless of the comparison. Results for symptoms did not include all indicators that were measured.

**G. In head-to-head comparisons, what is the comparative efficacy of different PPIs in preventing non-steroidal anti-inflammatory drug-induced ulcer?**

No head-to-head study comparing one PPI to another was identified.



**H. In comparisons of PPIs and H2-RAs, what is the comparative efficacy of different PPIs in preventing non-steroidal anti-inflammatory drug induced ulcer?**

One recent, good quality systematic review showed a PPI to be superior to an H2-RA but no head-to-head comparisons of PPIs were identified and no studies were designed to evaluate the effectiveness of PPIs in preventing serious ulcer complications. Symptom assessment and reporting was variable and were not the same at baseline. Evidence is insufficient to identify any differences between PPIs.

**I. In head-to-head comparisons what is the comparative efficacy of different PPIs in improving eradication rates in adult patients with Helicobacter pylori?**

Three new head-to-head trials of PPIs combined with antibiotics for the eradication of Helicobacter pylori revealed that rabeprazole and lansoprazole had similar eradications rates. A recent, good-quality meta-analysis reviewed ▓ head to head trials of PPIs combined with antibiotics in triple therapy regiments for h. pylori eradication. Using omeprazole as the reference for comparison, no difference was found in eradication rates among any of the PPIs.[22]

**J. In comparisons of PPIs and H2-RAs, what is the comparative efficacy of different PPIs in improving eradication rates in adult patients with Helicobacter pylori?**

Four fair-quality systematic reviews showed similar eradication rates for the PPIs compared to the H2-RAs.

> ***The PPI Update Subcommittee agrees by consensus there is no evidence that any PPI has been shown to be superior in comparing outcomes of treatment for gastric ulcer disease, non-steroidal anti-inflammatory drug-induced ulcer, duodenal ulcer, or eradication of Helicobacter pylori.***

**3. WHAT ARE THE COMPARATIVE INCIDENCE AND NATURE OF COMPLICATIONS (SERIOUS OR LIFE-THREATENING OR THOSE THAT MAY ADVERSELY EFFECT COMPLIANCE) OF DIFFERENT PPIs IN ADULT PATIENTS BEING TREATED FOR SYMPTOMS OF GASTROESOPHAGEAL REFLUX, PEPTIC ULCER OR NON-STEROIDAL ANTI-INFLAMMATORY DRUG-INDUCED ULCER?**

---

[22] Vergara M, Vallve M, Gisbert JP et al. Meta-analysis: comparative efficacy of different proton-pump inhibitors in triple therapy for Helicobackter pylori eradication. Alimentary Pharmacology & Therapeutics 2003;18(6):647-54.

### A. Adverse Events

No head-to-head long-term comparison studies designed to assess adverse events among PPIs were identified. Although hyperplasia of enterchromaffin-like (ECL) cells occurs, there has been no progression to ECL carcinoids. Atrophic gastritis is increased with long-term PPI therapy, but progression to intestinal metaplasia and gastric cancer has not been shown. Gastric bacterial overgrowth does occur, but a higher rate of gastric Aden carcinoma has not been shown. No studies were found assessing the risk of esophageal cancer. Several long-term maintenance studies showed similar withdrawal rates. Head-to-head comparisons of PPIs for short-term treatment show very low withdrawal due to adverse events, and there were no differences amongst them. New trials designed to assess maintenance treatment for GERD may provide additional information about long-term adverse effects in patients taking pantoprazole, rabeprazole , or omeprazole.

### B. Drug Interactions

No head-to-head comparative studies of drug interactions with PPIs were identified. Uncontrolled studies in healthy patients may show newer PPIs have less interactions with other drugs than omeprazole, but clinically significant interactions are few and dose monitoring is the only action that needs to be taken.

> *The PPI Update Subcommittee agrees by consensus that no evidence by comparative trials supports a significant difference in the incidence and nature of adverse effects. Based on uncontrolled studies in healthy adults, omeprazole may have more interactions with other drugs than newer PPI's, but monitoring for needed dose adjustments is the only action required.*

4.    **ARE THERE SUBGROUPS OF PATIENTS BASED ON DEMOGRAPHICS, OTHER MEDICATIONS OR CO-MORBIDITIES FOR WHICH ONE MEDICATION OR PREPARATION IS MORE EFFECTIVE OR ASSOCIATED WITH FEWER ADVERSE EFFECTS?**

Two trials showed no impact of age, gender and race on the incidence of adverse effects. Studies of non-steroidal anti-inflammatory drug-induced ulcer included more women than men, likely due to greater prevalence of diseases requiring non-steroidal anti-inflammatory drugs in women, but no gender-based analyses were done. Asian population has a higher incidence of deficiency of the liver enzymes that metabolize PPIs giving the drugs a longer half-life, the adverse effect profiles of the drugs do not differ. Older patients also metabolize PPIs more slowly. One placebo-controlled trial assessed the safety and efficacy of pantoprazole used for 12 months in patients over age 64. No accumulation of drugs has been demonstrated and no dose adjustment is required in either population.

> **The PPI Update Subcommittee agrees by consensus:**
> - *Evidence supporting differences in efficacy or adverse events in subpopulations by gender, race, ethnicity or co-morbidities was not found.*
> - *Although older people and Asians may metabolize proton pump inhibitors more slowly, it is not of clinical significance.*

## Conclusion

In a series of public meetings with the opportunity for public questions, comment and testimony, the Update Subcommittee for Proton Pump Inhibitors of the Health Resources Commission, reviewed the medical evidence comparing the effectiveness and safety of proton pump inhibitors. All available sources of information including OHSU's Evidence-based Practice Center report, *Drug Class Review on Proton Pump Inhibitors*, and additional information presented in public testimony were considered. Using all available sources of information, the subcommittee arrived at the following conclusions as supported by analysis of the medical literature.

> *It is the decision of the PPI Update Subcommittee that the evidence does not demonstrate a clinical difference in efficacy to justify selection of any PPI as clinically superior to the other drugs in the class.*
>
> *This includes consideration of comparative effectiveness and incidence and nature of adverse events between omeprazole, lansoprazole, pantoprazole, rabeprazole and esomeprazole. There are no clinically demonstrable differences amongst the PPIs whether treatment is for GERD, peptic ulcer, non-steroidal ulcer, duodenal ulcer, or eradication of Helicobacter Pylori.*
>
> *No evidence supports difference in efficacy or adverse effects in subpopulations by race and ethnicity, age, gender, or co-morbidities.*

**Walter Shaffer, MD**
*Chair, Health Resources Commission*

**Paul Tiffany**
*Vice Chair, Health Resources Commission*

**Bruce Goldberg, MD**
*Administrator*
*Office for Health Policy & Research*

**Kathleen Weaver, MD**
*Director, Health Resources Commission*
*Office for Health Policy & Research*

**Craig Fausel, MD**
*Chair, PPI Update Committee*

**Health Resources Commission**
Walter Shaffer, MD
Paul Tiffany
Steven DeLashmutt, MD
Dean Haxby, PharmD
James MacKay, MD
Dan Kennedy, RPh
Lynn-Marie Crider
Mark Yerby, MD
Manny Berman
John W. Saultz, MD

**PPI Subcommittee Members**
Craig Fausel, MD, Chair
Don Butsch, RPh
Judy Collins, MD
Tracy Klein, WHCNP
Todd Martin, RPh
Elizabeth Steiner, MD
Kathleen Bakke, MD

# Health Resources Commission

The State of Oregon's Health Resources Commission is a volunteer commission appointed by the Governor. The Health Resources Commission provides a public forum for discussion and development of consensus regarding significant emerging issues related to medical technology. Created by statute in 1991, it consists of four physicians experienced in health research and the evaluation of medical technologies and clinical outcomes; one representative of hospitals; one insurance industry representative; one business representative; one representative of labor organizations; one consumer representative; two pharmacists. All Health Resources Commissioners are selected with conflict of interest guidelines in mind. Any minor conflict of interest is disclosed.

The Commission is charged with conducting medical assessment of selected technologies, including prescription drugs. The Commission may use advisory committees or subcommittees, the members to be appointed by the chairperson of the Commission subject to approval by a majority of the Commission. The appointees have the appropriate expertise to develop a medical technology assessment. Subcommittee meetings and deliberations are public, where public testimony is encouraged. Subcommittee recommendations are presented to the Health Resources Commission in a public forum. The Commission gives strong consideration to the recommendations of the advisory subcommittee meetings and public testimony in developing its final reports.

EXHIBIT EE

# REDACTED IN FULL

EXHIBIT FF

# REDACTED IN FULL

EXHIBIT GG

# REDACTED IN FULL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of December, 2005, the attached **TAP**

**PHARMACEUTICAL PRODUCTS INC.'S APPENDIX IN SUPPORT OF ITS**

**OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT VOLUME II**

was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                    <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE  19801

Harold P. Weinberger, Esquire                              <u>VIA FEDERAL EXPRESS</u>
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


                                          */s/ Lauren E. Maguire*
                                          _____
                                          Lauren E. Maguire

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2005, the attached **PUBLIC**

**VERSION OF TAP PHARMACEUTICAL PRODUCTS INC.'S APPENDIX IN**

**SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY**

**JUDGMENT VOLUME II** was served upon the below-named counsel of record at the address

and in the manner indicated:

Josy W. Ingersoll, Esquire                                  HAND DELIVERY
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE  19801

Harold P. Weinberger, Esquire                              VIA FEDERAL EXPRESS
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


                                        */s/ Lauren E. Maguire*
                                        _____

                                        Lauren E. Maguire