# EXHIBIT A



vms

| | | |
|---|---|---|
| **PRODUCT** Nexium | | **LENGTH** 60 |
| **MARKET** New York, NY | | **STATION** WCBS |
| **PROGRAM** News | | **DATE** 09/09/2004 |
| **CODE #** 040902353 | | **TIME** 05:42 PM |
| **TITLE** Man Talks About Better | | **REV OF #** 040902043 |



(MUSIC IN) MAN: Let's talk about better.



When someone says something's better, it's usually just their opinion.



So if you suffer from acid reflux disease, frequent heartburn

SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE, MAY BE ACID REFLUX DISEASE.



and I told you prescription Nexium heals acid-related damage in the esophagus better, you'd want proof.

SUPER: OVER TIME, ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS



And now, your doctor has that proof. Recent medical studies prove

SUPER: STUDIES VS. PREVACID(LANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE.



Nexium heals that damage better than the other leading prescription medicine.



No wonder they call Nexium the healing purple pill. This is big news,

SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY.



so call your doctor today and ask if Nexium is right for you



because if left untreated, the damage could get worse. Other serious stomach conditions may still exist. The most common side effects of Nexium



are headache, diarrhea and abdominal pain. Hey, with Nexium, you don't just feel better, you are better.

SUPER: SEE OUR AD IN COOKING LIGHT/PURPLEPILL.COM

And better is better.

SUPER: 1-800-4-NEXIUM/PURPLEPILL.COM.

FREE TRIAL OFFER
Purplepill.com

For a free trial offer for Nexium, visit us at purplepill.com or call 1-800-4-NEXIUM. (MUSIC OUT)

_____ VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS _____

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

330 West 42nd Street New York NY 10036 T: 212 736 2010



**v m s**

| | | | |
|---|---|---|---|
| **PRODUCT** | Nexium | **LENGTH** | 45 |
| **MARKET** | New York, NY | **STATION** | WNBC |
| **PROGRAM** | Today | **DATE** | 09/09/2004 |
| **CODE #** | 040902043 | **TIME** | 09:23 AM |
| **TITLE** | Man Talks About Better | | |



(MUSIC IN) MAN: Let's talk about better.



When someone says something's better, it's usually just there opinion. So if you suffer from acid reflux disease,



frequent heartburn and I told you prescription Nexium heals acid related

SUPER: PERSISTENT HEARTBURN, 2 OR MORE DAYS A WEEK, DESPITE TREATMENT AND DIET CHANGE MAY BE ACID REFLUX DISEASE.



damage in the esophagus better, you'd want proof.

SUPER: OVER TIME ACID CAN CAUSE DAMAGE YOUR DOCTOR WOULD DIAGNOSE AS EROSIVE ESOPHAGITIS.



And now your doctor has that proof.

SUPER: STUDIES VS. PREVACID (IANSOPRAZOLE) IN PATIENTS WITH MODERATE TO SEVERE DAMAGE.



Recent medical studies prove Nexium heals that damage better than the other leading prescription medicine. (GRFX: NEXIUM (ESOMEPRAZOLE MAGNESIUM)



No wonder they call Nexium the healing purple pill. So call your doctor today and ask if Nexium is right for you.

SUPER: MOST ESOPHAGEAL EROSIONS HEAL IN 4 TO 8 WEEKS. YOUR RESULTS MAY VARY.



Because if left untreated, the damage could get worse.



Other serious stomach conditions still may exist.



The most common side effects of Nexium are headache, diarrhea

SUPER: SEE OUR AD IN COOKING LIGHT/ PURPLEPILL.COM



and abdominal pain. Hey, with Nexium

SUPER: 1-800-4-NEXIUM



you just don't feel better, you are better. And better is better. (MUSIC OUT)

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

330 West 42nd Street, New York, NY 10036 T 212 736 2010

# EXHIBIT B

# REDACTED IN FULL

# EXHIBIT C

```
 1

 2

 3        IN THE UNITED STATES DISTRICT COURT

 4          FOR THE DISTRICT OF DELAWARE

 5                  -   -   -

 6   ASTRAZENECA L.P,      : CIVIL ACTION
             Plaintiff,   :
 7                        :
        -against-         :
 8                        :
     TAP PHARMACEUTICAL   : CASE NO. 04-1332(KAJ)
 9   PRODUCTS, INC.,      :
             Defendant.   :
10
                  -   -   -
11

           Philadelphia, Pennsylvania
12         Tuesday, November 1, 2005
13                  -   -   -
14         Pretrial Examination of SUSAN
15   SCHWARTZ McDONALD, taken pursuant to notice,
16   at the law offices of Morgan, Lewis & Bockius,
17   LLP, 1701 Market Street, on the above date,
18   beginning at approximately 9:30 a.m., before
19   Debra Ann Whitehead, an Approved Reporter of
20   the United States District Court and Notary
21   Public.
22                  -   -   -
23

24

25
```

1          Susan Schwartz McDonald, Ph.D.

2     that's a possibility; in other words, that it

3     is possible that, in any given case, the

4     question of whether a consumer is misled may

5     turn on why the consumer took away that

6     message?

7          A.   On why they took that message away?

8               Do you mean what existing context

9     was in their head, what particular

10    apprehensions or misapprehensions they might

11    have from other places?

12              I'm not sure what you mean.

13         Q.   Okay.  If a consumer knows

14    everything there is to know about a particular

15    subject matter, and, based upon that, would

16    come to a certain belief, and he comes to that

17    same belief after seeing the commercial, is

18    that person being misled?

19         A.   It's a hypothetical that I don't

20    really know how to grapple with, because it

21    strikes me as impossible or unlikely.

22         Q.   What is being misled, in your mind?

23    What is the definition of someone being

24    misled?  Not the legal.

25              MR. MORRISON:  I object to this

1          Susan Schwartz McDonald, Ph.D.

2   Let me start over again.

3       A.   Sorry.

4       Q.   You are not prepared to acknowledge

5   as a general rule that, where people are not

6   specifically listening for or attuned to an

7   issue, they are less likely to feed it back to

8   you in response to an open-ended question; is

9   that right?

10      A.   Not absolutely, that's correct.

11      Q.   Let's talk about controls.

12           As I understand your view here, you

13  are saying a control is not necessary in this

14  case because there is no dispute that the ad

15  is comparative, and the only issue is what's

16  being compared; is that a fair summary?

17      A.   Yes.

18      Q.   Where does that come from?

19      A.   I'm sorry?

20      Q.   Where does that come from, that

21  limitation, that a control is not necessary in

22  that situation?

23      A.   Well, the origin of controls, I

24  think, is the -- at least as I observed it,

25  because in my early career controls were not

Page 120

1          Susan Schwartz McDonald, Ph.D.

2    the close-ended questions, other than the fact

3    that they gave people an option of both?

4      A.    Oh, in particular the -- in the ad,

5    the first survey, they are turgid in the

6    extreme and difficult to follow.

7          And the more people have to read and

8    the harder they have to work, the less they

9    are really paying attention to those

10   responses.

11         So, yes, I do.

12     Q.    And that was not a problem in the

13   second, was it?

14     A.    My recollection was that it was a

15   leaner set of responses.

16     Q.    Any other?  I want to have all the

17   criticisms.

18         Are there any other criticisms that

19   you have of Dr. Dupont's close-ended questions

20   in either of these surveys?

21     A.    I believe that that's all that I --

22   and I think both of them were reflected in my

23   report.

24     Q.    Right.

25         And there are no others, that you

1              Susan Schwartz McDonald, Ph.D.

2    internet ad?

3        A.   I don't know.  I don't know, that's

4    why I feel I can run over the answer to that.

5    I don't know.

6        Q.   Would that influence your opinion in

7    any way, if you knew the answer to those

8    questions?

9        A.   No.

10       Q.   Would you turn to Page 19, which is

11   the section which is entitled My Own Analysis

12   and Conclusions.

13            You said you take issue with a few

14   of the methodological decisions Dr. Dupont has

15   made.

16            Are there any disagreements you have

17   with those decisions that we haven't talked

18   about?

19       A.   No.

20       Q.   You say that Dr. Dupont correctly

21   sought to determine whether consumers

22   generalized claims of Nexium superiority under

23   a narrow set of circumstances to the product's

24   overall performance in providing relief of

25   acid reflux for the vast majority of

1         Susan Schwartz McDonald, Ph.D.

2    consumers.

3         What questions in the Dupont survey

4    ask about or address the issue of the vast

5    majority of consumers?

6    A.    It is really encoded, if you will,

7    in the response of any given consumer who is

8    kind of a typical consumer.

9         So wording doesn't have to be

10   present in the question; it is an inference

11   that one draws from the data that you elicit

12   when you structure the questionnaire in a

13   particular way, using a particular sample

14   frame.

15   Q.    That's the sole basis for your

16   conclusion that this survey addresses issues

17   relating to the vast majority of consumers?

18   A.    Yes.

19   Q.    You say that on Page 19, "Any

20   consumer who comes away from those ads

21   believing that Nexium provides superior relief

22   of acid reflux, or superior relief of all

23   erosive esophagitis, has been misled."

24        So I take it that you are concluding

25   not just what's being communicated to the

Page 154

1          Susan Schwartz McDonald, Ph.D.

2              (Document marked for

3          identification as McDonald Exhibit 2.)

4   BY MR. WEINBERGER:

5      Q.   How did you come to prepare this

6   supplemental report?

7      A.   Tom Morrison mentioned to me that he

8   had some additional material in his possession

9   which I had not seen when I prepared my expert

10  report.

11          And he wanted me to review it and

12  file an addendum if I thought that there was

13  information in that set of materials that was

14  relevant to the case.

15     Q.   And you did, I think you did,

16  outline the materials.  We did get a list of

17  the materials.

18     A.   Yes.

19     Q.   Some of those materials came from

20  Saatchi & Saatchi?

21     A.   Some were from the agency.

22  Actually, I can't speak to the source.

23          I have a, you know, series of things

24  that include market research reports from

25  various companies, and so on.

Page 155

1              Susan Schwartz McDonald, Ph.D.

2       Q.   Just to be clear, in reaching the

3    conclusions that you reached, which we will

4    get to in a minute, did you assume that any

5    statements made by Saatchi & Saatchi in any

6    documents written by Saatchi & Saatchi were

7    attributable to AstraZeneca?

8       A.   You know, I'm not even sure I knew

9    which statements were made by Saatchi &

10   Saatchi.  I relied primarily on the kinds of

11   questions that were asked in various research

12   activities.

13      Q.   Market research?

14      A.   Yes; and the responses.

15      Q.   You did see some memos in Saatchi &

16   Saatchi?

17      A.   I did.

18      Q.   And did you rely on them?

19      A.   My recollection, not a whole lot, if

20   at all.  I would have to see them to remind

21   myself.  But, no, primarily not.

22      Q.   Now, the nature of your opinion with

23   respect to the studies and the memos --

24   withdrawn.

25           You state here in Paragraph 2 that

1          Susan Schwartz McDonald, Ph.D.

2    you reviewed a series of documents that

3    included market research, questionnaires, et

4    cetera.  And then you say, "as well as some

5    memos characterizing marketing objectives and

6    promotional options."

7          And those memos included memos from

8    Saatchi & Saatchi?

9      A.    They may have.  I wasn't really sure

10   who was who.  It wasn't clear to me who was

11   agency, who was AstraZeneca.

12     Q.    And what did you conclude from all

13   of that?

14     A.    Well --

15     Q.    Let's go one at a time.  So I think

16   it is easier if I ask -- no.  You answer the

17   question, and I will come back to it.

18     A.     Well, it appeared to me, based on

19   the inferences that I could draw, that

20   AstraZeneca really was attempting to leverage

21   the data that they had about healing --

22   superior healing in erosive esophagitis to

23   evoke impressions of broad superiority in

24   other conditions.

25          And that was a goal, and certainly

Page 159

1              Susan Schwartz McDonald, Ph.D.

2    Is that right?

3         A.    That's right.

4         Q.    And that's factual issues that you

5    are giving opinions on; is that correct?

6         A.    Well, it's -- as opposed to what

7    other kinds of issues?  I am sorry.

8         Q.    What expertise are you bringing to

9    bear on reviewing documents which AstraZeneca

10   says what it is trying to do and reviewing

11   documents as to whether or not it succeeded,

12   other than giving factual testimony?

13        A.    I'm sorry.  I am really confused.

14        Q.    What opinions -- what expertise are

15   you bringing to bear to render opinions in

16   reviewing these documents?

17        A.    I am sorry.  What I do for a living

18   as a marketing consultant, who reads this kind

19   of data all the time.

20        Q.    But you are giving factual

21   testimony, are you not?

22        A.    I'm not sure.  I thought I was

23   giving opinion throughout.  I have done

24   nothing but proffer opinions.

25        Q.    So you are saying you are giving an

Susan Schwartz McDonald, Ph.D.

1                 Susan Schwartz McDonald, Ph.D.

2    opinion.  Let's take it one at a time.

3                 You are giving an opinion as to what

4    AstraZeneca's intent was; is that right?

5       A.    I am drawing an inference about what

6    their intent was, and I am drawing a

7    conclusion about what they succeeded in doing.

8       Q.    And you think that's a matter of

9    expert opinion, as opposed to something that a

10   finder of fact is supposed to decide?

11      A.    I can't speak to that.  I was shown

12   data, I drew some conclusions about that data.

13                That kind of data is very much in my

14   realm of established expertise, as someone who

15   does marketing for a living --

16      Q.    Maybe.

17      A.    -- deals with this kind of stuff.

18                So I was totally comfortable and

19   remain totally comfortable in offering

20   observations about this data.

21      Q.    Nevertheless, whether this is a

22   factual issue that is appropriate for a judge

23   or a jury to decide is not something you can

24   comment on; is that correct?

25                MR. MORRISON:  Obviously.

# EXHIBIT D

D² Research        71 South Glen Road        Kinnelon, NJ 07405        100-5-04

## PRESCRIPTION DRUG COPY TEST – RESPONDENT RECORD

**STAPLE THIS PAGE ON TOP OF THE SCREENER**

**For Office Use Only**

**ID#**

### PLEASE PRINT CLEARLY

NAME_____

PHONE NUMBER (_____)_____
*(If respondent gives phone number in another part of the country, determine when respondent will be available at that number.)*

INTERVIEWER'S NAME_____

DATE OF INTERVIEW_____

TIME STARTED_____ TIME ENDED_____

**INTERVIEWER: YOU MUST SIGN BELOW OR THE INTERVIEW WILL NOT BE VALID!**

I personally interviewed the respondent whose name appears on this questionnaire. I was not acquainted with the respondent prior to the interview. I asked the questions exactly as written and recorded the answers exactly as given.

_____        _____
(INTERVIEWER'S SIGNATURE)            (DATE)

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

**PRESCRIPTION DRUG COPY TEST SCREENER**

| | | | |
|---|---|---|---|
| MALE | 1 | CHECK | FOR OFFICE USE ONLY    5 |
| FEMALE | 2 | QUOTA | |

Circle your city code:

01    03    05    07    09    11    13    15    17    19          6-7
02    04    06    08    10    12    14    16    18    20

Hello, my name is _____ of D Squared Research. We are doing a survey in the mall today. May I ask you a few questions?

1. I'm supposed to interview people in different age groups. Is your age....(READ OFF)



| | | |
|---|---|---|
| UNDER 25 | 1 | TERMINATE |
| 25 – 34 | 2 | |
| 35 – 49 | 3 | |
| 50 – 64 | 4 | |
| 65 & OVER | 5 | |
| REFUSED | 6 | TERMINATE |

8

S1 TERMINATE: UNDER 25, REFUSED

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

2. In the past six months, have you taken any medicines to treat (READ OFF ONE BY ONE).

| | Yes | No | |
|---|---|---|---|
| Headaches or body aches? | 1 | 2 | 9 |
| Heartburn or acid reflux disease? | 1 | 2  → SKIP TO Q. 4 | 10 |
| Allergies or hay fever | 1 | 2 | 11 |

3. Thinking about the medicines you have taken in the past six months to treat heartburn or acid reflux disease, have you taken prescription medicines, over-the-counter medicines, or both?

| | | |
|---|---|---|
| PRESCRIPTION (ONLY) | 1 | → SKIP TO Q. 6 |   12
| OTC (ONLY) | 2 | → GO ON TO Q. 4 |
| BOTH | 3 | → SKIP TO Q. 6 |

**PLEASE TURN PAGE OVER**

4. In the next six months, do you think it is <u>likely</u> or <u>not likely</u> that you will take any medicines to treat heartburn or acid reflux disease?

| | | |
|---|---|---|
| LIKELY | 1 | 13 |
| NOT LIKELY | 2 TERMINATE | |
| DON"T KNOW | 3 TERMINATE | |

| S4 TERMINATE:  NOT LIKELY/DON'T KNOW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

5. If you were to take medicine in the next six months to treat heartburn or acid reflux disease, do you think you are likely to take prescription medicine, over the counter medicine, or both?

| | | |
|---|---|---|
| PRESCRIPTION (ONLY) | 1   → GO ON TO Q. 6 | 14 |
| OTC (ONLY) | 2 TERMINATE | |
| BOTH | 3   → GO ON TO Q. 6 | |

| S5 TERMINATE:  OTC ONLY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

6. Are you employed ...(READ OFF ONE BY ONE)

| | NO | YES | |
|---|---|---|---|
| IN THE HEALTH CARE FIELD | 1 | TERMINATE | 15 |
| BY A MARKETING RESEARCH COMPANY | 1 | 2 TERMINATE | 16 |
| BY ANY OF THE STORES HERE IN THE MALL | 1 | 3 TERMINATE | 17 |



| S6 TERMINATE:  SENSITIVE INDUSTRY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

7. Do you normally wear eyeglasses or contacts to read or watch TV?

| | | | |
|---|---|---|---|
| YES | 1 | (ASK Q. 8) | 18 |
| NO | 2 | RECRUIT | |

8. Do you have your glasses/contacts with you?

| | | | |
|---|---|---|---|
| YES | 1 | RECRUIT | 19 |
| NO | 2 | TERMINATE | |

| S8 TERMINATE:  NO GLASSES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**RECRUITMENT STATEMENT:**

The rest of the interview will take less than 10 minutes and I think you'll find it interesting.  However, I'm not allowed to conduct the interview here on the mall.  I'd appreciate it if you would come with me to our office, just a few steps away.

| QUALIFIED REFUSAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

### PRESCRIPTION DRUG COPY TEST
### PINK QUESTIONNAIRE          ROTATION 1          20-1

I'm going to show you a TV commercial that you may or may not have seen before. Please look at it in a natural and relaxed way, as you would if watching TV in your own home. If you want to move your chair closer or farther away from the TV you can. If you wear glasses or contacts when you watch TV, please put them on now. You will see the same commercial twice.

**RUN TAPE SO COMMERCIAL SHOWS TWICE AND THEN STOP TAPE AT END.**

Now, I'd like to ask you some questions about what that commercial communicated to you. Please base your answers only on the commercial you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1. Please tell me what that commercial communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

_____    21

_____    

_____    22

_____    

_____    23

_____    

_____    24

_____    

_____    25

_____    

_____    

Page 1

2. What else, if anything, did that commercial communicate to you about Nexium?  (PROBE
   ONCE ONLY:  "Anything else?")  (RECORD RESPONSE VERBATIM.)

                                                                                    26

_____    27

_____

_____    28

_____

_____    29

_____

_____    30

**SAY TO RESPONDENT:**

Now I'm going to ask you about some more specific things.  I have to ask everyone the same questions, no
matter what they have already told me, so please answer my questions as completely as you can, even if
you think you will be repeating something you've already told me.

3. Do you recall the commercial saying Nexium was <u>better</u>?

                                                                                    31
YES            1
NO             2    → SKIP TO Q. 6
DON'T KNOW     3    → SKIP TO Q.6

4. Did the commercial tell you what Nexium was better at <u>doing</u>?

                                                                                    32
YES            1
NO             2    → SKIP TO Q. 6
DON'T KNOW     3    → SKIP TO Q.6

5. What did the commercial tell you Nexium was better at doing?  (PROBE ONCE ONLY:
   Anything else?)  (RECORD RESPONSE VERBATIM)

33

_____

34

_____

_____

35

_____

_____

36

_____

_____

37

6. (HAND RESPONDENT PINK CARD 1)  Thinking about what the commercial communicated to you, which
   one statement on this card best describes what the commercial communicated to you about how
   Nexium compares with other products?  You can just read me the number next to the answer that you
   pick.

38

   It said Nexium heals damage to the esophagus better than the other leading          1
   prescription medicines, but did not say it was better than the other leading prescription
   medicines at relieving the symptoms of acid reflux disease, such as heartburn

   It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better   2
   than the other leading prescription medicines, but did not say it was better than the
   other leading prescription medicines at healing damage to the esophagus

   It said Nexium is better than the other leading prescription medicines both at healing   3
   damage to the esophagus and at relieving the symptoms of acid reflux disease, such
   as heartburn

   None of the above describe what the commercial communicated to me               4

   Don't Know                                                                        5

That's the end of our survey.  Thank you very much for your cooperation.  One of our other interviewers
may call you in the next few days simply to verify that this interview was conducted.  That's a routine
procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN FOLLOWING ORDER

   RESPONDENT RECORD

   SCREENER

   MAIN QUESTIONNAIRE

REWIND THE TAPE

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

## PRESCRIPTION DRUG COPY TEST
## BLUE QUESTIONNAIRE          ROTATION 2          20-2

I'm going to show you a TV commercial that you may or may not have seen before. Please look at it in a natural and relaxed way, as you would if watching TV in your own home. If you want to move your chair closer or farther away from the TV you can. If you wear glasses or contacts when you watch TV, please put them on now. You will see the same commercial twice.

RUN TAPE SO COMMERCIAL SHOWS TWICE AND THEN STOP TAPE AT END.

Now, I'd like to ask you some questions about what that commercial communicated to you. Please base your answers only on the commercial you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1.  Please tell me what that commercial communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

_____  21
_____
_____  22
_____
_____  23
_____
_____  24
_____
_____  25
_____
_____

Page 1

**2. What else, if anything, did that commercial communicate to you about Nexium?  (PROBE ONCE ONLY:  "Anything else?")  (RECORD RESPONSE VERBATIM.)**    26

_____    27

_____

_____    28

_____

_____    29

_____

_____    30

**SAY TO RESPONDENT:**

Now I'm going to ask you about some more specific things.  I have to ask everyone the same questions, no matter what they have already told me, so please answer my questions as completely as you can, even if you think you will be repeating something you've already told me.

**3.  Do you recall the commercial saying Nexium was <u>better</u>?**    31

|  |  |  |
|---|---|---|
| YES | 1 | |
| NO | 2 | → SKIP TO Q. 6 |
| DON'T KNOW | 3 | → SKIP TO Q.6 |

**4.  Did the commercial tell you what Nexium was better at <u>doing</u>?**    32

|  |  |  |
|---|---|---|
| YES | 1 | |
| NO | 2 | → SKIP TO Q. 6 |
| DON'T KNOW | 3 | → SKIP TO Q.6 |

Page 2

5. What did the commercial tell you Nexium was better at doing?  (PROBE ONCE ONLY:
   Anything else?)  (RECORD RESPONSE VERBATIM)                                                    33

_____                                                34

_____

_____                                                35

_____

_____                                                36

_____

_____                                                37

6. (HAND RESPONDENT BLUE CARD 1)  Thinking about what the commercial communicated to you, which
   one statement on this card best describes what the commercial communicated to you about how
   Nexium compares with other products?  You can just read me the number next to the answer that you
   pick.

   It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better          1
   than the other leading prescription medicines, but did not say it was better than the
   other leading prescription medicines at healing damage to the esophagus

   It said Nexium is better than the other leading prescription medicines both at healing          2
   damage to the esophagus and at relieving the symptoms of acid reflux disease, such
   as heartburn

   It said Nexium heals damage to the esophagus better than the other leading                      3
   prescription medicines, but did not say it was better than the other leading prescription
   medicines at relieving the symptoms of acid reflux disease, such as heartburn

   None of the above describe what the commercial communicated to me                               4

   Don't Know                                                                                      5

That's the end of our survey.  Thank you very much for your cooperation.  One of our other interviewers
may call you in the next few days simply to verify that this interview was conducted.  That's a routine
procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN <u>FOLLOWING ORDER</u>

   RESPONDENT RECORD

   SCREENER

   MAIN QUESTIONNAIRE

# REWIND THE TAPE

D² Research          71 South Glen Road          Kinnelon, NJ 07405          #100-5-04

## PRESCRIPTION DRUG COPY TEST
## YELLOW QUESTIONNAIRE          ROTATION 3          20-3

I'm going to show you a TV commercial that you may or may not have seen before. Please look at it in a natural and relaxed way, as you would if watching TV in your own home. If you want to move your chair closer or farther away from the TV you can. If you wear glasses or contacts when you watch TV, please put them on now. You will see the same commercial twice.

RUN TAPE SO COMMERCIAL SHOWS TWICE AND THEN STOP TAPE AT END.

Now, I'd like to ask you some questions about what that commercial communicated to you. Please base your answers only on the commercial you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1.  Please tell me what that commercial communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

_____     21

_____

_____     22

_____

_____     23

_____

_____     24

_____

_____     25

_____

_____

2.  What else, if anything, did that commercial communicate to you about Nexium?  (PROBE
    ONCE ONLY:  "Anything else?")  (RECORD RESPONSE VERBATIM.)

26

_____

_____     27

_____

_____     28

_____

_____     29

_____

_____     30

**SAY TO RESPONDENT:**

**Now I'm going to ask you about some more specific things.  I have to ask everyone the same questions, no
matter what they have already told me, so please answer my questions as completely as you can, even if
you think you will be repeating something you've already told me.**

3.  Do you recall the commercial saying Nexium was <u>better</u>?

|  |  |  | 31 |
|---|---|---|---|
| YES | 1 | |  |
| NO | 2 | → SKIP TO Q. 6 |  |
| DON'T KNOW | 3 | → SKIP TO Q.6 |  |

4.  Did the commercial tell you what Nexium was better at <u>doing</u>?

|  |  |  | 32 |
|---|---|---|---|
| YES | 1 | |  |
| NO | 2 | → SKIP TO Q. 6 |  |
| DON'T KNOW | 3 | → SKIP TO Q.6 |  |

5. What did the commercial tell you Nexium was better at doing? (PROBE ONCE ONLY: Anything else?) (RECORD RESPONSE VERBATIM)

33

_____

34

_____

_____

35

_____

_____

36

_____

_____

37

6. (HAND RESPONDENT YELLOW CARD 1) Thinking about what the commercial communicated to you, which <u>one</u> statement on this card best describes what the commercial communicated to you about how Nexium compares with other products? You can just read me the number next to the answer that you pick.

| | |
|---|---|
| It said Nexium is better than the other leading prescription medicines both at healing damage to the esophagus and at relieving the symptoms of acid reflux disease, such as heartburn | 1 |
| It said Nexium heals damage to the esophagus better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at relieving the symptoms of acid reflux disease, such as heartburn | 2 |
| It said Nexium relieves the symptoms of acid reflux disease, such as heartburn, better than the other leading prescription medicines, but did not say it was better than the other leading prescription medicines at healing damage to the esophagus | 3 |
| None of the above describe what the commercial communicated to me | 4 |
| Don't Know | 5 |

That's the end of our survey. Thank you very much for your cooperation. One of our other interviewers may call you in the next few days simply to verify that this interview was conducted. That's a routine procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN <u>FOLLOWING ORDER</u>

    RESPONDENT RECORD

    SCREENER

    MAIN QUESTIONNAIRE

REWIND THE TAPE

# EXHIBIT E

# REDACTED IN FULL

# EXHIBIT F

Table 6 Page 12

Q1/2:  What communicated/What else?  (Net Unduplicated Mentions)

|  | TOTAL | Test | Control |
|---|---|---|---|
| TOTAL | 479<br>100.0 | 240<br>100.0 | 239<br>100.0 |
| Non-comparative Responses (Net) | 400<br>83.5% | 204<br>85.0% | 196<br>82.0% |
| Relieves/treats/heals/cures symptoms (Net) | 306<br>63.9% | 167<br>69.6% | 139<br>58.2% |
| Relieves/treats/heals/cures acid reflux | 206<br>43.0% | 123<br>51.3% | 83<br>34.7% |
| Relieves/treats/heals/cures heartburn/ burning | 119<br>24.8% | 65<br>27.1% | 54<br>22.6% |
| Relieves/treats/heals/cures stomach problems/other acid problems | 38<br>7.9% | 17<br>7.1% | 21<br>8.8% |
| Relieves/treats/heals (what unspecified) | 6<br>1.3% | 3<br>1.3% | 3<br>1.3% |
| Studies prove it heals (what unspecified) | 1<br>0.2% | 1<br>0.4% | – |
| Heals rather than just relieving | 2<br>0.4% | 2<br>0.8% | – |
| Relieves/treats/heals fast/in 4-6 weeks | 10<br>2.1% | 7<br>2.9% | 3<br>1.3% |
| Reduces/controls acid | 3<br>0.6% | 1<br>0.4% | 2<br>0.8% |
| Prevents acid reflux/heartburn | 8<br>1.7% | 4<br>1.7% | 4<br>1.7% |
| Heals damage (Net) | 151<br>31.5% | 76<br>31.7% | 75<br>31.4% |
| Heals esophagus/throat/damage to esophagus/throat | 95<br>19.8% | 52<br>21.7% | 43<br>18.0% |
| Heals stomach/damage to stomach | 9<br>1.9% | 5<br>2.1% | 4<br>1.7% |
| Heals damage caused by acid reflux | 37<br>7.7% | 9<br>3.8% | 28<br>11.7% |
| Heals damage (to what unspecified) | 11<br>2.3% | 3<br>1.3% | 8<br>3.3% |
| Prevents damage to esophagus | 13<br>2.7% | 9<br>3.8% | 4<br>1.7% |
| Other ref. To treatment (Net) | 105<br>21.9% | 54<br>22.5% | 51<br>21.3% |

Table 6 Page 13
(Continued)

Q1/2: What communicated/What else? (Net Unduplicated Mentions)

| | TOTAL | Test | Control |
|---|---|---|---|
| Need to treat acid reflux | 35<br>7.3% | 14<br>5.8% | 21<br>8.8% |
| Acid reflux can damage esophagus | 10<br>2.1% | 6<br>2.5% | 4<br>1.7% |
| Good/works well/takes care of you/<br>makes you feel better | 45<br>9.4% | 26<br>10.8% | 19<br>7.9% |
| Works fast | 19<br>4.0% | 11<br>4.6% | 8<br>3.3% |
| Other non-comparative statements | 297<br>62.0% | 142<br>59.2% | 155<br>64.9% |
| Side effects | 117<br>24.4% | 56<br>23.3% | 61<br>25.5% |
| Talked about heartburn/acid/acid<br>reflux | 8<br>1.7% | 5<br>2.1% | 3<br>1.3% |
| Purple pill/healing purple pill | 124<br>25.9% | 51<br>21.3% | 73<br>30.5% |
| See your doctor/ask if right for you | 62<br>12.9% | 25<br>10.4% | 37<br>15.5% |
| Rx product | 28<br>5.8% | 17<br>7.1% | 11<br>4.6% |
| Doctors recommend/prescribe | 19<br>4.0% | 12<br>5.0% | 7<br>2.9% |
| Nexium/Try/buy Nexium | 13<br>2.7% | 10<br>4.2% | 3<br>1.3% |
| All other non-comparative | 32<br>6.7% | 14<br>5.8% | 18<br>7.5% |
| Comparative Responses (Net) | 204<br>42.6% | 111<br>46.3% | 93<br>38.9% |
| Relieves/treats/heals/cures symptoms<br>better/best (Net) | 50<br>10.4% | 33<br>13.8% | 17<br>7.1% |
| Relieves/treats/heals/cures acid<br>reflux better/best | 32<br>6.7% | 26<br>10.8% | 6<br>2.5% |
| Relieves/treats/heals/cures heartburn/<br>burning better/best | 14<br>2.9% | 9<br>3.8% | 5<br>2.1% |
| Relieves/treats/heals/cures stomach<br>problems/other acid problems better/<br>best | 5<br>1.0% | 1<br>0.4% | 4<br>1.7% |

Table 6 Page 14
(Continued)

Q1/2:  What communicated/What else?  (Net Unduplicated Mentions)

| | TOTAL | Test | Control |
|---|---|---|---|
| Relieves/treats/heals better/best (what unspecified) | 1<br>0.2% | – | 1<br>0.4% |
| Relieves/treats/heals/cures acid reflux faster | 2<br>0.4% | 1<br>0.4% | 1<br>0.4% |
| Prevents acid reflux/heartburn better | 1<br>0.2% | – | 1<br>0.4% |
| Better at making you feel better | 1<br>0.2% | – | 1<br>0.4% |
| **Heals/relieves damage better/best (Net)** | **49<br>10.2%** | **18<br>7.5%** | **31<br>13.0%** |
| Heals/relieves esophagus/throat/ damage to esophagus/throat better/ best | 22<br>4.6% | 5<br>2.1% | 17<br>7.1% |
| Heals/relieves moderate/severe damage to esophagus/throat better/best | 1<br>0.2% | 1<br>0.4% | – |
| Heals/relieves problems with esophagus/throat better/best | 1<br>0.2% | – | 1<br>0.4% |
| Heals/relieves stomach/damage to stomach better/best | 10<br>2.1% | 5<br>2.1% | 5<br>2.1% |
| Heals/relieves damage caused by acid reflux better/best | 6<br>1.3% | 3<br>1.3% | 3<br>1.3% |
| Heals/relieves damage better/best (to what unspecified) | 3<br>0.6% | – | 3<br>1.3% |
| Better because it heals esophagus | 4<br>0.8% | 2<br>0.8% | 2<br>0.8% |
| Gets to damage faster | 1<br>0.2% | – | 1<br>0.4% |
| Better at preventing damage to esophagus | 2<br>0.4% | 2<br>0.8% | – |
| **Other "better" statements (Net)** | **125<br>26.1%** | **70<br>29.2%** | **55<br>23.0%** |
| Studies prove it's better | 15<br>3.1% | 8<br>3.3% | 7<br>2.9% |
| Better is better | 12<br>2.5% | 6<br>2.5% | 6<br>2.5% |
| Better (NFI) | 85<br>17.7% | 46<br>19.2% | 39<br>16.3% |

Table 6 Page 15
(Continued)

Q1/2:  What communicated/What else?  (Net Unduplicated Mentions)

|  | TOTAL | Test | Control |
|---|---|---|---|
| Better than (specific product) | 7<br>1.5% | 5<br>2.1% | 2<br>0.8% |
| Better than OTC | 8<br>1.7% | 6<br>2.5% | 2<br>0.8% |
| Heals better (what unspecified, no mention of damage) | 4<br>0.8% | 3<br>1.3% | 1<br>0.4% |
| All other "better" statements | 4<br>0.8% | 4<br>1.7% | -- |
| They say it's better but it's not | 1<br>0.2% | 1<br>0.4% | -- |

Table 9 Page 18

Q5:  What did the commercial tell you Nexium was better at doing?

|  | TOTAL | Test | Control |
|---|---|---|---|
| TOTAL | 479<br>100.0 | 240<br>100.0 | 239<br>100.0 |
| Total Asked (Said commercial told what Nexium better at doing) | 375<br>78.3% | 206<br>85.8% | 169<br>70.7% |
| Non-comparative Responses (Net) | 15<br>3.1% | 13<br>5.4% | 2<br>0.8% |
| Relieves/treats/heals/cures symptoms (Net) | 4<br>0.8% | 4<br>1.7% | - |
| Relieves/treats/heals/cures acid reflux | 3<br>0.6% | 3<br>1.3% | |
| Heals rather than just relieving | 1<br>0.2% | 1<br>0.4% | - |
| Heals damage (Net) | 2<br>0.4% | 2<br>0.8% | - |
| Heals esophagus/throat/damage to esophagus/throat | 1<br>0.2% | 1<br>0.4% | - |
| Prevents damage to esophagus | 1<br>0.2% | 1<br>0.4% | - |
| Other ref. To treatment (Net) | 10<br>2.1% | 8<br>3.3% | 2<br>0.8% |
| Need to treat acid reflux | 1<br>0.2% | - | 1<br>0.4% |
| Acid reflux can damage esophagus | 1<br>0.2% | 1<br>0.4% | - |
| Good/works well/takes care of you/ makes you feel better | 4<br>0.8% | 4<br>1.7% | - |
| Works fast | 4<br>0.8% | 3<br>1.3% | 1<br>0.4% |
| Other non-comparative statements | 38<br>7.9% | 18<br>7.5% | 20<br>8.4% |
| Side effects | 2<br>0.4% | 1<br>0.4% | 1<br>0.4% |
| Purple pill/healing purple pill | 9<br>1.9% | 4<br>1.7% | 5<br>2.1% |
| See your doctor/ask if right for you | 4<br>0.8% | 3<br>1.3% | 1<br>0.4% |
| All other non-comparative | 24<br>5.0% | 11<br>4.6% | 13<br>5.4% |

Table 9 Page 19
(Continued)

Q5:  What did the commercial tell you Nexium was better at doing?

| | TOTAL | Test | Control |
|---|---|---|---|
| Comparative Responses (Net) | 364 | 202 | 162 |
| | 76.0% | 84.2% | 67.8% |
| Relieves/treats/heals/cures symptoms better/best (Net) | 265 | 163 | 102 |
| | 55.3% | 67.9% | 42.7% |
| Relieves/treats/heals/cures acid reflux better/best | 163 | 103 | 60 |
| | 34.0% | 42.9% | 25.1% |
| Relieves/treats/heals/cures heartburn/ burning better/best | 94 | 56 | 38 |
| | 19.6% | 23.3% | 15.9% |
| Relieves/treats/heals/cures stomach problems/other acid problems better/ best | 27 | 15 | 12 |
| | 5.6% | 6.3% | 5.0% |
| Relieves/treats/heals better/best (what unspecified) | 3 | 1 | 2 |
| | 0.6% | 0.4% | 0.8% |
| Relieves/treats/heals/cures acid reflux faster | 2 | 2 | – |
| | 0.4% | 0.8% | |
| Reduces/controls acid better/best | 12 | 6 | 6 |
| | 2.5% | 2.5% | 2.5% |
| Prevents acid reflux/heartburn better | 10 | 5 | 5 |
| | 2.1% | 2.1% | 2.1% |
| Better at making you feel better | 3 | 3 | – |
| | 0.6% | 1.3% | |
| Heals/relieves damage better/best (Net) | 142 | 69 | 73 |
| | 29.6% | 28.8% | 30.5% |
| Heals/relieves esophagus/throat/ damage to esophagus/throat better/ best | 86 | 49 | 37 |
| | 18.0% | 20.4% | 15.5% |
| Heals/relieves moderate/severe damage to esophagus/throat better/best | 1 | – | 1 |
| | 0.2% | | 0.4% |
| Heals/relieves problems with esophagus/throat better/best | 7 | 3 | 4 |
| | 1.5% | 1.3% | 1.7% |
| Heals/relieves stomach/damage to stomach better/best | 4 | 1 | 3 |
| | 0.8% | 0.4% | 1.3% |
| Heals/relieves damage caused by acid reflux better/best | 22 | 8 | 14 |
| | 4.6% | 3.3% | 5.9% |
| Heals/relieves damage better/best (to what unspecified) | 10 | 2 | 8 |
| | 2.1% | 0.8% | 3.3% |
| Better because it heals esophagus | 2 | 1 | 1 |
| | 0.4% | 0.4% | 0.4% |

Table 9 Page 20
(Continued)

Q5: What did the commercial tell you Nexium was better at doing?

|  | TOTAL | Test | Control |
|---|---|---|---|
| Gets to damage faster | 2<br>0.4% | 1<br>0.4% | 1<br>0.4% |
| Better at preventing damage to esophagus | 12<br>2.5% | 6<br>2.5% | 6<br>2.5% |
| Other "better" statements (Net) | 28<br>5.8% | 18<br>7.5% | 10<br>4.2% |
| Studies prove it's better | 1<br>0.2% | 1<br>0.4% | – |
| Better is better | 3<br>0.6% | 3<br>1.3% | – |
| Better (NFI) | 4<br>0.8% | 2<br>0.8% | 2<br>0.8% |
| Better than (specific product) | 2<br>0.4% | 2<br>0.8% | – |
| Better than OTC | 2<br>0.4% | 2<br>0.8% | – |
| Heals better (what unspecified, no mention of damage) | 11<br>2.3% | 6<br>2.5% | 5<br>2.1% |
| All other "better" statements | 7<br>1.5% | 4<br>1.7% | 3<br>1.3% |
| Don't know/nothing | 3<br>0.6% | – | 3<br>1.3% |

Table 10 Page 21

Q1/2/5 (Net Unduplicated Mentions Over All Three Open-Ended Questions)

|  | TOTAL | Test | Control |
|---|---|---|---|
| TOTAL | 479<br>100.0 | 240<br>100.0 | 239<br>100.0 |
| Non-comparative Responses (Net) | 403<br>84.1% | 207<br>86.3% | 196<br>82.0% |
| Relieves/treats/heals/cures symptoms (Net) | 309<br>64.5% | 170<br>70.8% | 139<br>58.2% |
| Relieves/treats/heals/cures acid reflux | 208<br>43.4% | 125<br>52.1% | 83<br>34.7% |
| Relieves/treats/heals/cures heartburn/ burning | 119<br>24.8% | 65<br>27.1% | 54<br>22.6% |
| Relieves/treats/heals/cures stomach problems/other acid problems | 38<br>7.9% | 17<br>7.1% | 21<br>8.8% |
| Relieves/treats/heals (what unspecified) | 6<br>1.3% | 3<br>1.3% | 3<br>1.3% |
| Studies prove it heals (what unspecified) | 1<br>0.2% | 1<br>0.4% | – |
| Heals rather than just relieving | 3<br>0.6% | 3<br>1.3% | – |
| Relieves/treats/heals fast/in 4-6 weeks | 10<br>2.1% | 7<br>2.9% | 3<br>1.3% |
| Reduces/controls acid | 3<br>0.6% | 1<br>0.4% | 2<br>0.8% |
| Prevents acid reflux/heartburn | 8<br>1.7% | 4<br>1.7% | 4<br>1.7% |
| Heals damage (Net) | 152<br>31.7% | 77<br>32.1% | 75<br>31.4% |
| Heals esophagus/throat/damage to esophagus/throat | 96<br>20.0% | 53<br>22.1% | 43<br>18.0% |
| Heals stomach/damage to stomach | 9<br>1.9% | 5<br>2.1% | 4<br>1.7% |
| Heals damage caused by acid reflux | 37<br>7.7% | 9<br>3.8% | 28<br>11.7% |
| Heals damage (to what unspecified) | 11<br>2.3% | 3<br>1.3% | 8<br>3.3% |
| Prevents damage to esophagus | 13<br>2.7% | 9<br>3.8% | 4<br>1.7% |
| Other ref. To treatment (Net) | 111<br>23.2% | 58<br>24.2% | 53<br>22.2% |

Table 10 Page 22
(Continued)

Q1/2/5 (Net Unduplicated Mentions Over All Three Open-Ended Questions)

| | TOTAL | Test | Control |
|---|---|---|---|
| Need to treat acid reflux | 36 7.5% | 14 5.8% | 22 9.2% |
| Acid reflux can damage esophagus | 11 2.3% | 7 2.9% | 4 1.7% |
| Good/works well/takes care of you/ makes you feel better | 47 9.8% | 28 11.7% | 19 7.9% |
| Works fast | 22 4.6% | 13 5.4% | 9 3.8% |
| Other non-comparative statements | 303 63.3% | 145 60.4% | 158 66.1% |
| Side effects | 119 24.8% | 57 23.8% | 62 25.9% |
| Talked about heartburn/acid/acid reflux | 8 1.7% | 5 2.1% | 3 1.3% |
| Purple pill/healing purple pill | 128 26.7% | 53 22.1% | 75 31.4% |
| See your doctor/ask if right for you | 65 13.6% | 27 11.3% | 38 15.9% |
| Rx product | 28 5.8% | 17 7.1% | 11 4.6% |
| Doctors recommend/prescribe | 19 4.0% | 12 5.0% | 7 2.9% |
| Nexium/Try/buy Nexium | 13 2.7% | 10 4.2% | 3 1.3% |
| All other non-comparative | 34 7.1% | 15 6.3% | 19 7.9% |
| Comparative Responses (Net) | 394 82.3% | 213 88.8% | 181 75.7% |
| Relieves/treats/heals/cures symptoms better/best (Net) | 282 58.9% | 172 71.7% | 110 46.0% |
| Relieves/treats/heals/cures acid reflux better/best | 181 37.8% | 116 48.3% | 65 27.2% |
| Relieves/treats/heals/cures heartburn/ burning better/best | 103 21.5% | 61 25.4% | 42 17.6% |
| Relieves/treats/heals/cures stomach problems/other acid problems better/ best | 32 6.7% | 16 6.7% | 16 6.7% |

Table 10 Page 23
(Continued)

Q1/2/5 (Net Unduplicated Mentions Over All Three Open-Ended Questions)

| | TOTAL | Test | Control |
|---|---|---|---|
| Relieves/treats/heals better/best (what unspecified) | 3 0.6% | 1 0.4% | 2 0.8% |
| Relieves/treats/heals/cures acid reflux faster | 4 0.8% | 3 1.3% | 1 0.4% |
| Reduces/controls acid better/best | 12 2.5% | 6 2.5% | 6 2.5% |
| Prevents acid reflux/heartburn better | 11 2.3% | 5 2.1% | 6 2.5% |
| Better at making you feel better | 4 0.8% | 3 1.3% | 1 0.4% |
| Heals/relieves damage better/best (Net) | 158 33.0% | 77 32.1% | 81 33.9% |
| Heals/relieves esophagus/throat/ damage to esophagus/throat better/ best | 90 18.8% | 50 20.8% | 40 16.7% |
| Heals/relieves moderate/severe damage to esophagus/throat better/best | 2 0.4% | 1 0.4% | 1 0.4% |
| Heals/relieves problems with esophagus/throat better/best | 8 1.7% | 3 1.3% | 5 2.1% |
| Heals/relieves stomach/damage to stomach better/best | 14 2.9% | 6 2.5% | 8 3.3% |
| Heals/relieves damage caused by acid reflux better/best | 26 5.4% | 11 4.6% | 15 6.3% |
| Heals/relieves damage better/best (to what unspecified) | 13 2.7% | 2 0.8% | 11 4.6% |
| Better because it heals esophagus | 6 1.3% | 3 1.3% | 3 1.3% |
| Gets to damage faster | 2 0.4% | 1 0.4% | 1 0.4% |
| Better at preventing damage to esophagus | 13 2.7% | 7 2.9% | 6 2.5% |
| Other "better" statements (Net) | 141 29.4% | 78 32.5% | 63 26.4% |
| Studies prove it's better | 16 3.3% | 9 3.8% | 7 2.9% |
| Better is better | 14 2.9% | 8 3.3% | 6 2.5% |

Table 10 Page 24
(Continued)

Q1/2/5 (Net Unduplicated Mentions Over All Three Open-Ended Questions)

|  | TOTAL | Test | Control |
|---|---|---|---|
| Better (NFI) | 89<br>18.6% | 48<br>20.0% | 41<br>17.2% |
| Better than (specific product) | 9<br>1.9% | 7<br>2.9% | 2<br>0.8% |
| Better than OTC | 10<br>2.1% | 8<br>3.3% | 2<br>0.8% |
| Heals better (what unspecified, no<br>mention of damage) | 14<br>2.9% | 8<br>3.3% | 6<br>2.5% |
| All other "better" statements | 10<br>2.1% | 7<br>2.9% | 3<br>1.3% |
| They say it's better but it's not | 1<br>0.2% | 1<br>0.4% | - |

# EXHIBIT G



Better is Better

Select

Choose one:

When people with acid reflux disease have this damage to their esophagus, the acid they produce can distinctly. Acid damage doesn't always produce symptoms, but because the erosions are serious, they can spread this stomach can, over time, wear away or erode the delicate lining of the esophagus. This is a condition known as erosive esophagitis.

Only a doctor can determine if this damage exists, or how severe it is. Even people with just mild heartburn could have damage to the esophagus and not know it. But fortunately, the damage can be healed.

That's why it is so important to talk with your doctor about your acid reflux disease, how well your current treatment is working, and what the study results could mean to you.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esophagus. Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out other serious stomach conditions. Please read the Important Product Information about NEXIUM.

View the TV Spot

Better is Better

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out serious stomach conditions. Please read the Important Product Information about NEXIUM and discuss it with your healthcare professional.

search • bookmark this site • send this page to a friend

Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Feedback | Contact Us | Site Map

AstraZeneca

This product information is intended for US consumers only.
224117 12/04  Copyright © 2005 AstraZeneca LP. All rights reserved.

US Corporate Site

# EXHIBIT H

# REDACTED IN FULL

# EXHIBIT I

# REDACTED IN FULL