# EXHIBIT I

A0407-1590
10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

——————————————————— x

ASTRAZENECA LP,                                :

           Plaintiff,                  :

      - against -                          :    Civil Action No. 04-1332

TAP PHARMACEUTICAL PRODUCTS INC.   :

          Defendant.                  :

——————————————————— x

2004 NOV 12 PM 4: 31
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## DECLARATION OF BERT SPILKER, PH.D., M.D.

Bert Spilker, under penalty of perjury, declares as follows:

### THE CHARGE

1.     I was contacted by Ms. Karla Sanchez of Patterson, Belknap, Webb & Tyler LLP on October 28, 2004 to evaluate a number of scientific papers and abstracts to determine if they supported statements about clinical symptoms and healing rates made in television and in print advertisements for Nexium. The list of materials that I used in my evaluation is provided at the end of this declaration.

### MY QUALIFICATIONS

2.     I am currently an independent consultant and was most recently the Senior Vice President for Scientific and Regulatory Affairs for PhRMA (Pharmaceutical Research and Manufacturers of America), the research industry's trade association. Prior to that, for over 20 years, I worked at four large pharmaceutical companies – Pfizer, Philips-Duphar, Sterling-

Winthrop Research Institute, and Burroughs Wellcome. I also co-founded a pharmaceutical company, Orphan Medical, where I served as president for five years. I have lectured widely at both academic and industry-oriented conferences on the relationship between statistical significance, clinical significance and relevance of clinical trial data for medical practice. One of the 15 textbooks on clinical trial methods and drug development that I have authored – "Guide to Clinical Trials" – deals with these issues extensively. I currently hold several faculty positions as an adjunct professor of medicine, pharmacy and pharmacology. My curriculum vitae provides details on these and other activities, including numerous honors that I have received, and is attached hereto as Exhibit A.

<div align="center">

**THE QUESTION ADDRESSED**

</div>

3.      The pertinent question I will address in this declaration is: What is the most scientifically and medically correct interpretation of the clinical data on heartburn, other clinical symptoms of GERD (gastroesophageal reflux disease) and healing rates of erosive esophagitis ("EE") that are presented in the various clinical papers and abstracts I reviewed? Specifically, I will look at two studies cited by AstraZeneca as supporting its recent advertising campaign and other available data that directly compares Lansoprazole (Prevacid) and Esomeprazole (Nexium) in treating subjects with either EE, a subset of GERD, or GERD itself. Both of these indications will be discussed separately for the two products being compared -- Lansoprazole and Esomeprazole.

A. **Statistical Significance, Clinical Significance and Relevance for Medical Practice**

4.      To evaluate the studies, one must grasp the differences between statistical significance and clinical significance and understand the importance of both to relevance for medical practice. The term statistical significance is widely used in the medical and other scientific fields, and is defined in the dictionary as denoting a finding that is probably not the

2

result of chance: the probability that the finding may be due to chance is generally less than 5 percent (Stedman's Medical Dictionary, 22nd Edition, 1972). However, an effect that is statistically significant does not necessarily suggest that the effect is also clinically significant. Clinical significance of a new product is the minimal amount of change in an important parameter that will encourage a physician to alter his or her practice of medicine and to use a drug or medical product in his or her patients. Thus, it is important to determine the magnitude and overall quality of the data or effect, or in this particular situation, the magnitude of the difference in the effect of the two drugs that would be substantial enough to lead a large number of physicians to use the drug.

     5.     In many situations, an effect will be both statistically and clinically significant. However, it is possible to have one without the other. If only one measure is present (i.e. positive), it is usually statistical significance without clinical significance. "This is an extremely common occurrence in clinical trials that happens, for example, when (1) a vital sign changes by a small amount that is statistically significant because of the large number of measurements made, (2) the change in an efficacy parameter's amplitude is small, but statistically significant, often because of minimal variability, (3) the efficacy parameter changes at one or a few of many time points, but results are not consistent." See Guide to Clinical Trials at 511. Indeed, the larger the sample size that is being compared, the smaller the difference in a measured parameter that can be found statistically significant. Thus, when evaluating clinical and statistical significance one should consider the number of patients in the study to determine whether a small difference in a parameter is likely to be statistically significant. This in turn influences the determination of clinical significance.

3

6.     The concept of data being relevant for medical practice addresses the implications of the data for treating other patients. This concept allows the extrapolation of data from a clinical trial of one group of patients to a new group of patients or set of conditions. The relevance of data from one clinical situation to another clinical situation is based on how narrow or broad the specific group of patients was who were treated in the initial clinical situation. Extrapolation of data involves the determination of what the data means in terms of treatment (or prevention) of disease for different: (1) patients in terms of concurrent diseases or other therapies etc., (2) physicians, (3) settings, (4) times, or (5) levels of interpretation (see comments later in this section).

7.     Some of the factors that affect the relevance of clinical trial data for medical practice are: (a) the availability of alternative therapy; (b) the suitability of alternative therapy; (c) the capability of data to be extrapolated to a new situation; and (d) various other factors such as price, convenience, or adverse reactions of the medicine.

8.     In the case of two similar drugs, for the difference between them on an important parameter to be medically relevant, the difference must be of such magnitude that it is obvious to the physician that it should influence his or her prescribing behavior. Given that the magnitude of normal biological and clinical variability is considered to be about 20%, physicians should seek a difference between drugs of approximately that magnitude for most clinical endpoints. For an endpoint that is extremely significant such as death, then a smaller difference between drugs would be clinically significant. However, for an endpoint such as heartburn, the variability in severity from time to time within a single patient is large and the severity between patients varies from a minor annoyance to a major influence on quality of life. Therefore, it is

4

difficult to imagine that a difference much less than 20% is enough for the two drugs to be clinically significant.

9.      Statistical and clinical significance as well as the concept of medical relevance are interrelated. In other words, unless an effect is statistically significant it will almost never be clinically significant. Similarly, if an effect is not clinically significant the data will not be relevant for influencing medical practice. Because biological variability between patients is often described as accounting for a 20% difference around the mean values in biological and clinical sciences, differences below that number should not be considered clinically significant.

## B. The Studies Cited by AstraZeneca

10.     Studies conducted in this area primarily analyze either the healing rates for those who suffer from erosive esophagitis (EE) or the symptoms of those who suffer from GERD, which includes EE. Most of the studies that look at healing rates as a primary endpoint also analyze symptoms of EE. AstraZeneca indicated in its legal complaint that it relies on two studies to support the scientific and medical basis in its advertisements -- Castell et al. and Fennerty et al., attached hereto as Exhibits B-C respectively.

### 1.    The Castell Study

11.     Castell's study enrolled 5241 adult patients with erosive esophagitis of Los Angeles Grades A to D. Table 4 of the paper presents the data on heartburn, which was measured after four weeks of treatment. There are seven variables that were compared between the two drugs, four of which showed statistically significant differences between the two groups of patients, each in favor of esomeprazole (Nexium) versus lansoprazole (Prevacid). As discussed above, the greater the number of patients in a clinical trial, the smaller a difference between treatment groups is likely to be statistically significant. For each of the measures in

5

Castell, the number of patients who participated in the study was so large that even small differences were found to be statistically significant. I examined each of these seven variables to see if the data were clinically significant.

    a.    **Complete resolution of heartburn at week 4 as assessed by the investigator.** The values were 62.9 percent of all patients on esomeprazole and 60.2 percent of all patients on lansoprazole. This difference was statistically significant (p value less than 0.05), but the difference of 2.7 percent of patients is not clinically significant as it is much less than a 20 percent difference.

    b.    **Heartburn-free days.** The values of 72.5 for esomeprazole and 70.9 for lansoprazole were neither statistically significant nor clinically significant.

    c.    **Heartburn-free nights.** The difference in the values of 87.1 for esomeprazole and 85.8 for lansoprazole was in fact statistically significant, even though the difference was only 1.3 percent. This difference is not clinically significant.

    d.    **Time to first resolution of diary-recorded heartburn in days.** This value was the same (2 days) for both drugs, and thus neither statistically nor clinically significant.

    e.    **Time to sustained resolution of diary-recorded heartburn.** This value was 7 days for esomeprazole and 8 days for lansoprazole. Again, these data were statistically significant but not clinically significant.

    f.    **Time to first resolution of diary-recorded nocturnal heartburn.** This value was one day for each group, and thus neither statistically nor clinically significant

    g.    **Time to sustained resolution of diary-recorded nocturnal heartburn.** This value was 1 day for esomeprazole and 2 days for lansoprazole. This result was statistically significant but not clinically significant.

12.    In addition to the lack of clinical significance, the methodology should be viewed skeptically. The data were taken from observations made and recorded in patient diaries.

6

Patient diaries are well known to be a poor source of reliable information and are subject to major biases and confounding factors. In fact, the data that show statistically significant differences are so close in value for the two groups that careful questioning of patients, particularly on the specific day when the symptoms of heartburn disappeared, may have readily shown that the small differences reported by patients were not real differences.

13.    Given the small differences in values of esomeprazole and lansoprazole for improving heartburn, and the lack of any clinically significant differences between the two drugs, it is clear that these particular data are not relevant for influencing medical practice in favor of using one drug over another. These data support the conclusion that there are no real clinical differences between these drugs for the treatment of heartburn.

14.    Similarly, the data is not clinically significant for the healing rates of EE. Using endoscopies, Castell measured the healing rates at two time points -- 4 weeks and 8 weeks. At 4 weeks, esomeprazole (Nexium) healed 79.4% versus lansoprazole (Prevacid) at 75.1%, for a statistically significant difference, but at 4.3% not a clinically significant difference. Similarly at 8 weeks, the healing rate for esomeprazole was 92.6% versus 88.8% for lansoprazole; again a statistically significant difference but at less than 4%, not a clinical significant difference. Again, given the large number of patients involved in the study, although the two sets of values of healing rates are statistically significant, the differences are so small they have no clinical Significance or relevance for medical practice.

2.    The Fennerty Study

15.    The clinical publication by Fennerty et al. is far more difficult to assess, as it is only an abstract. Abstracts are well known to have serious limitations as to their validity and reliability in terms of accuracy and overall credibility. While it is possible that a full publication of the clinical study and data presented in the abstract may be issued at some point, one's ability

7

to draw any conclusions from abstracts is extremely limited. As a result, until the final and much more complete data (i.e., the results) and methodological details are published, one must be highly skeptical of any data or interpretations made in an abstract.

16.    There are a number of reasons why abstracts are unreliable. First, abstracts are often published before their clinical study is completed, allowing the author to have a "placeholder" at a professional meeting so that they can present the "real" or "complete" results when they get to the meeting itself. Second, many abstracts are never published as full publications because the final data turn out differently than the more limited data set originally reported in the abstract. Third, because of space limitations, most of the methodological and other important details of a clinical study are not presented. Thus, sometimes major problems or questions about a study that are withheld in a short abstract, become obvious in a full publication.

17.    As a result, most scientists and physicians wait for a full publication, where all the details are presented, before accepting or judging the value and validity of the results and interpretation of data presented in an abstract. In sum, one should be skeptical about abstracts until the full results of a study are available.

18.    The only data on heartburn reported in the Fennerty abstract is on the resolution of heartburn at week four in 999 patients with Los Angeles Grade C or D of esophageal erosions. In the study, the amount of resolution of heartburn was 72.0% with esomeprazole (Nexium) and 63.6% with lansoprazole (Prevacid). These data were statistically significant. However, the small difference between the two drugs for heartburn relief is not clinically significant, and thus not relevant for medical practice. The other limitations in interpreting the data of the Castell study apply equally to this study.

8

19.     Similarly, for the data reported on healing rates, Fennerty finds statistical but not clinical significance. Like Castell, Fennerty reported healing rates at two time points – 4 and 8 weeks. At 4 weeks, esomeprazole (Nexium) healed 58.6% patients compared with 49.4% for lansoprazole (Prevacid), for a 9.2% difference. And at 8 weeks, esomeprazole healed 82.4% versus 77.5% for lansoprazole, a 4.9% difference. For the reasons outlined above, although these differences are statistically significant, they are too small to be clinically significant.

3.     Other Studies Evaluating Symptom Relief and Healing Rates in Patients Suffering From Erosive Esophagitis Do Not Support A Superiority Claim

20.     A number of additional studies who's primary endpoint s were EE healing rates also measure the effects of Lansoprazole and Esomeprazole in relieving symptoms, including heartburn. A publication by Lauritsen et al. compared the two drugs as maintenance therapy (using a smaller dose of each drug) (Exh. D hereto). The study evaluated 1391 patients with Los Angeles Grade A to D esophagitis, over a 6-month period after the esophagitis erosions of subjects were healed. Two evaluations were made of clinical symptoms, one for heartburn and another for epigastric pain. Figure 4 of the paper shows that the percent of patients who were free of heartburn at six months was 78% for esomeprazole (Nexium) and 71% for lansoprazole (Prevacid). This result was statistically significant, but not clinically significant. The results for epigastric pain relief was 80% for esomeprazole and 75% for lansoprazole. Again, these data were statistically significant but are not clinically significant.

21.     The results from Castell, Fennerty and Lauritsen were similar to two clinical studies sponsored by TAP (see "Synopses" in the Materials Reviewed for identification of the studies). Both studies used similar protocols as in Castell – double blind, randomized and well controlled. The TAP studies were conducted over a 12-week period. All subjects had a baseline endoscopy to confirm the diagnosis of esophageal erosions of Grade 2 or more, which

diagnosis was repeated at 12 weeks or at the final clinic visit. One study enrolled 496 subjects at 43 sites in the United States and the other study enrolled 482 subjects at 42 sites in the United States. Heartburn was recorded by patients in a daily diary, just as was done in the Castell, Fennerty and Lauritsen studies reviewed above.

22.     Heartburn was assessed after one day, three days and one week, using the same two treatment groups (esomeprazole and lansoprazole) and the same doses (40 and 30 mg respectively) as in Castell and Fennerty. Both of the TAP trials observed no statistically significant differences between esomeprazole and lansoprazole for any of the several variables measured for heartburn, and the authors of each report concluded that there were no clinically significant differences between the two treatments in this parameter.

23.     Finally, I reviewed a clinical trial conducted by Howden et al., which used a well designed and controlled clinical trial protocol that was very similar to those mentioned above (Exh. E hereto). Two hundred eighty-four subjects with at least a Grade 2 severity of esophageal erosions were enrolled in the study. The doses of esomeprazole and lansoprazole were the same as those previously used in the above 12-week studies and Castell. In this study, heartburn was again measured after one day, three days and one week of treatment. In this trial a higher percent of patients were heartburn free after one day on lansoprazole (41.5%) than they were on esomeprazole (34.5%), however, this difference had a p value of 0.2 and was therefore not statistically significant or clinically significant (Table 4). The trend for improved values on lansoprazole versus esomeprazole (Nexium) was also observed in all heartburn variables on Day 3; and the average severity score was less (i.e., was better) for all variables in the lansoprazole (Prevacid) group compared with esomeprazole (Nexium) group on Day 3, but again these

differences did not reach statistical or clinical significant levels. At one week of treatment the same profile was observed and the data did not show a statistical or clinical significance.

24.    Taking all these studies together, there are no clinically significant differences between these two drugs in terms of their relief of heartburn. Thus, there is no basis to say that any of the statistical differences observed regarding heartburn are relevant for medical practice. The most correct interpretation of the data on clinical symptoms is that there are no differences between the two drugs.

25.    The same is true for the data reported on healing rates. Taking into account the two AstraZeneca studies (Castell and Fennerty), the two TAP studies, and the Lauritsen and Howden studies, it cannot be said Nexium is superior to Prevacid in healing EE for the vast majority of EE patients.

26.    The most that can be said in favor of Nexium is that several of the studies show a somewhat higher rate of healing for the minority of EE patients who experience moderate or severe EE. While these differences may be statistically significant, they are not clinically significant. In sum, these studies do not support a conclusion that one of the drugs is superior to the other.

## C. A Review of Studies Designed to Measure Relief of Symptoms of GERD

27.    In comparing esomeprazole (Nexium) and lansoprazole (Prevacid) for the treatment of the symptoms of GERD as a clinical endpoint, there is a large well-designed double blind study that compared the two drugs, Chey et al. (Exh. F hereto). Chey et al. used the same doses that were used in the above studies. A total of 3034 subjects were randomized to one of the two treatments, and as above, both daytime and nighttime heartburn frequency and severity were assessed over a two-week period. Although heartburn is the most common symptom in

11

GERD, other symptoms of GERD were also studied, including acid regurgitation, dysphagia, belching and epigastric pain.

28.    There were no statistically significant differences between the two groups of subjects on days one or three of treatment in daytime or nighttime relief of heartburn symptoms or in the severity of symptoms (daytime or nighttime). After one week of therapy there was one statistically significant difference observed. The severity of daytime heartburn was statistically significantly less (i.e., better) in subjects receiving lansoprazole than in those receiving esomeprazole. The values for severity were 0.59 for lansoprazole and 0.63 for esomeprazole, but this difference is not clinically significant. The percent of both days and nights without heartburn was greater for lansoprazole than for esomeprazole at every time point of assessment through two weeks (Figure 3). But again, none of these differences was clinically significant.

29.    Investigator assessments of regurgitation, dysphagia, belching and epigastric pain were comparable between the two groups. Moreover, the level of patient satisfaction as assessed and shown in Table 6 were very positive and almost identical for the two groups of subjects.

30.    The conclusion of this direct comparison in patients with GERD is clear – there were no clinically significant differences between the two treatments in any of the clinical symptoms assessed.

## CONCLUSION

31.    The preponderance of data I reviewed, and the clinical interpretation of the data on heartburn and healing rates leads me to conclude that there were no clinically significant

12

differences between esomeprazole (Nexium , 40 mg) and lansoprazole (Prevacid, 30 mg) for acute or chronic therapy in patients with esophageal erosions.

      32.     In terms of GERD, the heartburn data demonstrate the same conclusion, i.e., that there are no clinically significant differences between the two drugs in treating symptoms of GERD.

      Executed in Bethesda, Maryland, on November 10, 2004.

                                                        Bert Spilker, Ph.D., M.D.

13

## MATERIALS REVIEWED

1. Castell, DO. Esomeprazole (40 mg) compared with lansoprazole (30 mg) in the treatment of erosive esophagitis. Am J Gastroenterol, 2002, 97: 575-583.

2. Chey, W. et al. Lansoprazole and esomeprazole in symptomatic GERD. Clin Drug Invest, 2003, 23: 69-84.

3. Dohmen, W. Onset and duration of pain relief in gastro-esophageal reflux disease (GERD). A clinical comparison of lansoprazole, omeprazole MUPS and esomeprazole. Gastroenterology (abstract), 2002, 122 (Suppl 1): A-201.

4. Fennerty, MB et al. Esomeprazole 40 mg versus lansoprazole 30 mg in healing and symptom relief in patients with moderate to severe erosive oesophagitis (Los Angeles grade C&D). Gut, 2004, 53: (Suppl. 6) A111.

5. Howden, CW et al. Evidence for therapeutic equivalence of lansoprazole 30mg and esomeprazole 40mg in the treatment of erosive oesophagitis. Clin Drug Invest, 2002, 22: 99-109.

6. Lauritsen, K et al. Esomeprazole 20 mg and lansoprazole 15 mg in maintaining healed reflux oesophagitis: Metropole study results. Aliment Pharmacol Ther, 2003, 17: 333-341.

7. Synopsis of a TAP sponsored trial in 496 patients titled: A study to evaluate the effect of lansoprazole 30mg qd versus esomeprazole 40 mg qd on healing and symptom relief in subjects with erosive esophagitis.

8. Synopsis of a TAP sponsored trial in 482 patients with the same title as above.

9. Vakil, N. Review article: esomeprazole, 40 mg once daily, compared with lansoprazole, 30 mg once daily, in healing and symptom resolution of erosive oesophagitis. Aliment Pharmacol Ther. 2003, 17 Suppl. 1: 21-23.

10. Vakil, N and Fennerty, MB. Systematic review: direct comparative trials of the efficacy of proton pump inhibitors in the management of gastro-oesophageal reflux disease and peptic ulcer disease. Aliment Pharmacol Ther, 2003, 18: 559-568.

11. Galmiche, JP and des Varannes, SB. Endoscopy-negative reflux disease. Curr Gastroenterol Reports, 2001, 3: 206-214.

12. Text of 45 second and 60 second Television advertisements on the campaign "better."

13. Two print advertisements on Nexium.

14. Copy of AstraZeneca's complaint in the above noted case.

15. Copy of the package insert for Nexium.

14

16. Spilker, B. 1991, "Guide to Clinical Trials" Lippincott, Williams and Wilkins, Philadelphia.

# EXHIBIT J

# CENTER FOR DRUG EVALUATION AND RESEARCH

## APPLICATION NUMBER:     21-153/ 21-154

## MEDICAL REVIEW(S)

_Walsh_

SEP 2 1 2000

## DIVISION OF GASTROINTESTINAL AND COAGULATION DRUG PRODUCTS

### MEDICAL OFFICER'S REVIEW

| | |
|---|---|
| NDA: | 21-153 |
| Sponsor: | AstraZeneca LP (A-Z LP)<br>Wayne, PA |
| Date Submitted: | December 3, 1999 |
| Drug: | Esomeprazole magnesium (H 199/18; NEXIUM™) |
| Pharmacological Category: | Gastric Acid Antisecretory; Anti-GERD, Anti-Ulcer;<br>specific inhibitor of the $H^+/K^+$-ATPase enzyme system |
| Formulation/Route of<br>Administration | Delayed-Release Capsules for oral administration |
| Proposed Indications: | a)  Healing of Erosive Esophagitis (EE).<br>b)  Maintenance of Healing of Erosive Esophagitis<br>c)  Treatment of Symptomatic Gastroesophageal Reflux<br>Disease (s-GERD) |
| Material Submitted/Reviewed: | A total of 359 volumes, including synopsis of application<br>(Item 3, vol. 1, p. 013 through 239), Nonclinical<br>Pharmacology and Toxicology Summary (Item 6), Human<br>Pharmacokinetic and Bioavailability Summary (Item 7),<br>Clinical Summary and Results of Statistical Analyses (Item<br>8) and Discussion of benefit/Risk Relationship (Item 9). |
| Reviewer: | Hugo E. Gallo-Torres, M.D., Ph.D.<br>Medical Team Leader |

**APPEARS THIS WAY
ON ORIGINAL**

NDA 21-153
Page 2

# EXECUTIVE SUMMARY

## I. Recommendation

NEXIUM™ (esomeprazole magnesium; H 199/18), the s-enantiomer of omeprazole and the first proton pump inhibitor (PPI) to be developed as a single isomer, is a substituted benzimidazole derivative that suppresses gastric acid secretion by specific inhibition of the $H^+/K^+$-ATPase enzyme system. Like its parent compound (omeprazole) and other PPIs, NEXIUM blocks the final step of gastric secretion and produces dose-related sustained inhibition of both basal and stimulated gastric acid secretion. Like omeprazole and the other approved PPIs, NEXIUM is of benefit in the three gastroesophageal reflux disease (GERD) related indications that require gastric acid inhibition. These indications are: treatment of erosive esophagitis, maintenance of healing of erosive esophagitis, and treatment of symptomatic GERD. GERD is a chronic recurring and potentially serious, debilitating condition characterized by symptoms of heartburn and regurgitation. Chronic GERD can lead to morbidity ranging from mild esophageal mucosal inflammation to erosions, ulceration, esophageal stricture and, in some patients, transformation to Barrett's esophagus, a premalignant condition. The data presented by the sponsor in NDA 21-153 demonstrate that NEXIUM a) affords rates of healing which are comparable to omeprazole in the treatment of erosive esophagitis; b) is highly effective in the maintenance of healing of erosive esophagitis and c) provides significantly better rates of symptom resolution within 4 weeks than placebo in patients with symptomatic GERD (s-GERD).

The above-described benefits outweigh the potential risks of this drug. Results of pre-clinical evaluations showed that, at equivalent systemic exposure, H 199/18 is pharmacologically and toxicological (including genotoxicity) similar to omeprazole. Like omeprazole, esomeprazole may be administered with adequate safety to humans at the recommended oral doses and treatment duration. Because NEXIUM™ is the s-enantiomer of omeprazole and omeprazole is a PPI that is perceived as safe, NEXIUM is also considered safe. Omeprazole has been marketed worldwide since 1988 and is presently available in 106 countries for various acid-related gastrointestinal disorders. There have been an estimated ———— courses of patient treatments of omeprazole from the time of its introduction into the market through June 30, 1998. This estimate includes all oral formulations of omeprazole. Some patients have received continuous treatment with omeprazole in monitored clinical trials for longer than 13 years [NDA ————. 4 August 1999. General Correspondence, omeprazole ————————, an extensive clinical experience that confirms that omeprazole is – all things considered – safe and well-tolerated. Throughout its development and marketing, certain safety issues have been adequately monitored with omeprazole use and comprehensive updates of these topics have been submitted to the Division. It is concluded that based on the clinical experience with esomeprazole, involving over 5,000 patients and subjects, this drug shares the same overall acceptable safety profile of omeprazole.

The drug is approvable **from a clinical perspective.** No need for risk management actions is anticipated.

There are neither recommended Phase 4 trials nor marketing restrictions. Public outreach or information is not needed.

## II. Summary of Clinical Findings
### A. Generalities

- NEXIUM™ (identified in clinical trials as H 199/18 and abbreviated in this review as H) is a gastric acid anti-secretory substituted benzimidazole. This compound belongs to the proton pump inhibitor (PPI) class. NEXIUM™ is the s-enantiomer of omeprazole. PPIs exert their activity through inhibition of the $H^+/K^+$-ATPase enzyme system. This effect abolishes response to all types of gastric acid secretion stimulation, by all gastric messengers (e.g. histamine, gastrin and acetylcholine). NEXIUM™, intended for oral administration, is available as delayed release capsules that bypass the stomach, are absorbed from the intestine and reach the parietal cells via blood, diffusing into the secretory canaliculi. At this site, the (pro)-drug becomes protonated, rearranges to form a sulfenic acid and a sulfenamide and interacts covalently with sulfhydryl groups at critical sites in the extracellular (luminal) domain of the membrane spanning $H^+/K^+$-ATPase enzyme.

- The pharmacological properties of PPIs make them good candidates for treatment of acid-related disorders. This includes GERD, peptic ulcer disease and Zollinger-Ellison syndrome. Indeed, PRILOSEC (omeprazole, abbreviated in this review as O), the parent compound, has been approved for many conditions including short-term treatment of duodenal ulcer, (also in combination with certain antibiotics to eradicate *H. pylori*), short-term treatment of gastric ulcer, treatment of erosive esophagitis (EE), treatment of heartburn and other associated symptoms with GERD (s-GERD), maintenance of healing of EE and the long-term treatment of pathological hypersecretory conditions (e.g. Zollinger-Ellison syndrome).

- The PPIs, especially omeprazole, are perceived as very effective and safe drugs and this is reassuring when assessing the merits of the s-enantiomer of omeprazole. Other approved PPIs are PREVACID (lansoprazole), ACIPHEX (rabeprazole) and recently, PROTONIX (pantoprazole).

- The sponsor submitted the following four groups of trials that evaluated the efficacy and safety of NEXIUM in the treatment of the GERD-related indications for which approval is being sought. All of these studies were well-designed and apparently well-executed, double-blind, randomized, with appropriate: a) controls; b) patient populations; c) consistent inclusion criteria and reasons for exclusion; and d) sufficient sample size for appropriate statistical power. Also consistent were the methods to evaluate efficacy and safety and the timing at which these evaluations were carried out. Esophagogastroduodenoscopy (EGD) was assessed by an appropriate grading scale of esophagitis, the LA Classification.

  1. There were four controlled clinical trials in healing of erosive esophagitis:
     172  [H40 mg (n= ___ vs H20 mg (n=656) vs O20 mg (n=650)]
     173  [H40 mg (n=576) vs O20 mg (n=572)]
     174  [H20 mg (n=588) vs O20 mg (n=588)]
     222  [H40 mg (n=1,216) vs O20 mg (n=1,209)]

  All four trials were considered pivotal. All four trials used an active comparator, 20 mg of omeprazole (O) once-a-day.

NDA 21-153
Page 4

2. There were two controlled clinical trials in maintenance of healing of erosive esophagitis. Both used a negative control (placebo) and were considered pivotal.
    **177** [H40 mg (n=92) vs H20 mg (n=98) vs H10 mg (n=91) vs PL (n=77)]
    **178** [H40 mg (n=82) vs H20 mg (n=82) vs H10 mg (n=77) vs PL (n=77)]

3. There were five controlled clinical trials in the treatment of s-GERD. Of these, the first two used a negative control (placebo) and were considered pivotal. The other three used a positive control (omeprazole 20 mg once-a-day) and were considered supportive.
    **225** [H40 mg (n=123) vs H20 mg (n=121) vs PL (n=124)]
    **226** [H40 mg (n=118) vs H20 mg (n=113) vs PL (n=118)]

    **SH-QBE-**
    **-0009** [H40 mg (n=425) vs H20 mg (n=423) vs O20 mg (n=434)]
    **-0011** [H40 mg (n=347) vs O20 mg (n=346)]
    **-0021** [H20 mg (n=336) vs O20 mg (n=334)]

4. In addition to the above, there was one noncomparative long-term clinical trial, **Study 179**, which provided supportive information on the effectiveness of H199/18 in the maintenance of healing of EE. Patients who were determined to be EE healed (LA Classification Grade "Not Present") in Study 173 or Study 174 were eligible to receive open-label H199/18 40 mg qd for 12 months as maintenance treatment.
[808 of the 1,157 patients that completed Study 173 and Study 174 as healed were healed were enrolled in Study 179]

**B. Efficacy**
- Efficacy was demonstrated for each of the three indications.
- The recommended claims and daily doses are as follows:
    1) Healing of erosive esophagitis
      [20 mg once-a-day for 4 to 8 weeks]
    2) Maintenance of healing of erosive esophagitis
      [20 mg once-a-day for at least 6 months]
    3) Treatment of symptomatic GERD
      [20 mg once-a-day for 4 weeks]

The indicated population is adult patients with GERD. Efficacy in children has not been assessed but it is not expected to be significantly different from that seen with omeprazole, at the same recommended dose regimen (20 mg once-a-day)

- As summarized below, efficacy in **healing of erosive esophagitis** was shown by demonstrating statistical superiority of H40 to O20 in two trials: 172 and 222. However, in Study 173, H40 was not differentiated from O20. Since, in Study 172, H20 was as efficacious as H40 at both 4 and 8 week evaluations, the reviewer's recommended dose for this indication is **20**, ——————————————— Moreover, **superiority of** NEXIUM over omeprazole **was not demonstrated** because a) in the two studies where H is shown statistically different to O, the dose of H is **pharmacodynamically thrice** that of the S-isomer in O; b) in spite of this ratio (3:1), H40 was as efficacious as O20 in Study 173;

NDA 21-153
Page 5

and c) in Study 174 which used a design that would have shown superiority, if superiority indeed exists, the effects of H20 could not be differentiated from O20. These results indicate that for the healing of erosive esophagitis, H20 is as effective as H40. Although the use of H40 is a good scientific tool to demonstrate that - when compared to the recommended dose of O for this indication (20 mg) - esomeprazole is effective in this indication, a superiority claim of NEXIUM over omeprazole is NOT SUPPORTED by either the comparison of H20 vs O20 or the comparison of H40 vs H20.

**Healing of EE**
**Therapeutic Gain/[p-value]**

| Study No. | Time of Evaluation (week) | H40 vs H20 | H40 vs O20 | H20 vs O20 |
|---|---|---|---|---|
| 172 | W4 | 4.6% [N.S.] | 9.7% [<0.001] | N/A |
| | W8 | 3.8% [N.S.] | 6.2% [<0.001] | N/A |
| 173 | W4 | N/A | 1.9% [N.S.] | N/A |
| | W8 | N/A | 1.2% [N.S.] | N/A |
| 174 | W4 | N/A | N/A | 0.8% [N.S.] |
| | W8 | N/A | N/A | 2.3% [N.S.[ |
| 222 | W4 | N/A | 12% [0.001] | N/A |
| | W8 | N/A | 9% [0.001] | N/A |

- Efficacy in **maintenance of healing of EE** was shown in the two placebo-controlled, three-dose-level trials 177 and 178 (see below). In comparison to placebo, all three dose levels of the drug (40, 20 or even 10) are active. ——————————————
   ————— the data show H40 to be superior to H20 in neither of the two trials: in study 177 the therapeutic gain (9.2%) was N.S.; in study 178 the therapeutic gain (0.4%) was also N.S. In addition, because H40 induces significantly higher serum gastrin concentrations

NDA 21-153
Page 158

Similarly, results for investigator-assessed resolution of HB and investigator-assessed resolution of "acid" regurgitation at Week 2 and Week 4 were significantly improved for both the H40 and H20 groups over PL. Results for investigator-assessed resolution of dysphagia for H40 and H20 over PL were not significantly improved at Week 2 nor at Week 4. Although results for investigator-assessed resolution of epigastric pain for H40 and H20 over PL were not significantly improved at Week 2, results for this parameter were significantly improved for H40 and H20 over PL. In Study 226, just as in Study 225, there was no convincing evidence, due primarily to the small number of observations in some cells, that efficacy was different in the following subgroups: gender, age group (<65 y, ≥65 y) and race. Regarding the presence of *H. pylori* at baseline, Study 226 replicated only the findings in the PL group in Study 225: the presence of *H. pylori* appeared to improve the chances of complete resolution of HB at final visit. Results with either H40 or H20 were not replicated. It is therefore concluded that the presence of *H. pylori* at baseline has no consistent predictable effect on the complete resolution of HB at the end of 4 weeks treatment with H 199/18.

The reviewer agrees with the sponsor's conclusion that, in this 4-week study, there were no clinically meaningful differences between the H 199/18 treatment groups and the PL groups in the occurrence of AEs, changes in laboratory values or changes in vital signs. As expected, there were changes (baseline to Week 4) in mean serum gastrin concentration that were higher among patients receiving the PPI than in those receiving PL (mean increase of 100.2, 77.4 and 15.8 pg/ml for the H40, H20 and PL groups, respectively).

In conclusion, the sponsor has submitted results of two studies (225 and 226) demonstrating that NEXIUM (esomeprazole) is effective and safe in the treatment of s-GERD. For both primary and secondary parameters of efficacy H20 is as effective as H40. No increased benefit is achieved by increasing the dose of this PPI from 20 to 40 mg once-a-day.

## VIII. INTEGRATED SUMMARY OF EFFICACY

### A. Generalities/Questions to be Addressed

Esomeprazole (H199/18 NEXIUM™), the s-enantiomer of omeprazole, is a substituted benzimidazole that suppresses gastric acid secretion by specific inhibition of the action of the enzyme $H^+/K^+$-ATPase. Like omeprazole and **all PPIs**, esomeprazole is a prodrug that needs to be activated to exert its antisecretory effects. Omeprazole, approved for a number of indications related to inhibition of gastric acid secretion, is administered at its S and R racemates. The sponsor's approach to assess the efficacy and safety of one of the two isomers in the omeprazole moiety may be clinically important. This is because the use of only one enantiomer of omeprazole may allow separation of efficacy and toxicity. This approach may theoretically lead to a significant increase in therapeutic ratio and a more rational approach in therapeutics. In this instance, the demonstration of a better therapeutic ratio must be eminently clinic because a review of the pharmacologic data demonstrate that optical isomer S does not have a greater affinity than isomer R at the receptor site, is not metabolized at significantly different rates and does not seem to have significantly different affinity for tissue and protein binding sites. It is

NDA 21-153
Page 159

worth mentioning that some differences in pharmacodynamic effects may exist between the parent moiety omeprazole and its S-isomer, especially on the first day of administration. But - even if real - it needs to be proven that these differences in PD matter in the healing of EE (evaluated at 8 weeks), the maintenance of healing of EE (assessed at 6 months), and the response to heartburn-associated symptoms in symptomatic GERD (evaluated at 4 weeks). Consequently, any meaningful differences between esomeprazole and omeprazole must be proven in the **clinical arena**. Moreover, any superiority of one compound over the other must be demonstrated at equimolar antisecretory concentrations namely in a weight by weight comparison. This point may be relevant because the S and R isomers possess roughly, the same antisecretory activity. In order to declare the S-form **superior** to omeprazole, these drugs must be tested, at the same amount per day (i.e. 40 H vs 40 O; 20 H vs 20 O). Note that in the comparison H40 vs O20, because of difference in tissue uptake and in particular residence time, the amount of  s-isomer in H40 is ca. three times higher than in O20.

<div style="float:left; writing-mode:vertical">**APPEARS THIS WAY ON ORIGINAL**</div>

In the discussion that follows, the demonstration that 40 H is statistically different from 20 O might demonstrate that the 40 H **is effective but not necessarily superior** to omeprazole.

As pointed out in section II of this review, the sponsor's recommended dosage schedules of NEXIUM for the three indications sought are: healing of EE: 40 mg (once daily for 4 to 8 weeks); maintenance of healing of EE: _____ once daily; "clinical trials extended to ____ months"); and treatment of s-GERD: 20 mg [once daily for 4 weeks, "if symptoms do not resolve completely after 4 weeks, an additional 4 weeks of treatment should be considered"].

The results of primary efficacy parameter evaluations from the three groups of trials that assessed the efficacy of esomeprazole in the three proposed indications are summarized in Table 54. From each group of trials, those submitted as critical to the specific indication were reviewed in detail. At the end of the review of each trial, the reviewer provided "Additional Comments" with a critique to the adequacy of the design and execution of the trial. In short, all trials depicted in Table 54 were adequately designed (to show what the sponsor set to demonstrate) and apparently well-executed. All in all, the trials had adequate negative (placebo) or positive controls (omeprazole, 20 mg once-a-day), appropriate study populations, consistent inclusion/criteria, sufficient sample sizes for appropriate statistical power and adequate and consistent timing for endoscopic or clinical evaluations. The groups being compared were very similar in demographic and disease baseline characteristics and patients were compliant. It is concluded that the efficacy comparison between the arms of the various trials is valid.

Using the rules of the game specified above and the data displayed in Table 54, the reviewer now attempts to answer the following questions regarding NEXIUM'S efficacy **per each indication**:
1. What studies demonstrate efficacy?
2. Is the reviewer's recommended dose and regimen the same as that recommended by the sponsor?
3. What studies demonstrate that esomeprazole is more efficacious **(clinically superior)** than omeprazole?

NDA 21-153
Page 160

**BEST POSSIBLE COPY**

TABLE 54

Overall Summary of Efficacy in NDA 21-153

| Protocol (Study) No. | Time of Eval. | Treatment Being Compared | | | | | Therapeutic Gain/(p-value) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Esomeprazole (mg qd) | | | PL | OME 20 | 40 vs PL | 20 vs PL | 20 vs PL | 40H vs 20H | 20H vs 10H | 40H vs 10 OME | 20H vs 20 OME |
| | | 40 | 20 | 10 | | | | | | | | | |
| **I. HEALING OF EROSIVE ESOPHAGITIS** | | | | | | | | | | | | | |
| 172 | W 4 | 71.1% | 66.5% | N/A | N/A | 61.4% | N/A | N/A | N/A | 4.6% [N.S.] | N/A | 9.7% [<0.001] | 5.1% [N.S.] |
| | W 8 | 87.6% | 83.8% | N/A | N/A | 81.4% | N/A | N/A | N/A | 3.8% [N.S.] | N/A | 6.2% [<0.001] | 2.4% [N.S.] |
| 173 | W 4 | 68.2 | N/A | N/A | N/A | 66.3% | N/A | N/A | N/A | N/A | N/A | 1.7% [N.S.] | N/A |
| | W 8 | 83.0% | N/A | N/A | N/A | 85.8% | N/A | N/A | N/A | N/A | N/A | 1.2% [N.S.] | -0.8% [N.S.] |
| 174 | W 4 | N/A | 68.7% | N/A | N/A | 69.5% | N/A | N/A | N/A | N/A | N/A | N/A | 2.3% [N.S.] |
| | W 8 | N/A | 90.6% | N/A | N/A | 88.3% | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 222 | W 4 | 78.6% | N/A | N/A | N/A | 66.6% | N/A | N/A | N/A | N/A | N/A | 12% [0.001] | N/A |
| | W 8 | 89.9% | N/A | N/A | N/A | 80.9% | N/A | N/A | N/A | N/A | N/A | 9% [0.001] | N/A |
| **II. MAINTENANCE OF HEALING OF EE** | | | | | | | | | | | | | |
| 177 | 6 mo. | 87.9% | 78.7% | 54.2% | 29.1% | N/A | 58.8% [<0.001] | N/A | 23.1% [<0.001] | 9.2% [N.S.] | 24.5% [0.026] | N/A | N/A |
| 178 | 6 mo. | 93.6% | 93.2% | 57.1% | 29.0% | N/A | 64.6% [<0.001] | 64.2% [<0.001] | 28.1% [<0.001] | 0.4% [N.S.] | 16.1% [0.001] | N/A | N/A |
| **III. SYMPTOMATIC GASTROESOPHAGEAL REFLUX DISEASE (s-GERD)** | | | | | | | | | | | | | |
| 225 | W 4 | 33.3% | 33.9% | N/A | 13.7% | N/A | 19.6% [<0.001] | 10.2% [<0.001] | N/A | -0.6% [N.S.] | N/A | N/A | N/A |
| 226 | W 4 | 36.4% | 41.6% | N/A | 11.9% | N/A | 24.5% [<0.001] | 19.7% [<0.001] | N/A | -5.2% [N.S.] / -3.8% [N.S.] | N/A | 1.4% [N.S.] | 1.3% [N.S.] |
| -0009 | W 4 | 56.3% | 60.3% | N/A | N/A | 58.1% | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| -0011 | W 4 | 70.3% | N/A | N/A | N/A | 67.9% | N/A | N/A | N/A | N/A | N/A | 2.4% [N.S.] | N/A |
| -021 | W 4 | N/A | 61.9% | N/A | N/A | 59.6% | N/A | N/A | N/A | N/A | N/A | N/A | 2.3% [N.S.] |

Reviewer's Table

NDA 21-153
Page 161

## B. HEALING OF EROSIVE ESOPHAGITIS

1. For this indication, the question of greater efficacy is not entirely settled. Although study 172 shows statistical difference between H40 and O20 in the proportion of patients healed at 4 and 8 weeks, the therapeutic gain at 8 weeks (6.2%) is of borderline clinical significance. These results (statistical superiority of H40 over O20) are confirmed by those of Study 222. However, in Study 173, H40 could not be differentiated from O20. The conclusion is that, since O20 is known to be active and H40 is not very different from O20, H40 **is also active**. Activity is also shown for H20 because in two trials (172 and 174) the efficacy of this dose of esomeprazole is similar to O20. In conclusion for this indication: a) both H40 and H20 **are active;** b) **H20 is as active as H40.**

2. The reviewer dose not agree with the sponsor's dose recommendation of H40. If a dose of H is to be recommended it would be 20. This is because the only study assessing side by side effects, **172**, shows that at Week 8, H20 is as efficacious as H40 (Table 54).

3. There are no studies which demonstrate that H is superior to O, clinically or even statistically. As shown in Table 54, in Study 172, the effects of H20 are not differentiated from those of O20. This conclusion is supported by results in Study 174.

## C. MAINTENANCE OF HEALING OF EROSIVE ESOPHAGITIS

1. For this indication both studies submitted by the sponsor in support of this indication, 177 and 178, provide excellent evidence that esomeprazole is very effective in maintaining reflux esophagitis healed for up to 6 months. Each of the three dose levels of the drug tested (H40, H20, and H10) is shown to be superior to placebo in one trial and these results are replicated in the other.

   In assessing risk to benefit matters related to this indication it is very important to consider **what** is being maintained healed. The answer is in Table 6 (Study 172). The bulk of these patients had LA classification A or B, equivalent to mild to moderate esophagitis. Roughly, 1/5 of the patients had LA classification C (18%) and few (7%) had LA classification D. In this reviewer's opinion, this information argues in favor of maintaining these lesions healed with a lower but definitely efficacious dose of the drug (20 mg once-a-day) rather than 40 mg qd.



2. The reviewer does not agree with the sponsor's dose recommendation of H40. Although study 177 shows some difference between H40 and H20, this difference (9.2%) is: a) not statistically significant and b) of borderline clinical relevance. Furthermore, study 178 shows neither statistical nor clinical difference between these two dose levels of

NDA 21-153
Page 162

drug. In addition to being very well differentiated from placebo, both dose levels of H are superior to the lowest dose tested (H10). In summary, it is the reviewer's conclusion that H20 is as efficacious as H40 in maintaining erosive esophagitis healed.

3. The sponsor has presented no results of studies assessing the efficacy of H in comparison to O in the maintenance of healing of EE.

## D. TREATMENT OF s-GERD

1. For this indication, the question of efficacy is settled by results of the two pivotal trials, submitted by the sponsor in support of this indication, 225 and 226. These provide unquestionable evidence that esomeprazole is more effective than placebo in the treatment of s-GERD. Each of the two dose levels of drug tested (H40 and H20) is shown to be superior to placebo in one trial and these results are replicated in the other.

Although the therapeutic gains (H > PL) are clinically meaningful (20% in one trial, 30% in the other), the proportion of patients experiencing complete relief of heartburn after 4 weeks of treatment with the drug is low: 34% in trial 225 and 42% in study 226. These proportion of patients experiencing complete relief of HB is considerably lower than the proportion of patients with investigator-recorded complete resolution of heartburn at Week 4 in healing of erosive esophagitis trials: Study 172 (H40=65%; H20=61%): Studies 173 and 222 (H40=68%). The same pattern of response (less symptomatic efficacy for s-GERD than for EE) has been observed with omeprazole and is included in the labeling for this PPI.

2. The reviewer agrees with the sponsor's recommended dose and regimen for this indication since both critical trials demonstrate that there is no added benefit by increasing the dose from 20 to 40 mg once-a-day (Table 54).

3. Results from three clinical trials, -0009, -0011 and -021 (Table 54) clearly show that whether one compares H40 or H20, the effects of esomeprazole in the treatment of s-GERD are **nearly identical** to those seen with O20. There is clearly **no indication that esomeprazole is superior to omeprazole for the treatment of s-GERD.**

## E. OVERALL CONCLUSIONS ON EFFICACY

In summary, the overall assessment in NDA 21-153, demonstrate that adequate and well-controlled studies support the efficacy of orally administered esomeprazole in three indications: healing of erosive esophagitis (20 mg once daily for 4 to 8 weeks), maintenance of healing of

NDA 21-153
Page 163

erosive esophagitis (20 mg once daily for at least 6 months)[41] and treatment of symptomatic GERD (20 mg once-a-day for 4 weeks).

## IX.   INTEGRATED SUMMARY OF SAFETY (ISS)

### A.   Generalities

The ISS includes information from 44 completed clinical trials that provide data to support the claims made for H 199/18 in NDA 21-153.  These 44 completed studies consisted of

| | |
|---|---|
| <u>33 Phase I studies:</u> | 4 *in vitro* investigations |
| | 28 in subjects with acid-related disorders |
| | 1 in patients with s-GERD |

| | |
|---|---|
| <u>44 Phase II/III studies:</u> | 3 controlled E+S studies in healing of EE |
| | 2 in maintenance of healing of EE |
| | 5 controlled E+S studies in s-GERD |
| | 1 uncontrolled, L-T, safety study |

There are also ————studies.

1.   The total number of H 199/18 subjects/patients enrolled, per study Phase is summarized in Table 55.

### APPEARS THIS WAY
### ON ORIGINAL

---

[41] The sponsor proposes to add the sentence ——————————— apparently based on results of maintenance trial 179  This open-label, 12 month trial was not reviewed as a critical source of evidence but it will be briefly commented upon in the integrated Summary of Safety and the duration of maintenance treatment will be reconsidered at that time