# EXHIBIT J

# Consumer Perception Test Of Nexium Internet Ad

## Submitted To:

## Patterson, Belknap, Webb & Tyler, LLP

## March, 2005

$D^2$ Research
71 South Glen Road
Kinnelon, NJ 07405
(973) 492-0100



DUPONT
DEPOSITION
EXHIBIT  LD.

#100-3-05

# TABLE OF CONTENTS

|                                              | Page |
|----------------------------------------------|------|
| STATEMENT OF RESPONSIBILITY                   | 1    |
| INTRODUCTION                                  | 2    |
| A. Objective                                 | 2    |
| B. Method                                    | 2    |
| C. Edited Ad                                 | 3    |
| CONCLUSIONS                                   | 5    |
| SUMMARY OF FINDINGS                           | 6    |
| A. What The Ad Communicated                  | 6    |
| B. Materiality Of The Ad's Message           | 14   |
| DETAILED METHODOLOGY                          | 16   |
| EXPERT QUALIFICATIONS                         | 18   |
| COMPUTER TABULATIONS                          |      |
| QUESTIONNAIRE MATERIAL                        |      |
| RESPONDENT VERBATIMS                          |      |
| ADS                                          |      |

D² Research

# STATEMENT OF RESPONSIBILITY

I, Thomas D. Dupont, Ph.D., designed and supervised the conduct of the survey described herein. All statements of findings and conclusions are my own. It is my opinion that my survey meets or exceeds the survey standards set forth in the Manual for Complex Litigation, Third, i.e.:

(a) The population was properly chosen and defined.

(b) The sample chosen was representative of that population.

(c) The questions asked were clear and not leading.

(d) The data gathered were accurately reported.

(e) The data were analyzed in accordance with accepted statistical principles.

(f) The survey was conducted by qualified persons following proper interview procedures.

(g) The process was conducted so as to ensure objectivity.

My findings and conclusions are set forth on the pages which follow.

The total cost of this survey, including my time to design and report it, will be approximately $58,000.

My qualifications, including publications in the past ten years and testimony in the past four years are appended in the section entitled "Expert Qualifications."

Dated this 14th day of March, 2005

Thomas D. Dupont, Ph.D.

D³ Research

# INTRODUCTION

## A.   Objective

AstraZeneca's website for Nexium (www.purplepill.com) includes an advertisement for Nexium headlined "The healing purple pill has some very healing news. Nexium heals acid related damage better than the other leading medicine." The ad goes on to say that the claim is based on studies comparing Nexium with Prevacid in patients with moderate to severe damage, and includes bar charts showing that Nexium healed a higher percentage of patients with moderate to severe damage than did Prevacid. The ad also includes an offer of a seven day free trial coupon. Similar ads, though with less detail and without the supporting bar charts, have run in consumer magazines.

TAP Pharmaceuticals, makers of Prevacid, are concerned that consumers do not understand that Nexium's healing superiority is limited to patients with moderate to severe damage, who are a minority of patients with any damage (and patients with damage are a minority of acid reflux sufferers). If consumers do not understand these facts, then they may conclude from the advertisement that Nexium is superior for all levels of damage, or even that Nexium is superior overall (even for those without damage). Accordingly, a consumer perception study was conducted to determine what the ad communicates to consumers, and specifically whether or not consumers understood that Nexium's claim of superiority in healing acid-related damage to the esophagus applied only to the minority of patients with moderate to severe damage.

## B.   Method

A mall intercept survey was conducted at shopping malls in 12 geographically dispersed locations, among 411 men and women age 25 and over who either have taken a prescription medicine to treat heartburn or acid reflux disease in the past six

D²Research

months, or intend to in the next six months, and are Internet users (have accessed the Internet in the past month). Two hundred-five (205) interviews were conducted using the Nexium ad described above (hereafter, the "Test" ad) and 206 were conducted using an edited version of the ad, hereafter the "Edited" ad (this ad will be discussed in the following section).

Each respondent sat at a computer and viewed the ad within Internet Explorer, as he or she would if seeing it on his or her own computer at home. After viewing the ad, respondents went to a different location out of sight of the ad where they were questioned about it using both open-ended and closed-ended questions.

A complete description of the method is appended, as are specimen questionnaires and complete computer tabulations.

## C.   Edited Ad

As noted above, the survey employed a design whereby one group of respondents was exposed to the test ad and a second group was exposed to an edited version of the ad. The second group was a control group, but one which is different from the type more commonly used in consumer perception surveys. Whereas the more common approach is to employ a control ad which does not contain the allegedly deceptive message, and use that control group to measure survey "noise," in this case the purpose of the control group exposed to the edited ad was to determine what would be communicated by an ad that did not include any disclosures that Nexium's superiority in healing acid-related damage was limited to cases of moderate to severe damage. By comparing the Test ad, which did include such a disclosure, with the Edited ad, which was otherwise identical but did not include such a disclosure, one can determine the degree to which the disclosure affected consumer takeaway of the ad's message.

D² Research

To put it another way, the edited ad would no doubt be considered to be false on its face, since it does not disclose the limitations on the claim that Nexium heals acid-related damage better than does Prevacid (i.e., that Nexium does so only among patients with moderate to severe damage). The question addressed by the survey is, does the disclosure in the ad which Nexium did run correct that falsity?

## CONCLUSIONS

The survey results indicate that consumers clearly understood the Nexium Internet ad (either version tested) to be communicating a message that Nexium is superior to other products. Approximately half the respondents surveyed clearly understood that the comparison was against Prevacid.

However, the specifics of the "better" claim, in particular that Nexium heals moderate to severe acid-related damage to the esophagus better than does Prevacid, were not effectively communicated to consumers:

- Only 11.2% of respondents volunteered anything about moderate to severe damage in response to any of the three open-ended questions probing what was communicated,

- When asked directly whether Nexium's better healing claim applied to all people with acid related damage to the esophagus or only those with moderate to severe damage, more respondents replied "all people" than replied "only those with moderate to severe damage."

- Moreover, the responses to that question among respondents exposed to an edited version of the ad, which omitted the limitation to moderate to severe damage, were very similar.

If the disclosure about moderate to severe damage was effective in communicating the limited circumstances in which Nexium provides superior healing, then respondents exposed to the Test (unaltered) ad should have been more likely than those exposed to the Edited ad to say that the claim applied only to moderate to severe damage. The fact that response to the two ads was identical proves that the Test ad was ineffective in communicating that the claim applies only to patients with moderate to severe damage.

D Research

# SUMMARY OF FINDINGS

## A.    What The Test Ad Communicated

The first two questions in the survey were designed to learn what the ad as a whole communicated to the consumer. These questions were:

Q. 1: *"First, please tell me what that ad communicated to you about Nexium?"*

Q. 2: *"What else, if anything, did the ad communicate to you about Nexium? Anything else?"*

Table 1, following, shows the results of those two questions[1]. The key findings shown in Table 1 are:

+ The response to the two ads was highly similar -- there are very few differences between the two columns of figures.

+ Both ads communicated a comparative message to about 70% of respondents; however, only a minority (17.1% for the Test Ad and 20.4% for the Edited Ad) played back a message having to do with Nexium's superiority in healing damage. Mostly, respondents played back a message of general superiority for Nexium (53.7% for the Test Ad; 58.7% for the Edited Ad).

+ Few respondents exposed to the Test Ad played back anything about moderate to severe damage. Only 2.9% played back a superiority message as to moderate/severe damage, plus an additional 5.4% who played back a non-comparative message concerning moderate/severe damage. In total, 8.3% of Test Ad respondents (and zero Edited Ad respondents) played back messages related to moderate/severe damage.

+ Many respondents did understand the ads to be comparing Nexium with Prevacid (39.5% for the Test Ad and 52.4% for the Edited Ad).

---

[1] The percentages reported refer to the number of respondents giving a particular answer. Because this tabulation embraces responses to two questions, and because multiple responses were possible to even a single question, the percentages add to more than 100%

D²|Research

## Table 1

## What Was Communicated By The Ad/What Else

| | Test Ad % | Edited Ad % |
|---|---|---|
| Comparative Responses (Net) | 88.3 | 71.8 |
| Heals/relieves damage better/best/faster/fastest (Net) | 17.1 | 20.4 |
| Heals/relieves acid damage/other damage better/best | 8.3 | 4.9 |
| Heals/relieves esophagus/throat/damage to esophagus/ throat better/best | 6.3 | 15.5 |
| Heals/relieves moderate/severe damage (to anything) better/best | 2.9 | - |
| Relieves/treats/heals/cures symptoms better/best (Net) | 10.2 | 10.7 |
| Relieves/treats/heals/cures acid reflux/heartburn/ stomach better/best/faster/fastest | 10.2 | 10.2 |
| Reduces/controls acid better/best | - | 0.5 |
| General "better" statements (Net) | 53.7 | 58.7 |
| Better/stronger (NFI) | 22.4 | 20.4 |
| Studies/charts/figures prove it's better | 21.5 | 24.8 |
| Heals/works better (what unspecified, damage mention) | 15.8 | 20.9 |
| All other "better" statements | 2.0 | 2.9 |
| Non-comparative Responses (Net) | 80.5 | 80.6 |
| Relieves/treats/heals/cures symptoms (Net) | 39.5 | 37.4 |
| Relieves/treats/heals/cures/prevents acid reflux/ heartburn/stomach problems | 37.6 | 36.4 |
| Relieves/treats/heals (what unspecified) | 2.0 | 1.0 |
| Heals damage (Net) | 30.7 | 26.7 |
| Heals esophagus/throat/damage to esophagus/throat | 20.0 | 20.9 |
| Heals damage/acid reflux damage/stomach damage | 5.4 | 5.8 |
| Heals moderate/severe damage | 5.4 | - |
| Other ref. To treatment (Net) | 9.3 | 13.1 |
| Good/works well/takes care of you | 5.9 | 6.8 |
| Acid reflux can damage esophagus | 2.9 | 2.9 |
| Need to treat acid reflux | 0.5 | 2.4 |
| Works fast | - | 1.5 |

*Continued*

D²Research

*Table 1 (Continued)*

| | Test Ad % | Edited Ad % |
|---|---|---|
| Other non-comparative statements | 50.7 | 50.0 |
| 24 hr relief/take one a day | 14.1 | 10.7 |
| Ref. To studies/8000 patients/studies prove it works | 11.7 | 16.0 |
| Purple pill/healing purple pill | 8.3 | 5.3 |
| See Dr./ask if right for you/only Dr. can diagnose | 7.3 | 2.9 |
| Heals in 8 weeks/X weeks | 7.3 | 3.9 |
| Free trial offer | 6.3 | 7.3 |
| Side effects | 3.9 | 5.3 |
| Rx product | 3.4 | 3.9 |
| Doctors recommend/prescribe | 0.5 | 3.4 |
| All other non-comparative | 5.8 | 7.3 |
| Mentioned specific product | 43.4 | 53.9 |
| Prevacid | 39.5 | 52.4 |
| Prilosec | 4.4 | 0.5 |
| All other brands | - | 1.0 |
| All other | 3.9 | 1.5 |
| Don't know/nothing | 0.5 | - |
| BASE | 205 | 206 |

Q1: First, please tell me what that ad communicated to you about Nexium.

Q2: What else, if anything, did the ad communicate to you about Nexium?

- 8 -

$D^2$ Research

After these questions respondents were asked a filter question directed at the "better" message in the ad. Filter questions are questions designed to "filter out" respondents who got no message about a particular subject (before asking a question about that particular subject). The filter question was:

Q. 3: Do you recall the ad saying that Nexium heals acid-related damage better than the other leading medicine?

As shown in Table 2, about nine in ten respondents, the same for both ads, said the ad did say that Nexium heals acid related damage better.

### Table 2

### Do You Recall The Ad Saying Nexium Heals Acid Related Damage Better Than The Other Leading Medicine?

|  | Test Ad % | Edited Ad % |
|---|---|---|
| Yes | 91.2 | 89.8 |
| No | 5.9 | 7.3 |
| Don't Know | 2.9 | 2.9 |
| BASE | 205 | 206 |

Q3: Do you recall the ad saying Nexium
heals acid related damage better than
the other leading medicine?

Respondents replying that the ad did say Nexium was better were asked:

Q. 4: Specifically, what do you recall the ad saying about that?

Table 3 shows the responses, with percentages based on the total sample exposed to each ad. As Table 3 shows, the consumer playback as to what the ad said about Nexium healing acid related damage better was virtually identical for the two ads. Specifically:

D' Research

- ◆ For both ads, about 70% of respondents played back comparative messages, and nearly 50% played back the "heals damage better" message (a message which, of course, was given away in the question itself).

- ◆ Very few respondents (3.9% for the Test Ad and zero for the Edited Ad) played back anything about healing moderate to severe damage better. [2]

- ◆ Again, many respondents (29.3% for the Test Ad and 38.3% for the Edited Ad) played back that Nexium was being compared to Prevacid.

Taking account of all three open-ended questions, only 11.2% of respondents exposed to the Test Ad played back anything at all about Nexium healing moderate to severe damage. In contrast, over half the respondents exposed to the Test Ad (52.2%) mentioned in one or more of the three open-ended questions that Nexium was being compared with Prevacid.[3] Thus, the open-ended questions indicate that respondents understood that Nexium was saying it is better than Prevacid, but did not understand that the basis for the comparison was healing moderate to severe damage.

---

[2] In addition, in each group there was one respondent (0.5%) who played back a non-comparative message about moderate/severe damage.

[3] See "Computer Tabulations," Tables 9 & 10.

D[2] Research

**Table 3**

**Specifically, What Do You Recall The Ad Saying About That**
**(Nexium Heals Acid Related Damage Better Than The Other Leading Medicine)**

| | Test Ad % | Edited Ad % |
|---|---|---|
| Total Asked (Recalled Ad Saying Nexium Healed Better) | 91.2 | 89.8 |
| Comparative Responses (Net) | 71.2 | 70.9 |
| Heals/relieves damage better/best/faster/fastest (Net) | 48.3 | 49.5 |
| Heals/relieves acid damage/other damage better/best | 38.8 | 37.9 |
| Heals/relieves esophagus/throat/damage to esophagus/ throat better/best | 7.8 | 11.7 |
| Heals/relieves moderate/severe damage (to anything) better/best | 3.9 | - |
| General "better" statements (Net) | 26.3 | 21.8 |
| Studies/charts/figures prove it's better | 20.5 | 19.9 |
| Heals/works better (what unspecified, no damage mention) | 3.9 | - |
| Better/stronger (NFI) | 1.0 | 0.5 |
| All other "better" statements | 1.0 | 1.5 |
| Relieves/treats/heals/cures symptoms better/best (Net) | 1.5 | 2.4 |
| Non-comparative Responses (Net) | 19.5 | 18.9 |
| Heals damage (Net) | 2.9 | 2.4 |
| Heals esophagus/throat/damage to esophagus/throat | 1.5 | 1.9 |
| Heals damage/acid reflux damage/stomach damage | 1.0 | - |
| Heals moderate/severe damage | 0.5 | 0.5 |
| Relieves/treats/heals/cures/prevents acid reflux/heartburn/ stomach problems | 1.5 | 2.4 |
| Other reference to treatment | 2.4 | 0.5 |
| Other non-comparative statements | 14.1 | 15.0 |
| Mentioned specific product | 32.2 | 40.8 |
| Prevacid | 29.3 | 38.3 |
| Prilosec | 2.9 | 1.9 |
| OTC | - | 0.5 |
| All other | 2.9 | 1.0 |
| Don't know/nothing | 2.9 | 3.9 |
| BASE | 205 | 206 |

Q3:  Specifically, what do you recall the ad saying about that?

D² Research

The final question in the survey was a closed ended question designed to focus specifically on consumer perceptions as to the group of people for whom Nexium will heal acid related damage better than the other leading medicine:

- ◆ All people with damage to the esophagus caused by acid reflux disease; or
- ◆ Only people with moderate or severe damage to the esophagus caused by acid reflux disease.

The specific question asked was as follows:

Q7. *Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?*

1. *All people with damage to the esophagus caused by acid reflux disease*

2. *Only people with moderate or severe damage to the esophagus caused by acid reflux disease.*

3. *Don't know or no opinion*

There were two versions of the questionnaire, rotating the order of the first two choices, so that any bias due to the order of the choices was eliminated.

As shown in Table 4, the responses to this question were very similar for both the ads:

- ◆ Approximately half the respondents replied that Nexium's "heals better" claim applies to all people with damage to the esophagus caused by acid reflux;
- ◆ Substantially fewer (36.1% for the Test Ad and 29.1% for the Edited Ad) replied that the claim applies only to people with moderate to severe damage;
- ◆ Approximately 10% weren't sure; and
- ◆ Approximately 10% were not asked the question because they said earlier that they did not notice the claim.

The significance of the finding that the response to the two ads was very similar is that the disclosure, in the Test Ad, that the "heals better" claim applies only to moderate to severe damage was not effective, since the proportion of consumers who

D² Research

understood that limitation on the claim was only seven percentage points higher in the Test Ad than in an otherwise identical ad which did not include that disclosure.

### Table 4

### For What Group Of People Will Nexium Heal Acid Related Damage Better That The Other Leading Medicine?
### (Closed Ended)

|  | Test Ad % | Edited Ad % |
|---|---|---|
| All people with damage to the esophagus caused by acid reflux disease | 45.9 | 51.0 |
| Only people with moderate or severe damage to the esophagus caused by acid reflux disease. | 38.1 | 29.1 |
| Don't Know/No Opinion | 9.3 | 9.7 |
| Not Asked (Do not recall seeing claim) | 8.8 | 10.2 |
| BASE | 205 | 206 |

$D^2$ Research

## B.    Materiality

In order to assess whether the information in the ads was material in generating consumer interest in Nexium, respondents were asked:

Q5:    *Would the information in the ad make you more likely to try Nexium, less likely to try Nexium, or would it not affect your decision one way or the other?*

As shown in Table 5, over half the respondents — the same for both ads — said the information in the ad would make them more likely to try Nexium.  Most respondents who said they would not be more likely to try Nexium said the information would not affect their decisions.

### Table 5

**Would the information in the ad make you more likely to try Nexium, less likely, or would it not affect your decision?**

|  | Test Ad % | Edited Ad % |
|---|---|---|
| Total Asked | 91.2 | 89.8 |
| More likely | 58.5 | 54.9 |
| Less likely | 5.9 | 4.9 |
| Would not affect | 26.8 | 30.1 |
| BASE | 205 | 205 |

Q5: Would the information in the ad make you more
likely to try Nexium, less likely to try Nexium, or
would it not affect your decision one way or the
other?

D²Research

Respondents who said "more likely" were asked:

   *Q6: Why would the information in the ad make you more likely to try Nexium?*

The responses, shown in Table 6, were basically the same for both ads, and were characterized by the relative <u>absence</u> of healing damage as a reason for being more likely to try Nexium. Rather, for both ads, the reasons for interest revolved around Nexium's <u>general</u> superiority.

- About half the respondents said it was because Nexium would be better or more effective, but only a very small number of these respondents (4.2% among those exposed to the Test Ad) said it was because Nexium was better at healing damage. Conversely, the "better" statements largely were that Nexium works better, or is more effective, or was proven better by the studies.

- The remaining respondents gave responses which did not refer specifically to Nexium's advertised superiority.

## Table 6

## Why Would The Information In The Ad Make You More Likely To Try Nexium?

|  | Test Ad % | Edited Ad % |
|---|---|---|
| <u>Better/More effective (Net)</u> | <u>46.7</u> | <u>51.3</u> |
| Better/works better/more effective | 29.2 | 29.8 |
| Studies/data prove it's better | 13.3 | 22.1 |
| Heals damage/acid reflux damage better | 4.2 | 1.8 |
| Ad informative/detailed/credible/gave facts | 17.5 | 9.7 |
| Studies/data/ratings (no better mention) | 7.5 | 6.2 |
| Ref. To personal experience | 6.7 | 4.4 |
| Heals damage/acid reflux damage | 5.0 | 6.2 |
| It works/good product | 3.3 | 5.3 |
| Take one/day; 24 hour relief | 2.5 | 4.4 |
| 7 day trial | 0.8 | 3.5 |
| All other | 18.3 | 16.8 |
| BASE (Total Asked) | 120 | 113 |

Q6: Why would the information in the ad make you more likely to try Nexium?

D² Research

# DETAILED METHODOLOGY

## A.    Sampling and Interviewing Specifications

All interviews were conducted by professional interviewers at permanent shopping mall interviewing facilities. Respondent eligibility requirements were:

- Males (33%) and females (67%) age 25 and over.

- Have taken a prescription medicine to treat heartburn or acid reflux disease in the past six months, or intend to in the next six months.

- Have used a computer to access the Internet in the past 30 days

- Do not work in the health care field, in marketing research or at any of the mall stores.

- Have glasses or contacts if needed to use a computer.

Interviewing was conducted in the following locations:

| | |
|---|---|
| Chicago | Atlanta |
| High Point (NC) | Oklahoma City |
| Los Angeles | Kansas City |
| Minneapolis | Philadelphia |
| Nashville | Salt Lake City |
| New York | Spokane |

Each location was assigned to conduct 36 interviews. Interviewing was conducted February 10 – March 1, 2005. Respondents were intercepted in the public areas of the mall, screened for eligibility, and escorted to the interviewing service's office where they were able to sit at a computer and view the Internet ad.[4] After viewing the ad, respondents were taken to a private interviewing room out of earshot of other respondents, where the interview was conducted. The survey was double-blind; nei-

---

[4] Each of the two ads used in the survey was provided to the field locations on a separate CD-ROM.

D² Research

ther interviewers nor their supervisors knew the identity of the client or the purpose of the survey.

There were four different forms of the survey questionnaire, designated by the colors pink and blue for the Test ad and green and yellow for the Edited ad. The two colors used for each ad varied in the order of choices in survey Q. 7. Otherwise the questionnaires were identical.

## B.    Validation

Validation is the procedure whereby a sample of those interviewed is re-contacted to verify that they were indeed interviewed. The standard practice in the survey research industry is to validate a minimum of 15% of each interviewer's work. In this survey, 420 interviews were conducted, and respondent names and telephone numbers were provided to a third party validation service with instructions to make three attempts to contact each and every person interviewed, and to verify that the person had participated in the interview. They were successful in re-contacting 260 of the 420 respondents originally interviewed (62%). There were three validation discrepancies, all of which were deleted from the database. Two of the three came from a single interviewer in Spokane, WA. In an abundance of caution, all the remaining interviews conducted by that interviewer (six interviews) were also deleted. This left 411 interviews, 205 on the Test Ad and 206 on the Edited Ad.

## C.    Tabulation

Codes were developed to categorize the answers to the open-ended questions, and they were then coded as to content. The questionnaires were keypunched with 100% verification of keypunch accuracy. Tabulations were conducted by computer and verified against column by column tallies (marginals).

$D^2$ Research

# EXPERT QUALIFICATIONS OF THOMAS D. DUPONT, Ph.D.

## Background

I am an expert in the field of survey research and consumer behavior.

I received a B. A. in Psychology from Lake Forest College in 1965, a M.S. in Industrial Psychology from Purdue University in 1968 and a Ph.D. from Purdue in Consumer Psychology in 1970. From 1968-1970 I was on the teaching staff at Indiana University-Purdue University at Indianapolis, first as an Instructor and later as Assistant Professor, both in the Psychology department.

I am President of D² Research, located in Kinnelon, NJ. D² Research is a survey research and consulting firm that specializes in the application of social science research techniques to the field of marketing and consumer communications. The firm's clients include 3M, Clorox, Hershey, Hertz, Johnson & Johnson, Kimberly-Clark, Nextel, Sara Lee, and Schering-Plough.

Prior to forming D² Research in 1993 I was president of Oxtoby-Smith, Inc. in New York City. Oxtoby-Smith, which was founded in 1956 and ceased operations in November 1993, was a research and consulting firm that conducted a broad array of marketing and communications research for corporate clients. During the firm's existence it conducted over 4,000 surveys on a variety of topics. I was continuously employed by Oxtoby-Smith from 1970 until I resigned in March, 1993. I was President from 1989 – 1993; before that I held a succession of professional staff positions, beginning as a Project Director and ending as Executive Vice President.

Over the past 35 years I have personally conducted hundreds of research assignments on a variety of topics. The range of products and services I have studied has included alcoholic and non-alcoholic beverages, air travel, apparel, automobiles,

D³ Research

food, financial services, proprietary drugs, telecommunications, and many others. Aside from the projects I have personally conducted, I have had supervisory responsibility for many more, numbering in the thousands.

Among the professional associations in which I hold membership are the Market Research Council and the International Trademark Association. I have been active in the work of the Advertising Research Foundation (ARF) as a member of the Technical Advisory Committee, the Copy (Advertising) Research Council and the Research Quality Council. I have also spoken before the ARF Annual Conference and taught at the ARF "Smart" Seminar at the 1993 Annual Conference. In 1991 I was Chairman of the ARF Workshop on Research Quality.

I am active in the Council of American Survey Research Organizations (CASRO), the trade association of the U.S. survey research industry whose 250+ member firms conduct the vast majority of U.S. marketing research. I served as a member of the Board of Directors from 1990 – 1995, and was Chairman of the Board in 1993.

I have spoken extensively in the field of survey and marketing research and have previously testified in the federal courts as an expert on survey research.

D²|Research

## Publications in The Past Ten Years

"Use of Surveys and Survey Experts in Trademark Litigation," Practical Tips on Trademark Litigation, American Bar Association, Section of Intellectual Property Law, April, 2001

"The Value of the Survey Expert in Lanham Act Deceptive Advertising Challenges," Advanced Consumer Protection — Mastering The Challenge, American Bar Association, Section of Antitrust Law, February, 1998

"Analysis of Consumer Perception Surveys, " Transcript Proceedings: NAD Workshop VI: Consumer Perception Communication Surveys, National Advertising Division, Council of Better Business Bureaus, June 1996

"How Researchers Can Be Effective Partners in the Advertising Development Process," Quirk's Marketing Research Review, March 1996

"Trends In Expert Witness Testimony," Global Trends, Annual Journal, Council of American Survey Research Organizations, 1993

D² Research

## Testimony In The Past Four Years

### 2004

BellSouth v. Hawk Communications, N.D.GA (P.I. Hearing)

In Re Gator Corporation Trademark and Copyright Litigation, N.D.GA (Deposition)

3m Company v. Intertape Polymer Group, et. al., D. MN (Deposition)

### 2003

Pharmacia Corp. v. GlaxoSmithKline Consumer Healthcare, D. NJ (Deposition and P.I. Hearing)

McNeil – PPC, Inc. v. Bayer Corporation, D. NJ (Deposition)

Playtex v. Georgia-Pacific, S.D.N.Y. (Deposition)

Healthinet v. Health Net, S.D.WV (Deposition)

### 2002

Bandag, Inc. v. Michelin Retread Technologies, et. al., S. D. IA (Deposition)

Purebred Company v. Star Kist, et. al., D. CO (Trial)

Peaceable Planet, Inc. v. Ty, Inc., N.D. IL (Deposition)

### 2001

Purebred Company v. Petsmart, et. al., D. CO (P.I. Hearing)

Purebred Company v. Starkist Foods, Inc., D. CO (Deposition)

Agnes Trouble v. The Wet Seal, Inc., S.D.N.Y. (Deposition)

SmithKline Beecham Consumer Healthcare v. Johnson & Johnson-Merck Consumer Pharmaceuticals, S.D.N.Y. (Trial)

Genesco, Inc. v. Mudd, LLC, M.D. TN (Deposition)

D² Research

# COMPUTER TABULATIONS

Nexium Internet Ad Consumer Perception Survey   D. Reseach   #100-2-05   March, 2005

# TABLE OF CONTENTS

Table 1 Page 1.......City

Table 2 Page 2.......Respondent Gender

Table 3 Page 3.......#2,3,4,5  Qualifying Questions

Table 4 Page 4.......Q1:  Please  tell me what that commercial communicated to you
                          about Nexium

Table 5 Page 7.......Q2:  What else, if anything, did the commercial communicate to
                          you about Nexium?

Table 6 Page 10......Q2/2:  What communicated/What else?  (Net Unduplicated
                          Mentions)

Table 7 Page 13......Q3:  Do you recall the ad saying that Nexium heals acid-
                          related damage better than the other leading medicine?

Table 8 Page 16......Q4:  Specifically, what do you recall the ad saying about
                          that?

Table 9 Page 17......All mentions of moderate and/or severe damage (Q.1, 2 or 4)

Table 10 Page 18.....All mentions of Prevacid (Q.1, 2 or 4)

Table 11 Page 19.....Q5:  Would the information in the ad make you more likely to
                          try Nexium, less likely, or would it not affect your decision?

Table 12 Page 20.....Q6:  Why would the information in the ad make you more likely
                          to try Nexium?

Table 13 Page 21.....Q6:  Why would the information in the ad make you more likely
                          to try Nexium? (Among Those Who Said More Likely)

Table 14 Page 22.....Q7:  For what group of people will Nexium heal acid-related
                          damage better than the other leading medicine?

Table 15 Page 23.....Q6 Rotation

Case 1:05-cv-01982-KAJ   Document 134   Filed 12/23/2005   Page 27 of 149

Table 1 Page 1

City

| | TOTAL | **Advertisements Original | Edited |
|---|---|---|---|
| TOTAL | 411 | 200 | 200 |
| | 100.0 | 100.0 | 100.0 |
| Atlanta | 36 | 18 | 18 |
| | 8.0% | 8.1% | 8.7% |
| Chicago | 32 | 18 | 13 |
| | 7.5% | 8.0% | 6.3% |
| High Point | 36 | 18 | 18 |
| | 8.0% | 8.0% | 8.7% |
| Kansas City | 28 | 18 | 18 |
| | 9.8% | 8.0% | 8.7% |
| Los Angeles | 35 | 18 | 18 |
| | 8.0% | 8.0% | 8.7% |
| Minneapolis | 35 | 18 | 17 |
| | 8.5% | 8.0% | 8.3% |
| Nashville | 41 | 23 | 18 |
| | 10.0% | 11.2% | 8.7% |
| New York | 36 | 18 | 18 |
| | 8.8% | 8.0% | 8.7% |
| Oklahoma City | 36 | 18 | 18 |
| | 8.8% | 8.0% | 8.7% |
| Philadelphia | 36 | 18 | 18 |
| | 8.8% | 8.0% | 8.7% |
| Salt Lake City | 25 | 7 | 18 |
| | 6.1% | 3.4% | 8.7% |
| Spokane | 22 | 13 | 14 |
| | 6.0% | 6.3% | 6.8% |

Public Interest 13 Consumer Perception Survey   D'Alessan... #200-3-05   March, 2005

Table 2 Page 2

Respondent Gender

|  | TOTAL | **Advertisements**<br>Original | Edited |
|---|---|---|---|
| TOTAL | 411 | 205 | 206 |
|  | 100.0 | 100.0 | 100.0 |
| Male | 145 | 71 | 74 |
|  | 35.3% | 34.6% | 35.9% |
| Female | 266 | 134 | 132 |
|  | 64.7% | 65.4% | 64.1% |

Table 3 Page 3

#2,3,4,5  Qualifying Questions

|  | TOTAL | **ADVERTISEMENT** | |
|---|---|---|---|
|  |  | Original | Edited |
| TOTAL | 432 | 205 | 206 |
|  | 100.0 | 100.0 | 100.0 |
| Taken Rx drug (only) in past 6 months for heartburn/acid reflux | 73 | 44 | 29 |
|  | 17.8% | 21.5% | 14.1% |
| Taken Rx & OTC drug in past 6 months for heartburn/acid reflux | 134 | 58 | 76 |
|  | 32.6% | 28.3% | 36.9% |
| Likely to take Rx drug (only) in next 6 months for heartburn/acid reflux | 37 | 13 | 24 |
|  | 9.0% | 6.3% | 11.7% |
| Likely to take both Rx & OTC drug in next 6 months for heartburn/acid reflux | 174 | 89 | 85 |
|  | 42.3% | 43.4% | 41.3% |

Nexium National Ad Response Perception Survey  &  Research P100-J-05   March, 2005

Table 4 Page 4

Q1:  Please  tell me what that commercial communicated to you about Nexium

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| TOTAL | 412 | 205 | 207 |
| | 100.0 | 100.0 | 100.0 |
| Comparative Responses (Net) | 235 | 117 | 118 |
| | 57.2% | 57.1% | 57.3% |
| Relieves/treats/heals/cures symptoms better/best (Net) | 33 | 18 | 15 |
| | 8.0% | 8.8% | 7.3% |
| Relieves/treats/heals/cures acid reflux/heartburn/stomach better/best/faster/fastest | 32 | 18 | 14 |
| | 7.8% | 8.8% | 6.8% |
| Reduces/controls acid better/best | 1 | – | 1 |
| | 0.2% | | 0.5% |
| Heals/relieves damage better/best/faster/fastest (Net) | 64 | 28 | 36 |
| | 15.6% | 13.7% | 17.5% |
| Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 39 | 12 | 27 |
| | 9.5% | 5.9% | 13.1% |
| Heals/relieves acid damage/other damage better/best | 22 | 13 | 9 |
| | 5.4% | 6.3% | 4.4% |
| Heals/relieves moderate/severe damage (than anything) better/best | 3 | 3 | – |
| | 0.7% | 1.5% | |
| Other "better" statements (Net) | 154 | 75 | 79 |
| | 37.5% | 36.6% | 38.3% |
| Studies/charts/figures prove it's better | 49 | 25 | 24 |
| | 11.9% | 12.2% | 11.7% |
| Better/stronger (Net) | 61 | 29 | 32 |
| | 14.8% | 14.1% | 15.5% |
| Heals/works better (what unspecified, no mention of damage) | 49 | 24 | 25 |
| | 11.9% | 11.7% | 12.1% |
| All other "better" statements | 3 | 2 | 1 |
| | 0.7% | 1.0% | 0.5% |
| Non-comparative Responses (Net) | 214 | 102 | 112 |
| | 52.1% | 49.8% | 54.4% |
| Relieves/treats/heals/cures symptoms (Net) | 112 | 54 | 58 |
| | 27.1% | 26.3% | 28.2% |
| Relieves/treats/heals/cures/prevents acid reflux/heartburn/ stomach problems | 107 | 53 | 56 |
| | 26.0% | 26.8% | 27.2% |
| Relieves/treats/heals (what unspecified) | 5 | 3 | 2 |
| | 2.3% | 1.5% | 1.0% |
| Heals damage (Net) | 69 | 32 | 37 |
| | 16.8% | 15.6% | 18.0% |

Table 4 Page 5
(Continued)

Q3: Please   tell me what that commercial communicated to you about Nexium

| | TOTAL | ADVERTISEMENT Original | Edited |
|---|---|---|---|
| Heals esophagus/throat/damage to esophagus/throat | 53 12.4% | 26 13.7% | 27 13.1% |
| Heals damage/acid reflux damage/stomach damage | 16 3.4% | 4 2.0% | 12 4.8% |
| Heals moderate/severe damage | 4 1.0% | 4 2.4% | — |
| Other ref. To treatment (Heal) | 14 3.4% | 7 3.4% | 7 3.4% |
| Used to treat acid reflux | 2 0.5% | 1 0.5% | 1 0.5% |
| Acid reflux can damage esophagus | 2 0.5% | 2 1.0% | — |
| Good/works well/takes care of you | 18 2.4% | 4 2.0% | 6 2.9% |
| Other non-comparative statements | 92 22.4% | 45 23.9% | 43 20.9% |
| Side effects | 6 2.5% | 2 1.0% | 4 1.9% |
| Purple pill/healing purple pill | 16 3.6% | 11 5.4% | 4 1.9% |
| See Dr./ask if right for you/only Dr. can diagnose | 9 1.2% | 6 2.9% | 3 1.5% |
| Rx product | 6 1.5% | 1 0.5% | 5 2.4% |
| Doctors recommend/prescribe | 3 0.7% | — | 3 1.5% |
| Ref. To studies/5800 patients/studies prove it works | 22 5.4% | 12 5.9% | 10 6.8% |
| Free trial offer | 11 2.7% | 4 2.0% | 7 2.4% |
| 24 hr relief/take one a day | 17 4.1% | 8 2.9% | 5 4.4% |
| Heals in 3 weeks/X weeks | 6 1.5% | 3 2.4% | 3 3.5% |
| All other non-comparative | 6 1.4% | 4 2.0% | 2 1.0% |
| Mentioned specific product | 151 26.7% | 63 38.7% | 60 42.7% |
| Prevacid | 142 35.0% | 68 28.3% | 65 41.7% |

Maxim, Perceive Ad Consumer Perception Survey  D Research #100-3-05  March, 2005

Table 4 Page 5
(Continued)

Q: Please tell me what that commercial communicated to you about Maxim

| | TOTAL | ADVERTISEMENT RESPONSES Original | Edited |
|---|---|---|---|
| Prillmier | 6 1.5% | 5 2.4% | 1 0.5% |
| All other brands | 1 0.2% | – | 1 0.5% |
| All other | 2 0.5% | 2 1.0% | – |
| Don't know/nothing | 1 0.2% | 1 0.5% | – |

Table 5 Page 7

Q7:  What else, if anything, did the commercial communicate to you about Maxium?

| | TOTAL | **ADVERTISEMENT** | |
| | | Original | Edited |
| --- | --- | --- | --- |
| TOTAL | 411 | 205 | 206 |
| | 100.0 | 100.0 | 100.0 |
| Comparative Responses (Net) | 140 | 65 | 75 |
| | 34.1% | 31.7% | 36.9% |
| Relieves/treats/heals/cures symptoms better/ best (Net) | 14 | 4 | 10 |
| | 3.4% | 2.0% | 4.9% |
| Relieves/treats/heals/cures acid reflux/ heartburn/stomach better/best/faster/ fastest | 14 | 4 | 10 |
| | 3.4% | 2.0% | 4.9% |
| Heals/relieves damage better/best/faster/ fastest (Net) | 20 | 10 | 10 |
| | 4.8% | 4.9% | 4.9% |
| Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 9 | 2 | 7 |
| | 2.2% | 1.0% | 3.4% |
| Heals/relieves acid damage/other damage better/best | 8 | 5 | 3 |
| | 1.9% | 2.4% | 1.5% |
| Heals/relieves moderate/severe damage (to anything) better/best | 3 | 3 | - |
| | 0.7% | 1.0% | |
| Other "better" statements (Net) | 115 | 51 | 64 |
| | 28.0% | 24.9% | 31.1% |
| Studies/charts/figures prove it's better | 52 | 22 | 30 |
| | 12.7% | 10.7% | 14.6% |
| Better/stronger (NFI) | 29 | 19 | 10 |
| | 7.1% | 9.3% | 4.9% |
| Heals/works better (what unspecified, no mention of damage) | 32 | 9 | 23 |
| | 7.5% | 2.8% | 11.2% |
| All other "better" statements | 7 | 2 | 5 |
| | 1.7% | 1.0% | 2.4% |
| Non-comparative Responses (Net) | 248 | 125 | 123 |
| | 60.3% | 61.0% | 59.7% |
| Relieves/treats/heals/cures symptoms (Net) | 66 | 35 | 31 |
| | 16.1% | 17.1% | 15.0% |
| Relieves/treats/heals/cures/prevents acid reflux/heartburn/ stomach problems | 64 | 33 | 31 |
| | 15.6% | 16.1% | 15.0% |
| Relieves/treats/heals (what unspecified) | 2 | 2 | - |
| | 0.5% | 1.0% | |
| Heals damage (Net) | 54 | 34 | 20 |
| | 13.1% | 16.6% | 9.7% |
| Heals esophagus/throat/damage to esophagus/ throat | 38 | 20 | 18 |
| | 9.2% | 9.8% | 8.7% |

Table 5 Page 3
(Continued)

Q2:  What else, if anything, did the commercial communicate to you about Nexium?

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| Heals damage/acid reflux damage/stomach damage | 9 3.2% | 7 3.4% | 2 1.0% |
| Heals moderate/severe damage | 7 1.7% | 7 3.4% | - |
| Other ref. To treatment (Net) | 36 8.3% | 12 5.9% | 23 10.7% |
| Need to treat acid reflux | 4 1.9% | - | 4 1.9% |
| Acid reflux can damage esophagus | 10 2.4% | 4 2.8% | 6 2.9% |
| Good/works well/takes care of you | 17 4.5% | 9 3.9% | 8 4.4% |
| Works fast | 3 0.7% | - | 3 1.5% |
| Other non-comparative statements | 152 37.1% | 79 35.6% | 73 39.3% |
| Side effects | 13 3.2% | 6 2.5% | 7 3.4% |
| Purple pill/healing purple pill | 13 3.3% | 6 2.9% | 7 3.4% |
| See Dr./ask if right for you/only Dr. can diagnose | 13 3.2% | 9 4.4% | 4 1.9% |
| Rx product | 10 2.4% | 6 2.8% | 4 1.9% |
| Doctors recommend/prescribe | 6 1.5% | 1 0.5% | 5 2.4% |
| Ref. To studies/5400 patients/studies prove it works | 35 8.5% | 12 5.9% | 23 11.3% |
| Free trial offer | 17 4.1% | 9 4.4% | 8 3.9% |
| 24 hr relief/take one a day | 35 8.5% | 22 10.7% | 13 6.3% |
| Heals in 8 weeks/8 weeks | 18 3.6% | 10 4.9% | 8 2.4% |
| All other non-comparative | 21 5.1% | 8 3.9% | 13 6.3% |
| Mentioned specific product | 84 20.4% | 40 19.5% | 44 21.4% |
| Prevacid | 80 19.5% | 37 19.0% | 43 20.9% |

Nexium Internet Ad Consumer Perception Survey    P³ Research #100-3-05    March, 2005

Table 5 Page 5
(Continued)

Q2:  What else, if anything, did the commercial communicate to you about Nexium?

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| Prilosec | 4<br>1.0% | 4<br>2.0% | -- |
| All other brands | 2<br>0.5% | -- | 2<br>0.5% |
| All other | 9<br>2.2% | 6<br>2.9% | 3<br>1.5% |
| Don't know/nothing | 46<br>11.2% | 25<br>12.2% | 21<br>10.2% |

Nexium Internet Ad Consumer Perception Survey  0' Research #100-3-05    March, 2005

Table 6 Page 10

(Q1/2:  What communicated/What else?  (Net Duplicated Mentions)

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| TOTAL | 411 100.0 | 205 100.0 | 206 100.0 |
| Comparative Responses (Net) | 290 70.6% | 142 69.3% | 148 71.8% |
| Relieves/treats/heals/cures symptoms better/ best (Net) | 43 10.5% | 21 10.2% | 22 10.7% |
| Relieves/treats/heals/cures acid reflux/ heartburn/stomach better/best/faster/ fastest | 42 10.2% | 21 10.2% | 21 10.2% |
| Reduces/controls acid better/best | 1 0.2% | — | 1 0.5% |
| Heals/relieves damage better/best/faster/ fastest (Net) | 77 18.7% | 35 17.1% | 42 20.4% |
| Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 45 10.9% | 13 6.3% | 32 15.5% |
| Heals/relieves acid damage/other damage better/best | 27 6.6% | 17 8.3% | 10 4.9% |
| Heals/relieves moderate/severe damage (to anything) better/best | 6 1.5% | 6 2.9% | — |
| Other "better" statements (Net) | 231 56.2% | 110 53.7% | 121 58.7% |
| Studies/charts/figures prove it's better | 95 23.1% | 44 21.5% | 51 24.8% |
| Better/stronger (NFI) | 91 22.1% | 45 22.4% | 46 22.3% |
| Heals/works better (what unspecified, no mention of damage) | 75 18.2% | 32 15.6% | 43 20.9% |
| All other "better" statements | 10 2.4% | 4 2.0% | 6 2.9% |
| Non-comparative Responses (Net) | 331 80.5% | 165 80.5% | 166 80.6% |
| Relieves/treats/heals/cures symptoms (Net) | 158 38.4% | 81 39.5% | 77 37.4% |
| Relieves/treats/heals/cures/prevents acid reflux/heartburn/ stomach problems | 152 37.0% | 77 37.6% | 75 36.4% |
| Relieves/treats/heals (what unspecified) | 6 1.5% | 4 2.0% | 2 1.0% |
| Heals damage (Net) | 114 28.7% | 63 30.7% | 55 26.7% |

Nexium Internet Ad Consumer Perception Survey    D' Research 8100-3-05    March, 2005

Table 6 Page 11
(Continued)

Q1/2:  What communicated/What else?  (Net Unduplicated Mentions)

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| Heals esophagus/throat/damage to esophagus/ throat | 84 20.4% | 41 20.0% | 43 23.9% |
| Heals damage/acid reflux damage/stomach damage | 23 5.6% | 11 5.4% | 12 5.6% |
| Heals moderate/severe damage | 11 2.7% | 11 5.4% | — |
| Other ref. To treatment (Net) | 46 11.2% | 19 9.3% | 27 11.1% |
| Need to treat acid reflux | 6 1.5% | 1 0.5% | 5 2.4% |
| Acid reflux can damage esophagus | 12 2.8% | 6 2.8% | 6 2.8% |
| Good/works well/takes care of you | 26 5.3% | 12 5.8% | 14 6.4% |
| Works fast | 3 0.7% | — | 3 1.4% |
| Other non-comparative statements | 207 50.6% | 104 50.7% | 103 50.0% |
| Side effects | 19 4.6% | 8 3.8% | 11 5.3% |
| Purple pill/healing purple pill | 23 5.5% | 17 1.5% | 11 5.3% |
| See Dr./ask if right for you/only Dr. can diagnose | 21 5.1% | 18 7.3% | 4 2.3% |
| Rx product | 15 3.6% | 7 3.4% | 8 3.3% |
| Doctors recommend/prescribe | 8 1.9% | 1 0.5% | 7 3.4% |
| Ref. To studies/6000 patients/studies prove it works | 57 13.9% | 34 11.7% | 22 10.9% |
| Free trial offer | 28 6.8% | 13 6.3% | 15 7.3% |
| 24 hr relief/take one a day | 51 12.4% | 29 14.2% | 22 10.7% |
| Heals in 8 weeks/X weeks | 23 5.6% | 15 7.3% | 8 3.9% |
| All other non-comparative | 27 6.6% | 12 5.9% | 15 7.3% |
| Mentioned specific product | 200 48.7% | 89 43.4% | 111 53.9% |

Nexium Internet Ad Consumer Perception Survey    D' Research (100-3-05    March, 2005

Table 8 Page 12
(Continued)

Q1/2: What communicated/What else?   (Net Unduplicated Mentions)

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| Prevacid | 188 46.0% | 81 39.5% | 108 52.4% |
| Prilosec | 10 2.4% | 9 4.4% | 1 0.5% |
| All other brands | 2 0.5% | — | 2 1.0% |
| All other | 11 2.7% | 8 3.9% | 3 1.5% |
| Don't know/nothing | 1 0.2% | 1 0.5% | — |

Case 1:04-cv-01332-KAJ    Document 131    Filed 12/21/2005    Page 39 of 149

Q3:  Do you recall the ad saying that Nexium heals acid-related damage better
than the other leading medicine?

|  | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| TOTAL | 411<br>100.0 | 205<br>100.0 | 205<br>100.0 |
| Yes | 372<br>90.5% | 187<br>91.2% | 185<br>89.8% |
| No | 17<br>4.6% | 12<br>5.9% | 15<br>7.3% |
| Don't Know | 12<br>3.9% | 6<br>2.9% | 6<br>2.9% |

Nexium Internet Ad Consumer Perception Survey   D/ Research #100-3-05    March, 2005

Table 5 Page 14

Q4:  Specifically, what do you recall the ad saying about that?

| | TOTAL | ***Advertisement*** Original | Edited |
|---|---|---|---|
| TOTAL | 411 100.0 | 195 100.0 | 216 100.0 |
| Total Asked (Said Nexium heals better) | 372 90.5% | 187 91.2% | 185 89.5% |
| Comparative Responses (Net) | 291 70.8% | 146 71.2% | 145 70.4% |
| Relieves/treats/heals/cures symptoms better/best (Net) | 8 1.9% | 3 1.5% | 5 2.4% |
| Relieves/treats/heals/cures acid reflux/heartburn/stomach better/best/faster/fastest | 7 1.7% | 2 1.0% | 5 2.4% |
| Reduces/controls acid better/best | 1 0.2% | 1 0.5% | — |
| Heals/relieves damage better/best/faster/fastest (Net) | 201 48.9% | 99 48.3% | 102 49.5% |
| Heals/relieves esophagus/throat/damage to esophagus/throat better/best | 40 9.7% | 16 7.8% | 24 11.7% |
| Heals/relieves acid damage/other damage better/best | 153 37.2% | 75 36.6% | 78 37.9% |
| Heals/relieves moderate/severe damage (to anything) better/best | 8 1.9% | 8 1.9% | — |
| Other "better" statements (Net) | 99 24.1% | 54 26.3% | 45 21.8% |
| Studies/Charts/figures prove it's better | 83 20.2% | 42 20.5% | 41 19.9% |
| Better/stronger (NFS) | 3 0.7% | 2 1.0% | 1 0.5% |
| Heals/works better (what unspecified; no mention of damage) | 8 1.9% | 8 3.9% | — |
| All other "better" statements | 5 1.2% | 2 1.0% | 3 1.5% |
| Non-comparative Responses (Net) | 79 19.2% | 40 19.5% | 39 18.9% |
| Relieves/treats/heals/cures symptoms (Net) | 8 1.9% | 3 1.5% | 5 2.4% |
| Relieves/treats/heals/cures/prevents acid reflux/heartburn/ stomach problems | 8 1.9% | 3 1.5% | 5 2.4% |
| Heals damage (Net) | 11 2.7% | 6 2.9% | 5 2.4% |

Table 4 Page 15
(Continued)

Q4: Specifically, what do you recall the ad saying about that?

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| Heals esophagus/throat/damage to esophagus/throat | 7 1.7% | 3 1.5% | 4 3.9% |
| Heals damage/acid reflux damage/stomach damage | 2 0.5% | 2 1.0% | – |
| Heals moderate/severe damage | 2 0.5% | 1 0.5% | 2 2.0% |
| Other Ref. To treatment (Net) | 6 1.5% | 5 2.0% | 2 0.5% |
| Need to treat acid reflux | 1 0.2% | 1 0.5% | – |
| Acid reflux can damage esophagus | 3 0.7% | 2 1.0% | 1 0.5% |
| Works fast | 2 0.5% | 2 1.0% | – |
| Other non-comparative statements | 62 15.1% | 29 14.1% | 33 16.0% |
| Side effects | 2 0.5% | 1 0.5% | 1 0.5% |
| Purple pill/healing purple pill | 3 0.7% | 3 1.5% | – |
| See Dr./ask if right for you/only Dr. can diagnose | 7 1.7% | 4 2.0% | 3 1.5% |
| Rx product | 1 0.2% | 1 0.5% | – |
| Doctors recommend/prescribe | 1 0.2% | 1 0.5% | – |
| Ref. To studies/6000 patients/studies prove it works | 9 2.2% | 4 2.0% | 5 2.4% |
| 24 hr relief/take one a day | 19 4.6% | 4 2.0% | 15 7.3% |
| Heals in 4 weeks/X weeks | 25 6.1% | 13 6.3% | 12 5.8% |
| All other non-comparative | 3 0.7% | – | 3 1.5% |
| Mentioned specific product | 150 36.6% | 66 32.2% | 84 40.4% |
| Prevacid | 135 33.0% | 60 29.3% | 75 36.3% |
| Prilosec | 10 2.4% | 6 2.9% | 4 1.9% |

# RESPONDENT VERBATIMS

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Test Ad    Page 1 of 33

### Survey Questions

Q. 1:  "First, please tell me what the ad communicated to you about Nexium?"

Q. 2:  "What else, if anything, did the ad communicate to you about Nexium? Anything else?"

Q. 3:  Do you recall the ad saying that Nexium heals acid-related damage better than the other leading medicine?

Q. 4:  Specifically, what do you recall the ad saying about that?

Q5:  Would the information in the ad make you more likely to try Nexium, less likely to try Nexium, or would it not affect your decision one way or the other?

Q6:  Why would this information in the ad make you more likely to try Nexium?

Q7:  Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?

1.  All people with damage to the esophagus caused by acid reflux disease

2.  Only people with moderate or severe damage to the esophagus caused by acid reflux disease.

3.  Don't know or no opinion

### Respondent ID

**0101**
1.  That Nexium is better than the leading brand Prevacid
2.  Heals acid related damage a/e No
3.  YES
4.  That Nexium healed erosions better than Prevacid a/e No
5.  MORE LIKELY
6.  Because test prove it's better than the leading brand
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

**0102**
1.  That it was better than other Avacid for curing esophagus damage
2.  They tested it on 6,000 people and it's prescription only a/e No
3.  YES
4.  It was 85% effective versus the other which was 74% a/e No
5.  MORE LIKELY
6.  Because it's more effective than the alternate brand a/e No
7.  All people with damage to the esophagus caused by acid reflux disease

**0103**
1.  Strong enough to help alleviate problems with heartburn and indigestion
2.  Powerful a/e No
3.  YES
4.  That it healed damage a/e No
5.  MORE LIKELY
6.  The ad seemed extremely in depth. Information was readily available and seemed like a good product
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

**0104**
1.  It's a better acid reflux medication than Prilosec
2.  It's more highly effective a/e No

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Test Ad     Page 2 of 33

3.   YES
4.   It heals your esophagus a/e No
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0105
1.   Nexium keeps the acid in your esophagus from ruining your body
2.   Nothing
3.   YES
4.   It heals the lining in your esophagus a/e No
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0106
1.   It's better for acid reflux
2.   The date, 74 to something a/e No
3.   YES
4.   Nexium has 40 mg daily and Prevacid only has 30 a/e No
5.   MORE LIKELY
6.   Their information sounds more accurate a/e That's all
7.   All people with damage to the esophagus caused by acid reflux disease

0107
1.   It's better than Prilosec, more popular
2.   The statistics a/e No
3.   YES
4.   The Nexium helps better with acid reflux a/e No
5.   MORE LIKELY
6.   The ad makes the pill seem like it would have better results a/e No
7.   Don't know or no opinion

0108
1.   That research has been done on it
2.   It's a pill for acid indigestion a/e No
3.   NO

0109
1.   It's supposed to be better than Prevacid. I have tried Prevacid
2.   Always talk to your doctor before taking any kind of drugs w/e It's a purple pill
3.   YES
4.   In tests it's been proven to be more effective w/e Nothing
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0110
1.   It heals acid related damage and you can sign up for a free trial coupon
2.   They involved more than 60,000 people w/e One pill a day is all you need
3.   YES
4.   Just that It's better than the other leading medications w/e Nothing
5.   MORE LIKELY
6.   It says it helps acid related damage better which everyone wants better w/e Nothing
7.   All people with damage to the esophagus caused by acid reflux disease

0111
1.   That Nexium is better than Prevacid
2.   That Nexium has 40 mg per day a/e No
3.   YES
4.   That it will heal moderate to severe erosion of the esophagus a/e That's it

5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0112
1.   It's more potent. You don't have to use as often as Prevacid
2.   Prevacid only does heartburn but acid reflux is not and Nexium does both a/e No
3.   YES
4.   Prevacid only does heartburn but Nexium does that and acid reflux a/e No
5.   MORE LIKELY
6.   It's a good drug a/e I've used it before and they are good
7.   Don't know or no opinion

0113
1.   That it is better than Prevacid at healing mild to severe esophagus erosions
2.   That it can help heal acid reflux disease a/e No
3.   YES
4.   It said it relieves it better than Prevacid a/e No
5.   MORE LIKELY
6.   Because I understand what Nexium and what it can do for me
7.   All people with damage to the esophagus caused by acid reflux disease

0114
1.   It heals acid reflux damage better than any other medication
2.   It is better than Prevacid a/e No
3.   YES
4.   Heals severe erosions in esophagus a/e Heals faster
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0115
1.   That it is to do with a damaged esophagus and if you have burning sensation for 2 or 3 weeks you should see a doctor because it can be healed in 6-8 weeks
2.   It's the best most efficient pill on the market today a/e No
3.   YES
4.   I guess case studies have shown that it will relieve symptoms in a short period of time a/e No
5.   MORE LIKELY
6.   Because the way you presented the ad is was more real, that it's the best thing that will relieve the problem a/e No
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0116
1.   That it was a better product than the one you compared it to
2.   Nothing
3.   YES
4.   I can't remember a/e No
5.   MORE LIKELY
6.   From what it says anything that works better would be a better choice a/o No not really
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0117
1.   Nexium compared to the competition is a far more stable product as far as helping with acid reflux
2.   It's just a better product, the results are better that's the bottom line a/e No that's it
3.   YES
4.   Nexium will heal the esophagus better a/e That's it
5.   MORE LIKELY
6.   They're getting rave reviews compared to their competition a/e No, that's it
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0118
1.    It heals acid related damage better than the other leading medicine
2.    It's the purple pill w/e Free trial
3.    YES
4.    Just that it's been proven to be better w/e Nothing
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0201
1.    Well it reduces the heartburn and everything
2.    Well it reduces what 80% and it works fast than other prescription or counter pills a/e No
3.    YES
4.    Uh... that the same thing as before... it gives you fast relief a/e I guess it had 600 studies done which shows it is better than any other antacid
5.    MORE LIKELY
6.    Because it says it works faster and I heard from a friend that they take it and it works very good a/e No
7.    All people with damage to the esophagus caused by acid reflux disease

0202
1.    That it heals your stomach and acid reflux damage better than other medications
2.    It showed a lot of comparison to Prevacid I think it was
3.    YES
4.    It was the main line at the top of the ad with the picture of the purple pill and it did say something that it heals acid related problems a/e That's all I remember
5.    MORE LIKELY
6.    Well I already take Nexium but this ad gives a lot of information a/e It works good for me but this ad makes you think of a lot of things
7.    Don't know or no opinion

0203
1.    That Nexium has a higher percentage rate of working better than Prevacid
2.    The milligrams are 40 mg compared to 30 mg for Prevacid
3    DON'T KNOW

0204
1.    It showed that Nexium is a leader in helping a person that has heartburn or acid reflux problems
2.    It gives you relief in as little as two days and you can get it from your doctor a/e Nope
3.    YES
4.    Just that it heals better than Prevacid was the main comparison a/e Nope
5.    WOULD NOT AFFECT 7
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0205
1.    That it is better than Prevacid
2.    That's all it just had comparisons of the Nexium vs. Prevacid w/e Just that it is better at healing your stomach problems and your acid reflux a/e No, not really
3    DON'T KNOW

0206
1.    It's for heartburn
2.    You can get it from the doctor a/e It should clear up by two days
3.    YES
4    It's for heartburn. It's suppose to clear it up a/e Nope that's it
5.    MORE LIKELY
6.    It would be better than over-the-counter brand a/e No
7.    All people with damage to the esophagus caused by acid reflux disease

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Test Ad    Page 5 of 33

0207
1.   The tests they have done show Nexium works better than other medications.
2.   Nothing I can think of a/e No
3.   YES
4.   Just that it works better a/e No
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0208
1.   It gives you 24 hours relief against heartburn
2.   It's better than the other acid reflux a/o it heals faster
3.   YES
4.   It works better a/e No
5.   MORE LIKELY
6.   It heals the damage a/e No
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0209
1.   The acid reflux that builds up and goes into your esophagus and corrodes or eats it away
2.   They were giving you a free sample that lasts 7 days a/e Nothing else
3.   YES
4.   I forget the numbers but they showed you a bar graph and showed you that Nexium took more
     of a percentage of the acid reflux than Prevacid a/e No
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0210
1.   How much better it's is than the other acid reflux medication and it told about what acid reflux
     damages the esophagus and the results of the study they did with 6,000 people over an 8-week
     period and the results they got
2.   Just how it works for acid reflux and heartburn and how much better it is than other acid reflux
     medications w/e No
3.   YES
4.   Just how it works to combat acid reflux disease a/e No
5.   MORE LIKELY
6.   It helps to have the information about the product before you use it a/e Also it helps to know it it
     is worth your time and money
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0211
1.   It heals better than Prevacid
2.   That within 8 weeks it could clear any esophagus damage a/e Nothing else
3.   YES
4.   That it heals better than Prevacid a/e No
5.   MORE LIKELY
6.   Because it heals better than Prevacid and studies have proven it a/e No
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0212
1.   Nexium is suppose to heal better than Prevacid in 4 to 8 weeks to heal erosive esophagus
     Nexium healed 82% vs. 70% of the Prevacid
2.   Nexium can cause diarrhea and headaches and abdominal pain and check with your doctor to
     verify you have acid reflux even heartburn could cause erosion it's a 40 mg dose a/e No
3.   YES
4.   There were two studies comparing Nexium to Prevacid, First study said it healed 67% and the
     second study healed 82% a/e No
5.   WOULD NOT AFFECT

7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0213
1.    I have taken Prevacid before and I know it is good stuff and if this contends that Nexium is good then I would think it is from the studies
2.    It conveyed that they are pretty confident in the drug that it is good and works a/e No
3.    YES
4.    Uh...It can heal it within what is it 4 to 8 weeks, if it damages the esophagus it can heal it a/e No
5.    MORE LIKELY
6.    The numbers comparing and due to the fact that if you have gone longer than you should without taking anything for it, you can take this and it will heal damage done to your esophagus a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0214
1.    That is...studies show with 6,000 people that it is better than Prevacid. There was a trial and it's free, there were two studies done and both beat Prevacid 80 something percent to 80 something percent and it not only treats but fixes problems to the esophagus
2.    Um...not only works on the symptoms but it actually cures them and tests were done with maximum dosage a/e No
3.    YES
4.    It not only treats but it fixes the esophagus damage a/e No
5.    MORE LIKELY
6.    Because it may treat the problem but it would actually cure it and I never heard that about Prevacid a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0215
1.    It is pretty much showing that it is better than Prevacid and it takes less time to heal
2.    They got offers so that you can try it out for a trial period and then you can ask your doctor to prescribe it a/e No
3.    YES
4.    That it works faster and it does better work than other leading medicines a/e No
5.    MORE LIKELY
6.    Because it heals faster and because my condition is pretty strong so I need fast relief plus it has you can get it for free A/o No
7.    Don't know or no opinion

0216
1.    That Nexium works better than Prevacid at healing erosions
2.    That there were two studies and Nexium work better than Prevacid a/e The results may vary but they had 6,000 people but the results may vary
3.    YES
4.    That it is 82% effective a/e No
5.    WOULD NOT AFFECT
6.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0217
1.    That Nexium works better at healing erosions in the esophagus than Prevacid
2.    That Nexium also takes away heartburn for I think 24 hours w/e it was proven in two studies
3.    YES
4.    That two studies were done and in both studies Nexium worked better than Prevacid at healing erosions a/e That's about all
5.    MORE LIKELY
6.    Because I liked the results on both studies, it healed in both the patients who took Nexium at least 82% a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Test Ad    Page 7 of 33

0218
1.  Well that it's healing and that there is a difference with 6,000 people that use it with the difference between Nexium and Prevacid
2.  Very healing – it didn't tell me much more than that compared to over-the-counter drugs. Not that big of a difference a/w No, I'm sorry
3.  YES
4.  Well in studies they show – I'm usually good with numbers – something about the 6,000 people. I'm sorry. Uh – it helps. – It's the best a/e it works well. If I didn't take the pill for a day or two the pill still works.
5.  MORE LIKELY
6.  Because it's the prescription drug. The ad didn't tell me much more but when you're sick and throwing up in the night and I go to my doctor and ask her what about the purple pill? a/e No, not really
7.  Don't know or no opinion

0301
1.  It is telling me that it is better than Prevacid
2.  You take it for acid reflux a/e It said the acid reflux would erode your esophagus and you need to take something for it
3.  YES
4.  It will erode and harm your esophagus a/e No, not necessarily
5.  MORE LIKELY
6.  According to percentages of what it's against the other medicines, that it would be better a/e Nope
7.  All people with damage to the esophagus caused by acid reflux disease

0302
1.  I would say that Nexium does a better job than it's main competitor
2.  Heartburn untreated is some kind of disease, it will erode your esophagus, I believe that's right a/e Not that I can think of
3.  YES
4.  I don't recall anything specifically (are you sure) Yes
5.  MORE LIKELY
6.  I believe they were telling me the truth about the survey a/e None I can think of
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0303
1.  That Nexium was the most effective acid reflux pill out there which is true
2.  That it can heal damage a/e Nothing didn't already know
3.  YES
4.  That 6,000 cases in studies have shown that it healed better in moderate to severe cases of erosion in the esophagus a/e Nope
5.  MORE LIKELY
6.  Because I don't like going into the hospital all the time and Nexium seems to heal better than the others a/e Uh – end
7.  All people with damage to the esophagus caused by acid reflux disease

0304
1.  That it works better than any other acid reflux medicine does
2.  That you will see the results in 8 weeks. They did a study on over 6,000 people w/e No
3.  YES
4.  That it heals better then Prevacid w/e They tested them together
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0305
1.  That it heals acid damage better than any of the others does

2. They did a stud on over 5,000 patients w/e They tried both Nexium and Prevacid to get the results they got
3. YES
4. They tested both of the medicine together w/e Nexium works better
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0306
1. That it works better than any other medicine on healing acid reflux disease
2. That you will notice the results in 8 weeks w/e It help heals moderate to severe erosions w/e They said it works better than Prevacid w/e They tested them both together
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0307
1. That Nexium is the healing pill you need for your damage esophagus
2. That you will see the results in eight weeks w/e Nothing
3. YES
4. That they did a study on 6,000 people w/e They tested it with Prevacid
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0308
1. That Nexium is the one to use for acid reflux disease
2. That they did a 8-week study on it to get the results they wanted w/e That it's better than others
3. YES
4. That Nexium works better than Prevacid w/e You will noticed the results in 8 weeks
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0309
1. That it's for acid reflux disease
2. That it's better than Prevacid w/e Nothing
3. YES
4. The studies showing that it was better than Prevacid w/e Nothing
5. MORE LIKELY
6. It gives a lot of good facts w/e it is trusted by doctors
7. Don't know or no opinion

0310
1. That it heals better than the leading medicine for acid related damage
2. That it healed patients with moderate to severe erosions w/e Nothing
3. YES
4. That they tested it with Prevacid w/e That you will see the results in 8 weeks
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0311
1. That it heals moderate to severe erosions
2. That a medical study was conducted over an 8 week period to get the results they wanted w/e Nothing
3. YES
4. That it heals better than Prevacid w/e Nothing
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0312
1. That Nexium heals better than other medicines.

2.   That it's been proven the best out of two studies a/e No
3.   YES
4.   That it heals faster and better a/e No
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0313
1.   That it helps heal you better and makes you feel better than other brands
2.   It gives you all-day relief a/e No Nothing
3.   YES
4.   It said that they done a study against another leading brand and they found Nexium to be better
     a/e No nothing
5.   MORE LIKELY
6.   Because it does the job better, faster and none side effects a/e No none
7.   All people with damage to the esophagus caused by acid reflux disease.

0314
1.   That Nexium heals soreness in the throat better than the leading medicine
2.   That two studies were done and Nexium was better in both a/e No
3.   YES
4.   It say it relieves you for up to 24 hrs a/e Everyone else takes two weeks
5.   MORE LIKELY
6.   It does the job faster and better a/e No
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0315
1.   It was comparing Nexium and Prevacid and that Nexium was better
2.   Nexium was more effective than Prevacid w/e n/a
3.   YES
4.   That it was more effective than Prevacid w/e n/a
5.   LESS LIKELY
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0316
1.   That patients with damage have a better chance of healing Nexium
2.   That it clear 4-8 weeks longer an better a/e No
3.   YES
4.   That it does a better job a/e No
5.   MORE LIKELY
6.   It heals within 24 hours and others take days to work a/e No
7.   Don't know or no opinion

0317
1.   Over 5,000 patients were studied. Each study took place over an 8 week period in different
     locations
2.   Many, one Nexium pill a day can mean 24 hour heartburn w/e n/a
3.   DON'T KNOW

0318
1.   The first study proved that Nexium was significantly more effective than Prevacid
2.   Nexium is a type of medicine known as an acid pump inhibitor
3.   YES
4.   Yes w/e What they might not known is that with acid reflux disease
5.   LESS LIKELY
7.   All people with damage to the esophagus caused by acid reflux disease.

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Test Ad    Page 10 of 33

0401
1.  Nexium is a once daily pill that both stops heartburn and acid reflux while healing your damaged esophagus
2.  That compared to Prilosec, Nexium works better because it heals as it treats the acid reflux disease a/e That's all
3.  YES
4.  That it's only been compared to Prilosec whose not known to be a healing medication whereas Nexium heals w/e That's all
5.  WOULD NOT AFFECT
7.  Don't know or no opinion

0402
1.  That now Nexium has proof that it performs better than Prilosec because of these two studies
2.  That they used a maximum dose against a recommended dose which I think means that Prilosec is a stronger medication if they have to take a maximum dose of Nexium to get better results w/e That's all
3.  YES
4.  Well they showed that Nexium was a slightly higher dose at its maximum than Prilosec was at its recommended and what tipped the balance was in my understanding the dosage not the medication because if both were at the recommended dose Prilosec would do a better job w/e That's all
5.  LESS LIKELY
7.  Only people with moderate or severe damage in the esophagus caused by acid reflux

0403
1.  It works better than Prevacid that it been tested in studies and Nexium worked better
2.  Nexium heals acid related damage from the esophagus a/e That it works over 8 weeks at the maximum dose faster than Prevacid at healing acid related damage
3.  YES
4.  That Nexium heals acid-related damage faster than Prevacid a/e That this information was confirmed in two studies
5.  MORE LIKELY
6.  I want the acid reflux to go away and for my body to be healed w/e That's all
7.  All people with damage in the esophagus caused by acid reflux disease

0404
1.  How well Nexium performed in two tests to see how fast a person's acid reflux was both controlled and resulting damage healed over 8 weeks
2.  That the tests were performed on moderate to severe acid caused damage
3.  YES
4.  That the other leading medicine was Prevacid and that Nexium was tested at its maximum dosage and Prevacid was tested at its recommended dosage w/e That's all
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0405
1.  That it's the purple pill that heals and now they have the medical findings to prove it
2.  That it heals moderate to severe damage in the esophagus 87 to 82% of the time  w/e That's all
3.  YES
4.  That in two clinical tests against Prevacid, Nexium healed the erosions in the esophagus better w/e That's all
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0406
1.  That Nexium has been proven in two consecutive studies to heal erosive damage of the esophagus 80% better than Prevacid

2. That Nexium is taken once daily to relieve or stop acid reflux and heartburn from occurring and to heal moderate or severe erosion in the esophagus w/e That 80% vs. 70% effectiveness is considered significantly more effective
3. YES
4. Well it was being compared to Prevacid and that was what the two studies proved that Nexium healed acid related damage better Prevacid w/e That's all
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

---

0407
1. Nexium performed better than Prevacid in two studies
2. That Nexium heals the damaged caused by acid reflux and heartburn a/e You only take Nexium once a day
3. YES
4. That in two clinical studies against Prilosec that Nexium always performed a little better than Nexium a/e Nothing else
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0408
1. It was showing that it was better than the Prilosec the bar graphs showed that the Nexium was working much better than the Prilosec
2. Nothing else a/e No
3. YES
4. That Nexium worked better a/e That's all
5. MORE LIKELY
6. Because it showed how much better it was working with the bar graphs w/e That's all
7. Don't know or no opinion

0409
1. That Nexium works 80% better than Prilosec the bar graph shows that
2. Nexium works so well that they're willing to give you a seven day free trial a/e Nothing more
3. YES
4. That test confirm that Nexium performs better at healing acid related damage that Prilosec a/e Nothing more
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0410
1. Nexium is offering a seven day free trial so you can see for yourself how well the healing purple pill works for you
2. That only a doctor can prescribe Nexium or confirm that Nexium is right for you so you must speak to your doctor a/e Nothing else
3. YES
4. Nexium is known as the healing, purple pill because it doesn't just stop the heartburn it heals the erosions in the esophagus a/e Nothing else
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0411
1. That Nexium works better than Prevacid and that it could heal your erosive esophagus in 4-8 weeks and give you 24 hour relief
2. The symptoms of diarrhea and stomach pain w/e That's it
3. YES
4. Heal better than Prevacid and it heals it better in about 12% w/e Nothing
6. MORE LIKELY
6. Very informative and useful w/e Nothing
7. All people with damage to the esophagus caused by acid-reflux disease

0412
1.    That Nexium is only effective if you have moderate to severe heartburn or acid reflux
2.    That Nexium shows significant improvement over Prilosec in healing and healing moderate to severe damage from acid reflux disease w/e Nothing more
3.    YES
4.    That both test study one and two supported the statement and that the two graphs showed the amount of improvement over Prilosec w/e Nothing more
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0413
1.    That it will stop your acid reflux and that it's the better pill than any other on the market today
2.    It's stronger than most other acid reflux pills w/e That
3.    YES
4.    That it heals better than Prevacid w/e Nothing
5.    MORE LIKELY
6.    Cause it's the best they have w/e Nothing
7.    All people with damage to the esophagus caused by acid reflux disease

0414
1.    You can get a free seven day supply of Nexium from the manufacturer
2.    On something about these two graphs where Nexium had 80 some odd points and the other stuff had only 70 some odd points w/e That the manufacturer will send you information on other products, programs and services that they think you might be interested in w/e That's all
3.    YES
4.    Nexium is better because it heals the damage caused by acid reflux w/e That's all
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0415
1.    That Nexium worked better than Prevacid in two studies designed to evaluate its healing affects
2.    That it has only been compared to Prilosec which isn't even a similar medication with Nexium is some kind of magnesium product and Prevacid is lanso pre something w/e That's all
3.    YES
4.    It was a straight comparison Nexium to Prevacid and they were tested twice with Nexium showing better results both times w/e That's all
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0416
1.    That Nexium heals erosive esophagus and that is why it's different from other medications for acid reflux disease
2.    That when compared to Prilosec a medication that only stops acid reflux Nexium heals the erosive esophagus better but Prilosec isn't supposed to heal erosive esophagus so of course Nexium would work better w/e That's all
3.    YES
4.    It's only referring to how it heals erosive esophagus compared to medications that are not supposed to heal erosive esophagus w/e That's all
5.    WOULD NOT AFFECT
7.    Don't know or no opinion

0417
1.    That over 600 patients were in test studies related to Nexium's performance and about 80 percent of them felt that Nexium worked better that the medications they were on before
2.    That it took two separate studies to produce similar findings so that Nexium could boast about how it's a better medications w/e That's all
3.    YES

4.  It was proven in two medical studies w/e That's all
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0418
1.  How there are now two clinical tests proving that Nexium's healing acid related damage is 80 percent more effective than other medications
2.  Nothing else
3.  YES
4.  That Nexium heals the acid related damage better than other medications w/e That's all
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

0501
1.  It is better than Prevacid in that it heals faster in the esophagus if you have acid reflux disease
2.  On that they feel it's been proven to be ok and the patients have better results with it than Prevacid a/e That's good
3.  YES
4.  That more patients preferred it to Prevacid and it heals better w/e it heals better in the esophagus
5.  MORE LIKELY
6.  Because I know that I can't take Prevacid and I have to keep trying to find something a/o/e That's it
7.  All people with damage to the esophagus caused by acid reflux disease

0502
1.  That I possibly might have acid reflux disease because it says if you have heartburn more than two times a week you could be diagnosed with it
2.  That it is better than Prevacid a/e w/e Nothing
3.  YES
4.  I thought it said something about only a doctor can make that distinction w/e No
5.  MORE LIKELY
6.  I would try it because it brought something to my attention and that makes me give it the benefit of the doubt w/e No, none
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0503
1.  That it is better than most acid reducers. It says a lot about the Prevacid not that it's true necessarily
2.  You only have to take it once a day w/e it says it heals esophagus damage in only 6 weeks a/o No
3.  YES
4.  What it did say about healing the erosions in the esophagus is that it is for moderate to severe damage a/e No
5.  MORE LIKELY
6.  Because the ad seems truthful and it's a good ad a/o No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0604
1.  It's a little more better than Prevacid as far the damage done to the esophagus. It seems to be a pill that I would ask my doctor about the next time I go for a checkup
2.  The studies show that having a bigger dose of it is more helpful and Prevacid has 30 where Nexium has 40 a/e No
3.  YES
4.  It says it would actually take a doctor to tell depending on how bad the damage to your esophagus is a/e No
5.  MORE LIKELY
6.  I've read up on Prevacid before and Nexium before and Nexium has less side effects a/e No

7.    All people with damage to the esophagus caused by acid reflux disease.

0505
1.    That it's better than other leading products in the market. They have run tests to prove that it worked better than the other brand on two different studies
2:    Nothing
3.    YES
4.    Just that it heals better than the next leading brand a/e No
5.    MORE LIKELY
6.    The ad had a lot of info about Nexium and how good it is a/e No none
7.    All people with damage to the esophagus caused by acid reflux disease

0506
1.    That Nexium is a better pill than Prevacid and works faster. They had tests to prove that it worked better than the other brand. There was something about 6,000 patients
2:    It has been tested and proven to work faster, it was done on two studies a/e No nothing
3.    YES
4:    That it has been tested by the FDA a/e No
5.    LESS LIKELY
7.    All people with damage to the esophagus caused by acid reflux disease

0507
1.    That Nexium treated heartburn and acid reflux disease. Also treats stomach acid too
2.    No there's nothing else
3.    YES
4.    That it solves the problem a/e It showed the percentage of how much better it worked with people
5.    LESS LIKELY
7.    All people with damage to the esophagus caused by acid reflux disease

0508
1.    That it relieves heartburn and acid reflux disease and it says it's better than all the other medications brands on the market in stores
2:    Nothing else
3.    YES
4.    That it heals them before or after getting acid related damages a/e No
5.    MORE LIKELY
6.    So I can be prepared for the future if I start getting acid related damages a/e No
7:    Only people with moderate or severe damage to the esophagus caused by acid reflux

0509
1.    It says Nexium helps stop acid reflux disease before or while it's happening and other acid relate damages too
2:    Nothing else
3.    YES
4.    Helps all acid related damages before or when it's occurring a/e No
5.    LESS LIKELY
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0510
1.    That Nexium heals damage from acid reflux better than the next leading brand
2.    That if taken regularly it can prevent heartburn for 24/7 a/e No
3.    YES
4.    That it heals better than Prevacid a/e No
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0511
1.   That it's better than the other brands. It works better or faster before the acid related damages
     start
2    That it repairs damage already done a/e No
3.   YES
4.   That it heals better. That you should talk to your doctor a/e No
5.   LESS LIKELY
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0512
1.   It told me that Nexium heals better than Prevacid. There was a large study done to prove this
2.   That Nexium provides 24 hours of protection from heartburn and heals your esophagus
3.   YES
4.   That it heals like 15% better than Prevacid
5.   MORE LIKELY
6.   I hadn't read most of that information. It told me a lot more about what Nexium actually does
8    Don't know

0513
1.   That studies show Nexium works on acid reflux disease. They gave a different dose of Nexium
     than Prevacid
2.   Nothing else
3.   YES.
4.   It stated that studies prove Nexium does the job acid related damages a/e No
5.   LESS LIKELY
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0514
1.   Gives you information on heartburn and how Nexium helps relieve acid reflux disease
2.   You get better within 4-8 weeks a/e Nexium is their number one product on the market
3.   YES
4.   That it helps heal the arousing process a/e No
5.   LESS LIKELY
7.   Don't know or no opinion

0515
1.   Studies show that Nexium works a lot better than other brands when it comes to healing acid
     damages in the esophagus
2.   Nexium is the brand that's most effective a/e Nexium can get rid of heartburn and other acid
     problems for 24 hours
3.   YES
4.   It's been proven in studies involving 6,000 people, that Nexium works better and can help heal
     faster
5.   MORE LIKELY
6.   The fact that patients have been tested and have found out that Nexium works the best to
     prevent and treat heartburn a/e 6,000 patients were tested so the findings aren't just based off
     of a minority
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0516
1.   Nexium is better than other medicines. It is the best acid medicine on the market
2.   Nexium has been tested and clinically proven to heal erosions a/e No
3.   YES
4.   It heals acid related damage better than Prevacid a/e In eight weeks you'll feel the results of
     how much better Nexium works
5.   WOULD NOT AFFECT
7.   Don't know or no opinion

0517
1. That it is better and works faster than other leading medication
2. They have proof by studies that are shown that they are the best a/e No
3. YES
4. Nexium clears the throat and nasal pathways a/e No
5. MORE LIKELY
6. It gives me more sense of a security that it's ok to use Nexium a/e No
7. Don't know or no opinion

0518
1. Nexium is a great product because it's long lasting. It heals damage from acid reflux disease
2. They ask if I wanted a 7-day supply. I though it was a prescription medicine a/e No
3. YES
4. Nothing specific other than what I have already said. It heals damage from acid reflux disease a/e No
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0601
1. It neutralizes acids
2. It needs to be a prescription a/e Nothing I can think of
3. YES
4. I don't know a/e Nope
5. WOULD NOT AFFECT
7. Don't know or no opinion

0602
1. That it healed better than Prevacid
2. That it healed the esophagus a/e Nothing
3. YES
4. There was an 87%, that it healed the esophagus a/e Nothing
5. MORE LIKELY
6. Asking my doctor and having him say that would make me more likely a/e Nothing else
7. All people with damage to the esophagus caused by acid reflux disease

0603
1. That it was better than Prevacid
2. That it was simply good stuff a/e Nothing
3. YES
4. That a bigger percentage was healed from it a/e Nope
5. MORE LIKELY
6. Because it works better than anything else a/e Nothing else
7. Don't know or no opinion

0604
1. That it is one of the better pills on the market
2. I learned that it fights acid reflux which is heartburn two or more times a week a/e Nothing
3. YES
4. That the test results show that it produced better results a/e Nothing
5. MORE LIKELY
6. Because I like to see study results, proof a/e Nothing else
7. All people with damage to the esophagus caused by acid reflux disease

0605
1. It's a purple pill, talking about healing heartburn
2. Talking about how effective it is for heartburn a/e Nothing
3. YES
4. It just said that it heals heartburn and upset stomach a/e No

5. MORE LIKELY
6. Because I've tried other types and they don't take care of the whole problem a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0606
1. It said it's supposed to be 80% better
2. It takes care of heartburn and acid reflux. People say it's better a/e No
3. YES
4. It said it was 82% more effective a/e No
5. MORE LIKELY
6. Because it works better a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0607
1. That it is healing
2. That it's better than Prevacid a/e Nothing
3. YES
4. Nothing specific other than using percentages
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0608
1. It was very detailed comparing one product to another Nexium to their competition
2. It told me why it would be better than the others a/e Explained it on the graph
3. YES
4. Giving a history why it was better than the competitors a/e Trusted in medical field and one of the leading name brands
5. MORE LIKELY
6. Just because of the ratings it did and was a leading competitor so would trust it more than others a/o No others
7. All people with damage to the esophagus caused by acid reflux disease

0609
1. That it could help aid the damage that acid does in your esophagus
2. Better than Prevacid a/e Nothing
3. YES
4. Directly to Prevacid and that Nexium was a better product a/e Nothing
5. MORE LIKELY
6. Based on the ad it seems like the best solution to counter acid reflux a/e Nothing
7. All people with damage to the esophagus caused by acid reflux disease

0610
1. That the purple pill is better than other acid damage relieving pills
2. To get a seven day supply for free a/e Nothing
3. YES
4. It heals better more efficient a/e Nothing else
5. MORE LIKELY
6. It gives great information about the pill a/e Nothing
7. All people with damage to the esophagus caused by acid reflux disease

0611
1. Used for acid reflux. Doing a study on it. It didn't say who is doing the study
2. More effective than Prevacid a/e That's all I remember
3. YES
4. More effective at healing the damage a/e That's what I remember
5. MORE LIKELY
6. I would ask my doctor a/e If the doctor recommended it more than Prilosec
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0612
1.  That they did a big study with a lot of people and it was effective
2.  It seemed that more people suffer from heartburn than maybe you think a/e There was a coupon but I don't know if it was for information or to get the product a/e Nope
3.  YES
4.  Some percent of something like that a/e Not that I can remember
5.  MORE LIKELY
6.  Because they had a lot of facts in there a/e I've heard of it
7.  Don't know or no opinion

0613
1.  That it's going to help acid reflux
2.  That you take it once a day a/e That it's proven to be a better drug by like 92% a/e It's better for patients. a/e Nothing else
3.  YES
4.  I don't remember
5.  MORE LIKELY
6.  Because of the statistics of what it showed because of the percentage it showed a/e No other reasons
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0614
1.  That it's better for your than other antacid medicine. That it helps heal your esophagus
2.  It was better than other medicine a/e It works really well at stopping stomach acid, from corroding
3.  YES
4.  That it heals acid damage better than related medicine a/e Nothing
5.  MORE LIKELY
6.  Because it stops the acid from corroding your stomach a/e Nothing
7.  All people with damage to the esophagus caused by acid reflux disease

0615
1.  Well, it's suppose to cure your acid reflux
2.  I don't know, I figure it would cure my acid reflux a/e Nothing
3.  NO

0616
1.  That it was 57% better than Prevacid which was polled at 76%
2.  Had 40 milligrams of ingredient in it a/e There was a 7 day pretrial offer and everyone knows it's a purple pill
3.  YES
4.  That acid reflux the ingredients in Nexium as people were polled were 9% better a/e Nothing
5.  MORE LIKELY
6.  Based on the results from the sample testing indicated that Nexium was more effective in combating acid reflux and heartburn
7.  All people with damage to the esophagus caused by acid reflux disease

0617
1.  A well-tested product for acid reflux disease heals moderate to severe erosions in the esophagitis
2.  That it's more effective than Prevacid and better healing damage a/e The indications of when you should take this product and see your doctor
3.  YES
4.  That one study found Nexium better at healing damage a/e That there were two studies to prove this
5.  MORE LIKELY
6.  Because it makes me more confident the Nexium a/o Not really no

7.    All people with damage to the esophagus caused by acid reflux disease

0618
1.    Nexium vs. Prevacid better than other leading acids
2.    It heals moderate to severe related damage in the esophagus
3.    YES
4.    Significant results being with the Nexium a/e Healing damage
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux —

0701
1.    That Nexium is better at healing acid damage to the esophagus
2.    Nothing else a/e Nothing else
3.    YES
4.    In two studies it showed that it was better a/e Nothing else
5.    MORE LIKELY
6.    Because it is the better drug a/e it heals better than the other drug
7.    All people with damage to the esophagus caused by acid reflux disease

0702
1.    That it did a better job of healing than the other drugs
2.    Nothing else a/e Nothing else
3.    YES
4.    That it healed 80% more than the other job a/e Nothing else
5.    MORE LIKELY
6.    Because my husband has taken the other one a/o We could see if it does better
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0703
1.    It is better than any other antacid-type drug
2.    Nothing else a/e It is supposed to be good
3.    YES
4.    It heals it quicker and better a/e Nothing else
5.    MORE LIKELY
6.    Because it works better than the other drugs a/o Nothing else
7.    All people with damage to the esophagus caused by acid reflux disease

0704
1.    It is a purple pill
2.    It has side effects a/e it can give you diarrhea and headaches
3    NO

0705
1.    That you only had to take it once a day
2.    That it helps to control heartburn and acid reflux No
3    NO

0706
1.    That it is better then Prevacid
2.    The study took place in a period of eight weeks and involved more than 6,000 people No
3    YES
4.    That it has 24 hour relief and Prevacid didn't That's all
5.    MORE LIKELY
6.    I really didn't know it was a better product No That's all
7.    All people with damage to the esophagus caused by acid reflux disease

0707
1.    Well it said it was more effective than Prevacid also, it said something about healing heartburn

2. Well it's stronger it's about 10 more milligrams than Prevacid No
3. YES
4. Well, it said it was more effective than Prevacid No
5. MORE LIKELY
6. Because of the milligrams (it said that one pill can give you relief)
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0706
1. 24-hour heartburn relief
2. The results may vary No
3. YES
4. Heals better than Prevacid No
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0709
1. Nothing
2. Nothing a/e Nothing
3. YES
4. Just attacks gas quickly a/e Gets the job or pain done a/e Nothing else
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0710
1. Gets rid of heartburn and helps prevent damaging your esophagus
2. Nothing else a/e Nothing else
3. YES
4. Other medicines do not concern themselves on medical treatment that could hurt you but this one does a/e Nothing else
5. MORE LIKELY
6. My heartburn is bad and I think that this medicine may help me in my case a/e Nothing else
7. All people with damage to the esophagus caused by acid reflux disease

0711
1. An stedic or reflux medicine for heartburn or reflux disease
2. Nothing else a/e Nothing
3 NO

0712
1. It was better than Prevacid
2. It keeps the erosion of the esophagus to a minimal a/e Nothing
3. YES
4. It worked better than Prevacid a/e Nothing
5. MORE LIKELY
6. I have severe acid problem a/e This may help me
7. All people with damage to the esophagus caused by acid reflux disease

0713
1. Acid reflux
2. About your diet (heartburn)
3. YES
4. I don't know No
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0714
1. That it has 24 hour heartburn relief and can heal acid related damage in the esophagus
2. I don't know a/e Nothing

3.  YES
4.  I can't remember a/e Nothing
5.  MORE LIKELY
6.  It's a different product No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0715
1.  It has 24 hour heartburn relief
2.  It was better than Prevacid a/e Nothing else
3.  DON'T KNOW

0716
1.  Esophagus damage if you had a lot of acid related disease on it
2.  That it is better than Prevacid No
3.  YES
4.  If you take it regular it got rid of acid related damage (Has 24 hour relief)
5.  MORE LIKELY
6.  Seems to be safe (Looks like it would be easy)
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0717
1.  How much better it was than another product Prevacid
2.  It has 24 hour heartburn relief and can heal acid-related damage in the esophagus a/e Nothing
    else
3.  YES
4.  I don't remember a/e Nothing else
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0718
1.  Heals damage to the esophagus
2.  Heals moderate to severe acid related damage to the esophagus a/e Better than Prevacid
3.  YES
4.  Heals damage to the esophagus a/e Take one pill a day
5.  MORE LIKELY
6.  Because of the recent studies a/e Better than most new medicine
7.  All people with damage to the esophagus caused by acid reflux disease

0719
1.  Heals acid related damage to the esophagus
2.  Heals esophagus in less than 8 weeks a/e Take one daily
3.  YES
4.  Helps acid reflux a/e And is better than Prevacid
5.  MORE LIKELY
6.  Because I already take it a/o The recent studies
7.  All people with damage to the esophagus caused by acid reflux disease

0720
1.  Heals moderate to severe acid related damage to esophagus
2.  Better than Prevacid a/e Only take one a day
3.  YES
4.  Heals moderate to severe damage and heartburn a/e Heartburn relief
5.  MORE LIKELY
6.  Because the ad says that Nexium is the top of all medicines a/e Nothing
7.  All people with damage to the esophagus caused by acid reflux disease

0721
1.  Heals moderate to severe acid related damage in the esophagus better than Prevacid

Nexium Internet Ad Consumer Perception Survey: Respondent Verbatims
Test Ad    Page 22 of 33

2.  One pill a day and have relief up to 24 hours free of heartburn are Better than Prevacid
3.  YES
4.  Helps patients over 8 weeks time compared to Prevacid's not helping moderate problems
5.  MORE LIKELY
6.  The studies are That described it in the ad
7.  All people with damage to the esophagus caused by acid reflux disease

0722
1.  Heals esophagus related damage better than Prevacid
2.  Take just one pill a day are One of the leading medicines in esophagus or heartburn
3.  YES
4.  Heals acid damaged esophagus are Takes up to 8 weeks or less for results
5.  MORE LIKELY
6.  From what the ad has stated and the results are Nothing
7.  All people with damage to the esophagus caused by acid reflux disease

0723
1.  That it is more effective than Prevacid
2.  In 8 week period it shows signs of healing to the esophagus compared to Prevacid are Only one pill a day
3.  YES
4.  Heals moderate to severe acid related damage to the esophagus better than Prevacid are Heals severe erosions
5.  MORE LIKELY
6.  Because of the healing are Nothing
7.  All people with damage to the esophagus caused by acid reflux disease

0801
1.  It's good for mild and severe heartburn
2.  It prevents the esophagus from burning P Nothing
3.  YES
4.  What they found in research
5.  MORE LIKELY
6.  The ad gives more information P Good for mild and severe reflux
7.  All people with damage to the esophagus caused by acid reflux disease

0802
1.  It's for heartburn or acid reflux. It compares it to Prevacid. Gives a free trial. They did studies on it
2.  Nothing
3.  NO

0803
1.  If you get heartburn more then often you need medication
2.  Talks about acid reflux P Use Nexium
3.  NO

0804
1.  It heals acid reflux better than other medicines
2.  It's better than the rest P Nothing
3.  YES
4.  It heals it better P Last longer
5.  MORE LIKELY
6.  It tells you all information you need P Better than the rest
7.  All people with damage to the esophagus caused by acid reflux disease

0805
1.  It is better than other medicines for acid problems

2.    Tells you what it works on P Nothing
3.    YES
4.    Nexium lasts longer than others P Nothing
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0805
1.    Most people prefer it over what they are using
2.    It is effective P Nothing
3.    YES
4.    It's better than Prevacid P Nothing
5.    MORE LIKELY
6.    It tells me more about it P I will know more
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0807
1.    This is better than other ones
2.    It helps the esophagus P Nothing
3     DON'T KNOW

0808
1.    It's new. It's more effective than other drugs
2.    It's good for your health P For people in different stages
3.    YES
4.    It heals moderate to severe acid reflux. They did a study comparing P Nothing
5.    MORE LIKELY
6.    They did studies on it. They are comparing it with other drugs P Nothing
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0809
1.    It said that heartburn can be more serious than you think. Over time the esophagus gets very
      sore
2.    This takes care of heartburn for 24 hours
3.    YES
4.    Over time it makes lesions on the esophagus
5.    MORE LIKELY
6.    Because they said that this is better than Prilosec or others
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0810
1.    That this is a pill that work and is by prescription only. It is long lasting. It can help repair the
      stomach and esophagus
2.    Nothing else
3.    YES
4.    That it helps repair the damage done in the stomach and esophagus
5.    MORE LIKELY
6.    Because of what I read about the product
7.    All people with damage to the esophagus caused by acid reflux disease

0811
1.    They like this medicine better for acid reflux than the other one Prevacid
2.    That it's better than Prevacid
3.    DON'T KNOW

0812
1.    It heals severe acid damage to the esophagus. It's more effective than Prevacid
2.    That if you let the condition go it can lead to bad damage to the esophagus that might need
      surgery

3.   YES
4.   It said it's better than Prevacid
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0813
1.   It's a great product and many people have tried it. More people have erosions on esophagus
     healed with Nexium
2.   That this medicine works well
3.   YES
4.   That it works well in a short time
5.   MORE LIKELY
6.   Anything that would take away the heartburn is a good thing
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0814
1.   It being a better Prevacid and curing acid reflux
2.   More people suffer from it than I expected
3.   YES
4.   Percentage-wise more people had greater result with Nexium than Prevacid
5.   MORE LIKELY
6.   Base on the information it works better so I want to go with the better product
7.   All people with damage to the esophagus caused by acid reflux disease

0815
1.   It is an acid reflux pill and how much research they did and how they compared to other
     companies
2.   Advertising and how the pill works in a 24 hour time period. The different stages of acid reflux.
     And ask your doctor
3.   YES
4.   It states it work better than the other medicine. But I never took the pill
5.   LESS LIKELY
7.   Don't know or no opinion

0816
1.   It states how good it is and a lot of people don't know they have it
2.   They seem to feel their product is better than Prevacid
3.   YES
4.   When the compare the two, they said more people heal better
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0817
1.   It state that Nexium is better than Prevacid
2.   It shows how much better the percentage is. Information about acid reflux and what it does
3.   YES
4.   It works better
5.   MORE LIKELY
6.   The percentage rate
7.   All people with damage to the esophagus caused by acid reflux disease

0818
1.   It states it clears acid reflux
2.   There is a lot of people that has acid reflux disease. It helps stop that bad feeling
3.   YES
4.   It said a lot of people takes it and the percentage is better. A lot of people take the medicine so it
     must be good
5.   MORE LIKELY

6.   It last all day long 24 hours. You don't have to keep taking (otc) products
7.   All people with damage to the esophagus caused by acid reflux disease

0901
1.   That it helps with reflux and has three symptoms that come along with it headaches, diarrhea vomiting that's the side effects
2.   That you need to contact your doctor and if you have heartburn more than two times a week seek a physician a/e That it can be cured 6-8 weeks
3.   YES
4.   That it is one of the leading brands on the market a/e No
5.   MORE LIKELY
6.   It cures acid reflux and is suppose to be the best medicine in curing acid reflux only if recommended by a doctor a/e No
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0902
1.   It helps reflux diseases, acid reflux diseases. It also has a side effect vomiting, diarrhea and headaches
2.   You should get your doctor's say so on whether you should take it or not and it is a good medicine and it does help on the eroding of the esophagus a/e No
3.   YES
4.   It heals within four to eight weeks that is a lot shorter than normal a/e No
5.   MORE LIKELY
6.   Because it is something new and it sounds like it would have less side effects than some other a/e No
7.   All people with damage to the esophagus caused by acid reflux disease

0903
1.   Nexium looked like a purple pill
2.   That it was some kind of medication a/e That it was a medication for acid reflux
3.   NO

0904
1.   The ad said to me that Nexium is better than Prevacid
2.   That it heals acid related damages in throat a/e No
3.   YES
4.   That it was proven to work better than Prevacid a/e No
5.   MORE LIKELY
6.   Because it is proven to work a/e It is better than Prevacid
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux.

0905
1.   That it has been proven to heal esophagus erosion
2.   If taken daily it could prevent heartburn a/e No
3.   YES
4.   In two different studies it was proven that Nexium heals better than Prevacid a/e No
5.   MORE LIKELY
6.   With two studies it seems as if they have done their research a/e No
7.   All people with damage to the esophagus caused by acid reflux disease

0906
1.   Nexium is better than Prevacid
2.   That they thoroughly studied the medicine a/e No
3.   YES
4.   That it heal the esophagus lining better than the other if it did it at all a/e No
5.   MORE LIKELY
6.   It looks promising and it has the healing factor of healing the esophagus lining a/e No
7.   All people with damage to the esophagus caused by acid reflux disease

0907
1.    Nexium prevents erosion of the esophagus due to acid reflux
2.    One Nexium pill a day prevents heartburn and heals acid related damage in the esophagus w/e
      Provides 24 hours of relief
3    NO

0908
1.    Nexium heals damage in esophagus caused by acid reflux
2.    One Nexium pill can heal for 24 hour pain relief a/e No
3.    YES
4.    Twice as fast as other leading product Prevacid a/e No
5.    MORE LIKELY
6.    Sounds safer and better than Tums w/e Has more medical research than others. Side effects
      are few
7.    All people with damage to the esophagus caused by acid reflux disease

0909
1.    It was better than Prevacid
2.    That it worked really well to help with the erosion of the esophagus a/e No
3.    YES
4.    It healed it faster. I do not know how many times faster but it healed it better and faster than the
      other leading brand a/e No
5.    MORE LIKELY
6.    It just the information about what it gives about what it does a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0910
1.    That it was better and more effective than Prevacid
2.    That it heals esophagus sores a/e NFI
3.    YES
4.    That it usually heals the esophagus in a couple of weeks a/e No
5.    MORE LIKELY
6.    It has very few side effects a/e That it works for 24 hours
7.    All people with damage to the esophagus caused by acid reflux disease

0911
1.    It was better than Prevacid and it helps the acid reflux
2.    The percentage in the study was higher in the Nexium instead of the Prevacid a/e No
3.    YES
4.    There was a percentage scale that said it worked better a/e No
5.    MORE LIKELY
6.    The percentage rate of people who tried it would make me consider using it a/o No
7.    All people with damage to the esophagus caused by acid reflux disease

0912
1.    Nexium is much better than Prevacid and more people are using it and more people are
      showing to like Nexium better and have better results because the numbers are shown there. I
      was trying to submit my e-mail address to receive free product but it would not accept it. I would
      certainly use Nexium but I do not know about a lot of other people but the price makes an
      important factor when I purchase medicine. I need a lot of medicine for my stomach because of
      stress
2.    If Nexium was on the shelf beside Prevacid I would buy the Nexium if the price were about the
      same a/e No
3.    YES
4.    It says you may have damage from even a small amount of acid reflux and you should talk to
      your doctor about it. By the way it sounds like you might can get it only as a prescription.
      Sometimes I think I have heard commercials on the Nexium and Prevacid a/e No

5.  MORE LIKELY
6.  Because they said it was a better product and it would heal my esophagus a/e No
7.  All people with damage to the esophagus caused by acid reflux disease

0913
1.  That it is better than other product that is what it said
2.  Besides working better I think it works harder than the other one a/e I think more people prefer it
3.  YES
4.  That it is better. That it works better for all the people that have taken it a/e No
5.  MORE LIKELY
6.  Because I would want something that would work faster and better a/e No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0914
1.  That Nexium can help a lot of people with acid reflux
2.  That Nexium can repairs damage done by acid reflux a/e No
3.  YES
4.  That Nexium can heal the damage done by acid reflux, that other medications cannot heal a/e No
5.  MORE LIKELY
6.  Because other have used it and I have and it helps a/o n/e
7.  All people with damage to the esophagus caused by acid reflux disease

0915
1.  That it can help you better than a lot of medicine
2.  They took a survey to prove it's better a/e That you need to check with your doctor before trying it
3.  NO

0916
1.  It has a long lasting effect better than anybody else on the market
2.  It says it's more prescription type now a/e No
3.  YES
4.  It heals faster than Prevacid by like 7% a/e No
5.  MORE LIKELY
6.  Because it gives you the pros and cons of the medicine w/o No
7.  All people with damage to the esophagus caused by acid reflux disease

0917
1.  Just that they are trying to sell their product they claim it heals you on the inside and it's better than other prescription drugs that it's purple it gives information that can tell you if Nexium might be right for you
2.  Nothing, no nothing
3.  YES
4.  That it heals damage in the esophagus a/e No
5.  LESS LIKELY
7.  Don't know or no opinion

0918
1.  Tells me to tell my doctor if I see any signs of acid reflux
2.  Nothing a/e No
3.  YES
4.  It works better than Prevacid I guess a/e No
5.  MORE LIKELY
6.  Cause I've tried others nothing else works a/e No
7.  All people with damage to the esophagus caused by acid reflux disease

1001
1.   It's better than others in fighting heartburn w/e Doctor ask you use this Nexium w/a n/e
2.   It has been tested and safe w/e n/e
3.   NO

1002
1.   How Nexium is better than Prevacid in healing the acid reflux in each patient
2.   More effective in healing acid reflux and you can get a 7 day free trial sample
3.   YES
4.   It works and is recommended by doctors
5.   MORE LIKELY
6.   Better results
7.   All people with damage to the esophagus caused by acid reflux disease

1003
1.   Nexium heals acid related problem w/e n/e
2.   Studies have shown Nexium works better than Prevacid w/e n/e
3.   YES
4.   Nexium works better than Prevacid for acid related problems w/e n/e
5.   WOULD NOT AFFECT
6.   Only people with moderate or severe damage to the esophagus caused by acid reflux

1004
1.   The purple pill Nexium heals acid related disease w/e a/e
2.   Helps people with different stages of stomach erosions w/e n/e
3.   YES
4.   Nexium is better than Prevacid the other leading stomach medication w/e n/e
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

1005
1.   It helps soothe acid reflux disease
2.   That it's a very good product for the purpose of this reflux disease a/e
3.   YES
4.   The information given prove that it's better a/e Nothing else
5.   MORE LIKELY
6.   Because of the explanation I heard on television besides what I read on this ad a/e Nothing else
7.   All people with damage to the esophagus caused by acid reflux disease

1006
1.   That it'll get rid of my reflux the one I have. I have to take everyday and it won't get rid of my problem
2.   That it heals stomach problems a/e That it might be something I want to try
3.   YES
4.   That it heals acid related damage better than Prevacid a/e Can give you 24 hour relief
5.   MORE LIKELY
6.   Because what I'm taking doesn't work well a/e Nothing else
7.   All people with damage to the esophagus caused by acid reflux disease

1007
1.   Basically that it helps esophagus reflux
2.   That there's a 7 day free trial a/e 12% better than Prevacid
3.   YES
4.   Four to six weeks heals faster than Prevacid a/e Nothing else
5.   MORE LIKELY
6.   Because it seems like it heals faster a/e Nothing else
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

1008
1.  That it heals acid related damage better than the other leading medicine
2.  That it actually heals patients with moderate to severe damage better than Prevacid a/e Nothing else
3.  YES
4.  That it heals better than Prevacid a/e Nothing else
5.  MORE LIKELY
6.  Because it seems more effective than it's competitor a/e Nothing else
7.  All people with damage to the esophagus caused by acid reflux disease

1009
1.  It showed me reasons to take it what its dosage was, history
2.  They compared it to other medications a/e What the ingredients are esomeprazole magnesium
3.  YES
4.  They compared it to Prevacid and Nexium's percentage is higher a/e Nothing else
5.  MORE LIKELY
6.  I've tried it before and felt it worked so I'd try it again a/e Nothing else
7.  All people with damage to the esophagus caused by acid reflux disease

1010
1.  That it's a healing purple pill for acid reflux and it'll help heal erosions in your stomach
2.  That it relieves erosions and prevents a/e Relieves better than Prevacid
3.  YES
4.  That it will prevent acid reflux erosion a/e Heal erosion in 4 to 8 weeks
5.  MORE LIKELY
6.  Because out of curiosity from what I need to see if it works a/e Nothing else
7.  All people with damage to the esophagus caused by acid reflux disease

1011
1.  It basically tells you how it heals the esophagus
2.  How it's a good product a/e They involved a lot of people to test Nexium to prove it's better
3.  YES
4.  It said it's more effective a/e Nothing else
5.  LESS LIKELY
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1012
1.  That Nexium is better at healing acid reflux than Prevacid
2.  That Nexium helps acid reflux disease
3.  YES
4.  In two case studies that Nexium heals better within 4 to 8 weeks
5.  MORE LIKELY
6.  Because it not only controls acid reflux but it heals it
7.  All people with damage to the esophagus caused by acid reflux disease

1013
1.  That Nexium is better than other leading medicine at healing acid related stomach problems
2.  That they did a study to prove Nexium is better than Prevacid a/e That the pill is purple
3.  YES
4.  They did a study to prove that Nexium heals better than Prevacid a/e Heals patients with moderate to severe damage
5.  MORE LIKELY
6.  I'd like to see if it really heals better a/e They really made it sound like a good trustworthy company
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1014

1.  Nexium heals people with acid reflux disease w/e n/e
2.  That Nexium heals people with acid reflux w/e One pill a day is good for 24 hours w/e n/e
3   NO

1015
1.  Nexium is the best stomach medication for acid reflux w/e n/e
2.  There were two studies done on this medication and Nexium won over Prevacid w/e n/e
3.  YES
4.  Nexium is better than Prevacid w/e n/e
6.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

1016
1.  The healing purple pill which is Nexium heals acid reflux disease better than other medication on
    the market today w/e n/e
2.  That Nexium is better than Prevacid w/e n/e
3.  YES
4.  Nexium is better than Prevacid for acid reflux w/e n/e
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1017
1.  Nexium heals acid reflux better than any other stomach aids on the market w/e n/e
2.  Heals the esophagus due to acid reflux w/e n/e
3.  YES
4.  Nexium is better than Prevacid w/e n/e
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1018
1.  It communicated what the drug is and how it works w/e n/e
2.  Nexium heals acid related problems w/e It heals moderate to severe stomach problems w/e n/e
3.  YES
4.  Nexium heals better than Prevacid w/e n/e
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

1101
1.  That according to the studies it is better than Prevacid (what) Correcting the damage from acid
    reflux
2.  It implied that doctors are recommending it a/e No
3.  YES
4.  That it healed the esophagus damage from acid reflux a/e No
5.  MORE LIKELY
6.  I've tried Prevacid it is ok so if Nexium does better that would be good a/e No
7.  All people with damage to the esophagus caused by acid reflux disease

1102
1.  It is better than Prevacid (how) I didn't notice how it was better
2.  Nothing
3.  YES
4.  Acid reflux it helps heal acid reflux better than Prevacid (what) Damage to the esophagus a/e No
5.  MORE LIKELY
6.  Because what they say is probably true I haven't heard Prevacid make those claims a/e No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1103

1. It is good for acid reflux disease, ulcers and esophagus damage
2. That it is probably one of the best medicines to be ion it is also good for heartburn and it doesn't irritate your stomach a/e You can also use it for gerd
3. YES
4. That it is one of the newest on the market to heal stomach disorders a/e No
5. MORE LIKELY
6. It is really informative I think you really need that especially if you are going on a medicine, It also explains the side effects a/o No
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

**1104**
1. That it is better than Prevacid (what) Help to heal acid reflux
2. Nothing
3. YES
4. That 98% and 75% above Prevacid a/e Nexium does heal the damage caused by acid reflux better than Prevacid
5. MORE LIKELY
6. It has higher statistics a/o No
7. All people with damage to the esophagus caused by acid reflux disease

**1105**
1. Nexium is better Prevacid it has a better percentage rate of people getting better than Prevacid
2. It works with acid reflux disease and it has a low side effects a/e Not that I can think of
3. YES
4. The percentage rate is better it works better than Nexium more people are taking Nexium than Prevacid a/e No
5. MORE LIKELY
6. Because Prevacid only works for a certain amount time and Nexium seems that it work better by what I read a/o No
7. All people with damage to the esophagus caused by acid reflux disease

**1106**
1. That it is for acid reflux and it takes about 4 to 8 weeks and that it is better than Prevacid
2. I don't know. I'm not real good at remembering a/e No
3. YES
4. That more percentage of people are healed. More people get healed by it than Prevacid a/e I don't know. Guess not
5. MORE LIKELY
6. Because it may work better than the other kinds a/e No
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

**1107**
1. That it told me it works better than the other. That I need to go to the doctor because the heartburn could be more serious than I thought
2. I don't know what else a/e That's about all it told me
3. YES
4. That it, I remember it says you have to take one pill a day and it takes 4-6 weeks to work a/e It said something about erosion of the esophagus
5. MORE LIKELY
6. Just kind of believe the ad. It seemed truthful to me a/e No

**1201**
1. It's better than Prevacid and their there's damage to the esophagus by acid reflux and people can have damage without realizing it
2. There is side effects diarrhea and headaches
3. YES
4. It sayed it was shown in studies
5. MORE LIKELY

6.    It heals the esophagus
7.    All people with damage to the esophagus caused by acid reflux disease

1202
1.    I think the biggest word was healing good using that religious word healing; I've never heard anyone talk about a drug healing, it intrigues me. I don't have to take this everyday. The percentages means nothing to me. Also if there going to use a color, I like blue it's good in this ad
2.    Ummm I don't particularly like going on the Internet is not my favorite way; over the counter is my favorite way. Looks like there going to show locations which I live
3.    YES
4.    That was a percentage and the difference I don't like that, and I saw the work quicker, meaning it reacts quicker
5.    MORE LIKELY
6.    I've tried it before – obviously not this – I liked it if it's anything new; yeah, I'll try it
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

1203
1.    It's supposed to be pretty good for acid reflux
2.    It gives some %s of how it's better then Prevacid a rather large percentage better if used only 2 times a week – it will do a better job than other medications for acid reflux
3.    YES
4.    That it not only stops acid reflux but that it also heals
5.    MORE LIKELY
6.    Some of them are some the doctor prescribed to me. I'm not sure if I've taken it recently or not but because I have a more advanced problem the doctor prescribes things to me
7.    All people with damage to the esophagus caused by acid reflux disease

1209
1.    It heals heartburn. It heals the esophagus. It heals 57% of heartburn
2.    It's a little purple pill
3.    YES
4.    That it was 57% better than the leading brand
5.    MORE LIKELY
6.    It showed it has better results and I already take it
7.    All people with damage to the esophagus caused by acid reflux disease

1210
1.    That it helps heal heartburn n/t
2.    n/t
3.    YES
4.    That heals better than the other leading brands
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease.

1211
1.    That you only had to take one pill a day and it works well for heartburn
2.    It's only once a day. It's has less side effects
3.    YES
4.    That it had fewer side effects than the other leading brands and it can cause diarrhea
5.    MORE LIKELY
6.    Because of the strength of the pill
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

1212
1.    It's more effective than the other product
2.    It's the purple pill; helps relieves corrosive esophagus
3.    YES

4.  It's more effective and heals the damaged esophagus
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

1213
1.  It cures symptoms in a week to a month
2.  It suppose to be just as good as prescription
3.  YES
4.  It heals in five to six week
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

1214
1.  That it ummm repairs damage to the esophagus
2.  That it is better then Prevacid only to damage not to acid it didn't say
3.  YES
4.  That it does better than Prevacid, I take Prevacid
5.  MORE LIKELY
6.  It implies that it is better than the other acid reflux, it's what the ad says
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1215
1.  That it was #1 for an acid reflux preventative
2.  Long lasting
3.  YES
4.  Two or three times more effective
5.  MORE LIKELY
6.  Just saying it was first I would ask my doctor about it
7.  All people with damage to the esophagus caused by acid reflux disease

1216
1.  The studies done on this drug makes this drug look better then the opposing drug
2.  The studies prove better quality in their products
3.  YES
4.  Percentage wise it proves it heals erosion from acid reflux better
5.  MORE LIKELY
6.  I believe in medical studies and comparisons
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

1217
1.  The purple pill, a stomach medication
2.  Prescription medication
3.  YES
4.  Just that it healed acid related damage better
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

1218
1.  That it healed the erosion in the esophagus better than the leading competitor, in both studies they found it healed faster and is just good
2.  That there is other symptoms such as headaches they treat those a lot better than the other brand and treating acid reflux
3.  YES
4.  That it heals it faster and um the other leading brand doesn't heal it, it just stops it
5.  MORE LIKELY
6.  Because it actually heals instead of covering up
7.  All people with damage to the esophagus caused by acid reflux disease

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Edited Ad    Page 1 of 33

## Survey Questions

Q. 1:  "First, please tell me what that ad communicated to you about Nexium?"

Q. 2:  "What else, if anything, did the ad communicate to you about Nexium?  Anything else?"

Q. 3:  Do you recall the ad saying that Nexium heals acid-related damage better than the other leading medicine?

Q. 4:  Specifically, what do you recall the ad saying about that?

Q5:  Would the information in the ad make you more likely to try Nexium, less likely to try Nexium, or would it not affect your decision one way or the other?

Q6:  Why would the information in the ad make you more likely to try Nexium?

Q7.  Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?

1.  All people with damage to the esophagus caused by acid reflux disease

2.  Only people with moderate or severe damage to the esophagus caused by acid reflux disease.

3.  Don't know or no opinion

Respondent ID

0151
1.    That it is better than Prevacid
2.    Heals the damage to the erosive esophagitis w/e Relieves heartburn
3.    YES
4.    It heals better than Prevacid w/e Nothing
5.    MORE LIKELY
6.    It says it's better and they prove it w/e Nothing
7.    All people with damage to the esophagus caused by acid reflux disease

0152
1.    It controls the reflux to the esophagus calms down the heartburn
2.    It slows down the process w/e Nothing
3.    YES
4.    It's better than Prevacid w/e Nothing
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0153
1.    It repairs the damage from acid reflux
2.    It's the leading medication w/e Nothing
3.    YES
4.    It's been proven to work better than the other leading medication w/e Nothing
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0154
1.    That it will relieve heartburn and heal erosion that will effect the lining of your esophagus
2.    There are some side effects, headache, diarrhea, abdominal pain a/e That's it
3.    YES
4.    It will go directly to the source a/e Heals better than Prevacid

5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease


0155
1.    Tells you that they think it's the number one medication for acid reflux and they can prove it
2.    The fact that you don't have to take as long as other medications a/e it heals quicker
3.    YES
4.    I don't remember a/e No
5.    MORE LIKELY
6.    Because they say they have proven that it works better a/o it heals faster who wouldn't want to be healed faster I'm not sure of the price maybe expensive
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux


0156
1.    Regarding the acid reflux disease
2.    That it helps heal the damage effects on the esophagus a/e it showed a comparison to another product and it came out ahead
3.    YES
4.    Heals in 2-4 where others take 4-6 weeks to heal a/e That's all I can recall
5.    MORE LIKELY
6.    Because I have taken Prilosec in the past and it doesn't work as well as it use to a/o The Nexium product is a step above Prilosec and it heals
7.    All people with damage to the esophagus caused by acid reflux disease


0157
1.    It helps you to reduce acid reflux and the symptoms
2.    A recent study showed that it had the best results over other leading medicines a/e Nope
3.    YES
4.    Studies show that it works better and quicker a/e And that it will heal the esophagus
5.    MORE LIKELY
6.    Just because they compare it with other leading brands and it works better
7.    All people with damage to the esophagus caused by acid reflux disease


0158
1.    They have tested over 6000 people
2.    It's for the esophagus will help heal, it's for heartburn a/e No
3.    YES
4.    Just that it will heal better and faster than others a/e No
5.    MORE LIKELY
6.    Because it showed how many people they have tested it on a/o No
7.    All people with damage to the esophagus caused by acid reflux disease


0159
1.    It better than other medication
2.    That Prevacid doesn't heal like Nexium a/e No
3.    YES
4.    That it heals better than otc medicine a/e No
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease


0160
1.    It heals damaged esophagus faster than the other medication
2.    I'm thinking it will work faster a/e No
3.    YES
4.    It gave a higher percentage rate of respondents that had better success with the Nexium a/e No
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

Nexium Internet Ad Consumer Perception Survey:  Respondent Verbatims
Edited Ad    Page 3 of 33

0161
1.    That it heals damage done by acid
2.    I really don't remember
3.    YES
4.    That it will heal and it's better than other medicine
5.    MORE LIKELY
6.    Because it seems like it would be better for your body (exp) it will work faster and heals quicker
      a/e No
7.    All people with damage to the esophagus caused by acid reflux disease

0162
1.    It had a healing process to acids and some other side effects
2.    It can be used as pain relief a/e
3.    YES
4.    That Nexium heals acid better than Prevacid a/e No
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0163
1.    It helps your esophagus. It's 94% better for healing
2.    Helps your stomach digest better a/e No
3.    YES
4.    That it's clinical proven and will help better than the leading brand a/e No
5.    MORE LIKELY
6.    It helps you digest better a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0164
1.    That it's better than Prevacid
2.    That apparently works better a/e No
3.    YES
4.    That it works better than Prevacid a/e No
5.    MORE LIKELY
6.    Because the information has actual stats a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0165
1.    That it works better than Prevacid
2.    It's got fast relief a/e No
3.    YES
4.    It's better than Prevacid a/e No
5.    MORE LIKELY
6.    It's fast acting and has a lot of good ???
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0166
1.    It looks like it will work
2.    That I will try it in the near future a/e No
3    NO

0167
1.    That I can cure heartburn and acid reflux
2.    It looks effective and I would try it for my heartburn
3.    YES
4.    That it's better than the leading brand
5.    MORE LIKELY
6.    Cause it gives me the information I need to know
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0188
1.  That it will heal and get rid of the acid you have
2.  It soothes your stomach and relaxes you a/e No
3.  YES
4.  That it's better and removes gas and relaxes the stomach a/e No
5.  MORE LIKELY
6.  Because of discomfort in my stomach and other medicine doesn't seem to work
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0251
1.  Well it said that is better than Prevacid which is what I took. One pill per 24 hours which is new
    it's taken
2.  Helps heartburn relief and acid reflux relief a/e Just that scientists think they made a
    breakthrough with this pill but it doesn't guarantee it
3.  YES
4.  That it does a better job than Prevacid which is their main competitor a/e No that's it
5.  MORE LIKELY
6.  I would give it a try to see about their claims about healing – sure – nothing to lose a/e They
    could persuade people on the fence to sway them to come over on their side. You also would
    have to take into consideration for price, mgs, many people are on fixed incomes
7.  All people with damage to the esophagus caused by acid reflux disease

0252
1.  That it's better than Prevacid – it heals erosions and the esophagus better than Prevacid.
    Basically that is what they were saying
2.  It works for 24 hours a/e I don't remember anything else
3.  YES
4.  That it heals erosions and acid related problems better than Prevacid a/e No
5.  MORE LIKELY
6.  I would check with my doctor first if she thought this would be good as I don't know if what I am
    taking now actually heals the damage a/e Uh oh
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0253
1.  That it is a better product than Prevacid and if you heartburn it is something you should take
    care of
2.  That was pretty much it what I said. It's a good product if you have heartburn or acid a/e No
    that's pretty much it
3.  YES
4.  Well they did a study the percentage was better with Nexium. The product was good too but
    Nexium was better a/e No
5.  MORE LIKELY
6.  Because it is a brand that everyone knows about and it's been proven
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0254
1.  That it treats heartburn better than Prevacid or acid reflux or whatever it was. The did a study
    with 5000 patients to correlate their data
2.  Nothing else a/e To use you doctor for specification. Always see your doctor if it's right for you
3.  YES
4.  It was...the dosage was 30 mg vs. 40 mg the study was for 6-8 weeks a/e No
5.  MORE LIKELY
6.  Because of the clinical study of course I would ask my doctor first w/w Because of the study
7.  All people with damage to the esophagus caused by acid reflux disease

0255
1.  It helps people (how) Takes away heartburn

2.  It's good stuff to help people wh This medicine helps people with heartburn (how) Takes it away
    a/e No
3   NO

0256
1.  Um...It's better for heartburn than Prevacid
2.  Um...It can um...heal the erosions um...in the esophagus if you have damage a/e You can get
    um...e seven day free trial
3.  YES
4.  Um...that it heals the damage in your esophagus better than Prevacid a/e No
5.  MORE LIKELY
6.  It sounded like it had a lot of benefits a/o No
7.  All people with damage to the esophagus caused by acid reflux disease

0257
1.  That it's a better product in trial studies than Prevacid
2.  That acid reflux could erode the esophagus and it protects against that
3.  YES
4.  That it reduces acid reflux by 80 percent a/e No
5.  MORE LIKELY
6.  From the studies they conducted it seems it would be better than Prevacid a/o No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0258
1.  That it's better than Prevacid
2.  In 24 hours it will help the healing of the acid/heartburn a/e No
3.  YES
4.  That 80 something percent of people that it worked...it helped them a/e it worked within 24
    hours
5.  MORE LIKELY
6.  Because it said that it was better a/o Because the clinical studies said 80% of the people
7.  All people with damage to the esophagus caused by acid reflux disease

0259
1.  That it's more effective than the other medication they were talking about and that the erosion of
    the esophagus is hereditary and I would like to try it for heartburn
2.  That it's pill form a/e No
3.  YES
4.  It's 20% more effective a/e It's in a pill form
5.  MORE LIKELY
6.  The pill form, I don't like the Tums taste a/o No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0260
1.  Well it helps heal the erosions in your esophagus
2.  It supposed to be better than Prevacid a/e No, that's it
3.  YES
4.  That it heals better than Prevacid and they did a study on that too a/e That's it
5.  MORE LIKELY
6.  Because the study proved that it helped better than Prevacid a/o No, that's it
7.  All people with damage to the esophagus caused by acid reflux disease

0261
1.  It's a medication for heartburn
2.  It's for stomach and esophagus. It should help you with heartburn a/e No
3.  YES
4.  The medication should help you with your heartburn a/e No
5.  MORE LIKELY

6.   It should help you with your heartburn a/e No
7.   All people with damage to the esophagus caused by acid reflux disease

0262
1.   It's a better acid reflux medicine better than Prevacid taking one pill can give you 24 hours of relief
2.   Only the doctors will be able to tell if you have acid reflux disease a/e That you should find out from your doctor if you have because it eats away at your esophagus a/e No
3.   YES
4.   It works better than Prevacid a/e No
5.   MORE LIKELY
6.   If I talk to my doctor about and if he agrees than I will take it a/e No
7.   All people with damage to the esophagus caused by acid reflux disease

0263
1.   That it will help heal your esophagus better than Nexium or Nexium would heal better than Prilosec is what it actually said
2.   That it's more than just a relief it heals your problem a/e They showed some comparisons but I don't remember all the numbers or percentages
3.   YES
4.   Just that it heals most of these kinds of medicines just give relief and don't get to the base of the problem a/e No that's all
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0351
1.   Nexium is better for heartburn or acid reflux disease than Prevacid. There were 2 studies done on 6000 people. In both studies Nexium had a higher percentage for being the better treatment
2.   That Nexium has better healing power a/e No
3.   YES
4.   Nexium heals acid-related damage better than Prevacid a/e No
5.   MORE LIKELY
6.   Because it was better than the leading product out on the market
7.   All people with damage to the esophagus caused by acid reflux disease

0352
1.   Nexium was 82% (40 mg once daily) Prevacid 78% (30 mg once daily)
2.   w/e Nexium was a better choice than Prevacid w/e Nothing
3.   YES
4.   Nexium pill a day can mean 24 hour heartburn relief and can heal acid related damage in the esophagus w/e Nothing
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0353
1.   That Nexium was a better choice than Prevacid
2.   w/e That Nexium was more effective than Prevacid w/e Nothing
3.   YES
4.   They talked about erosive esophagitis w/e Nothing
5.   MORE LIKELY
6.   Because what it said on the ad a/e No
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0354
1.   That is a must have medical product
2.   w/we That it must be good medical for acid reflux disease which I have w/e Nothing
3.   YES
4.   w/w A lot especially in the esophagus w/e Nothing

5.   MORE LIKELY
6.   w/way Because it has to be good to try because of the results from the statistics
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0355
1.   That it is better than Prevacid
2.   That 6000 people were studied w/e That it gives 24 hour heartburn relief
3.   NO

0356
1.   That it heals better than others
2.   That they conducted two different studies on it w/e It was proven to be the best w/e Nothing
3.   YES
4.   That they did a eight week study w/e That it healed better than Prevacid
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0357
1.   That Nexium is more effective than Prevacid
2.   That it heals better than other w/e They tested it with Prevacid
3.   YES
4.   That it heals erosions better than Prevacid w/e In patients with esophageal damage over a 8 week period
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0358
1.   That it heals better than others for acid related damage in the esophagus
2.   That it's the one to use w/e Nothing
3.   YES
4.   They tested Nexium and Prevacid together w/e Nexium worked better at healing
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0359
1.   That it's good for acid related damage in the esophagus
2.   That it works better than Prevacid w/e Nothing
3.   YES
4.   That they tested Nexium and Prevacid w/e Nexium works better
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0360
1.   That Nexium is good for healing acid related damage in the esophagus
2.   That it works better than Prevacid w/e They tested the two together
3.   YES
4.   That Nexium heals better than Prevacid w/e Nothing
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0361
1.   That it works better than others on healing acid related damage
2.   It heals acid related damage in the esophagus better than Prevacid w/e They did a 8 week study to get the results they wanted
3.   YES
4.   That they did a study on Nexium and Prevacid w/e Nexium works better
5.   LESS LIKELY
7.   All people with damage to the esophagus caused by acid reflux disease

0362
1. Nexium heals better than others
2. That Nexium heals better than Prevacid w/e That it healed better in a 8 week study
3. YES
4. That they compared Nexium to Prevacid w/e Nexium works better
5. LESS LIKELY
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0363
1. That two studies were conducted all over US and in both studies Nexium lead in both studies
2. That heartburn causes acid reflux and Nexium heals better and longer for up to 24 hours w/e. Nothing
3. YES
4. That taking a pill a day can relieve you for up to 24 hours (all day) a/e No
5. MORE LIKELY
6. Because it gives fast relief and works better than the leading brand a/o No
7. All people with damage to the esophagus caused by acid reflux disease

0364
1. Nexium relieves acid related damage to the throat and instead of using something else use Nexium because it cures you for up to all day
2. That without treating heartburn that it can damage the lining in your stomach a/e So get treated
3. YES
4. They done two studies and in both Nexium was better a/e No
5. MORE LIKELY
6. Because it's confirmed Nexium is better at healing heartburn a/o No
7. All people with damage to the esophagus caused by acid reflux disease

0365
1. That if you ignore treatment for heartburn it can cause reflux disease
2. That they done two studies and people with mild heartburn can have damage to their throat a/e People had different stages of damage to their throat
3. YES
4. Yes, that it can heal up to 24 hours a/e And can cure up to an 8 week period
5. MORE LIKELY
6. Because it's a product that can cure before the problem starts a/e It beats the leading brand
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0366
1. That out of two studies Nexium healed better than Prevacid
2. That people don't realize they have acid reflux disease and Nexium cures it from the beginning of the disease a/e Nothing else
3. YES
4. That it helps you heal up to 24 hours and cures for 4 to 8 weeks a/e No
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

0367
1. That Nexium beats the rest
2. That a lot of people don't know they have acid reflux because it starts with heartburn and they go untreated but one pill from Nexium cures you all day a/e No
3. YES
4. That erosions healed in 4 to 8 weeks a/e No
5. MORE LIKELY
6. Because it helps, heals and cures acid reflux a/o No
7. Don't know or no opinion

0368
1.  That it can cure people more effectively better than the leading brand
2.  They done two studies on people with acid reflux and Nexium healed people with different cases a/s No
3.  YES
4.  That it heals faster and better a/s No
5.  MORE LIKELY
6.  It does a better job a/s No
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0451
1.  Nexium is offering a seven day free trial of their medication in a coupon form so you have to fee it with your prescription to the pharmacy but that is still some savings
2.  That Nexium is offering to send you more complete information and to tell you about other products that come from the same company a/s That's all
3.  YES
4.  It was only tested against Prevacid a/s That's all
5.  WOULD NOT AFFECT
7.  Don't know or no opinion

0452
1.  That two medical studies have been performed to see which medication works better Nexium or Prevacid
2.  That Nexium performed better in both studies a/s They were testing 8000 people in places all over the country
3.  YES
4.  It was referring to the erosions in the esophagus w/e That's all
6.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

0453
1.  Nexium heals erosive esophagus better than Prevacid
2.  That two tests were performed to prove Nexium does in fact heal the erosions in the esophagus a/e That's all
3.  YES
4.  That it was test against Prevacid only and that's both studies w/e That's all
5.  WOULD NOT AFFECT
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0454
1.  Nexium works 90% better than Prevacid and that's why Nexium is willing to give you a whole 7 days worth of medication for free
2.  Nexium is confident in the medical findings and in its boasts to be the best healing acid reflux medication a/s That's all
3.  YES
4.  That in studies with Prevacid or opposite Prevacid Nexium healed the damaged esophagus better w/e That's all
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

0455
1.  That Nexium was proven to heal acid related damage to the esophagus better than Prevacid over an 8 week study period
2.  That over 8000 people were studied throughout the US a/s That there were significant differences in the results between the two medication
3.  YES
4.  That it was proven in studies against Prevacid w/e That's all
5.  WOULD NOT AFFECT

7.    All people with damage to the esophagus caused by acid reflux disease

0456
1.    That in two clinical trials Nexium was found to heal esophagus erosions better than Prevacid
2.    That the second trial supported the findings from the first trial a/e That's all
3.    YES
4.    That the other leading brand was Prevacid a/e That's all
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0457
1.    That in two recent studies over 6000 patients were given either Nexium or Prevacid for 8 weeks
      to see which product healed erosive esophagus better and Nexium came out on top
2.    The margin of which product Nexium worked better seemed pretty slim possibly less than 10%
      difference between the two studies so Prevacid isn't such a bad product and the graph they
      have showed it healed to w/m Prevacid was being tested to see if it healed erosive esophagus
      and it does just not as fast possibly as Nexium
3.    YES
4.    Well Nexium is trying to claim that nothing heals erosive esophagus better and that is true but
      Prevacid does still heal the damage w/e That's all
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0458
1.    That Nexium has been studied with Prevacid and Nexium has been found to heal acid related
      damage to the esophagus 13% better than Prevacid
2.    That in a supporting study Prevacid did a little better shortening the distance to 4% meaning that
      Prevacid is only marginally not as good as Nexium a/e Nothing else
3.    YES
4.    It's not as significant a difference as Nexium would lead you to believe with its graphs a/e The
      finding are only against Prevacid
5.    WOULD NOT AFFECT
7.    Don't know or no opinion

0459
1.    That Nexium heals erosive esophagus better than Prevacid
2.    That medical science has done two studies to prove that Nexium is the healing purple pill a/e
      That's all
3.    YES
4.    That Nexium out performs Prevacid 80% of the time and it also heals erosive esophagus a/e
      That's all
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0460
1.    Nexium has been tested against Prevacid to evaluate the healing properties that both have
2.    That Nexium healed erosive esophagus better than Prevacid could a/e That the results were
      significant w/e That's all
3.    YES
4.    That it was to test the healing of erosive esophagus as compared to Prevacid a/e That's all
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0461
1.    That it's significant that in studies between Nexium and Prevacid Nexium was found to heal
      damage to the esophagus 85% better than Prevacid
2.    It's only going to make a difference if you've suffered frequent persistent heartburn a/e That's all
3.    YES

4.   The findings were only against Prevacid but they conducted two studies that had similar results w/e That's all
5.   LESS LIKELY
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0462
1.   Nexium heals erosions in the esophagus better than Prevacid
2.   That two completely separate studies had confirmed that Nexium is better a/e That's all
3.   YES
4.   That Prevacid just doesn't heal acid related damage as well as Nexium w/e That's all
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0463
1.   That Nexium is confident that it will work for you so confident that they offer a 7 day free trial
2.   Nexium heals erosive esophagus 90% of the time w/e That's all
3.   YES
4.   That in recent clinical trials Nexium has been proven to heal erosive esophagus better than Prevacid
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0464
1.   That two clinical tests have been performed between Nexium and Prevacid proving that Nexium heals erosive esophagus better
2.   That it works quickly in that significant results appear by 8 weeks of usage w/e That's all
3.   YES
4.   That both tests took in about 6,000 people from coast to cost w/e That's all
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0465
1.   Nexium has been proven in medical test to work better than Prevacid at healing acid related damage from acid reflux
2.   How there were two tests that were evaluating people from all over the country for a period of two months w/e That's all
3.   YES
4.   That it heals erosions in the esophagus 80% better than Prevacid w/e That's all
5.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease

0466
1.   That works for all stages or levels of acid reflux disease and erosive esophagus
2.   That Nexium has been found to work 80% of the time a/e That's all
3.   YES
4.   That it's been tested against Prevacid a/e That's all
5.   WOULD NOT AFFECT
7.   Don't know or no opinion

0467
1.   Nexium's the pill that heals erosions of the esophagus it's the healing purple pill
2.   That only your doctor can determine if Nexium is right for you a/e That's all
3.   YES
4.   It was talking about comparing to Nexium, Prevacid a/e That's all
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0458
1. That Nexium was recently put through two tests against Prevacid to find which medication worked better at healing erosive esophagus
2. That both tests came up with the same finding
3. YES
4. That it shows significant differences and definite results in 5 weeks whereas Prevacid isn't as effective against erosive esophagus a/e That's all
5. LESS LIKELY
7. Don't know or no opinion

0551
1. That Nexium is more effective than Prevacid. It also heals the effects of acid reflux disease, In addition it gets rid of the erosion in 5-8 weeks
2. Nothing else
3. YES
4. It heals acid related damages faster than other leading medicine a/e No
5. MORE LIKELY
6. Because if you take over counter stuff, they still don't work as well a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0552
1. I communicates to me that it can heal damage from esophagus erosion within one to two times
2. That it's been proven to be better than Prevacid a/e No
3. YES
4. That it's been proven to heal and works faster than the leading brand a/e No
5. MORE LIKELY
6. Because the healing the gives off a/e No
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0553
1. That it heals acid related damage and it's better than Prevacid
2. Better than the leading brand a/e They have studies to show it's true
3. YES
4. It's better than Prevacid and I remember seeing percentage rate a/e
5. MORE LIKELY
6. It informed me a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0554
1. Trying to get rid of your heartburn
2. Nothing else
3. YES
4. Faster than other leading medicine on the market a/e No
5. MORE LIKELY
6. Curiosity w/e Nothing
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0555
1. Heals acid related damage better tan other medicines
2. It's more effective than Prevacid at healing acid related damage a/e No
3. YES
4. It heals it better a/e No
5. MORE LIKELY
6. Cause it heals better than the next top acid reflux cure a/e No
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0556
1. That it's supposed to help persistent heartburn. Know to help for 24 hours
2. It's a higher dose than other medicines a/e No

3.    YES
4.    That it's a 24 hour med to relieve acid reflux a/e No
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0557
1.    It's good for acid reflux
2.    Just that if you take a pill a day it prevents the heartburn a/e That's about it
3.    YES
4.    That it heals within 4-8 weeks a/e Nope
5.    MORE LIKELY
6.    Because it's just the ads informative a/o/r No that's it
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0558
1.    The ad says that Nexium is better than Prevacid basically, because it can heal acid damage faster
2.    It can heal esophagus damage in 5-8 weeks a/e No, not really
3.    YES
4.    The ad said that Nexium is better than Prevacid a/e No
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0559
1.    It's milder than most medicine and it will help you relieve your heartburn
2.    That it's cheap a/e That it's mostly recommended by doctors, mostly prescribed by doctors
3.    YES
4.    That it works better for it than others because it's milder a/e No that's it
5.    MORE LIKELY
6.    Because it's recommended by doctors a/o/r No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0560
1.    It's a new pill for me. A scientific breakthrough to help relieve my stomach and esophagus. It's been proven that it heals you better then other brands
2.    The illness in the esophagus. It heals stomach acids we They had a lot of people tested and it showed that Nexium is effective against stomach and throat problems
3.    NO

0561
1.    Prevacid even though it is the leading brand compared to Nexium. It's better. It is better at healing erosions in the esophagus
2.    Even people with mild heartburn can have a damaged esophagus a/e No
3.    YES
4.    Nexium can help heal the esophagus caused by acid reflux better, it's more effective a/e No
5.    MORE LIKELY
6.    Because of the test results they came up with a/e No
7.    All people with damage to the esophagus caused by acid reflux disease

0562
1.    Nexium is a really good brand that helps your esophagus clear up
2.    That it's been clinically proven with many test subjects that it works extremely well to help you heal a/e n/e
3.    DON'T KNOW

0563
1.    That it is better than Prevacid and outdoes it on many different levels
2.    It helps heal the esophagus a/e No

3.    YES
4.    That over tested results; that Nexium is better then the leading brand Prevacid a/e No
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0584
1.    That it was better than Prevacid. That it helped you heal quicker
2.    It's more effective w/e It's easier on the esophagus; it goes down easier and won't harm your body. There's a higher dosage of medicine compared to Prevacid a/e No
3.    YES
4.    Nexium cures conditions like erosive esophagitis w/e n/a
5.    MORE LIKELY
6.    I believe the ad and It's proven ability to cure acid reflux w/e n/e
7.    Don't know or no opinion

0585
1.    That it's a controlling acid, helps stop acid related damages to the body. Also helps people with heartburn more than twice a week
2.    Nothing else
3.    YES
4.    Change in diet may cause acid related damages a/e No
5.    MORE LIKELY
6.    It's 82% more likely on working against acid related damages a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0586
1.    That Nexium heals acid related damages in the esophagus
2.    Even people with mild heartburn could have damage the esophagus a/e No
3.    YES
4.    That it is the number one medication in the market a/e No
5.    LESS LIKELY
7.    All people with damage to the esophagus caused by acid reflux disease

0587
1.    Trying to connect to you saying that Nexium is better than all the other products
2.    a/e Nothing else
3.    YES
4.    Just that it's more effective than other leading brands a/e No
5.    LESS LIKELY
7.    All people with damage to the esophagus caused by acid reflux disease

0588
1.    Dealing with patients with acid reflux disease
2.    Nothing else
3.    YES
4.    Higher leading medicine than other brands in the market now w/e No
5.    LESS LIKELY
7.    All people with damage to the esophagus caused by acid reflux disease

0651
1.    It seems like a better product
2.    The percentage rate a/e No
3.    YES
4.    It's a better quality and you hear more about it a/e No
5.    MORE LIKELY
6.    It looks like a better product, you hear more about it a/e No
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0652
1. That it's good for acid reflux and is superior to the other one, Prevacid.
2. One pill of Nexium will show major improvement a/e Side effects
3. YES
4. Don't remember
5. MORE LIKELY
6. It had specific reasons why it would cure/help the problem and I would want to know that a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0653
1. That it was better than it's competition, Prevacid, but not by much
2. You had to take a larger dose by 10 milligrams a/e Nothing
3. YES
4. That it healed acid reflux disease and damage cause by it a/e No
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0654
1. That Nexium has a better healing ratio than Prevacid does
2. Nothing else
3. YES
4. 82% were healed with Nexium while 75% were only healed by an alternate (specifically Prevacid) a/e Nothing
5. MORE LIKELY
6. I'd be looking for the most effective treatment and the ad says it is a/e Nothing
7. Don't know or no opinion

0655
1. That it was the better of the two
2. It aids in helping acid reflux a/e Nothing
3. YES
4. I don't remember
5. MORE LIKELY
6. Because they said it was better than the other a/e Nothing
7. All people with damage to the esophagus caused by acid reflux disease

0656
1. That it is good for healing acid reflux disease better than the other brand
2. Um that you don't have to take the maximum dose to get relief a/e Um there were two controlled tests both of them said that Nexium was better than the other brand
3. YES
4. It can repair a damaged esophagus a/e Within 8 weeks of prescription you will have 24 hour relief from damages a/e Nothing
5. MORE LIKELY
6. Just because the studies show that Nexium was more effective than other leading brand (she has not said name of) a/e I like the idea of 24 hour relief
7. All people with damage to the esophagus caused by acid reflux disease

0657
1. It's effective, effective in treating acid reflux. Helpful
2. That you should take it if you have acid reflux a/e Nothing
3. YES
4. It heals erosive esophagus better than Prevacid a/e Nothing
5. MORE LIKELY
6. It makes you feel that this medicine heals better than Prevacid heal something you don't know you have a/e Nothing
7. All people with damage to the esophagus caused by acid reflux disease

0658
1.    It's good for heartburn
2.    It does have side effects s/e Headaches, diarrhea and stomach pain
3.    NO

0659
1.    That the main ingredient is better than it's competitors
2.    It had better results s/e That's about it
3.    YES
4.    It's a certain percentage better proven through testing over 6,000 people s/e Nope
5.    MORE LIKELY
6.    The results are appealing s/e That's pretty much it
7.    All people with damage to the esophagus caused by acid reflux disease

0660
1.    It's good, it works
2.    It helps people and it does work s/e It's inexpensive
3.    YES
4.    It was 50% better than a lot of other antacid medications s/e Nothing else
5.    MORE LIKELY
6.    A lot of people use it. It's popular and highly recommended by doctors s/e Word of mouth from
      my brother
7.    Don't know or no opinion

0662
1.    Relief
2.    It's colorful, attracts your attention s/e No
3.    YES
4.    It's 87% better s/e That's all
5.    MORE LIKELY
6.    Because of the percentage that it would be worth trying
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0663
1.    That studies show it treats acid reflux on average of 82% better than Prevacid
2.    That one pill a day for 8 weeks there's a significant improvement esophagus can be damaged
      over time s/e Nope
3.    YES
4.    Only that taking the recommended dose for 8 weeks heals better s/e Nothing
6.    WOULD NOT AFFECT
7.    Don't know or no opinion

0664
1.    Just that it's a purple pill
2.    Nothing
3.    NO

0665
1.    That it works better the Prevacid. It talked about how fast it worked. Don't know exactly
2.    It cures the symptoms of acid reflux. Worked fast but not sure how fast. They did a study of
      6,000 and that result was Nexium was better than Prevacid
3.    YES
4.    It works/heals acid reflux better than Prevacid. Just one pill a day s/e Nothing
6.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

0666
1. That Nexium heals acid damage better than Prevacid and it is suppose to heal your esophagus damage
2. Nothing just that it is better than Prevacid a/e Nothing
3. YES
4. Better than Prevacid. That's it a/e Nothing
5. WOULD NOT AFFECT
7. Don't know or no opinion

0667
1. Well that it heals esophagus and it's suppose to be better than Prevacid and it helped me a lot
2. That it takes 3-4 weeks to heal esophagus a/e Nothing
3. YES
4. It compared to Prevacid and it's suppose to be better, well so it said on the chart a/e Nothing
5. MORE LIKELY
6. I know people who have acid reflux and I do not want that to happen to me. I believe the charts on the ad a/e Nothing
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0668
1. Nexium is more effective than Prevacid w/m A lot of research have been done and the results are that Nexium
2. That it can cause headache, um...I don't remember anything else a/e Nothing
3. YES
4. That it been proven by studies of 6,000 people that it works better the Prevacid a/e it heals the esophagus a/e Nothing
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0751
1. Side effects could include diarrhea, headaches. They also want you to consult your doctor
2. Be careful a/e Nothing
3. NO

0752
1. Provides quick and effective treatment of acid reflux disease
2. Solves heartburn a/e Acid reflux disease a/e Nothing else
3. NO

0753
1. It's about taking Nexium for heartburn
2. Nothing really (No) a/e Nothing else
3. YES
4. I don't remember (can't remember) a/e Nothing else
5. LESS LIKELY
7. All people with damage to the esophagus caused by acid reflux disease

0754
1. Told me I would have 24 hour relief from heartburn. Results will vary
2. Helps heartburn a/e Nothing else
3. YES
4. I don't remember a/e Nothing else
5. MORE LIKELY
6. I like the 24 hour relief from heartburn a/e Nothing else
7. All people with damage to the esophagus caused by acid reflux disease

0755
1. It has 24 hour heartburn relief

2.    I can't remember a/e Nothing else
3.    DON'T KNOW

0756
1.    That it worked better than Prevacid once a day dosage would be convenient
2.    (Don't know) a/e Nothing else
3.    YES
4.    Worked on a higher percentage of people who had heartburn a/e Nothing else
5.    MORE LIKELY
6.    Seemed to help more people than Prevacid a/o Only have to take one pill a day
7.    All people with damage to the esophagus caused by acid reflux disease

0757
1.    Takes care of your heartburn and acid reflux
2.    It's there if you want it a/e It's a prescription if you want it
3    DON'T KNOW

0758
1.    That you will get good results from taking Nexium
2.    Guaranteed a/e Nothing else
3.    YES
4.    That it was guaranteed medication a/e Nothing else
5.    MORE LIKELY
6.    I think it is a good product that you can depend on a/e Nothing else
7.    All people with damage to the esophagus caused by acid reflux disease

0759
1.    Better than it's nearest competitor
2.    Scientific findings have proven that Nexium is better a/e Nothing else
3.    YES
4.    Scientific studies have proven that it does a/e It was a large study
5.    MORE LIKELY
6.    Because of the effectiveness it showed a/o Nothing else
7.    All people with damage to the esophagus caused by acid reflux disease

0760
1.    Helps prevent acid reflux damage
2.    Is better than other brands a/e Nothing
3.    YES
4.    Better than other acid reflux medicines a/e Nothing else
5.    WOULD NOT AFFECT 7
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0761
1.    That if you have acid related damage this is a good product to use
2.    It's proven to be better than other acid reflux meds a/e Nothing else
3.    YES
4.    It heals better than other medicines a/e Nothing else
5.    WOULD NOT AFFECT 7
7.    All people with damage to the esophagus caused by acid reflux disease

0762
1.    Heals acid damage better than other brands
2.    Nothing a/e Nothing else
3.    YES
4.    Helps reduce acid damage better than other brands a/e Nothing else
5.    MORE LIKELY
6.    Because it makes me think it's better than other brands a/e Nothing else

7. All people with damage to the esophagus caused by acid reflux disease.

0783
1. That it has 24 hour relief of heartburn and acid related damage
2. I don't remember (that's about it) a/e Nothing
3. NO

0784
1. Strong and better than Prevacid their studies showed
2. Nexium can give you 24 hour relief of heartburn a/e Nothing else
3. YES
4. That it healed the acid related better than Prevacid (No)
5. MORE LIKELY
6. To see if it really lives up to its ads (No)
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0785
1. That with acid reflux it heals the esophagus. Better than Prevacid
2. Takes care of the reflux a/e Also heartburn
3. YES
4. Only have to take once a day a/e Heals the damage already there
5. MORE LIKELY
6. Know firsthand from experience a/e Helps my stomach
7. All people with damage to the esophagus caused by acid reflux disease

0786
1. That it heals acid reflux disease better than Prevacid and heartburn
2. That you only have to take one pill a day a/e Heals esophagus damage already there
3. YES
4. More effective in healing significantly healing in the esophagus at 82% compared to 78%
   Prevacid
5. MORE LIKELY
6. Proven in studies that it healed stomach in acid related studies w/e Don't know
7. All people with damage to the esophagus caused by acid reflux disease

0787
1. Heals acid related damage to the esophagus
2. Significantly more effective than Prevacid a/e Just have to take one a day
3. YES
4. Heals acid related damage in the esophagus better than Prevacid a/e Heals within 4 to 6 weeks
5. MORE LIKELY
6. Take it once a day a/e Quicker than Prevacid
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0788
1. It is a day for the healing of acid reflux
2. Nothing else a/e Nothing else
3. NO

0861
1. Nexium cures acid reflux and heartburn and it prescribed by a doctor and you need a Rx for it.
   Nexium ad said acid reflux begins in your throat and your doctor can be the only to diagnose
   your symptoms
2. That's the most important part. It also told you the % of people that it worked for
3. YES
4. It said that it stops the acid and heals your throat
5. MORE LIKELY
6. Because it said it would heal any damage caused by the acid reflux

7.    All people with damage to the esophagus caused by acid reflux disease

0852
1.    The heartburn and acid reflux can be cured with Nexium and to get a Rx from your doctor and Nexium relieves Rook for 24 hours.
2.    Can be prescribed by doctor and the can give you a Rx for Nexium
3.    NO

---

0853
1.    That it helps people that suffer from heartburn and espogelis and they did two studies to see how people are being healed from the damages of acid reflux and heartburn
2.    There is a seven day free trial. You can get Nexium from a drugstore or grocery store
3.    YES
4.    It can stop acid from occuring for a 24 hour period
5.    MORE LIKELY
6.    Because they mentioned they did two studies and they offer a free sample. Would make more likely to try it
7.    All people with damage to the esophagus caused by acid reflux disease

0854
1.    Nexium claims it better than Prevacid. Doctors claims that it will heal the esophagus and reduce acid reflux
2.    You can get a free trial offer and get the prescription from your doctor
3.    YES
4.    It works better than Prevacid
5.    MORE LIKELY
6.    Because of the claims this ad makes it seems like it would work better any other brand
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux.

0855
1.    It provides relief from acid reflux and heartburn you have prescription from your doctor you can receive a 7-day trial offer
2.    That it's better than Prevacid and 6,000 patients were studied in this research
3.    YES
4.    It work the best but other problems may still exist. See your doctor
5.    MORE LIKELY
6.    I use Nexium and it works the best. I will not change it works but I like a free trial offer
7.    All people with damage to the esophagus caused by acid reflux disease

0856
1.    Well, that it works better than Prevacid and that it has healing properties
2.    The purple color is a great brand recognition. I have seen this ad on TV
3.    YES
4.    It has heal has esophagus heal properties
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

0857
1.    Nexium was very good at preventing acid reflux and it helps esophagus erosion and it has a free trial offer
2.    It tested better and more effective than Prevacid
3.    YES
4.    Nexium heals better than Prevacid on acid related damage
5.    MORE LIKELY
6.    Because the test results proved that Nexium was better. But I will still have to consult my doctor
7.    All people with damage to the esophagus caused by acid reflux disease

0858
1.  Nexium works better than Prevacid. Over 6,000 people were studied. It has heal properties-it will heal the esophagus that occurs due to acid reflux
2.  You have to get a Rx from your doctor. You can get a 7-day trial free offer
3.  NO

0859
1.  Basically it said Nexium was for the treatment for heartburn and acid reflux and when compared to Prevacid it was more effective
2.  Studies were done on 6,000 people Nexium did best
3.  YES
4.  It said acid reflux causes damage and erosion and it takes six-eight for Nexium to repair damage
5.  MORE LIKELY
6.  Because it is a more effective drug on heartburn and acid reflux
7.  All people with damage to the esophagus caused by acid reflux disease

0860
1.  Nexium was tested against Prevacid and Nexium worked better by a certain percentage. I can't remember you have to get it with a Prevacid from your doctor
2.  6,000 people were tested and Nexium won against Prevacid in preventing acid reflux and heartburn
3.  YES
4.  They mentioned that acid reflux can cause erosion in the esophagus which can lead to other health problems
5.  MORE LIKELY
6.  The ad would make me consider Nexium as treatment for heartburn
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0861
1.  It is a capsule to treat something
2.  I don't know
3.  NO

0862
1.  It's the purple pill. It should clear up any heartburn
2.  That it's much better than others that are currently out. It works faster
3.  YES
4.  It does heal symptoms from esophageal burning
5.  MORE LIKELY
6.  I believe their information is true
7.  All people with damage to the esophagus caused by acid reflux disease

0863
1.  Nexium is better than others that are out
2.  Something about it can be treated within 2-4 weeks
3.  YES
4.  Nexium had 87% than others. Has a better rate overall
5.  MORE LIKELY
6.  It will treat it faster than the others
7.  All people with damage to the esophagus caused by acid reflux disease

0864
1.  It heals the erosions in the esophagus better than other leading medicine
2.  You get all day and night acid relief from one pill
3.  YES
4.  They compared it to Prevacid saying that Nexium was better
5.  MORE LIKELY

6.   Because of the healing process P 24 hour relief
7.   All people with damage to the esophagus caused by acid reflux disease

0865
1.   That it would with heartburn relief
2.   These was research done to prove that it would be beneficial for the reduction of heartburn P It
     would assist to relieve throat damage
3.   YES
4.   You can get 24 hour relief from heartburn and you can heal damage to the throat within a month
     P n/a
5.   MORE LIKELY
6.   Because a lot of information was provided on Nexium as well as proven relief of discomfort P It
     also heals any damage the acid reflux would cause
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0866
1.   I am scared about the serious side effect, I think I should contact my doctor
2.   If I was going to try it, what impressed me was the free trial 87 x 84 d/o Study
3.   YES
4.   Not ruling it out but it's possible. Don't recall the other medications to choose from
5.   MORE LIKELY
6.   I am willing to try it with the doctor's consent
7.   Don't know or no opinion

0867
1.   I think it's about treat the esophagus and heartburn
2.   It was talking about the percentage compared to other medications
3.   YES
4.   I can't remember
5.   MORE LIKELY
6.   I am a diabetic maybe it will help put my sugar down
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0868
1.   I think it was trying to say that it worked better than Prevacid
2.   It works faster, about 4 or 5% faster than the other medications
3.   YES
4.   Only people with moderate acid reflux disease were healed with the 4 day week period that
     medicine took effect
5.   WOULD NOT AFFECT
7.   Only people with moderate or severe damage to the esophagus caused by acid reflux

0951
1.   That Nexium will help heal the damage that is done to the esophagus caused by acid reflux
2.   That acid reflux is dangerous a/e That Nexium will have some side effects
3.   YES
4.   That it is better than Prevacid
5.   WOULD NOT AFFECT
7.   Don't know or no opinion

0952
1.   Nexium is better than Prevacid and it's a healing purple pill
2.   That it works and is a good alternative
3    DON'T KNOW

0953
1.   It heals the esophagus and acid related damage better than the other leading medicine
2    It was better Prevacid

3.  YES
4.  That it is better than Prevacid
5.  MORE LIKELY
6.  It's been tested on over 6,000 patients
7.  Only people with moderate or severe damage to the esophagus caused by acid reflux

0955
1.  It stated that it was better than Prevacid and that there is a seven day free trial and that is all I can remember
2.  It is 87% greater than Prevacid. It said something about 47% for Prevacid a/e NFI other than it's purple there is a purple medicine that did me no good at all and I can't remember the name of it
3.  YES
4.  I do remember it saying that it heals better than Prevacid a/e That's all I remember
5.  LESS LIKELY
7.  All people with damage to the esophagus caused by acid reflux disease

0956
1.  It's improved over some other brand name
2.  Well it's I guess I don't know I looked at it I have seen the ad before a/e No
3.  NO

0957
1.  It is supposed to help with the breathing problems
2.  Nothing any No
3.  YES
4.  It heals your esophagus 10 times better than the other leading brand would do
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

0958
1.  Nexium makes your acid reflux go away and heals the scarring in the esophagus areas
2.  Take 4 to 8 week for healing w/e Not for everybody
3.  YES
4.  Heals better the Prevacid product a/e 24 hours of relief
5.  MORE LIKELY
6.  Sounds like the best medicine on the market a/e 4 to 8 weeks healing of scarring is important
7.  All people with damage to the esophagus caused by acid reflux disease

0959
1.  It's better than Prevacid
2.  How it works w/e For the healing of patients with acid reflux
3.  YES
4.  Nexium proven better than Prevacid when healing acid reflux damage in the esophagus a/e On Nexium pill a day can provide up to 24 hour heartburn relief
5.  WOULD NOT AFFECT
7.  Don't know or no opinion

0960
1.  Nexium is better than Prevacid for people with esophagus erosion. They did an eight week study and decided which worked better
2.  Doctors recommend it for use to cure your trouble with esophagus over the other one and apparently did a study about it a/e No
3.  YES
4.  A graph showed 87% were cured and only 72% with the other product were cured a/e They conducted a study where Nexium vs. Prevacid and Nexium won
5.  MORE LIKELY
6.  The graph showed the highest result percentage of people who used Nexium as being helped more so than the other medicine a/e The doctor's recommended it

7. Don't know or no opinion

0961
1. I liked what it said about being able to heal damage done by acid reflux
2. I read something about it helping my stomach a/e No
3. YES
4. That it heals damages done by acid reflux a/e No
5. MORE LIKELY
6. It is a leading medicine a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0962
1. Nexium is a good medication to take if you have trouble with acid reflux because it has been proven by studies to help heal the esophagus
2. Doctors recommend it a/e They did a comparison with another medication and said it worked better than the other one
3. YES
4. I saw a chart of some kind with a number of percentage of people who were helped by using Nexium and a percentage that was lower than the one that used Nexium, the number was a higher percentage cured while using Nexium and the other brand I do not recall it's name a/e Doctors surveyed a number of patients to base their facts on
5. WOULD NOT AFFECT
6. All people with damage to the esophagus caused by acid reflux disease

0963
1. It gave relief for heartburn
2. That it help heals erosions in your esophagus a/e No
3. YES
4. That it was fastest working a/e NFI
5. MORE LIKELY
6. Make it sound easier and more convincing about working a/e NFI
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0964
1. It relays to me that Nexium can reduce esophagus erosions better than the other brands and they held a study to prove it
2. That it cured people with esophagus damage better than Prevacid a/e No
3. YES
4. They held a contest between Nexium and Prevacid to see who heals better and Nexium heals better a/e No
5. MORE LIKELY
6. Nexium has the facts that they are better than everybody else so I would like to go with the one that's proven a/e No
7. All people with damage to the esophagus caused by acid reflux disease

0965
1. That it heals damage from acid reflux
2. That Nexium works better than Prevacid a/e No
3. YES
4. It heals 82% better a/e NFI a/e No
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

0966
1. That Nexium and Prevacid had survey and held it over 8 weeks to let people know Nexium was better
2. That Nexium heals esophagus erosions better than Prevacid a/e No
3. YES

4.  That it heals about 5% to 9% better than Prevacid a/e No
5.  MORE LIKELY
6.  It had the proof to back it up a/e No
7.  All people with damage to the esophagus caused by acid reflux disease

0967
1.  That Nexdum worked extremely better than Prevacid and that it heals the damage to the esophagus caused by acid
2.  I think that Nexdum lasts for 24 hours a/e It was a higher percentage than Prevacid for esophagus healing.
3.  YES
4.  That Nexdum improved reflux diseases better than Prevacid a/e It just compared all the ways that Nexdum was better than Prevacid
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

0968
1.  It's suppose to be a good-s good acid reflux product. Support to be better the Zantac is
2.  It heals related acid reflux damage a/e No
3.  YES
4.  Nexdum heals acid reflux damages better than other leading brands a/e No
5.  MORE LIKELY
6.  It has more percentage of healing damages a/e No
7.  All people with damage to the esophagus caused by acid reflux disease

0969
1.  Nexdum is better the Prevacid for curing my esophagitis, because doctors tested it, and have proven results
2.  That all a/e No
3.  YES
4.  It said that the percentage for best resutl for 87% of people was achieve with Nexdum a/e No
5.  WOULD NOT AFFECT
7.  Don't know or no opinion

1051
1.  It heals heartburn
2.  It a healing pill w/e n/e
3.  YES
4.  It heals the erosions better than Prevacid
5.  MORE LIKELY
6.  Because of the percentage
7.  All people with damage to the esophagus caused by acid reflux disease

1052
1.  Nexium is a heartburn relief medication
2.  Nexdum healed people better than Prevacid w/e n/e
3.  YES
4.  That Nexium heals better than Prevacid w/e One pill of Nexdum gives 24 hour relief from heartburn w/e n/e
5.  WOULD NOT AFFECT
7.  All people with damage to the esophagus caused by acid reflux disease

1053
1.  Nexium heals better then other drugs in its field w/e n/e
2.  Nexdum taken one pill a day works for 24 hours w/e n/e
3.  YES
4.  Nexdum works better than Prevacid w/e n/e
5.  WOULD NOT AFFECT



Exhibit J

Nexium Internet Ad Consumer Perception Survey: Respondent Verbatims
Edited Ad    Page 26 of 33

7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

**1054**
1.    Better than Prevacid for acid reflux w/e n/e
2.    Heals better than Prevacid for acid reflux w/e Talks about studies that were done on this subject w/e n/e
3.    YES
4.    Heals better than Prevacid w/e n/e
5.    WOULD NOT AFFECT
6.    (blank)
7.    All people with damage to the esophagus caused by acid reflux disease

**1055**
1.    That Nexium heals damage in the esophagus w/e n/e
2.    Nexium heals erosions better than Prevacid w/e A pill a day keeps acid reflux from occurring w/e n/e
3.    YES
4.    Nexium heals better than Prevacid w/e n/e
5.    MORE LIKELY
6.    Because the studies prove that Nexium is the drug for acid related problems w/e n/e
7.    All people with damage to the esophagus caused by acid reflux disease

**1056**
1.    That they did a study to prove Nexium is more effective than Prevacid
2.    That Nexium heals erosions in the esophagus w/e That it gives you 24 hour heartburn relief
3.    DON'T KNOW

**1057**
1.    That it works good for acid reflux
2.    Talks about studies and how it works better than Prevacid w/e Nothing else
3.    YES
4.    Treated better than Prevacid a/e Can't remember anything else
5.    MORE LIKELY
6.    Because it made it sound statistically better than Prevacid a/e n/e
7.    All people with damage to the esophagus caused by acid reflux disease

**1058**
1.    How well it works at healing stomach related problems
2.    I get seven days free trial coupon a/e How well it works better than Prevacid
3.    YES
4.    That it heals better than Prevacid a/e Nothing else
5.    MORE LIKELY
6.    The seven days free a/e Nothing else
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

**1059**
1.    That it's more effective than Prevacid
2.    That it's the purple pill called Nexium that they did a study on and found out it's more effective a/e Nothing else
3.    YES
4.    That it's more effective than Prevacid a/e They even showed they studied it
5.    MORE LIKELY
6.    Because they tested throughout the US and found out statistically it's more effective than Prevacid a/e n/e
7.    Don't know or no opinion

**1060**
1.    It's a product that has been proven from several tests that it's more effective than Prevacid
2.    That it helped heal patients who have acid reflux disease a/e Nothing

3.    YES
4.    That it heals patients that have esophageal damage better than Prevacid a/e Nothing else
5.    MORE LIKELY
6.    It's that they've backed up their research with people with actual studies a/e Nothing else
7.    Don't know or no opinion


1061
1.    Nexium heals acid related damage better than Prevacid
2.    That you can get a free 7-day sample w/e They did tests to prove that Nexium is more effective
      than Prevacid
3.    YES
4.    That they did two test studies proving Nexium heals better than Prevacid a/e Nothing else
5.    MORE LIKELY
6.    I'm really impressed with the information they provided with their results so I'd like to try the 7
      days free a/e Nothing else
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux


1062
1.    That Nexium is better at healing patients with esophageal erosions than Prevacid
2.    That it's statically more effective than Prevacid a/e That it's the purple pill
3.    YES
4.    It said it heals acid related damage better than Prevacid a/e Nothing else
5.    MORE LIKELY
6.    I'd like to try the 7 days free trial coupon to see how effective it is a/e Nothing else
7.    All people with damage to the esophagus caused by acid reflux disease


1063
1.    That Nexium is better at healing patients with esophageal erosions than Prevacid
2.    That they did medical studies to provide a more ??? result proving that Nexium is better than
      Prevacid a/e Nothing else
3.    YES
4.    That Nexium is better than Prevacid a/e Nothing else
5.    MORE LIKELY
6.    I would like to try it to see how it's results are with my esophageal erosions a/e Nothing else
7.    All people with damage to the esophagus caused by acid reflux disease


1064
1.    Nexium heals acid reflux better than any medication on the market w/e n/a
2.    It heals better than Prevacid for acid related problems w/e n/a
3.    YES
4.    Nexium heals better than Prevacid w/e By taking Nexium you will have relief up to 24 hours w/e
      n/a
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease


1065
1.    Nexium heals acid reflux disease better than other products on the market
2.    Nexium was compared in two studies to be the vest medication for acid reflux disease w/e n/e
3.    YES
4.    Nexium is better than Prevacid for acid reflux w/e n/e
5.    WOULD NOT AFFECT
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux


1066
1.    That Nexium heals patients better than Prevacid w/e n/a
2.    Nothing
3.    YES
4.    That Nexium heals better than Prevacid w/e n/a

6.   WOULD NOT AFFECT
7.   All people with damage to the esophagus caused by acid reflux disease.

**1067**
1.   That it heals more than any other medicine
2.   It is better in acid reductions than the other medicine.
3.   YES
4.   That it heals 71% of more damage than the other medicine
5.   MORE LIKELY
6.   Cause if I have damage in my [esophagus] I would want it healed
7.   All people with damage to the esophagus caused by acid reflux disease

**1068**
1.   It suppose to be better than Prevacid. It healed the stomach erosion. You get different
     symptoms sometimes from it. That might make you feel worse
2.   You can get a free 7 day sample
3.   YES
4.   In previous study that it heals
5.   MORE LIKELY
6.   Because it says it really works and that's what you want
7.   All people with damage to the esophagus caused by acid reflux disease

**1151**
1.   That it is a leading heartburn medication, that in studies it has been shown to be more effective
     than Prevacid
2.   That it can help restore damage done to the esophagus a/e Acid reflux is a serious matter and
     should be treated by your doctor
3.   YES
4.   That in one study 87% of the respondents favored Nexium and only 74% favored Prevacid in
     any other study a/e Nexium is a more popular treatment for gerd
5.   MORE LIKELY
6.   Because in a controlled environment studies favor the use of Nexium to treat heartburn a/o it's
     more popular among doctors, more recommended is how they said it
7.   All people with damage to the esophagus caused by acid reflux disease

**1152**
1.   That it heals within 4-8 weeks.
2.   It tells you about the side effects a/e The purple pill which is catching
3.   YES
4.   That it heals real fast compared to Prevacid faster a/e No
5.   LESS LIKELY
7.   All people with damage to the esophagus caused by acid reflux disease

**1153**
1.   That Nexium is better than Prevacid and more doctors recommend it
2.   That it is fast acting and last longer a/e No
3.   YES
4.   More control a/e No
5.   MORE LIKELY
6.   It explained Nexium acid control a/o Faster acting
7.   All people with damage to the esophagus caused by acid reflux disease

**1154**
1.   That it is a good product Nexium is better than the other medication
2.   Doctors recommend it good medication and help prevent acid reflux a/e That acid reflux is a
     really serious problem
3.   YES

Case 1:04-cv-01332-KAJ    Document 131    Filed 12/31/2005    Page 105 of 149

4. It's better and helps you from having the acid reflux you won't have it as often a/e Only a doctor can find out the damage of the rd
5. MORE LIKELY
6. It say that it is a good medication and that it has been tested a/o No
7. All people with damage to the esophagus caused by acid reflux disease

**1155**
1. Heals better then nearest competitor
2. Well studied a/e No
3. YES
4. Better than other brand a/e No
5. MORE LIKELY
6. Make you better informed much more time to read a/e No
7. All people with damage to the esophagus caused by acid reflux disease

**1156**
1. That it not only treats acid reflux but also heals the esophagus
2. That it works better than the other brand a/e No
3. YES
4. It heals damage caused by acid a/e No
5. MORE LIKELY
6. Because I now know about Nexium a/o No
7. All people with damage to the esophagus caused by acid reflux disease

**1157**
1. It works
2. If you take it, I went blank a/e No, I don't know.
3. YES
4. It heals faster a/e No
5. WOULD NOT AFFECT
7. Don't know or no opinion

**1158**
1. That it was better than Prevacid
2. That it heals the esophagus a/e No
3. YES
4. That it heals better and faster a/e No
5. MORE LIKELY
6. Because it's better overall a/e No
7. All people with damage to the esophagus caused by acid reflux disease

**1159**
1. The ad communicate to me that they did a study of 6,000 people in different states comparing Prevacid to Nexium. Also heals holes in your esophagus
2. Basically I should be on Nexium instead of Prevacid a/e Not that I can think of right now
3. YES
4. That Nexium heals the hole in your esophagus and Prevacid does not a/e No
5. MORE LIKELY
6. Because I have been on Prevacid 4 or 5 years and it doesn't even touch my acid reflux a/e No
7. All people with damage to the esophagus caused by acid reflux disease

**1160**
1. Supposedly it work better than Prevacid (what) Healing esophagus damage, reflux and heartburn
2. They did a double blind study to show Nexium is better ??? Prevacid a/e Not that I remember
3. YES
4. That it heals better than Prevacid a/e Not really
5. WOULD NOT AFFECT

7.    All people with damage to the esophagus caused by acid reflux disease

1161
1.    That it works better than Prevacid helps heal twice as fast
2.    That it is once a day and last up to 24 hours a/e No
3.    YES
4.    That it helps heal twice as fast that it is one pill and last up to 24 hours a/e No
5.    MORE LIKELY
6.    Cause it is one pill a day s/o And it help heals twice as fast and it is a 4 to 8 week process
7.    All people with damage to the esophagus caused by acid reflux disease

1162
1.    That it can heal erosion in your throat
2.    That it works better then Prevacid (what) With acid reflux a/e No
3.    YES
4.    That it heals the erosion cause by acid reflux a/e No
5.    MORE LIKELY
6.    It helps control the acid reflux and it helps heal the damage caused by acid reflux a/e No
7.    All people with damage to the esophagus caused by acid reflux disease

1163
1.    That it takes about 4 to 8 weeks to help your esophagus to get better and it works better then Prevacid and need to go to the doctor to get it
2.    Even if you have a little bit of acid reflux you would need it because it can still be burning your esophagus a/e It can cause diarrhea
3.    YES
4.    That it was 84% to 75% better then Prevacid a/e Nope
5.    MORE LIKELY
6.    It sounded like it would work better than Prevacid which I have already tried s/o Had a shorter list of side effects than other medication
7.    All people with damage to the esophagus caused by acid reflux disease

1164
1.    It works better than Prevacid (what) Controlling heartburn and acid reflux
2.    That in studies it has shown to keep acid reflux from reoccurring even after taken it and more doctors recommend Nexium more than Prevacid a/e No
3.    YES
4.    It absorbs quicker than Prevacid it stays there longer the medicine a/e No
5.    MORE LIKELY
6.    Because I have learned more about it than what people have told me a/e No
7.    All people with damage to the esophagus caused by acid reflux disease

1165
1.    Just that written stuff I read? (yes) That they tested it on a lot of people 6,000 or something
2.    That it's supposed to help a/e No, I wasn't concentrating on it really lots
3.    YES
4.    Uh, I don't know a/e No, I thought there was going to be more to it than that
5.    WOULD NOT AFFECT
7.    All people with damage to the esophagus caused by acid reflux disease

1166
1.    That it helps acid reflux and that it helps repair damage to the esophagus in most people not all
2.    Um well it helps relieve symptoms of acid reflux a/e That it had a better average of helping over Prevacid. Nexium was 82% and Prevacid was in the lower 70s
3.    YES
4.    The percentage rate was higher in Nexium than in Prevacid a/e No
5.    MORE LIKELY

6.    Shows higher percentage, if that is true. I hope they are not lying in their ad a/e That it repairs damage
7.    Don't know or no opinion

1167
1.    That it helps you with heartburn and you need to talk to your doctor before sampling it. And some people have heartburn and don't know what it is
2.    That it is a strong medicine and it is really effective (mode) Takes care of indigestion, heartburn or acid reflux a/e Just that you need to let your doctor know so you don't have problems with other medications you are taking
3.    YES
4.    That it has a ingredient that reduces the acid and it is highly effective a/e Just check with your doctor if it is right for you
5.    MORE LIKELY
6.    Cause they inform you to make sure your doctor knows what you are taking a/e That it is highly effective (what) Taking care of heartburn
7.    All people with damage to the esophagus caused by acid reflux disease

1168
1.    Nexium will help your heartburn and acid reflux
2.    That it worked better than Prevacid a/e It was stronger
3.    YES
4.    I notice it had 2 columns and Nexium had the higher percentage I don't know what they were a/e No
5.    MORE LIKELY
6.    I got the impression from reading the ad that it worked longer and faster (w) No
7.    All people with damage to the esophagus caused by acid reflux disease

1255
1.    That it works better than Prevacid
2.    That it um that it heals better for people that have acid reflux No
3.    YES
4.    Uh, I think it said more people prefer it and it works faster
5.    MORE LIKELY
6.    Because I have heartburn a lot and I would want something to work better
7.    All people with damage to the esophagus caused by acid reflux disease

1256
1.    That it was better than Prevacid and that doctors recommend it over the other leading brand
2.    That was basically it, that it worked better then the other one. They were finding more people were using Prevacid n/l
3.    YES
4.    Uh shoot I can't remember now I did I forgot, something about the esophagus; the erosions it helps it
5.    MORE LIKELY
6.    It's um, the information it gives you about it, anything that sound positive I would try it if it got rid of any heartburn quicker then yeh
7.    All people with damage to the esophagus caused by acid reflux disease

1257
1.    I remember it was about heartburn
2.    I think it said something about diarrhea
3    DON'T KNOW

1258
1.    It assist and prevents damage from acid reflux disease
2.    Works better than Prevacid

3.    YES
4.    If you have heartburn that eventually it will turn into acid reflux, the medication will help prevent the disease
5.    MORE LIKELY
6.    Because it makes sense and it works
7.    All people with damage to the esophagus caused by acid reflux disease

1259
1.    It is better than Prevacid
2.    You don't have to take as much Nexium as Prevacid
3.    YES
4.    It heals faster and heals craters in 3 to 4 days
5.    MORE LIKELY
6.    Because it claims to work better and faster
7.    All people with damage to the esophagus caused by acid reflux disease

1260
1.    That it is better Prevacid
2.    That it is good for heartburn
3.    YES
4.    I think it was 82% more healing power than the other brand
5.    MORE LIKELY
6.    Because it said it is better than the other brands
7.    All people with damage to the esophagus caused by acid reflux disease

1261
1.    That Nexium heals better than Prilosec
2.    Looks like it's a good product
3    NO

1262
1.    That it is better than Prevacid and it had better results
2.    That Nexium lasted longer than Prevacid
3.    YES
4.    That it Nexium helped control heartburn better
5.    MORE LIKELY
6.    Because it was compared to Prevacid and it was 5% greater than Nexium
7.    All people with damage to the esophagus caused by acid reflux disease

1263
1.    That Nexium can help prevent acid reflux and could be better than leading other leading medication
2.    That it is the purple pill
3.    YES
4.    That it could be better than leading medicine
5.    WOULD NOT AFFECT
7.    Don't know or no opinion

1264
1.    It said that it was better than Prilosec OTC
2.    More people are using Nexium and it showed a graph chart
3.    YES
4.    It said it heals better
5.    MORE LIKELY
6.    The other brand doesn't say anything about healing
7.    Only people with moderate or severe damage to the esophagus caused by acid reflux

Nexium Internet Ad Consumer Perception Survey: Respondent Verbatims
Edited Ad    Page 33 of 33

**1265**
1. They were saying that it was better than the compeling brand. It prevent esophageal damage and it could be happening every day
2. n/t
3. YES
4. I don't recall what it said about that
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

**1266**
1. That it a pill to eliminate acid reflux, something about 7 free pill, they did a study
2. That it's a pill to help you deal with acid reflux
3. YES
4. Nexium is better than other leading brands
5. MORE LIKELY
6. Just because it sounds interesting. I would want something to eliminate the problem it always good to try somethings
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

**1267**
1. That it stops heartburn, once a day
2. Looks good I suppose, works good
3. YES
4. That it stops damage and heals damage in related time
5. WOULD NOT AFFECT
7. All people with damage to the esophagus caused by acid reflux disease

**1268**
1. Nexium is a leading preventing medicine to treat acid reflux caused by heartburn
2. That it can heal acid reflux better
3. YES
4. I remember that quote "Nexium heals acid related damage better than the other leading medicines"
5. WOULD NOT AFFECT
7. Only people with moderate or severe damage to the esophagus caused by acid reflux

# STIMULUS MATERIAL

The healing Purple Pill has some very healing news.

NEXIUM heals acid related damage better than the other leading medicine.



stomach can, over time, wear away or erode the delicate lining of the esophagus. This is a condition known as erosive esophagitis.

Only a doctor can determine if this damage exists, or how severe it is. Even people with just mild heartburn could have damage to the esophagus and not know it. But fortunately, the damage can be healed.

That's why it is so important to talk with your doctor about your acid reflux disease, how well your current treatment is working, and what the study results could mean to you.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esophagus. Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out other serious stomach conditions. Please read the Important Product Information about NEXIUM.

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out serious stomach conditions. Please read the Important Product Information about NEXIUM and discuss it with your healthcare professional.

Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Feedback | Corporate Use | Site Map

**AstraZeneca**

US Corporate Site

This product information is intended for US consumers only.
224117  12/04  Copyright © 2005 AstraZeneca LP. All rights reserved.



Relief is better

...stomach pain, over time, wear away or erode the delicate lining of the esophagus. This is a condition known as erosive esophagitis.

Only a doctor can determine if this damage exists, or how severe it is. Even people with just mild Heartburn could have damage to the esophagus and not know it. But fortunately, the damage can be healed.

That's why it is so important to talk with your doctor about your acid reflux disease, how well your current treatment is working, and what the study results could mean to you.

For many, one NEXIUM pill a day can mean 24-hour heartburn relief and can heal acid related damage in the esophagus. Most erosions heal in 4 to 8 weeks. Your results may vary. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out other serious stomach conditions. Please read the Important Product Information about NEXIUM.

Better is Better

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does not rule out serious stomach conditions. Please read the important Product Information about NEXIUM and discuss it with your healthcare professional.

Home • Important Safety    Stay connected to Nexium

Important product information about NEXIUM | Medical Professional Site | Privacy Statement | Legal Information | Feedback | Contact Us | Site Map

AstraZeneca

This product information is intended for US consumers only.
224117 12/04 Copyright © 2004 AstraZeneca LP. All rights reserved.

US Centers in site

Copyright © 2004 AstraZeneca LP. All rights reserved.

Table 8  Page 25
(Continued)

Q4:  Specifically, what do you recall the ad saying about that?

|  | Total | Experimental Original | Edited |
|---|---|---|---|
| OTC | 1<br>0.2% | – | 1<br>0.5% |
| All other | 8<br>1.9% | 5<br>2.9% | 3<br>1.4% |
| Don't know/nothing | 14<br>3.4% | 5<br>2.9% | 8<br>3.9% |

Table 8 Page 35
(Continued)

Q4:  specifically, what do you recall the ad saying about that?

|  | TOTAL | ADVERTISEMENT(S) | |
|---|---|---|---|
|  |  | Original | Edited |
| SSS | 1 | — | 1 |
|  | 0.5% |  | 0.5% |
| All other | 3 | 1 | 2 |
|  | 1.5% | 2.5% | 1.0% |
| Don't know/nothing | 14 | 6 | 8 |
|  | 3.4% | 2.5% | 3.9% |

Table 9 Page 17

All mentions of moderate and/or severe damage (Q.1, 2 or 4)

|  | TOTAL | **ADVERTISEMENT** | |
|---|---|---|---|
|  |  | Original | Edited |
| TOTAL | 411 | 205 | 206 |
|  | 100.0 | 100.0 | 100.0 |
| All mentions numbers | 24 | 23 | 1 |
|  | 5.8% | 11.2% | 0.5% |
| In Q. 1 | 7 | 7 | - |
|  | 1.7% | 3.4% |  |
| In Q 2 | 15 | 15 | - |
|  | 7.4% | 4.5% |  |
| In Q 4 | 10 | 9 | 1 |
|  | 2.4% | 4.4% | 0.5% |

Table 10 Page 13

all mentions of Prevacid (Q.1, 3 or 4)

|  | TOTAL | ADVERTISEMENTS | |
| | | Original | Edited |
|---|---|---|---|
| TOTAL | 411 | 205 | 206 |
| | 100.0 | 100.0 | 100.0 |
| all mentions anywhere | 231 | 107 | 124 |
| | 56.2% | 52.2% | 60.2% |
| In Q. 1 | 144 | 58 | 86 |
| | 35.0% | 28.3% | 41.7% |
| In Q 2 | 80 | 37 | 43 |
| | 19.5% | 18.0% | 20.9% |
| In Q 4 | 139 | 60 | 79 |
| | 33.8% | 29.3% | 38.3% |

Case 1:04-cv-01332-KAJ    Document 131    Filed 12/21/2005    Page 122 of 149

Q8:  Would the information in the ad make you more likely to try Maxime, less
likely, or would it not affect your decision?

|  | TOTAL | ADVERTISEMENT Original | Edited |
|---|---|---|---|
| TOTAL | 411 100.0 | 205 100.0 | 206 100.0 |
| Total Asked | 372 90.5 | 187 91.2 | 185 89.8 |
| More likely | 233 56.7 | 120 58.6 | 113 54.9 |
| Less Likely | 22 5.4 | 12 5.9 | 10 4.9 |
| Would not affect | 117 28.5 | 55 26.8 | 62 30.1 |

Table 12 Page 29

Q6:  Why would the information in the ad make you more likely to try Mexitan?

|  | TOTAL | **ADVERTISEMENT**  | |
|  |  | Original | Edited |
|---|---|---|---|
| TOTAL | 411<br>100.0 | 205<br>100.0 | 206<br>100.0 |
| TOTAL ASKED (SAID MORE LIKELY) | 229<br>55.7 | 116<br>56.5 | 113<br>54.9 |
| Better/more effective (Net) | 114<br>27.7 | 56<br>27.3 | 58<br>28.2 |
| Better/works better/more effective | 68<br>16.5 | 35<br>17.1 | 33<br>16.0 |
| Heals damage/acid reflux damage better | 7<br>1.7 | 5<br>2.4 | 2<br>1.0 |
| Studies/data prove it's better | 43<br>10.5 | 16<br>7.8 | 25<br>12.1 |
| Heals damage/acid reflux damage | 13<br>3.2 | 6<br>2.9 | 7<br>3.4 |
| Studies/data/ratings (no better mention | 15<br>3.9 | 9<br>4.4 | 7<br>3.4 |
| It works/good product | 10<br>2.4 | 4<br>2.0 | 6<br>2.9 |
| Take one/day, 24 hour relief | 8<br>1.9 | 3<br>1.5 | 5<br>2.4 |
| 7 day trial | 5<br>1.2 | 1<br>0.5 | 4<br>1.9 |
| Ref. to personal experience | 13<br>3.2 | 8<br>3.9 | 5<br>2.4 |
| Ad informative/detailed/credible/gave facts | 32<br>7.8 | 21<br>10.2 | 11<br>5.3 |
| All other | 41<br>10.0 | 22<br>10.7 | 19<br>9.2 |

Nexium Internet Ad Consumer Perception Survey   #  Research #100-3-05   March, 2005

Table 13 Page 31

Q6:  Why would the information in the ad make you more likely to try Nexium?
(Among Those Who Said More Likely)

|  | TOTAL | **ADVERTISEMENT**<br>Original | Edited |
|---|---|---|---|
| SAID "MORE LIKELY" IN Q5 | 233<br>100.0 | 120<br>100.0 | 113<br>100.0 |
| Better/more effective (Net) | 114<br>48.9 | 56<br>46.7 | 58<br>51.3 |
| Better/works better/more effective | 68<br>29.2 | 35<br>29.2 | 33<br>29.2 |
| Heals damage/acid reflux damage better | 7<br>3.0 | 5<br>4.1 | 2<br>1.8 |
| Studies/data prove it's better | 41<br>17.6 | 16<br>13.3 | 25<br>22.1 |
| Heals damage/acid reflux damage | 13<br>5.6 | 6<br>5.0 | 7<br>6.2 |
| Studies/data/ratings (no better mention | 16<br>6.9 | 9<br>7.5 | 7<br>6.2 |
| It works/good product | 10<br>4.3 | 4<br>3.3 | 6<br>5.3 |
| Take one/day: 24 hour relief | 8<br>3.4 | 3<br>2.5 | 5<br>4.4 |
| 7 day trial | 5<br>2.1 | 1<br>0.8 | 4<br>3.5 |
| Ref. To personal experience | 13<br>5.6 | 8<br>6.7 | 5<br>4.4 |
| Ad informative/detailed/credible/gave facts | 32<br>13.7 | 21<br>17.5 | 11<br>9.7 |
| All other | 41<br>17.6 | 22<br>18.3 | 19<br>16.8 |

Nexium Internet Ad Consumer Perception Survey  D' Research #100-1-05   March, 2005

Table 14 Page 82

Q7:  For what group of people will Nexium heal acid-related damage better than the other leading medicine?

| | TOTAL | **ADVERTISEMENT** Original | Edited |
|---|---|---|---|
| TOTAL | 411 | 248 | 206 |
| | 100.0 | 100.0 | 100.0 |
| TOTAL ASKED (Said Notice Claim) | 372 | 187 | 185 |
| | 90.5% | 91.2% | 89.9% |
| All people with damage to esophagus caused by acid reflux | 203 | 97 | 106 |
| | 49.4% | 47.3% | 51.5% |
| Only people with moderate or severe damage to the esophagus caused by acid reflux | 158 | 79 | 79 |
| | 38.4% | 38.5% | 38.3% |
| Don't Know/No opinion | 40 | 19 | 21 |
| | 9.7% | 9.3% | 10.2% |
| Not Asked | 39 | 19 | 21 |
| | 9.5% | 8.0% | 10.3% |

Nexium Internet Ad Consumer Perception Survey D   Question #100-3-05  April 26, 2005

Table 19 Page 22

Q6 Rotation

|  | TOTAL | **ADVERTISEMENT**<br>Original | Edited |
|---|---|---|---|
| TOTAL | 411<br>100.0 | 205<br>100.0 | 204<br>100.0 |
| Rotation 1 | 207<br>50.4% | 104<br>50.7% | 103<br>50.6% |
| Rotation 2 | 204<br>49.6% | 101<br>49.3% | 103<br>50.4% |

# QUESTIONNAIRE MATERIALS

D³ Research          71 South Glen Road          Kinnelon, NJ 07405          100-3-95

## PRESCRIPTION DRUG WEB COPY TEST
## SUPERVISOR INSTRUCTIONS

This is a mall intercept study to be conducted among men and women age 25+ years old that have taken a prescription medication for heartburn or acid reflux disease in the past six months or are likely to in the next six months, and have used a computer to access the Internet in the past 30 days. Respondents will be screened on the mall and if qualified will be taken back to the office for an 8 minute interview.

Your quota for this job is 36 completed interviews, males and females, 25+ years old.

A list of materials needed for this study is included on the "SHIPMENT CONTENTS" sheet.

NOTE:  There are 2 Ads being shown in this survey, and they are packaged separately in your shipment. Each ad has its own CD with an Ad and a set of Questionnaires. You should begin with Part 1 and may not start Part 2 until Part 1 is completed and shipped to us. Part 1 may contain either Ad 1 (pink and blue questionnaires) or Ad 2 (green and yellow questionnaires), but you MUST start with Part 1 materials.

### PROJECT SCHEDULE
⇒ Start:                    As soon as you receive materials and have briefed
                            interviewers.
⇒ FAX:                      Supervisor Report daily.
⇒ First Shipment:           When there are 9 completes in Part 1.
⇒ Second Shipment:          When Part 1 is complete: No later than 2/18 so we receive
                            2/21. MUST INCLUDE PART 1 CD.
⇒ Third Shipment:           When there are 9 completes in Part 2.
⇒ Final Shipment:           No later than Friday, February 25 to arrive in our office by
                            2/28. (Use air bills supplied.)



As supervisor your main responsibilities are:

1.    See that screening and interviewing are conducted according to instructions. Interviews must be recorded in black ink using the pens we have provided.

2.    See that respondent names, phone numbers, and responses are accurately and legibly recorded. Include completed Validation Forms with each shipment. Each interviewer should have a separate form.

3.    Every day (including weekends) FAX us a status report.

4.    Project Schedule:  There are 3 interim shipments.
      Shipment 1:
      • 9 Completes from Part 1 separated by interviewer.
      • Validation forms (Use one per interviewer)
      • Practice interviews done by interviewers to date.

1

**Shipment 2:  On or before 2/18 so we receive 2/21.**
- Remaining Completes due from Part 1 separated by interviewer
- Validation forms (Use one per interviewer)
- Any additional Practice interviews done by interviewers.
- Unused questionnaires from Part 1.
- **CD containing Ad from Part 1, VERY IMPORTANT!**

**Shipment 3:**
- 9 Completes from Part 2 separated by interviewer
- Validation forms (Use one per interviewer)

**Your final shipment on or before 2/25 will include:**
- ALL remaining Completes separated by interviewer
- Validation forms (Use one per interviewer)
- FINAL Supervisor Tally Form
- CD from Part 2 and extra survey materials



**1.    Respondent Screening Criteria**
Eligible respondents are males and females age 25+ who:

- Have taken a prescription medication for heartburn or acid reflux disease in the past 6 months or are likely to in the next six months.
- Do not work for a sensitive industry.
- Have used a computer to access the Internet in the past 30 days.
- Have glasses with them if they are needed to use a computer.

**2.    Quotas**

**36 completed interviews with MALES and FEMALES age 25+:   12 males and 24 females:**

|  | PINK | BLUE | GREEN | YELLOW | TOTAL |
|---|---|---|---|---|---|
| **MALES** | 3 | 3 | 3 | 3 | 12 |
| **FEMALES** | 6 | 6 | 6 | 6 | 24 |
| **TOTAL** | 9 | 9 | 9 | 9 | 36 |

Note:  There are 2 Ads in this survey.  Ad 1 uses PINK and BLUE questionnaires.  Ad 2 uses GREEN and YELLOW questionnaires.  Your site may be assigned to begin with one Ad or the other, and it will be packaged as PART 1.  Begin PART 2 only after PART 1 has been completed and shipped to us.

**3.    Screening Procedures**

Screening will take place on the mall.  Any person who appears to be age 25+ is qualified for screening.  When an interviewer finishes with one respondent, she is to approach the very next person who appears to be age 25+.  She is not to skip a person because that person looks in a hurry, or has children with him/her, or for any other reason.

Interviewers must approach each potentially eligible respondent, except that they are not to approach persons with whom they are personally acquainted or who are employed in the mall. They also should not interview more than one person in a family.

### 4.    Interviews

The interview must be conducted in a location out of sight and hearing of any potential respondent waiting to be interviewed. If different interviewers are conducting two interviews simultaneously, they must be out of sight and hearing of each other.

There must be no erasures on the questionnaires. If an interviewer makes a mistake, she should cross it out. ALL INTERVIEWS MUST BE RECORDED IN BLACK INK.

### 5.    Study Materials

A "packing list" of what our shipment includes is enclosed.

The screeners employ the number circling procedure for recording terminates and may be reused.

### 6.    Interviewers Needed

You will need three or four of your best interviewers. All must be experienced interviewers with whom you've worked before. No interviewer may do more than 12 interviews. Why? We validate 100% of the interviews. If an interviewer is found to have more than one invalid interview, it is our policy to discard all interviews done by that interviewer.

### 7.    Training

A personal briefing of all interviewers is required. We have provided "interviewer training kits" containing interviewer instructions and a practice questionnaire. Every interviewer working on this study must attend a briefing session and complete at least one practice interview. It is your responsibility to observe these interviews and be sure that all instructions are followed and that each interviewer fully understands how to administer the questionnaire. The practice interviews should be returned to us in your first shipment. Subsequent practice interviews should be included in following shipments.

If possible, only a single briefing should be given, with all interviewers attending. If it is necessary to conduct a second briefing, the supervisor who conducted the first briefing must also conduct the second. No interviewer may work the study without attending a briefing.

At the briefing make sure that each interviewer has an Interviewer Training Kit. Your briefing should stress the following points:

1.    Screening procedures and respondent eligibility requirements.

2.    Never interview friends, relatives or acquaintances.

3.    Never interview two people from the same household.

4.    Reading instructions on the questionnaire carefully.

3

5.    Reading the questions exactly as written.

6.    Importance of recording verbatim responses to open ends. (If you have interviewers who do not record verbatim, do not assign them to this study.)

7.    Importance of writing firmly and clearly so we can read the responses. Screening may be done in pencil, but interviews must be in black ink. Use the pens we have provided.

8.    Importance of recording respondent name and phone number correctly and legibly on the Respondent Record and the Validation Forms. These are the only forms that should contain respondent identification. WHY? Because we ensure respondent anonymity by destroying all names and phone numbers immediately after validation.

## STUDY SPECIFIC INSTRUCTIONS:
1.    Be sure the Ad is on the computer screen before the respondent is seated at the computer monitor.
2.    The interview should take place away from the computer so the respondent can no longer view or attempt to view the ad.
3.    You will begin the survey with Part 1 materials. Depending on which Ad your city was assigned to begin with first, Part 1 may contain Ad 1 with pink and blue questionnaires or Ad 2 with green and yellow questionnaires. All materials from Part 1, including the CD, must be shipped (or packaged for shipment) to us before you begin Part 2.

## 8.    Editing

The supervisor must edit 100% of the work. All editing should be done in BLUE PENCIL.

## 9.    Record Keeping

Accurate incidence records are vital in this study. Make sure your interviewers record all contacts on the screeners.

At the end of each interviewing day, each interviewer should count up her completes and terminates and summarize the information on the tally sheets provided. You, the supervisor, should fill out a supervisor tally sheet each day summarizing the attempts of all interviewers. You should do this even if only one interviewer was working that day.

At the end of the job you must submit a final supervisor tally sheet summing the results of all interviewers.

## 10.    Validation

You must conduct on-site validation of 15% of each interviewer's work using screener Q. 2, 3, 4, 5 and 7 (as necessary) and the supervisor should initial those interviews that are on-site validated. In addition, any interviews in which the respondent refused to give a phone number must be on-site validated.

You are not to conduct any telephone validation on this project. We will be conducting validation ourselves. Please include validation forms with each shipment. Use our forms only, and use a separate form for each interviewer. We again emphasize the importance of making sure that all telephone numbers are legibly recorded.

4

**11.    Reports**

Every day, including weekends, fax us a status report on the form provided.  It is not necessary to include a cover sheet, so long as your city is identified on the form.  The number is (973) 492-0803.

**12.    Shipping**

When preparing materials for shipping, please band the questionnaires together by interviewer, and put the interviewer's tally sheets on top.

When returning work to us, you must staple interviews together in this order:

> RESPONDENT RECORD (top)
> SCREENER
> MAIN QUESTIONNAIRE (bottom)

**PLEASE USE ONLY ONE STAPLE.**

Your shipments to us should be via Federal Express Standard Delivery, charged to our account: #1651-2707-2.   Please use the preprinted air bills we have supplied.

IMPORTANT:  We do not want to incur additional shipping charges.  Therefore, make sure that all items specified are included in your shipment.  If you "forget" we will have to deduct the additional shipping charges from your bill.

Your final shipment must include the final Supervisor Tally Sheet, remaining completed/edited questionnaires from Part 2, remaining completed Validation sheets, CD from Part 2, any remaining practice questionnaires, and all unused questionnaire materials.

**13.    Timing**

You should begin work as soon as you receive materials and have briefed your interviewers.  It is vital that we receive ALL completes and CD from PART 1 by 2/21 and all completes and CD from PART 2 no later than 2/28.  Refer to the Project Schedule on pages 1 and 2 for the shipping schedule.

NOTE:  There are no city names on the screeners.  Interviewers should circle the number for your city as indicated on the label below:

# PRESCRIPTION DRUG WEB COPY TEST
# INTERVIEWER INSTRUCTIONS

This is a mall intercept study to be conducted among men and women age 25+ who have taken a prescription medication for heartburn or acid reflux disease in the past six months or are likely to in the next six months, and have used a computer to access the Internet in the past 30 days. Respondents will be screened on the mall and if qualified will be taken back to the office for an 8 minute interview.

## 1.    Respondent Screening Criteria

Eligible respondents are males and females age 25+ who:

- ♦ Have taken a prescription medication for heartburn or acid reflux disease in the past 6 months or are likely to in the next six months.
- ♦ Do not work for a sensitive industry.
- ♦ Have used a computer to access the Internet in the past 30 days.
- ♦ Have glasses/contacts with them if they are needed to read or use a computer.

## 2.    Screening Procedures

Your Supervisor will assign you a screening location.

Any person who appears to be age 25+ is qualified for screening.  When you finish with one respondent, you are to approach the very next person who appears to be age 25+.  You are not to skip a person because that person looks in a hurry, or has children with him/her, or for any other reason.

You must approach each potentially eligible respondent, except that you are not to approach persons with whom you are personally acquainted.  You also should not interview more than one person in a family.

## Other Reminders

Terminate the attempt to screen/qualify if there is a language or hearing difficulty.

Do not attempt to screen/qualify anyone who has, or might have, overheard the screening of a previous respondent.

During the screening portion of the interview, if you approach a group of two or more, address your request to only one of the individuals and request that the other individual(s) not help or assist the participating individual.

Once you have a qualified respondent (and have verified that they have glasses with them, if needed to use a computer), make sure that the respondent's answers are checked clearly and legibly on the screener.

You will note that there are rows of numbers under the terminate points. If, when you administer the screener, the respondent is ineligible, you will record this on the screener itself by circling the first available number below the question where the respondent terminates. You may erase answers previously given by a terminated respondent and re-use the screener. Do not ever erase circles previously placed around termination numbers.

3.    **Respondent Record Page**

This is the only page that should have the respondent's name, except for the Validation Form. Be sure you PRINT the respondent's name and phone number legibly. Please read the shaded paragraph on the Respondent Record Page to each respondent.

4.    **The Main Interview**

MATERIALS:    Questionnaires (pink and blue for Ad 1, green and yellow for Ad 2). CARDS matching the questionnaires. The CD containing the ad should be loaded in the computer and ready to show.

NOTE: The questionnaires differ only in the order of the answers for Q.7 AND the Ad being shown. Pink and Blue Questionnaires are used for Ad 1. Green and Yellow Questionnaires are used for Ad 2.
Be sure you have the correct CARD with the questionnaire being used.

Answers on the questionnaire must be recorded in ink. Use the black pens that we have provided.

The main questionnaire must be administered in the office. It will take about 8 minutes. While you are escorting the respondent to the office you may get their name and phone number, but they are not to be told anything about the subject of the interview.

The interview must be conducted in a location out of sight and hearing of any potential respondent waiting to be interviewed. If different interviewers are conducting two interviews simultaneously, they must be out of sight and hearing of each other.

When you bring the respondent into the office, get the questionnaire for the ad being shown (either pink or blue for Ad 1 or green or yellow for Ad 2). Make sure you have the CARD that matches the questionnaire you are using. Take the respondent to the room where the computer has been prepared with the Ad on the screen ready to be viewed. After the respondent has viewed the ad, minimize the ad on the computer screen and take the respondent to a different area to complete the interview.

Follow the instructions at the top of the questionnaire regarding what to say to the respondent before and after viewing the ad.

Other Interviewing Procedures

During the Questionnaire portion of the interview, the respondent should be alone except that a child may accompany an adult.

NOTE: You may only erase on the Screener. You are not to erase on the Questionnaire. If you make an error in executing the Questionnaire itself, put a single line through the error and put the initials "IE" (interviewer error) next to the error. If the respondent makes an error while you are executing the Questionnaire, put a single line through the error and put the initials "RE" (respondent error) next to the error.

Procedures For Open-Ended Questions

The success of open-ended questions and therefore the ultimate success of the study depend on your ability to encourage the respondent to think about her answer, and to record verbatim the full response given by the respondent. You should follow these guidelines:

1. Read the question exactly as written.

2. Give the respondent time to think and to answer before proceeding to the next question. Silence is sometimes the best way to elicit a response.

3. If the respondent speaks too fast, ask them to repeat what they just said so you can get it down completely.

4. Probe only as directed on the questionnaire.

5. If, after asking the question, the respondent replies, "I don't know," you must write this in as a response, or otherwise we will assume you forgot to ask the question.

6. All responses must be recorded word for word. Leave nothing out. DO NOT INTERPRET OR SUMMARIZE ANSWERS.

Question by Question Instructions: Screener

Circle respondent gender. (Check quota.)
Circle the number assigned to your city.

Read the Introduction.

Q. 1.    Read the question and record response. If the respondent is under 25 or refuses, terminate.

3

Q. 2.    Read the question and record response. If the respondent has not taken any medication to treat heartburn or acid reflux disease, skip to Q.4.

Q. 3.    Read the question and record response. If the respondent has only taken OTC medicines to treat heartburn or acid reflux disease, go on to Q.4. Otherwise, skip to Q. 6.

Q. 4.    Read the question and record response. If the respondent is NOT LIKELY/DON'T KNOW, terminate.

Q. 5.    Read the question and record response. If the respondent is not likely to take a prescription medication, terminate.

Q. 6.    Read all parts of the question and record responses. If YES to any, terminate.

Q. 7.    Read the question and record response. If NO, terminate.

Q. 8.    Read the question and record response. If YES, ask whether he/she has glasses with them (Q. 9), and if not, terminate. If NO, go to Recruitment.


## RECRUITMENT

If the respondent is unwilling to participate, terminate, thank the respondent, tally, and erase and reuse the Screener.

If the respondent is willing to participate, take the respondent to your office.

## QUESTIONNAIRE PROCEDURES

Take the respondent into the room with the computer and seat the respondent in front of the monitor. The Ad should be on the screen ready to be viewed.

Read the first part of the introductory paragraph and allow the respondent to view the ad. When the respondent is finished, minimize the ad by clicking the "-" box in the upper right hand corner. Take the respondent away from the computer to another area where he/she cannot see the ad and read the rest of the introductory paragraph.

### Question by Question Instructions – Main Questionnaire

Q. 1    Read the question exactly as written and record response verbatim. Do NOT probe for others.

Q. 2    Read the question exactly as written and record response verbatim. PROBE ONCE ONLY: Anything else?

4

Read the Statement before Q. 3.

Q. 3    Read the question exactly as written and record response.

- If NO/DON'T KNOW, Close Interview.

Q. 4    Read the question exactly as written and record response verbatim.  Probe ONCE ONLY:  Anything else?

Q. 5    Read the question exactly as written and record response.

- If LESS LIKELY/WOULD NOT AFFECT, Skip to Q. 7.

Q. 6    Read the question exactly as written and record response verbatim.  Probe ONCE ONLY:  Any other reasons?

HAND RESPONDENT THE CARD THAT MATCHES THE QUESTIONNAIRE.
Q. 7    Read the question exactly as written and record response.  (Only one answer is allowed.)

Read the closing statement to the respondent.

Sign the Respondent Record with your full name, not initials.

Staple the questionnaires together in the following order:

> **Respondent Record (top)**
> **Screener**
> **Main Questionnaire (bottom)**

**Please use only one staple!**

5.    **Tally Sheets**

Make sure you record all your contacts on the Interviewer Tally Sheets.  At the end of your shift, turn in a completed tally sheet with numbers, not tick marks.

6.    **Validation Forms**

For all respondents that you interview, please complete the information on one or more of the Validation Forms that is included with our shipment.  The names and phone numbers should be PRINTED and legibly recorded, since we will use these forms to validate all the interviews.

D² Research          71 South Glen Road          Kinnelon, NJ 07405          180-3-05

## PRESCRIPTION DRUG WEB COPY TEST – RESPONDENT RECORD

**STAPLE THIS PAGE ON TOP OF THE SCREENER**

**For Office Use Only**

ID#



### PLEASE PRINT CLEARLY

NAME_____

PHONE NUMBER (_____)_____
*(If respondent gives phone number in another part of the country, determine when respondent will be available at that number.)*

INTERVIEWER'S NAME_____

DATE OF INTERVIEW_____

TIME STARTED_____   TIME ENDED_____

**INTERVIEWER:** YOU MUST SIGN BELOW OR THE INTERVIEW WILL NOT BE VALID!

I personally interviewed the respondent whose name appears on this questionnaire. I was not acquainted with the respondent prior to the interview. I asked the questions exactly as written and recorded the answers exactly as given.

_____          _____
(INTERVIEWER'S SIGNATURE)                    (DATE)

D² Research

# PRESCRIPTION DRUG WEB COPY TEST SCREENER

| MALE | 1 | CHECK |
| FEMALE | 2 | QUOTA |

FOR OFFICE USE ONLY     5

**Circle your city code:**

01  02  03  04  05  06  07  08  09  10  11  12.     6-7

Hello, my name is _____ of D Squared Research. We are doing a survey in the mall today. May I ask you a few questions?

1.  I'm supposed to interview people in different age groups. Is your age....(READ OFF)

| | | |
|---|---|---|
| 25 – 34 | 2 | |
| 35 – 49 | 3 | |
| 50 – 64 | 4 | |
| 65 & OVER | 5 | 8 |

S1 TERMINATE: UNDER 25, REFUSED

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

2.  In the past six months, have you taken any medicines to treat (READ OFF ONE BY ONE).

| | Yes | No | |
|---|---|---|---|
| Headaches or body aches? | 1 | 2 | 9 |
| Heartburn or acid reflux disease? | 1 | 2  → SKIP TO Q. 4 | 10 |
| Allergies or hay fever | 1 | 2 | 11 |

3.  Thinking about the medicines you have taken in the past six months to treat heartburn or acid reflux disease, have you taken prescription medicines, over the counter medicines, or both?

| | | | |
|---|---|---|---|
| PRESCRIPTION (ONLY) | 1 | → SKIP TO Q. 5 | 12 |
| OTC (ONLY) | 2 | → GO ON TO Q. 4 | |
| BOTH | 3 | → SKIP TO Q. 5 | |

4.  In the next six months, do you think it is likely or not likely that you will take any medicines to treat heartburn or acid reflux disease?

| | | |
|---|---|---|
| LIKELY | 1 | 13 |
| NOT LIKELY | | |
| DON'T KNOW | | |

S4 TERMINATE: NOT LIKELY/DON'T KNOW

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

**PLEASE TURN PAGE OVER**

Screener Page 1

5. If you were to take medicine in the next six months to treat heartburn or acid reflux disease, do you think you are likely to take prescription medicine, over the counter medicine, or both?

PRESCRIPTION (ONLY)    1    → GO ON TO Q. 6                              14

OTC (ONLY)                                    ██████████

BOTH                            3    → GO ON TO Q. 6

| S5 TERMINATE: OTC ONLY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

6. Are you employed ...(READ OFF ONE BY ONE)

|  | NO | YES |  |
|---|---|---|---|
| IN THE HEALTH CARE FIELD | 1 | ████████████ | 15 |
| BY A MARKETING RESEARCH COMPANY | 1 | ████████████ | 16 |
| BY ANY OF THE STORES HERE IN THE MALL | 1 | ████████████ | 17 |

| S6 TERMINATE: SENSITIVE INDUSTRY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

7. In the past 30 days, have you used a computer to access the Internet?

YES    1                                                               18

NO            ██████████

| S7 TERMINATE: NO INTERNET | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

8. Do you normally wear eyeglasses or contacts when you use a computer?

YES    1    (ASK Q. 9)                                                 19

NO    2    RECRUIT

9. Do you have your glasses/contacts with you?

YES    1    RECRUIT                                                    20

██████████

| S9 TERMINATE: NO GLASSES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

RECRUITMENT STATEMENT:

The rest of the interview will take less than 10 minutes and I think you'll find it interesting. However, I'm not allowed to conduct the interview here on the mall. I'd appreciate it if you would come with me to our office, just a few steps away.

| QUALIFIED REFUSAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## PRESCRIPTION DRUG WEB COPY TEST
## PINK QUESTIONNAIRE

21-1

## BEFORE YOU SEAT RESPONDENT, MAKE SURE THE AD IS SHOWING ON THE SCREEN

## SEAT RESPONDENT IN FRONT OF COMPUTER MONITOR AND SAY:

On this computer screen you are going to see an ad that appears on a website. Please look at it in a natural and relaxed way, as you would if using the computer in your own home or office. If you want to move your chair closer or farther away from the screen you can. If you wear glasses or contacts when you use a computer, please put them on now. Please feel free to scroll up and down or sideways as you see fit. Let me know when you are finished.

**WHEN RESPONDENT IS FINISHED, MINIMIZE THE AD BY CLICKING THE – BOX IN THE UPPER RIGHT HAND CORNER OF THE SCREEN. THEN TAKE RESPONDENT TO <u>ANOTHER LOCATION WHERE HE/SHE CANNOT SEE THE AD</u> FOR THE INTERVIEW.**

**WHEN IN NEW LOCATION, SAY:**

Now, I'd like to ask you some questions about what that ad communicated to you. Please base your answers only on the ad you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1. First, please tell me what that ad communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

_____

_____ 22

_____

_____ 23

_____

_____ 24

_____

_____ 25

_____

_____ 26

_____

_____

2. What else, if anything, did the ad communicate to you about Nexium?  (PROBE ONCE ONLY: "Anything else?")  (RECORD RESPONSE VERBATIM.)

27

_____

28

_____

29

_____

30

_____

31

**SAY TO RESPONDENT:**

Now I'm going to ask you about some more specific things.  I have to ask everyone the same questions, no matter what they have already told me, so please answer my questions as completely as you can, even if you think you will be repeating something you've already told me.

3. Do you recall the ad saying that Nexium heals acid-related damage better than the other leading medicine?

32

| YES | 1 | |
| NO | 2 | → CLOSE INTERVIEW |
| DON'T KNOW | 3 | → CLOSE INTERVIEW |

4. Specifically, what do you recall the ad saying about that?  (PROBE ONCE ONLY:  Anything else?)  (RECORD RESPONSE VERBATIM)

33

_____

34

_____

35

_____

36

_____

37

5. If you were deciding whether or not you wanted to try Nexium, would the information in the ad you just read make you more likely to try Nexium, less likely to try Nexium, or would it not affect your decision one way or the other?

    MORE LIKELY          1                                         36

    LESS LIKELY          2   → SKIP TO Q.7

    WOULD NOT AFFECT    3   → SKIP TO Q.7

6. Why would it make you more likely to try Nexium?  (PROBE ONCE ONLY:  Any other reasons?)
(RECORD RESPONSE VERBATIM)

                                               38

_____

_____ 40

_____

_____ 41

_____

_____ 42

_____

                                             43

7. (HAND RESPONDENT PINK CARD 1)  Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?

                                             44

    All people with damage to the esophagus caused by acid reflux disease          1

    Only people with moderate or severe damage to the esophagus caused by acid reflux     2
    disease

    Don't know or no opinion                                    3

That's the end of our survey.  Thank you very much for your cooperation.  One of our other interviewers may call you in the next few days simply to verify that this interview was conducted.  That's a routine procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN FOLLOWING ORDER

      RESPONDENT RECORD

      SCREENER

      –MAIN QUESTIONNAIRE

D³ Research        71 South Glen Road        Kinnelon, NJ 07405        #130-3-06

## PRESCRIPTION DRUG WEB COPY TEST
## BLUE QUESTIONNAIRE

**BEFORE YOU SEAT RESPONDENT, MAKE SURE THE AD IS SHOWING ON THE SCREEN**

**SEAT RESPONDENT IN FRONT OF COMPUTER MONITOR AND SAY:**

On this computer screen you are going to see an ad that appears on a website. Please look at it in a natural and relaxed way, as you would if using the computer in your own home or office. If you want to move your chair closer or farther away from the screen you can. If you wear glasses or contacts when you use a computer, please put them on now. Please feel free to scroll up and down or sideways as you see fit. Let me know when you are finished.

**WHEN RESPONDENT IS FINISHED, MINIMIZE THE AD BY CLICKING THE – BOX IN THE UPPER RIGHT HAND CORNER OF THE SCREEN. THEN TAKE RESPONDENT TO ANOTHER LOCATION WHERE HE/SHE CANNOT SEE THE AD FOR THE INTERVIEW.**

**WHEN IN NEW LOCATION, SAY:**

Now, I'd like to ask you some questions about what that ad communicated to you. Please base your answers only on the ad you just saw. For any of my questions, if you don't know or have no opinion, please just tell me so.

1. First, please tell me what that ad communicated to you about Nexium. (RECORD RESPONSE VERBATIM. DO NOT PROBE FOR OTHERS)

_____ 22

_____ 23

_____ 24

_____ 25

_____ 26

_____

_____

Page 1

2. What else, if anything, did the ad communicate to you about Nexium?  (PROBE ONCE ONLY:  "Anything else?")  (RECORD RESPONSE VERBATIM)

27

_____

28

_____

29

_____

30

_____

31

**SAY TO RESPONDENT:**

Now I'm going to ask you about some more specific things.  I have to ask everyone the same questions, no matter what they have already told me, so please answer my questions as completely as you can, even if you think you will be repeating something you've already told me.

3. Do you recall the ad saying that Nexium heals acid-related damage better than the other leading medicine?

32

| YES | 1 | |
| NO | 2 | → CLOSE INTERVIEW |
| DON'T KNOW | 3 | → CLOSE INTERVIEW |

4. Specifically, what do you recall the ad saying about that?  (PROBE ONCE ONLY:  Anything else?)  (RECORD RESPONSE VERBATIM)

33

_____

34

_____

35

_____

36

_____

37

Page 2

6. If you were deciding whether or not you wanted to try Nexium, would the information in the ad you just read make you more likely to try Nexium, less likely to try Nexium, or would it not affect your decision one way or the other?

| MORE LIKELY | 1 | | 38 |
| LESS LIKELY | 2 | → SKIP TO Q.7 | |
| WOULD NOT AFFECT | 3 | → SKIP TO Q.7 | |

6. Why would it make you more likely to by Nexium? (PROBE ONCE ONLY: Any other reasons?) (RECORD RESPONSE VERBATIM)

39

_____

40

_____

_____

41

_____

_____

42

_____

_____

43

7. (HAND RESPONDENT BLUE CARD 1) Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?

44

Only people with moderate or severe damage to the esophagus caused by acid reflux disease                                                                                                   1

All people with damage to the esophagus caused by acid reflux disease                                                                                          2

Don't know or no opinion                                                                                          3

That's the end of our survey. Thank you very much for your cooperation. One of our other interviewers may call you in the next few days simply to verify that this interview was conducted. That's a routine procedure, and the privacy of your answers is completely protected in both interviews.

STAPLE QUESTIONNAIRES TOGETHER IN FOLLOWING ORDER

RESPONDENT RECORD

SCREENER

MAIN QUESTIONNAIRE

## PINK CARD 1

Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?

*All people with damage to the esophagus caused by acid reflux disease*

*Only people with moderate or severe damage to the esophagus caused by acid reflux disease*

*Don't know or no opinion*

## GREEN CARD 1

Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?

*All people with damage to the esophagus caused by acid reflux disease*

*Only people with moderate or severe damage to the esophagus caused by acid reflux disease*

*Don't know or no opinion*

## BLUE CARD 1

**Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?**

*Only people with moderate or severe damage to the esophagus caused by acid reflux disease*

*All people with damage to the esophagus caused by acid reflux disease*

*Don't know or no opinion*

## YELLOW CARD 1

**Looking at the choices printed on this card, and based on what the ad communicated to you, for what group of people will Nexium heal acid related damage better than the other leading medicine?**

*Only people with moderate or severe damage to the esophagus caused by acid reflux disease*

*All people with damage to the esophagus caused by acid reflux disease*

*Don't know or no opinion*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2005, the attached **PUBLIC**

**VERSION OF TAP PHARMACEUTICAL PRODUCTS INC.'S APPENDIX IN**

**SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY**

**JUDGMENT VOLUME I** was served upon the below-named counsel of record at the address

and in the manner indicated:

Josy W. Ingersoll, Esquire                               HAND DELIVERY
Young Conaway Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Harold P. Weinberger, Esquire                            VIA FEDERAL EXPRESS
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


/s/ Lauren E. Maguire
_____
Lauren E. Maguire