IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1332-KAJ |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this **3rd** day of **January, 2006**,

IT IS ORDERED that oral argument on the pending motions presently set for **February 27, 2006 at 9:30 a.m.** is hereby rescheduled to **February 28, 2006 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE