# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 12, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:  *AstraZeneca LP v. TAP Pharmaceutical Products Inc.,*
     C.A. No. 04-1332-KAJ

Dear Judge Jordan:

Pursuant to Local Rule 7.1.2(a), defendant TAP Pharmaceutical Products Inc. hereby waives its right to file a reply brief in support of its Motion to Exclude Certain Testimony by Michael Rappeport (D.I. 87), and will rely on its opening papers.

Respectfully,

John G. Day

JGD/nml
165585.1

c:  Clerk of the Court (via electronic filing)
    Josy W. Ingersoll, Esquire (by hand)
    Harold P. Weinberger, Esquire (by hand and via electronic mail)