## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on January 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

### BY FEDEX

>Thomas C. Morrison, Esquire
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>John W. Shaw (No. 3362)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>jshaw@ycst.com

DB01:1932809.1

057159.1005