**REDACTED -- Public Version, filed 1/20/06**

REPLY APPENDIX TO MOTION
FOR SUMMARY JUDGMENT

**REDACTED -- Public Version, filed 1/20/06**

AstraZeneca's Reply Appendix in Further
<u>Support Of Its Motion For Summary Judgment</u>

### <u>Table of Contents</u>

<u>Description</u>                                                                                                              <u>Tab</u>

Deposition Testimony of Betsy Pilmer, RN, BSN
    August 31, 2005 ........................................................................................................A

"Esomeprazole (40 mg) Compared with Lansoprazole (30 mg)
    in the Treatment of Erosive Esophagitis" by *Castell et al.*
    from the *American Journal of Gastroenterology*, 2002 ......................................................B

Deposition Testimony of Susan Schwartz McDonald,
    November 1, 2005 .......................................................................................................C

Deposition Testimony of Elizabeth Pierce Durels,
    November 10, 2005 .....................................................................................................D

Deposition Testimony of Thomas D. Dupont
    October 12, 2005 ........................................................................................................E

Deposition Testimony of Christian Jerome Keller
    September 7, 2005 ......................................................................................................F

**REDACTED -- Public Version, filed 1/20/06**

# EXHIBIT A

REDACTED -- Public Version, filed 1/20/06

# REDACTED IN FULL

**REDACTED -- Public Version, filed 1/20/06**

# EXHIBIT B

REDACTED -- Public Version, filed 1/20/06

THE AMERICAN JOURNAL OF GASTROENTEROLOGY
© 2002 by Am. Coll. of Gastroenterology
Published by Elsevier Science Inc.

Vol. 97, No. 3, 2002
ISSN 0002-9270/02/$22.00
PII S0002-9270(01)04094-1

# Esomeprazole (40 mg) Compared With Lansoprazole (30 mg) in the Treatment of Erosive Esophagitis

Donald O. Castell, M.D., Peter J. Kahrilas, M.D., Joel E. Richter, M.D., Nimish B. Vakil, M.D., David A. Johnson, M.D., Seth Zuckerman, M.S., Wendy Skammer, B.S.N., and Jeffrey G. Levine, M.D.

*Department of Gastroenterology and Hepatology, Medical University of South Carolina, Charleston, South Carolina; Division of Gastroenterology and Hepatology, Northwestern University Medical School, Chicago, Illinois; Department of Gastroenterology, Cleveland Clinic Foundation, Cleveland, Ohio; Division of Gastroenterology, University of Wisconsin Medical School, Milwaukee, Wisconsin; Division of Gastroenterology, Eastern Virginia School of Medicine, Norfolk, Virginia; and AstraZeneca, Wayne, Pennsylvania*

**OBJECTIVES:** Esomeprazole, the $S$ isomer of omeprazole, has been shown to have higher healing rates of erosive esophagitis than omeprazole. This study compared esomeprazole with lansoprazole for the healing of erosive esophagitis and resolution of heartburn.

**METHODS:** This United States multicenter, randomized, double blind, parallel group trial was performed in 5241 adult patients (intent-to-treat population) with endoscopically documented erosive esophagitis, which was graded by severity at baseline (Los Angeles classification). Patients received 40 mg of esomeprazole (n = 2624) or 30 mg of lansoprazole (n = 2617) once daily before breakfast for up to 8 wk. The primary efficacy endpoint was healing of erosive esophagitis at week 8. Secondary assessments included proportion of patients healed at week 4, resolution of investigator-recorded heartburn, time to first and time to sustained resolution of patient diary-recorded heartburn, and proportion of heartburn-free days and nights.

**RESULTS:** Esomeprazole (40 mg) demonstrated significantly higher healing rates (92.6%, 95% CI = 91.5–93.6%) than lansoprazole (30 mg) (88.8%, 95% CI = 87.5–90.0%) at week 8 ($p$ = 0.0001, life-table estimates, intent-to-treat analysis). A significant difference in healing rates favoring esomeprazole was also observed at week 4. The difference in healing rates between esomeprazole and lansoprazole increased as baseline severity of erosive esophagitis increased. Sustained resolution of heartburn occurred faster and in more patients treated with esomeprazole. Sustained resolution of nocturnal heartburn also occurred faster with esomeprazole. Both treatments were well tolerated.

**CONCLUSIONS:** Esomeprazole (40 mg) is more effective than lansoprazole (30 mg) in healing erosive esophagitis and resolving heartburn. Healing rates are consistently high with esomeprazole, irrespective of baseline disease severity. (Am

J Gastroenterol 2002;97:575–583. © 2002 by Am. Coll. of Gastroenterology)

## INTRODUCTION

Gastroesophageal reflux disease (GERD) is a common medical problem that frequently leads to erosive esophagitis (EE) (1–3). The mucosal damage characterizing EE is caused by exposure to gastric acid. As the severity of EE is directly related to the duration and extent of acid exposure (4, 5), currently prescribed agents have focused on reducing the production of gastric acid. Such agents have been shown to heal EE and reduce GERD symptoms. Proton pump inhibitors (PPIs) are currently the most effective agents available for treating EE (6).

Omeprazole, the prototype PPI, shows greater efficacy than histamine-2 receptor antagonists in terms of complete symptom resolution and healing of EE (6–8). Several PPIs were developed subsequently and show efficacies similar to that of omeprazole (9–16). Esomeprazole, an optical isomer of omeprazole, is the first PPI to show greater efficacy than omeprazole in EE healing. Esomeprazole consistently produced high healing rates across all grades of EE in the United States clinical trial program. In a dose-ranging study, both the 40- and 20-mg doses of esomeprazole were significantly more effective than 20 mg of omeprazole, but 40 mg of esomeprazole was the most effective dose. In that trial, the healing rates at week 8 were 94.1% (95% CI = 92.2–96.0%) for 40 mg of esomeprazole, 89.9% (95% CI = 87.5–92.3%) for 20 mg of esomeprazole, and 86.9% (95% CI = 84.2–89.6%) for 20 mg of omeprazole ($p$ < 0.001 for 40 mg of esomeprazole *vs* omeprazole and $p$ < 0.05 for 20 mg of esomeprazole *vs* omeprazole) (17). In a subsequent trial comparing 40 mg of esomeprazole and 20 mg of omeprazole, esomeprazole provided significantly more effective EE healing rates than omeprazole at week 8, 93.7%

Case 1:04-cv-01332-KAJ    Document 143-2    Filed 01/20/2006    Page 7 of 30

576    Castell et al.    REDACTED -- Public Version filed 1/20/06

(95% CI = 92.3–95.1%) *versus* 84.2% (95% CI = 82.1–86.3%) ($p < 0.001$, esomeprazole *vs* omeprazole) (18).

Few clinical trials have assessed the healing of one PPI *versus* another, except for trials against omeprazole. The present study was designed to compare the efficacy of a standard dose of esomeprazole with that of lansoprazole for the healing of EE and resolution of heartburn in patients with EE.

## MATERIALS AND METHODS

This United States multicenter (228 centers), randomized, double blind, double dummy, parallel group study compared the efficacy and safety of esomeprazole (40 mg once daily) and lansoprazole (30 mg once daily) in patients with heartburn and endoscopically verified EE (Los Angeles [LA] classification grade A, B, C, or D) for up to 8 wk. The LA classification was used because of the high level of interobserver reliability it allows among experienced endoscopists (5, 19).

The study was consistent with the principles of the Declaration of Helsinki and conducted in compliance with good clinical practices regulations and guidance issued by the Food and Drug Administration. The study protocol underwent institutional review board review and approval. All patients provided written informed consent before enrollment in the study.

### Methods

Those patients who met all study entry criteria were randomized to oral treatment with esomeprazole (40 mg once daily) or lansoprazole (30 mg once daily) for up to 8 wk. Patients were instructed to take the study medication in the morning, before breakfast, with a glass of water. Aluminum/magnesium hydroxide (Gelusil, Pfizer, New York, NY) tablets, up to a maximum of six tablets per day, were provided as rescue medication for the relief of symptoms of GERD. Compliance and rescue medication usage were measured by counting unused capsules/tablets at each visit. Double-dummy dosing was used to preserve blinding because the appearance of the two study drugs was different. Patients received a 5-wk (4 wk + 1 extra wk) supply of study medication and a placebo (one as a purple capsule and the other as a white capsule) according to sequential allocation number. Randomization was performed at each center using blinded blocks of four allocation numbers (1:1 ratio for treatment, concealed allocation).

### Patients

Adult patients aged 18 to 75 yr, inclusive, with endoscopically confirmed EE (LA classification grades A–D within 1 wk before randomization) and heartburn (≥2 days in the 7 days before baseline) were eligible for entry into this study. Patients were required to be male or nonpregnant, nonlactating females; females were postmenopausal, surgically sterilized, or using a medically acceptable form of birth

control. All women of childbearing potential were required to have negative pregnancy tests at baseline.

Patients were not included if they had any bleeding disorder or signs of GI bleeding at the time of baseline esophagogastroduodenoscopy (EGD) or within 3 days before randomization or had a history of gastric or esophageal surgery. Patients were also excluded if they had evidence of Zollinger-Ellison syndrome, a primary motility disorder, esophageal stricture, Barrett's esophagus (>3 cm), evidence of upper GI malignancy, or other severe concomitant disease.

Additionally, patients who had received PPI therapy within 28 days before the baseline visit, had used a histamine-2 receptor antagonist daily during the 2 wk before the baseline EGD, or had received other concomitant medication that might affect the interpretation of the treatment outcome (quinidine, diazepam, diphenylhydantoins, mephenytoin, warfarin, anticholinergics, prostaglandin analogs, antineoplastic agents, salicylates [unless ≤165 mg daily for cardiovascular prophylaxis]) and those with known hypersensitivity to any component of esomeprazole (Nexium, AstraZeneca, Wayne, PA), lansoprazole, or Gelusil were excluded from this study.

All patients had *Helicobacter pylori* serology tests at baseline using a commercially available in-office rapid serology test kit (FlexSure, Beckman Coulter, Brea, CA) and were entered into the study regardless of subsequent *H. pylori* status.

### Assessment of Efficacy

The primary efficacy variable was endoscopically confirmed healing of EE at wk 8. An EGD was performed at baseline, at wk 4, and, if EE was not healed at the week 4 visit, at wk 8. Patients who were healed (no mucosal breaks according to the LA classification) at wk 4 were discharged from the study after a physical and laboratory examination. If the patient was not healed at week 4, an additional 5-wk supply of medication was dispensed and the patient was scheduled to return at week 8 for final endoscopic evaluation.

Secondary efficacy variables included healing of EE at week 4 and complete resolution of heartburn as assessed by the investigator at wk 4. Investigators assessed the severity of the worst episode of heartburn to occur during the preceding 7-day period. Diary cards were distributed to all patients at the baseline visit. Each morning during the first 4 wk of treatment, patients were instructed to record the severity of the most intense episode of heartburn during the previous 24 h. Heartburn was defined as a burning feeling rising from the stomach or lower part of the chest toward the neck. Symptom severity was classified on a 4-point scale: none (no heartburn), mild (awareness of heartburn, but easily tolerated), moderate (discomforting heartburn sufficient to cause interference with normal activities, including sleep), or severe (incapacitating heartburn, with inability to perform normal activities, including sleep). The presence or absence of nocturnal heartburn was also recorded on daily

REDACTED – Public Version filed 1/20/06    577

diary cards. Sustained resolution of heartburn was defined as 7 consecutive days without heartburn (patient assessment).

Information obtained in the daily diary cards was used to evaluate time to first resolution and sustained resolution (7 consecutive days without heartburn), as well as the percentage of heartburn-free days (a 24-h period) and nights. Analyses of the effects of *H. pylori* status (positive, negative, or results missing), age (<65 yr or ≥65 yr), gender (male or female), race (white, black, Asian, or other), and investigator site on healing of EE were also conducted, although no statistical tests were planned or performed.

### Assessment of Tolerability and Safety

Another secondary variable of this study was to evaluate the safety and tolerability profile of esomeprazole (40 mg once daily) and lansoprazole (30 mg once daily). Therefore, medical histories, physical examinations, reviews of adverse events, and clinical laboratory examinations (conducted on fasting patients) were completed at baseline and the final visit for each patient. Adverse event data were either volunteered or given in response to open questions.

At each return visit, investigators questioned patients as to the occurrence of any adverse event and recorded all adverse events reported. Laboratory values outside predefined normal ranges and considered to be of clinical significance by the investigator were recorded as adverse events. Investigators classified the relationship of each adverse event to the study drug as yes or no; rated the intensity of the adverse event as mild (aware of the symptom but easily tolerated), moderate (interfering with daily activities), or severe (incapacitating, with inability to perform normal daily activities); and recorded the action taken with respect to the adverse event (none, study drug temporarily stopped, study drug stopped, discontinued from study).

Physical examination and clinical laboratory evaluations were completed at baseline and the final visit. Samples for laboratory tests were obtained by standardized techniques and were assessed by a central laboratory for serum chemistry and hematology.

### Statistical Analysis

A sample size of 2244 patients per treatment arm was calculated to provide 95% power with an α level of 0.05 to detect a 3% difference in healing rates between the two treatment groups, estimating a 93% response rate for esomeprazole and a 90% response rate for lansoprazole. The size of the study population allowed for an accurate estimate of the healing rate for each treatment group. The statistical software package SAS, version 6.12 (SAS Institute, Cary, NC), was used for all summaries and analyses.

The primary study population analyzed was the intent-to-treat population (ITT; defined as all randomized patients). The study was primarily designed to determine whether up to 8 wk of treatment with esomeprazole (40 mg once daily) is more effective for healing of EE than lansoprazole (30 mg once daily) in patients with endoscopically documented EE.

Data from patients healed at week 4 were carried over to week 8, based on the assumption that they would remain healed if treatment were to be continued for another 4 wk. The healing rates were calculated using Kaplan-Meier life-table estimates. Statistical comparisons between treatment groups for patients healed at week 8 were primarily performed using a log rank test, which is sensitive to the magnitude of difference between treatment groups and compensates for the actual time of healing. The healing rate was also calculated as a crude rate, representing a more conservative estimate than the life-table estimate, as all patients who did not contribute "appropriate" data were considered to be treatment failures. The crude healing rate was analyzed using a Cochran-Mantel-Haenszel (CMH) test with stratification for baseline severity of EE (*i.e.*, LA classification). The CMH test was performed separately at weeks 4 and 8. *Post hoc* analyses of life-table healing rates at weeks 4 and 8, according to disease severity, were also performed. These analyses used descriptive statistics only.

The percentage of patients with complete resolution of investigator-recorded heartburn at week 4 was analyzed using the CMH test, stratified by the baseline severity of heartburn. This analysis was not performed at week 8, as patients with healed EE at week 4 were discharged from the study. The number of days to first resolution of diary-recorded heartburn (for a 24-h period) and the number of days to sustained resolution of diary-recorded heartburn (no heartburn for 7 consecutive 24-h periods) relative to the first day of treatment were analyzed using a log rank test. These time-to variables were also assessed for nocturnal heartburn. The percentage of heartburn-free days and heartburn-free nights was analyzed using analysis of variance.

The safety population included all patients who took at least one dose of study drug. Descriptive statistics were used to summarize safety and tolerability data. The effects of age, gender, and race on the incidence of adverse events were also evaluated.

### RESULTS

#### Patient Characteristics

A total of 5241 patients with endoscopically confirmed EE were enrolled in this 8-wk study; 2624 received esomeprazole (40 mg once daily), and 2617 received lansoprazole (30 mg once daily) (one patient was subsequently found not to have EE at baseline). All randomized patients were included in the ITT population. Most patients completed the study (94%); the primary reasons for treatment withdrawal in the 313 discontinuing patients were loss to follow-up (n = 103 [2.0%]), adverse events (n = 97 [1.9%]), and withdrawn consent (n = 55 [1.0%]). Patient demographics and baseline characteristics were balanced across the two treatment groups (Tables 1 and 2). A total of 14.7% of included patients were *H. pylori* positive by serology at baseline. Approximately 92% of each treatment group achieved a compliance rate of ≥90%. The use of

REDACTED -- Public Version, filed 1/20/06

578    Castell et al.

Table 1. Baseline Demographic characteristics of Patients Evaluable for Efficacy (ITT)

| | Esomeprazole (40 mg Once Daily) (n = 2624) | Lansoprazole (30 mg Once Daily) (n = 2617) |
|---|---|---|
| Age | | |
| <65 yr [no. of patients (% patients)] | 2342 (89.3) | 2326 (88.9) |
| Mean ± SD (yr) | 47.0 ± 13.0 | 47.4 ± 13.1 |
| Gender [no. of patients (% patients)] | | |
| Male | 1504 (57.3) | 1501 (57.4) |
| Female | 1120 (42.7) | 1116 (42.6) |
| Race [no. of patients (% patients)] | | |
| White | 2384 (90.9) | 2379 (90.9) |
| Black | 162 (6.2) | 162 (6.2) |
| Asian | 14 (0.5) | 23 (0.9) |
| Other | 64 (2.4) | 53 (2.0) |
| Weight (kg) | | |
| Mean ± SD | 88.0 ± 18.1 | 87.4 ± 18.0 |
| Median (range) | 86.3 (41.8–175.2) | 85.4 (41.8–170.3) |
| H. pylori serology [no. of patients (% patients)] | | |
| Positive | 378 (14.4) | 391 (14.9) |
| Negative | 2236 (85.2) | 2211 (84.5) |
| Missing | 10 (0.4) | 15 (0.6) |

rescue medication did not differ between treatments (an average of 0.6 tablets/day at both week 4 and week 8 in each treatment group).

*Efficacy*

Esomeprazole was more effective than lansoprazole for healing of EE at week 8. Life-table analysis of the primary endpoint of the study (healing of EE at week 8 for the ITT) showed that, overall, healing of EE occurred in 92.6% (95% CI = 91.5–93.6%) of patients treated with esomeprazole and 88.8% (95% CI = 87.5–90.0%) of patients treated with lansoprazole (life-table estimates, log rank test, $p = 0.0001$) (Table 3). In addition, the secondary variable of healing at week 4 favored esomeprazole over lansoprazole (Table 3). Crude healing rates, stratified for baseline severity of EE, showed higher healing rates for esomeprazole than for lansoprazole at week 4 (75.7% vs 71.7%) and week 8 (87.6% vs 84.2%) ($p \le 0.01$ according to CMH tests at both weeks).

The greater efficacy for esomeprazole was also apparent when the baseline LA grade of EE severity was evaluated using the crude rate analysis. Esomeprazole produced consistently high healing rates across all grades of disease severity, whereas the efficacy of lansoprazole tended to decline with increasing grade of severity of esophagitis. *Post hoc* analysis of the life-table rates (Fig. 1), stratified by baseline EE severity grade, was consistent with the results from the crude rate analysis.

Subgroup analysis indicated that patient age, gender, race, H. pylori status, and investigator site had little or no effect on the efficacy of treatment, as shown by week 8 healing rates, although no statistical analyses were performed on these data.

Esomeprazole also produced better resolution of heartburn than lansoprazole (Table 4). More patients treated with esomeprazole had complete resolution of investigator-re-

Table 2. Baseline GERD Characteristics of Patients Evaluable for Efficacy (ITT)

| | Esomeprazole (40 mg Once Daily) (n = 2624) | Lansoprazole (30 mg Once Daily) (n = 2617) |
|---|---|---|
| GERD history [no. of patients (% patients)] | | |
| <1 yr | 191 (7.3) | 204 (7.8) |
| 1–5 yr | 1065 (40.6) | 1091 (41.7) |
| >5 yr | 1368 (52.1) | 1322 (50.5) |
| Baseline severity of EE (% patients)* | | |
| Grade A | 962 (36.7) | 916 (35.0) |
| Grade B | 1022 (38.9) | 1054 (40.3) |
| Grade C | 482 (18.4) | 477 (18.2) |
| Grade D | 158 (6.0) | 169 (6.5) |
| Baseline severity of heartburn (% patients) | | |
| None | 29 (1.1) | 20 (0.8) |
| Mild | 243 (9.3) | 290 (11.1) |
| Moderate | 1251 (47.7) | 1210 (46.2) |
| Severe | 1100 (41.9) | 1097 (41.9) |
| Missing | 1 (0.0) | 0 (0.0) |

* One patient in the lansoprazole group did not have EE according to the LA classification.

REDACTED — Public Version, Filed 1/20/06

Table 3. Cumulative Life-Table Healing Rates in Patients With EE Treated for Up to 8 Weeks With Esomeprazole (40 mg Once Daily) or Lansoprazole (30 mg Once Daily) (ITT)

| Time | Esomeprazole (n = 2624) | Lansoprazole (n = 2617) |
|---|---|---|
| Week 4 [% patients (95% CI)] | 79.4 (77.8–81.0) | 75.1 (73.4–76.8) |
| Week 8 [% patients (95% CI)] | 92.6 (91.5–93.6) | 88.8 (87.5–90.0) |

Week 4 included endoscopic evaluations through day 42. Week 8 included endoscopic evaluations through the final visit.

corded heartburn at week 4. In addition, based on information collected from patient diaries, sustained resolution of heartburn occurred significantly faster with esomeprazole than with lansoprazole (Table 4 and Fig. 2). Significantly faster sustained resolution of nocturnal heartburn was also achieved with esomeprazole (Table 4). Lastly, the percentage of heartburn-free nights was significantly greater for the esomeprazole group (Table 4).

As most patients were healed at week 4, the relationship between heartburn resolution and healing of EE was assessed at this time. Of all the patients with resolution of heartburn at week 4, 82.7% of patients treated with esomeprazole and 79.5% of those treated with lansoprazole also had healing of EE, indicating relatively high concurrence.

### Safety and Tolerability

The tolerability analysis included all randomized patients who received at least one dose of study drug, and thus 5228 patients were evaluated. Overall, there were no clinically meaningful treatment-related differences in the proportions of patients who experienced at least one adverse event (31.7% with esomeprazole and 30.9% with lansoprazole), treatment-related adverse event (10.7% vs 10.2%), or serious adverse event (0.7% vs 0.5%) or who discontinued

treatment because of an adverse event (1.8% vs 1.9%) during the study. One patient in each treatment group died; both deaths were classified by the investigators as not being associated with the study drug.

The nature of adverse events was also similar in each treatment group. Most adverse events related to the GI system (14.7% over both treatment groups), respiratory system (7.4%), or central nervous system (6.6%). The most frequently reported adverse events were headache and diarrhea (Table 5).

Three patients had serious adverse events that were considered to be related to the study drug: allergic reaction and syncope each occurred in one patient treated with esomeprazole, and thrombocytopenia was reported in one patient given lansoprazole. Of the adverse events that led to withdrawal from treatment by the investigator, 39.6% of those in patients treated with esomeprazole (19/48) and 65.3% of those in patients treated with lansoprazole (32/49) were considered to be treatment related. Five adverse event terms were associated with discontinuation by the investigator in more than five patients: diarrhea (19 patients, six on es-



Figure 1. Estimated EE healing rates by baseline LA classification grade (post hoc analysis of life-table rates, ITT) after treatment for up to 8 wk with 40 mg of esomeprazole (n = 2624) or 30 mg of lansoprazole (n = 2617 [one patient entered the study without EE]) (p = 0.0001 from log rank test at week 8, esomeprazole vs lansoprazole).



Figure 2. Cumulative percent of patients experiencing sustained resolution of heartburn according to diary card information (ITT: n = 2548 for 40 mg of esomeprazole, n = 2532 for 30 mg of lansoprazole; p = 0.0077 from log rank test, esomeprazole vs lansoprazole).

**REDACTED -- Public Version, filed 1/20/06**

AJG – Vol. 97, No. 3, 2002

**Table 4.** Secondary Heartburn Variables After 4 Weeks of Treatment With Esomeprazole (40 mg Once Daily) or Lansoprazole (30 mg Once Daily) in Patients With EE and Symptoms of GERD

| Variable | Esomeprazole | Lansoprazole | p (Esomeprazole vs Lansoprazole) |
|---|---|---|---|
| Complete resolution of heartburn at week 4* (% of patients) | 62.9 | 60.2 | ≤0.05† |
| Heartburn-free days (% mean ± SD) | 72.5 ± 30.5 | 70.9 ± 30.8 | ns‡ |
| Heartburn-free nights (% mean ± SD) | 87.1 ± 21.2 | 85.8 ± 21.7 | ≤0.05‡ |
| Time to first resolution of diary-recorded heartburn (median days) | 2 | 2 | ns§ |
| Time to sustained resolution of diary-recorded heartburn‖ (median days) | 7 | 8 | ≤0.01§ |
| Time to first resolution of diary-recorded nocturnal heartburn (median days) | 1 | 1 | ns§ |
| Time to sustained resolution of diary-recorded nocturnal heartburn‖ (median days) | 1 | 2 | ≤0.01§ |

* A heartburn rating of none as assessed by investigators.
† CMH test.
‡ Analysis of variance.
§ Log rank test.
‖ 7 consecutive days without heartburn.

omeprazole and 13 on lansoprazole), *headache* (16 patients, five on esomeprazole and 11 on lansoprazole), *abdominal pain* (nine patients, three on esomeprazole and six on lansoprazole), *dizziness* (nine patients, four on esomeprazole and five on lansoprazole), and *nausea* (seven patients, two on esomeprazole and five on lansoprazole).

Overall, the incidence of adverse events was not affected by patient age, gender, or race; this includes the incidence of those related to treatment, considered serious, or causing treatment withdrawal, within or between treatment groups.

Mean changes in laboratory test results from baseline were generally small, and did not differ greatly between the two treatment groups. No clinically meaningful changes in mean weight or vital signs were reported in either treatment group.

## DISCUSSION

Esomeprazole is the first PPI to demonstrate significantly greater healing and heartburn resolution than omeprazole and lansoprazole in the treatment of patients with EE in large randomized controlled trials. Omeprazole set a new standard for treating acid-related disorders in the decade since its introduction. During this time, no PPI has demon-

strated greater efficacy in the healing of EE than omeprazole (9–16). Randomized controlled trials have shown that lansoprazole (30 mg once daily) and omeprazole (20 mg once daily) have similar efficacies in the healing of EE patients (9–11), and a meta-analysis of five randomized, double blind trials reported a pooled week 8 healing rate of 83% for 30 mg of lansoprazole and 82% for 20 mg of omeprazole (20). Several of these studies included patients without mucosal breaks (*i.e.*, erythema alone was present).

Beyond these studies *versus* omeprazole, the relative efficacies of the various PPIs have not been well characterized. Before the United States clinical trial program for esomeprazole, there was only one report in the literature (21) that used endoscopically confirmed healing of EE as an endpoint to compare PPIs. In this report, results of two randomized, double blind trials indicated that 30 mg of lansoprazole and 40 mg of pantoprazole had similar efficacies after 4 wk of once-daily treatment (healing rates of approximately 80%).

Esomeprazole, the newest PPI, has previously demonstrated greater efficacy than omeprazole in the healing of EE and resolving accompanying heartburn (17, 18). In the current trial, esomeprazole has now demonstrated significantly higher EE healing rates than lansoprazole: 92.6% (95%

**Table 5.** Adverse Events Occurring in More Than 1.0% of Either Treatment Group

| Adverse Event | No. (%) of Patients | |
|---|---|---|
| | Esomeprazole (40 mg Once Daily) (n = 2620) | Lansoprazole (30 mg Once Daily) (n = 2608) |
| Headache | 151 (5.8) | 118 (4.5) |
| Diarrhea | 111 (4.2) | 122 (4.7) |
| Respiratory infection | 74 (2.8) | 98 (3.8) |
| Abdominal pain | 75 (2.9) | 76 (2.9) |
| Flatulence | 61 (2.3) | 62 (2.4) |
| Nausea | 54 (2.1) | 64 (2.5) |
| Sinusitis | 38 (1.5) | 49 (1.9) |
| Constipation | 29 (1.1) | 28 (1.1) |

CI = 91.5–93.5%) for esomeprazole *versus* 88.8% (95% CI = 87.5%–90.0%) for lansoprazole ($p = 0.0001$, log rank test). The sample size used in this trial allowed for more accurate estimates of healing and more precise CIs than would be possible with smaller trials. The difference in healing between esomeprazole and lansoprazole was most striking in patients with severe disease. The differences were 11.0% for grade C and 17.0% for grade D, favoring esomeprazole. This trend toward declining efficacy in patients with more severe disease has been noted previously in trials of lansoprazole and with other PPIs (9–12, 15, 22–27). In contrast, esomeprazole has produced consistently high healing rates across all grades of disease severity in this trial and in earlier trials *versus* omeprazole (17, 18).

It is important to remember that in the management of GERD, primary care physicians play an important role in referring patients for endoscopy. However, the consistency of response afforded by esomeprazole across a wide range of patient groups has implications for clinical practice. In a primary care setting, drug treatment is often prescribed based on clinical symptoms, without the benefit of endoscopic assessment of the presence and severity of EE. Severity of heartburn does not correlate well with disease severity (28), which makes it difficult to predict healing of EE with PPI therapy that does not produce consistent outcomes across all severity grades of this disease. Regardless of baseline EE severity, esomeprazole heals more consistently than lansoprazole across all grades of disease.

Overall, the primary endpoint of healing at week 8 in the current trial can be used to show that one treatment failure will be prevented for every 26 patients treated with esomeprazole compared with lansoprazole (i.e., number needed to treat). This provides a measure of the relative efficacy of these PPIs in short term use. As GERD is a chronic, recurring disease, long term maintenance trials are also of interest. Results of an EE maintenance trial comparing esomeprazole with lansoprazole are pending.

The safety profiles of esomeprazole and omeprazole were comparable throughout the United States clinical trial program for esomeprazole. In the current trial, there was no difference between the esomeprazole and lansoprazole treatment groups with respect to the proportion of patients experiencing adverse events, nor changes in laboratory values or vital signs.

The greater efficacy seen with esomeprazole may reflect its pharmacodynamic profile. Although the relationship between acid control and clinical effect has not been established, esomeprazole has been shown to maintain intragastric pH at >4 for longer than standard doses of all other PPIs at days 1 and 5 (29–32). A comparison of esomeprazole and lansoprazole in healthy volunteers showed that the percentage of the 24-h period with intragastric pH of >4 was significantly greater with esomeprazole (40 mg once daily) (65.4%) than with lansoprazole (30 mg once daily) (53.0%) after 5 days of treatment ($p < 0.001$) (30, 33). Healthy volunteers given esomeprazole also had a higher 24-h median pH than those given lansoprazole (4.8 *vs* 4.2, $p < 0.001$) (30). Similar findings have been reported for pH trials of esomeprazole compared with 20 mg of omeprazole, 40 mg of pantoprazole, or 20 mg of rabeprazole.

In conclusion, the results of this study indicate that 40 mg of esomeprazole is more effective than 30 mg of lansoprazole for the healing of EE. Healing rates are consistently high with esomeprazole irrespective of baseline EE disease severity. Esomeprazole produces sustained resolution of heartburn faster and in more patients than lansoprazole. Sustained noctural heartburn resolution also occurs faster with esomeprazole. Both treatments are well tolerated.

## ACKNOWLEDGMENTS

We gratefully acknowledge the assistance of Clara S. Hwang, M.S., and Ola Junghard, Ph.D., with statistical analyses; the study coordinators at the investigation sites; and all of the principal investigators. This study was supported by a grant from AstraZeneca LP, Wayne, PA.

The esomeprazole study investigators: D. R. Aarons; D. Abrahm, Newport Beach Orange Coast Endoscopy Center; J. Alcorn, Southwest GI Associates, PC; M. Ali; E. Ang; A. Arora, Sierra Medical Research; D. Avner; A. Bailey, Midstate Medical Building; L. Bank, United Medical Associates; C. F. Barish, Wake Research Associates; G. M. Barton, Arkansas Gastroenterology; I. Bassan; J. Beckman; J. Beckwith, M. D. S. Harris; T. Ben-Menachem, Henry Ford Health System; M. Bennett, Medical Associates Research Group; R. W. Bennetts, Northwest Gastroenterology Clinic; C. Berggreen; P. Berggreen; A. Berlin, Institute of Health-Care Assessment, Inc.; W. R. Berry, Longmont Clinic; T. D. Bianchi, Community Medical Arts Center; P. C. Bird, Research Associates of Norman, Inc.; D. Blalock, Lynn Health Science Institute; B. Bleau, Tacoma Digestive Disease Center; V. A. Botoman, Cleveland Clinic Florida; W. C. Bray, Digestive Health Specialists, PA; J. Breiter, Center for Medical Research LLC; M. Brown, Rush-Presbyterian/St. Luke's Medical Center; K. Buch; J. Caldwell; A. Caos; S. L. Carpenter, Southern Digestive & Liver Disease Institute; D. R. Cave, St. Elizabeth's Medical Center of Boston; A. Chak; T. Chami; R. Chasen, Maryland Digestive Disease Center; E. Cheng, VAMC Northport; D. Chua, Research Concepts, Inc.; N. Cirillo, Western Carolina Digestive Disease Center; L. Cohen, NYGA; C. Colip; C. B. Davis, Monroe Clinic; E. P. DeNoia, Healthcare Discoveries; K. DeVault, Mayo Clinic Jacksonville; P. Dharmarajah; M. R. Dosch, ICSL Clinical Studies; D. W. Dozer, Discovery Research International; M. Draelos; Cornerstone Research Care; S. L. Duckor; C. Eberhart, Doctor's Clinic Research Department; G. Eisen, Vanderbilt University Medical Center; M. Eisner, Clinical Research Division; D. Eskreis, Long Island Clinical Research Associates; P. Eweje, Johnson Digestive Disease Group; C. Fausel, The Oregon Clinic GI; S. Feldman, Gastroenterology Associates of Fairfield County; R. S. Fisher, Temple University Hospital; J. D. Fitterer; I. Flax, Breco

2. Rai A, Orlando R. Gastroesophageal reflux disease. Curr Opin Gastroenterol 1998;14:326–33.
3. Thomson AB, Chiba N, Armstrong D, et al. The Second Canadian Gastroenterology Reflux Disease Consensus: Moving forward to new concepts. Can J Gastroenterol 1998;12:551–6.
4. Orlando RC. The pathogenesis of gastroesophageal reflux disease: The relationship between epithelial defense, dysmotility, and acid exposure. Am J Gastroenterol 1997;92:3S–7S.
5. Lundell LR, Dent J, Bennett JR, et al. Endoscopic assessment of oesophagitis: Clinical and functional correlates and further validation of the Los Angeles classification. Gut 1999;45:172–80.
6. Chiba N. Proton pump inhibitors in acute healing and maintenance of erosive or worse esophagitis: A systematic overview. Can J Gastroenterol 1997;11(suppl B):66B–73B.
7. Freston JW, Malagelada JR, Petersen H, et al. Critical issues in the management of gastroesophageal reflux disease. Eur J Gastroenterol Hepatol 1995;7:577–86.
8. Fennerty MB, Castell D, Fendrick AM, et al. The diagnosis and treatment of gastroesophageal reflux disease in a managed care environment: Suggested disease management guidelines. Arch Intern Med 1996;156:477–84.
9. Castell DO, Richter JE, Robinson M, et al. Efficacy and safety of lansoprazole in the treatment of erosive reflux esophagitis. The Lansoprazole Group. Am J Gastroenterol 1996;91:1749–57.
10. Hatlebakk JG, Berstad A, Carling L, et al. Lansoprazole versus omeprazole in short-term treatment of reflux oesophagitis. Results of a Scandinavian multicentre trial. Scand J Gastroenterol 1993;28:224–8.
11. Mee AS, Rowley JL. Rapid symptom relief in reflux oesophagitis: A comparison of lansoprazole and omeprazole. Aliment Pharmacol Ther 1996;10:757–63.
12. Vcev A, Stimac D, Vceva A, et al. Lansoprazole versus omeprazole in the treatment of reflux esophagitis. Acta Med Croatica 1999;53:79–82.
13. Corinaldesi R, Valentini M, Belaiche J, et al. Pantoprazole and omeprazole in the treatment of reflux oesophagitis: A European multicentre study. Aliment Pharmacol Ther 1995;9:667–71.
14. Dekkers CP, Beker JA, Thjodleifsson B, et al. Double-blind comparison of rabeprazole 20 mg vs. omeprazole 20 mg in the treatment of erosive or ulcerative gastro-oesophageal reflux disease. The European Rabeprazole Study Group. Aliment Pharmacol Ther 1999;13:49–57.
15. Mossner J, Holscher AH, Herz R, et al. A double-blind study of pantoprazole and omeprazole in the treatment of reflux oesophagitis: A multicentre trial. Aliment Pharmacol Ther 1995;9:321–6.
16. Delchier JC, Cohen G, Humphries TJ. Rabeprazole, 20 mg once daily or 10 mg twice daily, is equivalent to omeprazole, 20 mg once daily, in the healing of erosive gastroesophageal reflux disease. Scand J Gastroenterol 2000;35:1245–50.
17. Richter JE, Kahrilas PJ, Johanson J, et al. Efficacy and safety of esomeprazole compared with omeprazole in GERD patients with erosive esophagitis: A randomized controlled trial. Am J Gastroenterol 2001;96:656–65.
18. Kahrilas PJ, Falk GW, Johnson DA, et al. Esomeprazole improves healing and symptom resolution as compared with

omeprazole in reflux oesophagitis patients: A randomised controlled trial. Aliment Pharmacol Ther 2000;14:1249–58.
19. Armstrong D, Bennett JR, Blum AL, et al. The endoscopic assessment of esophagitis: A progress report on observer agreement. Gastroenterology 1996;111:85–92.
20. Sharma VK, Leontiadis GI, Howden CW. Meta-analysis of randomized controlled trials comparing standard clinical doses of omeprazole and pantoprazole in erosive oesophagitis. Aliment Pharmacol Ther 2001;15:227–31.
21. Dupas JL, Houcke P, Giret-d'Orsay G. First comparison of pantoprazole versus lansoprazole in hospital and private practice patients with reflux esophagitis. Gastroenterology 1998;114:A110–1.
22. Mulder CJ, Dekker W, Gerretsen M. Lansoprazole 30 mg versus omeprazole 40 mg in the treatment of reflux oesophagitis grade II, III and IVa (a Dutch multicentre trial). Dutch Study Group. Eur J Gastroenterol Hepatol 1996;8:1101–6.
23. Sontag SJ, Hirschowitz BI, Holt S, et al. Two doses of omeprazole versus placebo in symptomatic erosive esophagitis: The U.S. Multicenter Study. Gastroenterology 1992;102:109–18.
24. Robinson M, Sahba B, Avner D, et al. A comparison of lansoprazole and ranitidine in the treatment of erosive oesophagitis. Multicentre Investigational Group. Aliment Pharmacol Ther 1995;9:25–31.
25. Bardhan KD, Hawkey CJ, Long RG, et al. Lansoprazole versus ranitidine for the treatment of reflux oesophagitis. UK Lansoprazole Clinical Research Group. Aliment Pharmacol Ther 1995;9:145–51.
26. Wurzer H, Schutze K, Bethke T, et al. Efficacy and safety of pantoprazole in patients with gastroesophageal reflux disease using an intravenous-oral regimen. Austrian Intravenous Pantoprazole Study Group. Hepatogastroenterology 1999;46:1809–15.
27. Gallo S, Dibildox M, Moguel A, et al. Clinical superiority of pantoprazole over ranitidine in the treatment of reflux esophagitis grade II and III. A prospective, double-blind, double-placebo study. Mexican clinical experience. Mexican Pantoprazole Study Group. Rev Gastroenterol Mex 1998;63:11–6.
28. Venables TL, Newland RD, Patel AC, et al. Omeprazole 10 milligrams once daily, omeprazole 20 milligrams once daily, or ranitidine 150 milligrams twice daily, evaluated as initial therapy for the relief of symptoms of gastro-oesophageal reflux disease in general practice. Scand J Gastroenterol 1997;32:965–73.
29. Lind T, Rydberg L, Kylebäck A, et al. Esomeprazole provides improved acid control versus omeprazole in patients with symptoms of gastro-oesophageal reflux disease. Aliment Pharmacol Ther 2000;14:861–7.
30. Röhss K, Claar-Nilsson C, Lundin C. Esomeprazole 40 mg provides more effective acid control than lansoprazole 30 mg. Gastroenterology 2000;118:A20.
31. Wilder-Smith C, Röhss K, Lundin C, et al. Esomeprazole (E) 40 mg provides more effective acid control than pantoprazole (P) 40 mg. Gastroenterology 2000;118:A22.
32. Wilder-Smith C, Röhss K, Claar-Nilsson C, et al. Esomeprazole 40 mg provides more effective acid control than rabeprazole 20 mg. Gut 2000;47(suppl III):A63.
33. Andersson T. Pharmacokinetics, metabolism and interactions of acid pump inhibitors. Focus on omeprazole, lansoprazole and pantoprazole. Clin Pharmacokinet 1996;31:9–28.

REDACTED -- Public Version, filed 1/20/06

# EXHIBIT C

```
 1

 2

 3          IN THE UNITED STATES DISTRICT COURT

 4            FOR THE DISTRICT OF DELAWARE

 5                    -   -   -

 6  ASTRAZENECA L.P,        : CIVIL ACTION

            Plaintiff,      :

 7                          :

        -against-           :

 8                          :

    TAP PHARMACEUTICAL      : CASE NO. 04-1332(KAJ)

 9  PRODUCTS, INC.,         :

            Defendant.      :

10

                    -   -   -

11

              Philadelphia, Pennsylvania

12            Tuesday, November 1, 2005

13                    -   -   -

14          Pretrial Examination of SUSAN

15  SCHWARTZ McDONALD, taken pursuant to notice,

16  at the law offices of Morgan, Lewis & Bockius,

17  LLP, 1701 Market Street, on the above date,

18  beginning at approximately 9:30 a.m., before

19  Debra Ann Whitehead, an Approved Reporter of

20  the United States District Court and Notary

21  Public.

22                    -   -   -

23

24

25
```



**LEGALINK**
A **WORDWAVE** COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

**REDACTED -- Public Version, filed 1/20/06** Page 2

```
1

2    APPEARANCES:

3         HAROLD P. WEINBERGER, ESQUIRE

          Kramer Levin Naftalis & Frankel, LLP

4              1177 Avenue of the Americas

               New York, NY  10036

5

               Counsel for Plaintiff

6

          THOMAS C. MORRISON, ESQUIRE

7         Patterson Belknap Webb & Tyler, LLP

               1133 Avenue of the Americas

8              New York, NY  10036-6710

9              Counsel for Defendant

10                  -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25              (INDEX at end of transcript)
```

1

2          MR. WEINBERGER:  We are not

3      waiving signing, but it doesn't have to

4      be signed before you.  All objections,

5      except as to form, are reserved until

6      trial.

7              Anything else, Tom?

8          MR. MORRISON:  No.

9          SUSAN SCHWARTZ McDONALD, Ph.D.,

10     having been duly sworn, was examined and

11     testified as follows:

12  BY MR. WEINBERGER:

13     Q.   Good morning, Dr. McDonald.

14     A.   Good morning.

15     Q.   How did you come to be retained in

16  this matter?

17     A.   Tom Morrison called me some months

18  ago, I can't recall when, and laid his issues

19  and case before me and asked if I was

20  available.

21     Q.   What is it that he told you?

22     A.   He shared with me that there was a

23  false advertising claim; that the TAP was the

24  plaintiff; AstraZeneca, and specifically the

25  Nexium product, were the defendant.

Page 18

```
 1            Susan Schwartz McDonald, Ph.D.
 2    that's a possibility; in other words, that it
 3    is possible that, in any given case, the
 4    question of whether a consumer is misled may
 5    turn on why the consumer took away that
 6    message?
 7       A.    On why they took that message away?
 8            Do you mean what existing context
 9    was in their head, what particular
10    apprehensions or misapprehensions they might
11    have from other places?
12            I'm not sure what you mean.
13       Q.    Okay.  If a consumer knows
14    everything there is to know about a particular
15    subject matter, and, based upon that, would
16    come to a certain belief, and he comes to that
17    same belief after seeing the commercial, is
18    that person being misled?
19       A.    It's a hypothetical that I don't
20    really know how to grapple with, because it
21    strikes me as impossible or unlikely.
22       Q.    What is being misled, in your mind?
23    What is the definition of someone being
24    misled?  Not the legal.
25            MR. MORRISON:  I object to this
```

REDACTED -- Public Version, filed 1/20/06

# EXHIBIT D

# REDACTED IN FULL

**REDACTED -- Public Version, filed 1/20/06**

# EXHIBIT E

1

2   UNITED STATES DISTRICT COURT

3   FOR THE DISTRICT OF DELAWARE

4   ----------------------------x

5   ASTRAZENECA L.P.,                    )

6                         Plaintiff, )

7         -against-              ) C.A. No.

8   TAP PHARMACEUTICAL PRODUCTS  ) 04-1332 (KAJ)

9   INC.,                        )

10                        Defendant. )

11  ----------------------------x

12                   October 12, 2005

13                   10:00 a.m.

14

15         Deposition of THOMAS D. DUPONT, held

16  at the law offices of Kramer Levin Naftalis &

17  Frankel LLP, 1177 Avenue of the Americas,

18  New York, New York, pursuant to notice, before

19  Donald R. DePew, an RPR, CRR and Notary Public

20  within and for the State of New York.

21

22

23

24

25


LEGALINK®
A WORDWAVE COMPANY

LegaLink Manhattan          tel (212) 557-7400   www.legalink.com
420 Lexington Avenue, Suite 2108   tel (800) 325-3376
New York, NY 10170          fax (212) 692-9171

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

**REDACTED -- Public Version, filed 1/20/06** Page 2

```
 1

 2    A P P E A R A N C E S :

 3

 4    Attorneys for Plaintiff

 5         KRAMER LEVIN NAFTALIS & FRANKEL LLP

 6         1177 Avenue of the Americas

 7         New York, New York 10036

 8    BY:  HAROLD P. WEINBERGER, ESQ.

 9         JEREMY A. COHEN, ESQ.

10

11    Attorneys for Defendant and the Witness

12         PATTERSON BELKNAP WEBB & TYLER LLP

13         1133 Avenue of the Americas

14         New York, New York 10036-6710

15    BY:  THOMAS C. MORRISON, ESQ.

16

17

18

19

20

21

22

23

24

25
```

```
             1              Thomas D. Dupont

             2    T H O M A S    D .    D U P O N T,     called as a

             3         witness, having been duly sworn by the

             4         Notary Public, was examined and testified as

             5         follows:

             6    EXAMINATION BY

             7    MR. WEINBERGER:

10:00:09     8         Q.    Good morning, Mr. Dupont.

10:00:11     9               Sorry to drag you here on such a lovely

10:00:13    10    day.

10:00:14    11         A.    It couldn't have been one of those 30

10:00:16    12    consecutive sunny days.

10:00:19    13         Q.    Some of these questions I obviously

10:00:22    14    know the answer to, but I have to get them out for

10:00:24    15    the record.

10:00:26    16               So tell me by whom you are employed.

10:00:28    17         A.    My name is Thomas Dupont, I'm employed

10:00:30    18    by -- I'm the president and owner of D2 Research

10:00:35    19    in Kinnelon, New Jersey.

10:00:37    20         Q.    And you're the sole owner of the

10:00:39    21    company?

10:00:39    22         A.    Yes.

10:00:39    23         Q.    How did you come to be retained in this

10:00:42    24    matter?

10:00:43    25         A.    I was called in, I think, by
```

Page 142

|          | 1  | Thomas D. Dupont |
|----------|----|---|
| 14:26:05 | 2  | A.    But my analysis is that we know that |
| 14:26:10 | 3  | 11 percent understood the limitation on the claim. |
| 14:26:17 | 4  | The open-ended questions indicate -- I mean the |
| 14:26:19 | 5  | close-ended question indicates that no more than |
| 14:26:22 | 6  | 11 percent understood the limitation. |
| 14:26:28 | 7  | Q.    Just to clarify, all you know from the |
| 14:26:31 | 8  | open-ended results is that there is a lower bound |
| 14:26:34 | 9  | estimate of 11 percent of people who saw the test |
| 14:26:37 | 10 | ad who understood the limitation? |
| 14:26:39 | 11 | A.    Right. |
| 14:26:39 | 12 | Q.    And if you want further information, in |
| 14:26:41 | 13 | your view, you have to go to the close-ended |
| 14:26:44 | 14 | questions? |
| 14:26:44 | 15 | A.    Right. |
| 14:27:11 | 16 | Q.    Now, looking at the test ad here it |
| 14:27:13 | 17 | does expressly state that the studies that are |
| 14:27:17 | 18 | referenced are conducted in patients with moderate |
| 14:27:21 | 19 | to severe damage, does it not? |
| 14:27:23 | 20 | A.    It says that, yes. |
| 14:27:28 | 21 | Q.    If one accepted the results of your |
| 14:27:31 | 22 | study wouldn't one come to the conclusion that you |
| 14:27:36 | 23 | cannot accurately report the results of these |
| 14:27:47 | 24 | studies, because according to you people will not |
| 4:27:54  | 25 | understand the limitations? |

|          |    |                                                       |
|----------|----|-------------------------------------------------------|
|          | 1  | Thomas D. Dupont                                      |
| 14:31:48 | 2  | does not truthfully reveal and effectively reveal     |
| 14:31:55 | 3  | that this is for moderate to severe damage.           |
| 14:31:59 | 4  | Q.    But this ad virtually every single time         |
| 14:32:03 | 5  | it describes this study says "moderate to severe"     |
| 14:32:06 | 6  | or the results of the study says "moderate to         |
| 14:32:08 | 7  | severe," isn't that true?                             |
| 14:32:10 | 8  | A.    That is true.                                   |
| 14:32:11 | 9  | Q.    And that's not enough, as far as you're         |
| 14:32:13 | 10 | concerned; is that right?                             |
| 14:32:14 | 11 | A.    That is not enough.                             |
| 14:32:15 | 12 | Q.    Based primarily on these close-ended            |
| 14:32:19 | 13 | results?                                              |
| 14:32:19 | 14 | A.    I think based on both the open and the          |
| 14:32:21 | 15 | close-ended results.                                  |
| 14:32:22 | 16 | Q.    But you already told me the open                |
| 14:32:24 | 17 | ended only show you that you have a lower range of    |
| 14:32:28 | 18 | 11 percent and don't tell you how many more than      |
| 14:32:31 | 19 | 11 percent might have taken that message from the     |
| 14:32:33 | 20 | test ad; isn't that right?                            |
| 14:32:35 | 21 | A.    I believe looking at both the open and          |
| 14:32:37 | 22 | the close-ended results, they both show that few      |
| 14:32:41 | 23 | people got the message.                               |
| 14:32:42 | 24 | Q.    You need them both together, though, to         |
| 4:32:44  | 25 | reach that conclusion according to you; isn't that    |

|          | 1  | Thomas D. Dupont |
|----------|----|------------------|
| 14:32:46 | 2  | right? |
| 14:32:47 | 3  | A.     That's what I said. |
| 14:32:57 | 4  | Q.     You have it I think in one or both of |
| 14:33:52 | 5  | these exhibits, you have your CV? |
| 14:33:54 | 6  | A.     They're in both of them. |
| 14:33:56 | 7  | Q.     Would you just take a look and tell me |
| 14:33:57 | 8  | if there's anything that you would like to add in |
| 14:34:00 | 9  | terms of testimony since the date of these |
| 14:34:02 | 10 | reports. |
| 14:34:06 | 11 | Let me not ask the question that way. |
| 14:34:08 | 12 | It's not whether you would like to add, |
| 14:34:10 | 13 | need to add. |
| 14:34:13 | 14 | A.     There probably are -- let's see. |
| 14:34:16 | 15 | Nothing in 2005. |
| 14:34:20 | 16 | Let's see.  There was trial |
| 14:34:26 | 17 | testimony -- let's see.  I think it's on here. |
| 14:34:30 | 18 | Peaceable Planet versus Ty in 2002. |
| 14:34:35 | 19 | There was a trial a couple of weeks ago in which I |
| 14:34:39 | 20 | testified. |
| 14:34:40 | 21 | Q.     And that's a case that's listed there, |
| 14:34:42 | 22 | but you didn't have the trial testimony? |
| 14:34:43 | 23 | A.     Right. |
| 14:34:44 | 24 | Q.     What does that case relate to? |
| 14:34:47 | 25 | A.     That relates to the name Niles for a |

**REDACTED -- Public Version, filed 1/20/06**

# EXHIBIT F

# REDACTED IN FULL

**REDACTED -- Public Version, filed 1/20/06**

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on January 12, 2006, I caused copies of the

foregoing document to be served upon the following counsel of record as indicated below:

BY HAND DELIVERY & E-MAIL

Steven Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

BY FEDEX & E-MAIL

Thomas C. Morrison, Esquire
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
*jshaw@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600