IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA LP,                          )
                                         )
                Plaintiff,               )
                                         )
        v.                               )    Civil Action No. 04-1332-KAJ
                                         )
TAP PHARMACEUTICAL PRODUCTS,             )
INC.,                                    )
                                         )
                Defendant.               )

## SECOND AMENDED SCHEDULING ORDER

At Wilmington this 28th day of February, 2006,

IT IS HEREBY ORDERED that the Court's January 12, 2005 Scheduling Order

(D.I. 52) and the July 20, 2005 Amended Scheduling Order (D.I. 73) are amended as

follows:

1.    Pretrial Conference. On August 28, 2006, the Court will hold a Final

Pretrial Conference in Chambers with counsel beginning at 4:30 p.m. Unless otherwise

ordered by the Court, the parties should assume that filing the pretrial order satisfies

the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).

The parties shall file with the Court the joint proposed final pretrial order with the

information required by the form of Final Pretrial Order which accompanies this

Scheduling Order on or before July 28, 2006.

2.    Motions in Limine. Motions in limine shall not be separately filed. All in

limine requests and responses shall be set forth in the proposed pretrial order. Each

party shall be limited to five in limine requests, unless otherwise permitted by the Court.

The motion and response thereto shall contain the authorities relied upon, and no

single *in limine* request shall have more than five pages of argument associated with it. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

      3.    Jury Instructions, Voir Dire, and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdicts and interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of these instructions and proposed voir dire and special verdicts and interrogatories.

      4.    Trial. This matter is scheduled for a 5 day jury trial beginning at 9:30 a.m. on September 27, 2006. Except for the first day of trial as noted, trial shall commence each day at 9:00 a.m. Trial shall be held on the following days, September 27, October 3-6, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 9 hours to present their case.

      All other deadlines as set forth in the Court's January 12, 2005 and July 20, 2005 Scheduling Orders (D.I. 52 and 73) shall remain in effect.

UNITED STATES DISTRICT JUDGE