ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1332-KAJ |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion to Exclude the Expert Testimony of Creighton G. Hoffman (D.I. 100) is GRANTED, and the request by TAP Pharmaceutical Products, Inc. to supplement Creighton G. Hoffman's report is DENIED.

IT IS FURTHER ORDERED that the parties shall confer and, on or before May 25, 2006, provide the court with proposed redactions for a public version of the Memorandum Opinion.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
May 18, 2006