IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1332-KAJ |
| | ) |
| TAP PHARMACEUTICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (D.I. 88) is GRANTED as to TAP's claims that the Better is Better campaign was literally false, that the campaign was literally false by necessary implication, and that it was impliedly false as to all media other than the television commercial, and is DENIED as to TAP's claims that the television commercial was impliedly false.

IT IS FURTHER ORDERED that the Motion to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald (D.I. 91) is GRANTED to the extent that Dr. Dupont's report and all testimony regarding his internet survey is excluded and Dr. McDonald's testimony regarding her supplemental report is excluded, and is DENIED in all other respects.

IT IS FURTHER ORDERED THAT the Motion to Strike TAP's jury demand is GRANTED.

IT IS FURTHER ORDERED THAT all other motions (D.I. 87, 94) are DENIED.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
June 23, 2006