# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | LISA A. ARMSTRONG | KAREN LANTZ |
| SHELDON N. SANDLER | JANET Z. CHARLTON | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | ROBERT S. BRADY | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | JOEL A. WAITE | SEAN M. BEACH | MATTHEW B. LUNN |
| FREDERICK W. IOBST | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | DANIEL P. JOHNSON | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | CRAIG D. GREAR | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | MARY F. DUGAN | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C. BARR FLINN | KENNETH J. ENOS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | IAN S. FREDERICKS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | SPECIAL COUNSEL | SENIOR COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | ELENA C. NORMAN | |
| TERESA A. CHEEK | NORMAN M. POWELL | KAREN L. PASCALE | OF COUNSEL |
| | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

July 26, 2006

**BY CM/ECF & HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE  19801

Re:  AstraZeneca LP v. TAP Pharmaceutical Products Inc., C.A. No. 04-1332-KAJ

Dear Judge Jordan:

Astra Zeneca writes to inform the Court that it has no proposed redactions to the Court's June 23, 2006 Memorandum Opinion (D.I. 158).  Astra Zeneca further submits that it takes no position with regard to TAP Pharmaceutical Products Inc.'s proposed redactions to the Opinion.

Respectfully submitted,

/s/ *Karen E. Keller*

Karen E. Keller (#4489)

Y%%%%% C%%%%%% S%%%%%% & T%%%%%, LLP

The Honorable Kent A. Jordan
July 26, 2006
Page 2


cc: Clerk of the Court (by hand delivery)
    Steven J. Balick, Esquire (by electronic filing & hand delivery)
    Thomas C. Morrison, Esquire (by e-mail)
    Harold P. Weinberger, Esquire (by e-mail)