IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP,          ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | C.A. No. 04-1332-KAJ |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS INC.,   ) | |
| ) | |
| Defendant.   ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity in this case is stayed for a period of 30 days from the entry of this stipulated order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen Elizabeth Keller*

Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. #3362)
Karen Elizabeth Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
302-571-6600
jingersoll@ycst.com
jshaw@ycst.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Defendant*

SO ORDERED this 27th day of July, 2006.

_____
United States District Judge

171572.1