IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1332-KAJ |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| TAP PHARMACEUTICAL PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-entitled action be and it hereby is dismissed and discontinued with prejudice and without costs or attorneys' fees to any Party as against another, except that this dismissal shall be without prejudice to (i) any claim by TAP that NEXIUM® (esomeprazole magnesium) does not provide superior healing of erosive esophagitis overall compared to PREVACID® (lansoprazole) on the basis of the Castell and Fennerty studies as to any future AstraZeneca consumer advertisements or promotional materials addressed to consumers or as to any current or future AstraZeneca professional advertisements or promotional activities; and (ii) the rights of the parties to seek injunctive or other relief for any breach of the terms of their agreement settling this action.

| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>/s/ John W. Shaw<br>_____<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>1000 West Street — 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6600<br>Attorneys for Plaintiff and Counterclaim<br>Defendant AstraZeneca LP | ASHBY & GEDDES<br><br>/s/ Steven J. Balick<br>_____<br>Steven J. Balick (No. 2114)<br>John G. Day (No. 2403)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899<br>(302) 654-1888<br>Attorneys for Defendant-Counterclaimant<br>TAP Pharmaceutical Products Inc. |

SO ORDERED this ____ day of _____, 2006,

_____
United States District Judge