**REVIEWED**
*By Larisha Davis at 12:34 pm, Jun 25, 2007*

CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01332-KAJ
### Internal Use Only

| | |
|---|---|
| AstraZeneca LP v. Tap Pharmaceutical | Date Filed: 10/06/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 08/22/2006 |
| Demand: $0 | Jury Demand: Defendant |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**AstraZeneca LP**  represented by  **John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TAP Pharmaceutical Products Inc.**  represented by  **John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren E. Maguire**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: lmaguire@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**TAP Pharmaceutical Products Inc.**    represented by    **Steven J. Balick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AstraZeneca LP**    represented by    **Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136991 (mwm) (Entered: 10/07/2004) |
| 10/06/2004 | 2 | Videotape filed by AstraZeneca LP (Exhibit A to Complaint) (mwm) (Entered: 10/07/2004) |
| 10/06/2004 |  | SUMMONS(ES) issued for Tap Pharmaceutical (mwm) (Entered: 10/07/2004) |
| 10/06/2004 | 3 | Disclosure Statement pursuant to Rule 7.1 by AstraZeneca LP (mwm) (Entered: 10/07/2004) |
| 10/07/2004 | 4 | RETURN OF SERVICE executed as to Tap Pharmaceutical 10/7/04 Answer due on 10/27/04 for Tap Pharmaceutical (mwm) (Entered: |

| | | |
|---|---|---|
| | | to respond to Deft's Counterclaims. (rwc) Modified on 12/09/2004 (Entered: 12/09/2004) |
| 12/08/2004 | 29 | Answer Brief Filed by AstraZeneca LP, in opposition to [9-1] motion for Preliminary Injunction - Reply Brief due 12/15/04 (rwc) (Entered: 12/09/2004) |
| 12/08/2004 | 30 | Declaration of Christian Keller filed by AstraZeneca LP, in support of [29-1] answer brief (rwc) (Entered: 12/09/2004) |
| 12/08/2004 | 31 | Declaration of M. Brian Fennerty, M.D., filed by AstraZeneca LP, in support of [29-1] answer brief (rwc) (Entered: 12/09/2004) |
| 12/08/2004 | 32 | Declaration of Donald O. Castell, M.D. filed by AstraZeneca, in support of [29-1] answer brief (rwc) (Entered: 12/09/2004) |
| 12/08/2004 | 33 | Declaration of David A. Johnston, M.D., filed by AstraZeneca, in support of [29-1] answer brief (rwc) (Entered: 12/09/2004) |
| 12/08/2004 | 34 | Declaration of Harold P. Weinberger filed by AstraZeneca LP, in support of [29-1] answer brief (rwc) (Entered: 12/09/2004) |
| 12/08/2004 | 35 | Letter dated 12/8/04 to Clerk by John W. Shaw, Esq., representing AstraZeneca LP, Re: Declaration of Douglas Levine, M.D., in support of [29-1] answer brief to be filed upon receipt of executed original. (rwc) (Entered: 12/09/2004) |
| 12/09/2004 | | So Ordered granting [28-1] stipulation ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 12/09/2004) |
| 12/10/2004 | 36 | Declaration of Douglas Levine filed by AstraZeneca LP, in support of [29-1] answer brief (rwc) (Entered: 12/10/2004) |
| 12/10/2004 | 37 | Appendix to Answer Brief Filed by AstraZeneca LP; Appending [29-1] answer brief (rwc) (Entered: 12/13/2004) |
| 12/15/2004 | 38 | Reply Brief Filed by Tap Pharmaceutical, in support of [9-1] motion for Preliminary Injunction (rwc) (Entered: 12/16/2004) |
| 12/15/2004 | 39 | Reply Declaration of Michael Spitalli filed by Tap Pharmaceutical, in support of [9-1] motion for Preliminary Injunction (rwc) (Entered: 12/16/2004) |
| 12/15/2004 | 40 | Declaration of Malcom Robinson, M.D., filed by Tap Pharmaceutical Re: [9-1] motion for Preliminary Injunction - (SEALED) (rwc) (Entered: 12/16/2004) |
| 12/15/2004 | 41 | Declaration of Bert Spilker, Ph.D, M.D., filed by Tap Pharmaceutical Re: [9-1] motion for Preliminary Injunction - (SEALED) (rwc) (Entered: 12/16/2004) |
| 12/20/2004 | 42 | ORDER - denying [9-1] motion for Preliminary Injunction ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 12/20/2004) |
| 12/20/2004 | | Motion hearing held before Judge Jordan, re: [9-1] motion for |

| | | |
|---|---|---|
| | | TAP Pharmaceutical Products Inc.. (Attachments: # 1 Exhibit A) (Maguire, Lauren) (Entered: 11/23/2005) |
| 11/23/2005 | 88 | MOTION for Summary Judgment - filed by AstraZeneca LP. (Attachments: # 1 Text of Proposed Order)(Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 89 | SEALED OPENING BRIEF in Support re 88 MOTION for Summary Judgment filed by AstraZeneca LP.Answering Brief/Response due date per Local Rules is 12/8/2005. (Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 90 | SEALED APPENDIX re 89 Opening Brief in Support *Motion for Summary Judgment* by AstraZeneca LP. (Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 91 | MOTION to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald - filed by AstraZeneca LP. (Attachments: # 1 Text of Proposed Order)(Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 92 | SEALED OPENING BRIEF in Support re 91 MOTION to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald filed by AstraZeneca LP.Answering Brief/Response due date per Local Rules is 12/8/2005. (Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 93 | SEALED APPENDIX re 92 Opening Brief in Support *of Motion to Exclude Expert Testimony of Thomas Dupont and Susan A. McDonald* by AstraZeneca LP. (Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 94 | MOTION to Exclude Expert Testimony of Bert Spilker - filed by AstraZeneca LP. (Attachments: # 1 Text of Proposed Order)(Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 95 | SEALED OPENING BRIEF in Support re 94 MOTION to Exclude Expert Testimony of Bert Spilker filed by AstraZeneca LP.Answering Brief/Response due date per Local Rules is 12/8/2005. (Ingersoll, Josy) (Entered: 11/23/2005) |
| 11/23/2005 | 96 | SEALED APPENDIX re 95 Opening Brief in Support *of Motion to Exclude Expert Testimony of Bert Spilker* by AstraZeneca LP. (Ingersoll, Josy) (Entered: 11/23/2005) |
| 12/09/2005 | 97 | MOTION to Strike *Jury Demand of Defendant TAP Pharmaceutical Products, Inc.* - filed by AstraZeneca LP. (Attachments: # 1 Text of Proposed Order)(Shaw, John) (Entered: 12/09/2005) |
| 12/09/2005 | 98 | SEALED OPENING BRIEF in Support re 97 MOTION to Strike *Jury Demand of Defendant TAP Pharmaceutical Products, Inc.* filed by AstraZeneca LP.Answering Brief/Response due date per Local Rules is 12/23/2005. (Shaw, John) (Entered: 12/09/2005) |
| 12/09/2005 | 99 | SEALED APPENDIX re 97 MOTION to Strike *Jury Demand of Defendant TAP Pharmaceutical Products, Inc.*, 98 Opening Brief in Support by AstraZeneca LP. (Shaw, John) (Entered: 12/09/2005) |
| | | |

| | | |
| --- | --- | --- |
| 12/09/2005 | 100 | MOTION Exclude Expert Testimony of Creighton Hoffman - filed by AstraZeneca LP. (Attachments: # 1 Text of Proposed Order)(Shaw, John) (Entered: 12/09/2005) |
| 12/09/2005 | 101 | SEALED OPENING BRIEF in Support re 100 MOTION Exclude Expert Testimony of Creighton Hoffman filed by AstraZeneca LP.Answering Brief/Response due date per Local Rules is 12/23/2005. (Shaw, John) (Entered: 12/09/2005) |
| 12/09/2005 | 102 | SEALED APPENDIX re 100 MOTION Exclude Expert Testimony of Creighton Hoffman, 101 Opening Brief in Support by AstraZeneca LP. (Shaw, John) (Entered: 12/09/2005) |
| 12/09/2005 | 103 | SEALED DECLARATION re 100 MOTION Exclude Expert Testimony of Creighton Hoffman, 101 Opening Brief in Support *Declaration of Paul Villa* by AstraZeneca LP. (Shaw, John) (Entered: 12/09/2005) |
| 12/09/2005 | 104 | SEALED DECLARATION re 100 MOTION Exclude Expert Testimony of Creighton Hoffman, 101 Opening Brief in Support *Declaration of Christian Keller* by AstraZeneca LP. (Shaw, John) (Entered: 12/09/2005) |
| 12/14/2005 | 105 | ANSWERING BRIEF in Opposition re 87 MOTION to Exclude Certain Testimony by Michael Rappeport filed by AstraZeneca LP.Reply Brief due date per Local Rules is 12/21/2005. (Shaw, John) (Entered: 12/14/2005) |
| 12/14/2005 | 106 | APPENDIX re 105 Answering Brief in Opposition *to Motion of Defendant TAP Pharmaceutical Products, Inc. to Exclude Certain Testimony By Michael Rappeport* by AstraZeneca LP. (Attachments: # 1 Appendix, part 2 (Exhs. C-E))(Shaw, John) (Entered: 12/14/2005) |
| 12/14/2005 | 107 | SEALED ANSWERING BRIEF in Opposition re 88 MOTION for Summary Judgment filed by TAP Pharmaceutical Products Inc..Reply Brief due date per Local Rules is 12/21/2005. (Maguire, Lauren) (Entered: 12/14/2005) |
| 12/14/2005 | 108 | SEALED ANSWERING BRIEF in Opposition re 91 MOTION to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald filed by TAP Pharmaceutical Products Inc..Reply Brief due date per Local Rules is 12/21/2005. (Maguire, Lauren) (Entered: 12/14/2005) |
| 12/14/2005 | 109 | SEALED ANSWERING BRIEF in Opposition re 94 MOTION to Exclude Expert Testimony of Bert Spilker filed by TAP Pharmaceutical Products Inc..Reply Brief due date per Local Rules is 12/21/2005. (Maguire, Lauren) (Entered: 12/14/2005) |
| 12/15/2005 | 110 | SEALED APPENDIX re 107 Answering Brief in Opposition *to Plaintiff's Motion for Summary Judgment (Volume I)* by TAP Pharmaceutical Products Inc.. (Maguire, Lauren) (Entered: 12/15/2005) |
| 12/15/2005 | 111 | SEALED APPENDIX re 107 Answering Brief in Opposition *to Plaintiff's Motion for Summary Judgment (Volume II)* by TAP Pharmaceutical Products Inc.. (Maguire, Lauren) (Entered: 12/15/2005) |
| | | |

| | | |
|---|---|---|
| 12/21/2005 | 130 | REDACTED VERSION of 109 Answering Brief in Opposition *Public Version of TAP Pharmaceutical Products Inc.'s Brief in Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Bert Spilker* by TAP Pharmaceutical Products Inc., TAP Pharmaceutical Products Inc.. (Attachments: # 1 Exhibit A - H to Public Version of TAP Pharmaceutical Products Inc.'s Brief in Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Bert Spilker# 2 Exhibit I - J to Public Version of TAP Pharmaceutical Products Inc.'s Brief in Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Bert Spilker# 3 Exhibit K to Public Version of TAP Pharmaceutical Products Inc.'s Brief in Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Bert Spilker# 4 Exhibit L to Public Version of TAP Pharmaceutical Products Inc.'s Brief in Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Bert Spilker)(Maguire, Lauren) (Entered: 12/21/2005) |
| 12/21/2005 | 131 | REDACTED VERSION of 110 Appendix, 127 Redacted Document,, *PUBLIC VERSION of EXHIBIT J to TAP Pharmaceutical Products Inc.'s Appendix (Volume I) in Support of Brief in Opposition to Plaintiffs Motion for Summary Judgment* by TAP Pharmaceutical Products Inc., TAP Pharmaceutical Products Inc.. (Maguire, Lauren) (Entered: 12/21/2005) |
| 12/23/2005 | 132 | ORDER re 125 Stipulation: briefing schedule amended as to pending motions; Motion Hearing set for 2/27/2006 09:30 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 12/23/2005. (ntl, ) (Entered: 12/23/2005) |
| 01/03/2006 | 133 | ORDER - Resetting Hearing on Motions: 91 MOTION to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald, 87 MOTION to Exclude Certain Testimony by Michael Rappeport, 94 MOTION to Exclude Expert Testimony of Bert Spilker, 88 MOTION for Summary Judgment, 100 MOTION Exclude Expert Testimony of Creighton Hoffman, 97 MOTION to Strike *Jury Demand of Defendant TAP Pharmaceutical Products, Inc.*: Motion Hearing reset for 2/28/2006 09:30 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 1/3/06. (rwc, ) (Entered: 01/03/2006) |
| 01/12/2006 | 134 | SEALED REPLY BRIEF re 88 MOTION for Summary Judgment filed by AstraZeneca LP. (Shaw, John) (Entered: 01/12/2006) |
| 01/12/2006 | 135 | SEALED REPLY BRIEF re 91 MOTION to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald filed by AstraZeneca LP. (Shaw, John) (Entered: 01/12/2006) |
| 01/12/2006 | 136 | SEALED REPLY BRIEF re 94 MOTION to Exclude Expert Testimony of Bert Spilker filed by AstraZeneca LP. (Shaw, John) (Entered: 01/12/2006) |
| 01/12/2006 | 137 | ANSWERING BRIEF in Opposition re 97 MOTION to Strike *Jury Demand of Defendant TAP Pharmaceutical Products, Inc.* filed by TAP Pharmaceutical Products Inc..Reply Brief due date per Local Rules is |

| | | |
|---|---|---|
| | | 1/20/2006. (Day, John) (Entered: 01/12/2006) |
| 01/12/2006 | 138 | SEALED ANSWERING BRIEF in Opposition re 100 MOTION Exclude Expert Testimony of Creighton Hoffman filed by TAP Pharmaceutical Products Inc..Reply Brief due date per Local Rules is 1/20/2006. (Day, John) (Entered: 01/12/2006) |
| 01/12/2006 | 139 | Letter to The Honorable Kent A. Jordan from John G. Day - re 87 MOTION to Exclude Certain Testimony by Michael Rappeport. (Day, John) (Entered: 01/12/2006) |
| 01/19/2006 | 140 | REDACTED VERSION of 138 Answering Brief in Opposition *to Plaintiff's Motion to Exclude the Testimony of Creighton G. Hoffman* by TAP Pharmaceutical Products Inc.. (Maguire, Lauren) (Entered: 01/19/2006) |
| 01/20/2006 | 141 | REDACTED VERSION of 135 Reply Brief *in Further Support of Its Motion to Exclude the Expert Testimony of Thomas Dupont and Susan McDonald* by AstraZeneca LP. (Attachments: # 1 Certificate of Service)(Shaw, John) (Entered: 01/20/2006) |
| 01/20/2006 | 142 | REDACTED VERSION of 136 Reply Brief *in Support of Its Motion to Exclude the Proposed Expert Testimony of Bert Spilker* by AstraZeneca LP. (Attachments: # 1 Certificate of Service)(Shaw, John) (Entered: 01/20/2006) |
| 01/20/2006 | 143 | REDACTED VERSION of 134 Reply Brief *in Further Support of Its Motion for Summary Judgment* by AstraZeneca LP. (Attachments: # 1 Exhibits# 2 Certificate of Service)(Shaw, John) (Entered: 01/20/2006) |
| 01/31/2006 | 144 | SEALED REPLY BRIEF re 97 MOTION to Strike *Jury Demand of Defendant TAP Pharmaceutical Products, Inc.* filed by AstraZeneca LP. (Shaw, John) (Entered: 01/31/2006) |
| 01/31/2006 | 145 | SEALED REPLY BRIEF re 100 MOTION Exclude Expert Testimony of Creighton Hoffman filed by AstraZeneca LP. (Shaw, John) (Entered: 01/31/2006) |
| 02/07/2006 | 146 | REDACTED VERSION of 145 Reply Brief *in Further Support of Motion to Exclude the Expert Testimony of Creighton Hoffman* by AstraZeneca LP. (Attachments: # 1 Certificate of Service)(Shaw, John) (Entered: 02/07/2006) |
| 02/07/2006 | 147 | REDACTED VERSION of 144 Reply Brief *in Further Support of Motion to Strike the Jury Demand* by AstraZeneca LP. (Attachments: # 1 Certificate of Service)(Shaw, John) (Entered: 02/07/2006) |
| 02/28/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Motion Hearing held on 2/28/2006 - re 94 MOTION to Exclude Expert Testimony of Bert Spilker filed by AstraZeneca LP, 91 MOTION to Exclude Expert Testimony of Thomas Dupont and Susan S. McDonald filed by AstraZeneca LP, 87 MOTION to Exclude Certain Testimony by Michael Rappeport filed by TAP Pharmaceutical Products Inc., 100 MOTION Exclude Expert Testimony of Creighton Hoffman filed by |

| | | |
|---|---|---|
| | | AstraZeneca LP, 97 MOTION to Strike Jury Demand of Defendant TAP Pharmaceutical Products, Inc. filed by AstraZeneca LP & 88 MOTION for Summary Judgment filed by AstraZeneca LP. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 02/28/2006) |
| 02/28/2006 VOID | 148 | STENO NOTES for 2/28/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 02/28/2006) |
| 02/28/2006 | 149 | SECOND AMENDED SCHEDULING ORDER: Pretrial Conference set for 8/28/2006 04:30 PM before Honorable Kent A. Jordan. Proposed Pretrial Order due by 7/28/2006. Jury Trial (5-days) set for 9/27/2006 09:30 AM in Courtroom 6A before Honorable Kent A. Jordan.. Signed by Judge Kent A. Jordan on 2/28/06. (rwc, ) (Entered: 02/28/2006) |
| 03/01/2006 | 150 | TRANSCRIPT of Oral Argument held on 2/28/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 03/01/2006) |
| 03/02/2006 | 151 | Letter (SEALED) to The Honorable Kent A. Jordan from Steven J. Balick regarding AstraZeneca's motion to exclude the expert testimony of Creighton Hoffman. (Balick, Steven) Modified on 3/2/2006 (rwc, ). (Entered: 03/02/2006) |
| 03/02/2006 | 152 | Letter to The Honorable Kent A. Jordan from John W. Shaw regarding a response to the letter addressed to Your Honor by Steven Balick on behalf of TAP Pharmaceutical Products Inc. - re 151 Letter. (Shaw, John) (Entered: 03/02/2006) |
| 03/09/2006 | 153 | REDACTED VERSION of 151 Letter *from Steven J. Balick to The Honorable Kent A. Jordan* by TAP Pharmaceutical Products Inc.. (Attachments: # 1 Redacted Public Version of Tap's Post-Argument Submission in Further Opposition to Astrazeneca's Motion to Exclude the Expert Testimony of Creighton Hoffman)(Maguire, Lauren) (Entered: 03/09/2006) |
| 05/17/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Status Teleconference held on 5/17/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 05/17/2006) |
| 05/18/2006 | 154 | MEMORANDUM OPINION - (SEALED) - Signed by Judge Kent A. Jordan on 5/18/06. (rwc, ) (Entered: 05/18/2006) |
| 05/18/2006 | 155 | ORDER - that the Motion 100 to exclude the expert testimony of Creighton G. Hoffman is GRANTED, and the request by TAP Pharmaceutical Products, Inc., to supplement Mr. Hoffman's report is DENIED. It is further ordered that the parties shall confer by 5/25/06 and submit a propsed redaction of 154 Memorandum Opinion . Signed by Judge Kent A. Jordan on 5/18/06. (rwc, ) (Entered: 05/18/2006) |
| 05/18/2006 | | CORRECTING ENTRY: Removed minute sheet entry for status teleconference held on 5/17/06 - docketed in the wrong case. (rwc, ) (Entered: 05/18/2006) |
| 05/25/2006 | 156 | Letter to The Honorable Kent A. Jordan from John G. Day regarding |

| | | |
|---|---|---|
| | | Redacted Memorandum Opinion - re 154 Memorandum Opinion. (Day, John) (Entered: 05/25/2006) |
| 05/30/2006 | 157 | REDACTED VERSION of 154 Memorandum Opinion - signed by Judge Kent A. Jordan. (rwc, ) (Entered: 05/30/2006) |
| 06/23/2006 | 158 | MEMORANDUM OPINION - (SEALED) - Signed by Judge Kent A. Jordan on 6/23/06. (rwc, ) (Entered: 06/23/2006) |
| 06/23/2006 | 159 | ORDER - denying 87 Motion, granting in part and denying in part 88 Motion for Summary Judgment, granting in part and denying in part 91 Motion, denying 94 Motion, granting 97 Motion to Strike jury demand . Signed by Judge Kent A. Jordan on 6/23/06. (rwc, ) (Entered: 06/23/2006) |
| 07/17/2006 VOID | 160 | STENO NOTES for 7/17/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 07/18/2006) |
| 07/17/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 7/17/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 07/18/2006) |
| 07/19/2006 | 161 | TRANSCRIPT of teleconference held on 7/17/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 07/19/2006) |
| 07/26/2006 | 162 | Letter to The Honorable Kent A. Jordan from John G. Day regarding redactions to D.I. 158 and proposed Stipulated Order staying case for 30 days (FILED UNDER SEAL). (Day, John) (Entered: 07/26/2006) |
| 07/26/2006 | 163 | Letter to Judge Jordan from Karen E. Keller regarding Astra Zeneca has no proposed redactions to the Court's 6/23/06 Memorandum Opinion (D.I. 158) - re 158 Memorandum Opinion. (Keller, Karen) (Entered: 07/26/2006) |
| 07/27/2006 | 164 | ORDER - Case stayed for 30-days. Signed by Judge Kent A. Jordan on 7/27/06. (rwc, ) (Entered: 07/27/2006) |
| 07/27/2006 | 165 | REDACTED VERSION of 158 Memorandum Opinion - signed by Judge Kent A. Jordan. (rwc, ) (Entered: 07/27/2006) |
| 08/21/2006 | 166 | STIPULATION of Dismissal by AstraZeneca LP, TAP Pharmaceutical Products Inc.. (Shaw, John) (Entered: 08/21/2006) |
| 08/22/2006 | 167 | SO ORDERED, re 166 Stipulation of Dismissal filed by AstraZeneca LP,, TAP Pharmaceutical Products Inc ***Civil Case Terminated. Signed by Judge Kent A. Jordan on 8/22/06. (rwc, ) (Entered: 08/22/2006) |
| 03/23/2007 | | (Court only) ***Set/Clear Flags (rwc) (Entered: 03/23/2007) |