OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2007

John W. Shaw, ESQ.
Young, Conaway, Stargatt & Taylor
jshaw@ycst.com

RE: **AstraZeneca LP v. Tap Pharmaceutical**
    Civ. No. **04-cv-01332-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 89,90,92,93,95,96,98,99,101,102,103,104,134,135,136,144,145.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 8/1/07.

_____
Signature